ACCEPTED
15-25-00012-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 3:13 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00012-CV

## In the Fifteenth Court of Appeals
## Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 3:13:14 PM
CHRISTOPHER A. PRINE
Clerk

State of Texas; the Texas Facilities Commission; the Texas Health and Human Services Commission; Mike Novak, in his Official Capacity as Executive Director of the Texas Facilities Commission; and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services Division of the Texas Health and Human Services Commission,
*Appellants,*

v.

8317 Cross Park LLC,
*Appellee.*

On Appeal from Cause No. D-1-GN-23-006445
In the 98th Judicial District of Travis County, Texas

## APPELLANTS' AGREED MOTION TO RESET ORAL ARGUMENT

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Austin Kinghorn
Deputy Attorney General for Civil Litigation

Kimberly Gdula
Division Chief
General Litigation Division

Jennifer Cook
Assistant Attorney General
Texas Bar No. 00789233
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (737) 230-4700
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

**Counsel for Appellants**

## INTRODUCTION

Appellants are the State of Texas; the Texas Facilities Commission ("TFC"); the Texas Health and Human Services Commission ("HHSC"); Mike Novak, in his official capacity as Executive Director of TFC; and Rolland Niles, in his official capacity as Deputy Executive Commissioner for the System Support Services Division of HHSC. Appellee is 8317 Cross Park LLC. This appeal is scheduled for oral argument on Wednesday, September 24, 2025, at 1:30 p.m.

Appellee is in agreement with this motion. In fact, similar to Appellants' counsel, Appellee's counsel is also scheduled to be in a jury trial on September 22, 2025, in the Travis County Civil County Court at Law #2, *Burlington Ventures, Inc. v. Alexander et al.*, cause number C-1-CV-19-001889.

## ARGUMENTS & AUTHORITIES

The Court has the authority under Texas Rule of Appellate Procedure 10.5(c) to reset oral argument. Appellants ask the Court to reset oral argument in this case because Assistant Attorney General, Jennifer Cook, cannot attend oral argument on the date presently scheduled for argument.

On the date scheduled for argument, Jennifer Cook is scheduled to be in a jury trial in state court in the 200th District Court of Travis County, *Arnulfo P. Alcorta, et al. v. Kelly Hancock, Acting Texas Comptroller of Public Accounts*, cause number D-1-GN-17-006831 (the "Alcorta Case"). In the Alcorta Case, there are

2

approximately 48 plaintiffs suing the Texas Comptroller of Public Accounts for millions of dollars in unclaimed mineral proceeds, asserting they are heirs of Spanish and Mexican land grants. This case has been pending since 2017 and is specially assigned to the 200th District Court even though Travis County has a central docket. There have been several recent hearings in the case and the trial court has made it clear that the jury trial set for September 22 will go forward as scheduled and will not be reset. A copy of (1) the notice setting the case for trial, (2) the Travis County district courts' Civil Settings for District Court (showing, at page 17, the Alcorta Case is preferentially set for a 5-day jury trial starting September 22 in front of Judge Mangrum of the 200th Travis County District Court) and (3) a notice of attorney in charge for the Alcorta Case filed by Ms. Cook on April 24, 2025.

Appellants' attorney is a member of the Office of the Attorney General. No other attorney is able to argue this case or try the Alcorta Case because no other attorney is sufficiently familiar with the facts of these cases.

No motion to reset oral argument has been granted in this case.

## CONCLUSION

For these reasons, Appellants ask the Court to grant this motion and to re-schedule the oral argument in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

3

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Jennifer Cook*

JENNIFER COOK
Texas Bar No. 00789233
Assistant Attorney General
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (737) 230-4700
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

**Counsel for Appellants**

## CERTIFICATE OF CONFERENCE

I certify I conferred with Appellee's counsel on August 7-8, 2025, and he is in agreement with this motion.

/s/ *Jennifer Cook*
JENNIFER COOK
Assistant Attorney General

4

11/21/2024 11:06 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-006831
Norma Ybarra

Cause No. D-1-GN-17-006831

| | | |
|---|---|---|
| ARNULFO P. ALCORTA, ET AL. | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | TRAVIS COUNTY, T E X A S |
| | § | |
| GLENN ALLEN HEGAR, JR., | § | |
| TEXAS COMPTROLLER OF PUBLIC | § | |
| ACCOUNTS, | § | |
| DEFENDANT. | § | 53rd JUDICIAL DISTRICT |

## AMENDED NOTICE OF TRIAL SETTING

Please take notice that the above styled and numbered cause has been set for jury trial for September 22, 2025 at 9:00 a.m. in the Travis County District Courts. Five days has been requested and will be announced for this trial.

Respectfully submitted,

/s/ Nicholas S. Bressi
Nicholas S. Bressi
State Bar No. 02959485
Law Office of Nicholas Bressi
P.O. Box 162193
Austin, Texas 78716
Tel.: 512.416.8999
Email: Nick@BressiLaw.com

ATTORNEY FOR PLAINTIFFS

ATTACHMENT 1                                           1

## CERTIFICATE OF SERVICE

Pursuant to Tex.R.Civ.P. 21 and 21a I certify that a true and correct copy of the foregoing was served on all counsel of record as listed below on November 21, 2024:


Ken Paxton
Brent Webster
Grant Dorfman
Lesley French
Murtaza F. Sutarwalla
Shawn Cowles
Joshua R. Godbey
Jeffrey C. Mateer
Brantley Starr
James E. Davis
H. Melissa Mather
Lea N. Brigsten
Christopher D. Hilton
Alyssa Bixby-Lawson
P.O. Box 12548
Austin, Texas 78711-2548


/s/ Nicholas S. Bressi
Nicholas S. Bressi

2

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 94559028
Filing Code Description: Notice
Filing Description: AMENDED NOTICE OF TRIAL SETTING
Status as of 11/21/2024 11:14 AM CST

Associated Case Party: ARNULFO ALCORTA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Bressi | 2959485 | nick@bressilaw.com | 11/21/2024 11:06:50 AM | SENT |
| Tracia Lee | 24013021 | tlee@tleelaw.com | 11/21/2024 11:06:50 AM | SENT |
| nick bressi | | nsb4x4@gmail.com | 11/21/2024 11:06:50 AM | SENT |

Associated Case Party: GLENN HEGAR COMPTROLLER OF PUBLIC ACCOUNTS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 11/21/2024 11:06:50 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 11/21/2024 11:06:50 AM | SENT |
| H. Melissa Mather | | melissa.mather@oag.texas.gov | 11/21/2024 11:06:50 AM | ERROR |
| Samantha Tracy | | Samantha.Tracy@oag.texas.gov | 11/21/2024 11:06:50 AM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jon Smith | | jon@jonmichaelsmith.com | 11/21/2024 11:06:50 AM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 11/21/2024 11:06:50 AM | SENT |
| Murl Miller | | Murl.Miller@cpa.texas.gov | 11/21/2024 11:06:50 AM | SENT |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 18, 2025, 09:01 AM

**2014 D-1-GN-24-003682**  BEER ERIC  vs.  ROBERTS KIANNA SHANELL
TATE JASMINE

4 days  Set By PLAINTIFF  JURY

---

**2015 D-1-GN-23-006930**  COOK TIFFANY NICOLE  vs.  TEXAS TOW BOYS, LLC
VASQUEZ JOHN DANIEL

4 days  JURY

---

**2020 D-1-GN-23-001790**  HARRIS GARLAND
HARRIS RODERIC  vs.  HUTCHINSON JEASIKA

3 days  Set By DEFENDANT  JURY

---

**2028 D-1-GN-23-001892**  RUBIO ABBEY
RUBIO RUBEN  vs.  COMPTON CHARLES ALLEN
FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY
OF TEXAS

5 days  Set By DEFENDANT  JURY

---

**2037 D-1-GN-23-009090**  LEWIS LEE  vs.  BUENO ALEJANDRO

4 days  Set By PLAINTIFF  JURY

---

**2050 D-1-GN-23-003213**  JOHNSON LOVELY
MACKEY WENDELL  vs.  KIRUHURA JEAN
NAMASOMO JEANNE

4 days  Set By PLAINTIFF  JURY

---

**2068 D-1-GN-24-000357**  CARSWELL JASON
CARSWELL NATHANIEL
HARRISON BRADLEY
HARRISON ELVIS  vs.  AMMONS CHRISTIAN

3 days  Set By AS NEXT FRIEND OF  JURY

---

**2069 D-1-GN-21-002791**  DIXON KAREN  vs.  BARGAINS FOR MILLIONAIRES LLC
CAMP DAVID

3 days  JURY

Atty: TERRAZAS KEVIN J. (512-904-0200)  Atty: COHRS FORREST DAVID (713-522-9444)
Atty: JACKSON III OSCAR B. (512-551-0677)
Atty: SANDERS JOE THOMAS (512-535-5220)

---

ATTACHMENT 2

---

**2076  D-1-GN-23-009054**

| WILLS JASON | vs. | AIRCRAFT SERVICE INTERNATIONAL, INC. |
| WILLS JILLIAN | | BOWERS MICHAEL DAEMON |
| WILLS KIMBERLY | | DOES 1-10 |
| | | MENZIES AVIATION (TEXAS), INC. |
| | | MENZIES AVIATION (USA), INC. |

12 days                          Set By PLAINTIFF                                    JURY

---

**2097  D-1-GN-22-003413**

| WILLIS RYAN | vs. | BAUSTIN OAK PARK, LTD |
| | | RAINER MANAGEMENT LTD |
| | | TRIUMPH CONSTRUCTION, LTD |

5 days                          Set By PLAINTIFF                                    JURY

---

**2098  D-1-GN-23-008775**

| BECKER BRANDON | vs. | LNDERLAB, INC |
| | | UE HOMEBUYER, LLC |
| | | UPEQUITY SPV 2, LLC |
| | | UPEQUITY SPV1, LLC |

3 days                                                                              JURY

---

**4086  D-1-GN-24-001108**

| HOSSEINI ATENA | vs. | LAE PETITE ACADEMY, INC |
| | | MEYER BEVERLY |
| | | SIMON ERIC  MICHAEL |

5 days                          Set By PLAINTIFF                                    JURY

---

**4089  D-1-GN-24-004902**

| ROMO TARA | vs. | NSSW DEVELOPMENT, LLC |
| | | RAGLAND REALTY AND MANAGEMENT, LLC |

5 days                                                                              JURY

---

**6002  D-1-GN-23-004366**

| INTELLIBRIGHT CORPORATION | vs. | HOP ENERGY LLC |

5 days                                                                              JURY

---

**6003  D-1-GN-21-004272**

| SCHNEIDER JEAN MARIE | vs. | BALFOUR BEATTY INFRASTRUCTURE INC |
| | | COLORADO RIVER CONSTRUCTORS |
| | | FLUOR ENTERPRISES INC |
| | | PAZ ARELI PEREZ |

5 days                          Set By PLAINTIFF                                    JURY

Atty: ABRAMOWITZ JOHN BENNETT (512-441-1111)

---

**6004  D-1-GN-23-000883**

| GARRISON  KASEY | vs. | MACNEIL  FRANK |
| GARRISON  KRISTIAN | | TEXAS DISPOSAL SYSTEMS INC |

5 days                          Set By DEFENDANT                                    JURY

---

**6005  D-1-GN-23-007874**

| WIMBERLY DAQUON | vs. | CR404 SAMSUNG TAYLOR, LLC |
| | | UNITED RENTALS (NORTH AMERICA), INC |

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

---

**6009  D-1-GN-23-002818**    WOODWARD ANDREW                                    vs.  CORNER WEST LLC

| | | | |
|---|---|---|---|
| 7 days | | Set By PLAINTIFF | JURY |

---

**6010  D-1-GN-23-005137**    SIZELOVE MICHAEL                                    vs.  THANG AMOS

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

---

**6011  D-1-GN-24-001109**    WATSON KYLE KAROLINE                                vs.  CHACON H TRUCKING LLC
                                                                                    WILLIAMS TIMOTHY

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

---

**6018  D-1-GN-23-004242**    DE LA CRUZ DE CARDON ROCIO                         vs.  VARGAS JORGE

| | | | |
|---|---|---|---|
| 3 days | | Set By DEFENDANT | JURY |

---

**6019  D-1-GN-24-003417**    LENOIR  MEGAN                                      vs.  RPM LIVING, LLC
                                                                                    VELOCIS WILDHORN SAINT MARY SPE LP

| | | | |
|---|---|---|---|
| 3 days | | Set By PLAINTIFF | JURY |

---

**6025  D-1-GN-23-004564**    NINO ZITLALY                                       vs.  3 POINTS ENTERPRISES LP
                                                                                    GOMEZ GILBERTO GARCIA

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

---

**6026  D-1-GN-23-008280**    HERNANDEZ GALICIA EVELIN Z                         vs.  ACOSTA NAJERA JUAN RICARDO
                                                                                    ALVARADO SILVIA NAJERA

| | | | |
|---|---|---|---|
| 3 days | | | JURY |

---

**6031  D-1-GN-19-004719**    LAST CONNIE                                        vs.  HUYNH HIEP

| | | | |
|---|---|---|---|
| 4 days | | Set By COUNTER-PLAINTIFF | JURY |

Atty: OUNJIAN ROBERT JOHN (310-273-1230)                Atty: Chambers Kenneth R (936-249-2240)
Atty: TRAUB ANDREW SAUL (512-246-9191)                  Atty: MONTGOMERY MATTHEW LYNN (903-526-1772)
                                                        Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**6034  D-1-GN-23-007594**    TEJADA JESSICA PARAMO                              vs.  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY
                                                                                    VELASCO FRANCES MARY

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

---

**6036  D-1-GN-23-008436**    LAMBING DAVID                                      vs.  WILLOWBROOK NORTH TOWNHOMES OWNERS
                                                                                    ASSOCIATION, INC.

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

**6038  D-1-GN-23-006698**                                                                                           **vs.**

5 days                                               Set By COUNTER-PLAINTIFF                                                                    JURY

---

**6044  D-1-GN-22-007133**     **ZAMORA NATHANIEL**                                      **vs.  BUSE MICHAEL**
                                                                                              **HYDRO RESOURCES, INC.**

4 days                                               Set By DEFENDANT                                                                           JURY

---

**6046  D-1-GN-19-004934**     **SEGURA DANIEL AARON**                                   **vs.  CRUZ CARBAJAL NELIDA**
                                                                                              **ZAMORA JESSE**

3 days                                               Set By PLAINTIFF                                                                           JURY

Atty: AINSWORTH PRICE (512-477-7333)                              Atty: COONY BRANDON DAVID (210-547-9323)
Atty: MCKINNEY JESSICA NICOLE (512-457-8991)
Atty: PRONSKE THOMAS ERIK (512-477-7333)

---

**6048  D-1-FM-24-006169**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  MUNOZ VANESSA  DAWN**
                                                                                              **RIVERA PETER RAYMOND**

3 days                                               Set By PETITIONER                                                                          JURY

---

**6051  D-1-GN-24-003840**     **DELANCEY CURTIS**                                       **vs.  FARRINGTON BRIAN**
                                                                                              **FARRINGTON DALTON**
                                                                                              **USAA GENERAL INDEMNITY COMPANY**

4 days                                               Set By PLAINTIFF                                                                           JURY

---

**6053  D-1-GN-23-002000**     **FRAUSTO PRISCILLA**                                     **vs.  HANDY COLT**
                               **GRANT CASSANDRA**                                             **UNITED RENTALS, INC.**

4 days                                               Set By PLAINTIFF                                                                           JURY

---

**6056  D-1-FM-24-001544**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  GARCIA MONTOYA YOHANA PATRICIA**
                                                                                              **MEZA ORTIZ RUBEN ALONZO**

3 days                                               Set By PETITIONER                                                                          JURY

---

**6059  D-1-GN-23-004238**     **MOLINA HASSEL LOBO**                                    **vs.  SMITH SPENCER ALLEN**
                               **QUINTANILLA SANDRA MOLINA**

5 days                                               Set By PLAINTIFF                                                                           JURY

---

**6061  D-1-GN-24-009019**     **DEL AVELLANO DANIELLE**                                 **vs.  ALTAVILLA CHRISTOPHER**

4 days                                               Set By PLAINTIFF                                                                           JURY

---

**6062  D-1-GN-24-000010**     **MORGAN PAUL**                                           **vs.  SETON FAMILY OF DOCTORS**

4 days                                               Set By PLAINTIFF                                                                           JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 18, 2025, 09:01 AM

**6063 D-1-FM-24-001526**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs. BARAHONA OBET**
**DE LOS SANTOS DIAZ JUAN**
**HUERTA-OCHOA CRYSTAL SILLERO**

3 days                                    Set By PETITIONER                                                                    JURY

---

**6065 D-1-FM-24-000074**   **OLSCHEWSKY SCOTT MICHAEL**   **vs. OLSCHEWSKY LINDSAY AUSTIN**

5 days                                    Set By PETITIONER                                                                    JURY

---

**6066 D-1-AG-15-001806**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs. MARTINEZ JOSEFINA**
**RODRIGUEZ DOUGLAS**
**RUEBBLING LISA**

3 days                                    Set By PETITIONER                                                                    JURY

---

**6067 D-1-FM-24-004320**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs. HEFLIN TYLER DEAN**
**JARAMILLO JESSICA MARIE**

3 days                                    Set By PETITIONER                                                                    JURY

---

**6070 D-1-FM-23-000789**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs. MILLER-HOLST BETHANY**
**ODOM JACOB**

3 days                                    Set By PETITIONER                                                                    JURY

---

**6071 D-1-FM-15-000678**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs. PORTER RACHEL THEOBALD**
**PORTER RYAN CHRISTOPHER**

3 days                                    Set By PETITIONER                                                                    JURY

---

**6072 D-1-FM-24-001780**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs. HARWELL AMBER**
**NICHOLAS JOSHUA**

3 days                                    Set By PETITIONER                                                                    JURY

---

**6073 D-1-FM-24-006995**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs. KAVANAUGH PRECIOUS**
**WESSON BRIAN**

3 days                                    Set By PETITIONER                                                                    JURY

---

**6075 D-1-GN-23-004760**   **BRITT LAURA**   **vs. BONTERRA, LLC**
**CAPRA JEFF**   **GREENEARTH ENGINEERING, INC.**
**ZHANG ZHIGANG**

10 days                                   Set By PLAINTIFF                                                                    JURY

| 6080 | D-1-FM-24-007486 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | BARTON JONATHAN<br>BARTON VICTORIA | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6081 | D-1-FM-24-001751 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | AC CABNAL MARTA<br>PANA TIUL OSCAR | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6082 | D-1-FM-24-001205 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | BRAY REBECCA LAUREN | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6083 | D-1-GN-24-000685 | GONZALES JESSICA | vs. | DW AUSTIN TOWN SQUARE, LLC<br>GRAN CASA GARCIA'S ENTERPRISES, INC. | |
|---|---|---|---|---|---|
| | 5 days | Set By PLAINTIFF | | | JURY |

| 6085 | D-1-FM-23-009190 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | MORIN JOSLIN  RISHEL<br>RAMIREZ JOSE  MANUEL | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6088 | D-1-FM-24-007700 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | BROOKS JASON<br>MANOR HYDIEA  T | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6090 | D-1-GN-23-001929 | STEWART JAMES | vs. | CAMACHO ROGELIO | |
|---|---|---|---|---|---|
| | 4 days | Set By PLAINTIFF | | | JURY |

| 6093 | D-1-GN-23-005151 | RYMES BRENDA | vs. | ROUND ROCK INDEPENDENT SCHOOL DISTRICT | |
|---|---|---|---|---|---|
| | 3 days | Set By PLAINTIFF | | | JURY |

| 6095 | D-1-FM-24-008063 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | PEREZ JENNIFER  ELOISA<br>VILLANUEVA QUINTON  HUNTER | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6099 | D-1-FM-24-002609 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | CUNNINGHAM LEE ANN<br>RODRIGUEZ DIAZ JESUS FIDENCIO | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6100 | D-1-GN-21-006700 | MORRISON CAROLYN | vs. | BINKLEY RON | |
|---|---|---|---|---|---|
| | 3 days | Set By PLAINTIFF | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 18, 2025, 09:01 AM

| 6101 | D-1-FM-24-003614 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | CHISOLM CALVIN<br>HARPER NESHEA<br>STEWART JOSEPH | |
|---|---|---|---|---|---|
| | 3 days | | | | JURY |

| 6102 | D-1-AG-20-000145 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | CRUZ JOANNA MARIE<br>DELOSSANTOS JOE LOUIS | |
|---|---|---|---|---|---|
| | 3 days | | | | JURY |

| 6103 | D-1-FM-24-006597 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | GIBSON DOMINIQUE  MONYAE<br>HAYWOOD NICHOLAS | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6108 | D-1-AG-14-000158 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | HARVEY DAVID EUGENE<br>MIMS-HARVEY SHARONA<br>UNKNOWN FATHER | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | MERITS |

| 6109 | D-1-FM-24-004271 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | HARVEY DAVID EUGENE<br>MURRAY NORA | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6111 | D-1-FM-24-007352 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | CARLSON WILLIAM SCOTT<br>CUMLEY ANIKA NICOLLE | |
|---|---|---|---|---|---|
| | 3 days | Set By PETITIONER | | | JURY |

| 6112 | D-1-FM-22-004657 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | EASTERLING ELIZABETH<br>HOLDRIDGE RAYMOND CHASE | |
|---|---|---|---|---|---|
| | 3 days | | | | JURY |

| 6113 | D-1-GN-23-001760 | OCHOA BOBBY | vs. | LARA  ARTHUR<br>TEXAS FARM BUREAU UNDERWRITERS | |
|---|---|---|---|---|---|
| | 4 days | Set By PLAINTIFF | | | JURY |

| 6114 | D-1-GN-23-008763 | CARTER HARVEY | vs. | TORRES DEREK<br>WHITE CAP, L.P. | |
|---|---|---|---|---|---|
| | 3 days | Set By PLAINTIFF | | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, August 18, 2025,  09:01 AM

**6115  D-1-FM-23-008592**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  FOWLER RHIANNON**
**WILSON JEKORION**

3 days                                        Set By PETITIONER                                                JURY

---

**6116  D-1-GN-22-003239**    **JACKSON TONYA**    **vs.  ASADI JALAL**
**RASIER LLC**
**UBER TECHNOLOGIES INC**

5 days                                        Set By DEFENDANT                                                JURY

---

**6117  D-1-FM-24-005020**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  MACKEY NIESHA**
**RODRIGUEZ JAVIER**

3 days                                        Set By PETITIONER                                                JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 08, 2025, 09:01 AM

**2009  D-1-GN-22-001996**  HARMON CHANCE    vs.  DAILEY DUSTIN  PATRICK
TESLA INC

6 days    Set By DEFENDANT    JURY

---

**6002  D-1-GN-23-001231**  CARTER  LUKE    vs.  FETTNER CLIFF

4 days    JURY

---

**6003  D-1-GN-22-005566**  DE LA CRUZ LEANDRO    vs.  MYERS TIMOTHY

3 days    Set By DEFENDANT    JURY

---

**6005  D-1-GN-22-003753**  PATRIDGE THERESA    vs.  H-E-B, L.P.

3 days    Set By PLAINTIFF    JURY

---

**6007  D-1-GN-24-002504**    vs.

3 days    JURY

---

**6008  D-1-GN-24-002477**  WILSON MARIA    vs.  GEICO COUNTY MUTUAL INSURANCE COMPANY
GIKWERERE PATRICK

3 days    Set By PLAINTIFF    JURY

---

**6011  D-1-GN-23-008430**  MOORE RUSSELL LUSK    vs.  HENDERSON JAMES MICHAEL
PAYTON CONSTRUCTION, INC
PAYTON WENDELL

4 days    JURY

---

**6012  D-1-GN-24-002746**  ROMERO SANDRA    vs.  GUTIERREZ INGRID JIMENA

3 days    Set By PLAINTIFF    JURY

---

**6013  D-1-GN-19-001558**  WARDLAW RACHEL    vs.  LARSON JUHL US LLC
WALKER LEONARD

5 days    Set By PLAINTIFF    JURY

Atty: SMITH DANIEL RUSSELL (512-982-1510)    Atty: Doyle Donald William (2109790100)

---

**6014  D-1-GN-22-003356**  MCKENZIE ANGELA
MCKENZIE DEREK    vs.  AUSTIN REGIONAL CLINIC, P.A.
BELT MELANIE
ST. DAVID'S HEALTHCARE PARTNERSHIP L.P., LLP

10 days    Set By PLAINTIFF    JURY

---

**6015  D-1-GN-19-006781**  NALLE ALAN W    vs.  BAGAN JAMES
BAGAN MEREDITH

5 days    Set By DEFENDANT    JURY

| | | |
|---|---|---|
| Atty: RICHEY KENNETH A. (512-538-4780) | | Atty: Carroll Frank Osborne (512-370-2888) |
| | | Atty: NGUYEN THANHAN (512-391-6142) |
| | | Atty: ROJO STEPHANIE SIMONS (512-708-8200) |
| | | Atty: RUIZ JAMES G. (512-370-2800) |

**6016  D-1-GN-23-008434**  **LIBRIZZI CHERYL**  **vs.  LIN RAN**

5 days        Set By PLAINTIFF        JURY

**6017  D-1-GN-24-003827**  **LANCIAULT KAREN**  **vs.  USAA CASUALTY INSURANCE COMPANY,**

4 days        Set By PLAINTIFF        JURY

**6018  D-1-GN-14-002459**  **BAKER DONALD**  **vs.  CITY OF AUSTIN**

5 days        Set By DEFENDANT        JURY

| | |
|---|---|
| Atty: CRAMPTON MARK WESLEY (512-892-9300) | Atty: CARTER LYNN E. (512-974-2268) |
| Atty: Galow Jerry (5124810200) | Atty: LAIRD HENRY GRAY (512-974-1342) |
| Atty: NORMAN SUSAN CECILIA (713-882-2066) | Atty: Mosby Megan T. (512-974-2268) |
| Atty: STUDDARD JUSTIN EUGENE (512-610-4400) | Atty: SIEGEL MICHAEL JOHN WEILLS (737-615-9044) |

**6019  D-1-GN-24-002063**  **FRANKLIN AMY MARIE**  **vs.  LEABLE KEITH EDWARD**
**SMITH LONNIE MAC**

4 days        Set By PLAINTIFF        JURY

**6020  D-1-GN-21-007327**  **SANDBERG JOYCE**  **vs.  ASCENSION SETON MEDICAL CENTER**
**SANDBERG, OBO ESTATE OF JEFFREY SANDBERG JOYCE**        **HARMON MICHAEL**
       **HOSPITALIST MEDICINE PHYSICIANS OF TEXAS PLLC**
       **SOUND PHYSICIANS EMERGENCY MEDICINE OF TEXAS,**
       **PLLC**

5 days        Set By DEFENDANT        JURY

**6021  D-1-GN-24-000066**  **ENRIQUEZ RITCHIE CAAGUSAN**  **vs.**

2 days        Set By PLAINTIFF        JURY

**6022  D-1-GN-23-000770**  **HENDERSON APARTMENTS TENANT, LP**  **vs.  ROSCOE PROPERTIES, INC**
       **TRAVELERS EXCESS AND SURPLUS LINES COMPANY**

8 days        Set By PLAINTIFF        JURY

**6026  D-1-GN-24-004831**  **BARKHUIZEN SARAH**  **vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

4 days        Set By PLAINTIFF        JURY

**6027  D-1-GN-24-001282**  **LIRA GONZALEZ  GABRIELA**  **vs.  KLATT ISABELLA  RAE**

5 days        Set By DEFENDANT        JURY

**6032  D-1-GN-24-007628**    MILLER DIANE                                                    vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE
                                                                                                    COMPANY

3 days                                          Set By PLAINTIFF                                                                      JURY

---

**6033  D-1-GN-20-000750**    JIMMERSON JADARREL                              vs. BENETIZ JONATHAN
                              SANCHEZ LAUREN                                       GONZALEZ JUAN
                                                                                   STATE FARM MUTUAL AUTOMOBILE INSURANCE
                                                                                   COMPANY

3 days                                          Set By DEFENDANT                                                                     JURY

Atty: PETIT ALLEN DANIEL (210-656-1000)

---

**6034  D-1-GN-24-004863**    HERSKOWITZ  ROBIN                              vs. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

4 days                                                                                                                              JURY

---

**6036  D-1-GN-21-003195**    LANGNER CARL WILLIAM                          vs. FREIREICH SAMUEL JAY

3 days                                          Set By DEFENDANT                                                                     JURY

Atty: WYATT KATHERINE M (512-651-7000)

---

**6038  D-1-GN-24-005647**    MARTINEZ RAUL                                    vs. 1401 EQUITY
                                                                                   1401 EQUITY DE LLC
                                                                                   1401 EQUITY, LLC
                                                                                   LARK
                                                                                   LARK APARTMENTS
                                                                                   QUANTUM
                                                                                   SHIPPY PROPERTIES
                                                                                   SHIPPY PROPERTY MANAGEMENT, LLC

5 days                                          Set By PLAINTIFF                                                                     JURY

---

**6039  D-1-GN-23-001632**    SIBLOCK NATHAN                                  vs. IMPACT UNLIMITED, INC.
                                                                                   POLLACCO JARED

4 days                                          Set By PLAINTIFF                                                                     JURY

---

**6040  D-1-GN-23-002574**    JAYAKUMAR PRAKASH                              vs. RODRIGUEZ NELDA
                              PARIHAR NISHA

3 days                                          Set By DEFENDANT                                                                     JURY

---

**6041  D-1-GN-24-008365**    RECOVO  RUBY  PATRICE                          vs. LYNCH  TRACY  RENE

3 days                                                                                                                              JURY

| 6042 D-1-GN-23-004512 | SAMONE SPEIGHTS KYRA | vs. | GATEWAY INSURANCE COMPANY |
| | | | KUCHENSKI JOEL |
| | | | WALLS AMARI |
| 5 days | Set By PLAINTIFF | | JURY |

| 6044 D-1-GN-23-000664 | 4400 SAM BASS ROAD, LLC | vs. | GAROFALO ELLIOT |
| | | | PATRIOT SERVICES NETWORK, LLC |
| 5 days | Set By PLAINTIFF | | JURY |

| 6045 D-1-GN-23-004207 | HJORTH CAMILLA | vs. | MILLENNIUM PHYSICIAN GROUP |
| 5 days | Set By AS NEXT FRIEND OF | | JURY |

| 6046 D-1-GN-23-008628 | MERINO MARICELA CASTRO | vs. | CITY OF PFLUGERVILLE |
| | RAMIREZ RAMIREZ MARIA GUADALUPE | | |
| 3 days | Set By PLAINTIFF | | JURY |

| 6047 D-1-GN-23-006072 | IMP YAUPON LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |
| 3 days | Set By PLAINTIFF | | JURY |

| 6048 D-1-GN-23-007672 | PPF AMLI COVERED BRIDGE DRIVE, LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |
| 3 days | Set By PLAINTIFF | | JURY |

| 6050 D-1-GN-24-000308 | CARPINTEYRO MARISSA | vs. | LIBERTY COUNTY MUTUAL INSURANCE COMPANY |
| 5 days | Set By PLAINTIFF | | JURY |

| 6051 D-1-GN-24-007917 | JIMENEZ MISLEYDI FERGUSON | vs. | DADWALL NASIMULLAH |
| | | | SPEED INTERMODAL |
| 5 days | Set By PLAINTIFF | | JURY |

| 6052 D-1-FM-24-006525 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | ABINDEYO RONALDO |
| | | | BRASHER TAYLOR PAIGE |
| | | | UNKNOWN ALIMUND |
| | | | UNKNOWN FATHER |
| 3 days | Set By PETITIONER | | JURY |

| 6055 D-1-GN-24-003868 | DIAZ CALIXTO | vs. | TIMMONS JOHN P. |
| 3 days | Set By PLAINTIFF | | JURY |

**6056  D-1-GN-24-009650**    **SAGE VETERINARY IMAGING, PLLC**                                      **vs.  PRATER KARIN**

5 days                                          Set By PLAINTIFF                                                                JURY

---

**6059  D-1-FM-24-006238**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  YTUARTE JOE**
                                                                                                                **YTUARTE LINDSAY CHRISTINE**

3 days                                          Set By PETITIONER                                                              JURY

---

**6060  D-1-FM-24-004320**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  HEFLIN TYLER DEAN**
                                                                                                                **JARAMILLO JESSICA MARIE**

3 days                                          Set By PETITIONER                                                              JURY

---

**6061  D-1-FM-23-000789**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  MILLER-HOLST BETHANY**
                                                                                                                **ODOM JACOB**

3 days                                          Set By PETITIONER                                                              JURY

---

**6062  D-1-FM-24-007146**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  CARWELL JUSTIN**
                                                                                                                **JACKSON TASHA**
                                                                                                                **WASHINGTON DAVID TYRONE**

3 days                                          Set By PETITIONER                                                              JURY

---

**6064  D-1-FM-24-007162**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  BABB JONATHAN WAYNE**
                                                                                                                **CONLEY SAMANTHA DAWN**
                                                                                                                **FATHER UNKNOWN ALLEGED**
                                                                                                                **ROBERTS CEDRIC**
                                                                                                                **TACKETT CHRISTIAN**

3 days                                          Set By PETITIONER                                                              JURY

---

**6065  D-1-FM-24-007079**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  ROBERTS DIMITRI NAKAI**

3 days                                          Set By PETITIONER                                                              JURY

---

**6066  D-1-GN-23-008250**    **HARDEMAN CELIA**                                                      **vs.  CASULO HOTEL FRANCHISING, LLC**
                              **HARDEMAN WILLIE**

2 days                                                                                                                         JURY

---

**6067  D-1-FM-24-006078**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  BARROWMAN JAMES ALVA**
                                                                                                                **COLEMAN JEREMY DUANE**
                                                                                                                **MENDOZA VALERIE ELAINE**

3 days                                          Set By PETITIONER                                                              JURY

**6068  D-1-GN-23-000373**     HAYES TOBEY DEAN                              vs.  BENSON INVESTMENTS INC
                                                                                 BENSON REVOCABLE MANAGEMENT TRUST
                                                                                 BLUE RIBBON SERVICES, INC
                                                                                 MATHISON AIR CONDITIONING AND HEATING
                                                                                 MATHISON JIMMY  WAYNE
                                                                                 MATHISON LINDA MAY

     5 days                              Set By PLAINTIFF                                                      JURY

---

**6070  D-1-GN-23-008704**     SELPH MARK                                   vs.  AUSTIN-H, INC.
     5 days                                                                                                   JURY

---

**6072  D-1-FM-24-008007**     TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  ELIZONDO CLARISSA
                                                                                 ORTIZ EUSEBIO

     3 days                              Set By PETITIONER                                                     JURY

---

**6075  D-1-GN-24-006053**     ROMERO CARTAGENA JUNIOR                      vs.  FLORES  KAREN
     3 days                                                                                                   JURY

---

**6078  D-1-GN-23-001393**     TORRES ALBERT                                vs.  ASHTON AUSTIN RESIDENTIAL LLC
                                                                                 BOULDIN COMMERICAL SERVICES LLC
                                                                                 CHRIS LAWS
                                                                                 GREYSTAR ACQUISITION, LLC
                                                                                 GREYSTAR REAL ESTATE PARTNERS GP, LLC
                                                                                 GREYSTAR REAL ESTATE PARTNERS WEST, LLC
                                                                                 GREYSTAR REAL ESTATE PARTNERS, LLC
                                                                                 GREYSTAR WORLDWIDE, LLC
                                                                                 MMIP ASHTON AUSTIN OWNER LLC,,

     4 days                              Set By DEFENDANT                                                      JURY

---

**6079  D-1-GN-24-002696**     BLANCO LOPEZ DANIEL ARMANDO                  vs.  DEL RIO BRYANA
                                                                                 LUCERO LUIS ALFREDO

     4 days                              Set By PLAINTIFF                                                      JURY

---

**6080  D-1-GN-24-001342**     RUSTIGIAN VINCENT CHARLES                    vs.  GOODE QUENTIN LAVAR
                                                                                 TEXAS DISPOSAL SYSTEM, INC

     5 days                              Set By DEFENDANT                                                      JURY

---

**6081  D-1-FM-24-008427**     TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  ARMSTRONG SHANE PAUL
                                                                                 GORDON DANA ROXANNE

     3 days                              Set By PETITIONER                                                     JURY

**6083  D-1-GN-23-004394**   **DEMARTINI HEATHER**                                          **vs.  DAVIS PLACE TOWNHOMES ASSOCIATION**
                                                                                                   **GOODWIN MANAGEMENT INC**
                                                                                                   **SMIT BEKI**
                                                                                                   **SZABO ANNE-MARIE**
                                                                                                   **WEEKS JOELYN**

5 days                                          Set By PLAINTIFF                                                                JURY

---

**6086  D-1-GN-23-002711**   **HAJELSAWI HUSSAM**                                          **vs.  HERRERA FELIX EDWARD**
                             **RAMOS BRIAN**                                                      **MID-TEX SAFETY &amp; RENTALS, LLC**

4 days                                          Set By PLAINTIFF                                                                JURY

---

**6087  D-1-GN-24-006132**   **LOPEZ UGARTE  LUIS RODOLFO**                                **vs.  WEST JASON**

3 days                                          Set By PLAINTIFF                                                                JURY

---

**6089  D-1-GN-20-003479**   **PHAUP KAREN**                                               **vs.  DENNY GRACE ELOISE**

4 days                                          Set By DEFENDANT                                                               JURY

                                                                                 Atty: BETTAC NADIA (210-829-5566)

---

**6091  D-1-GN-23-008911**   **MENDEZ APRIL**                                              **vs.  PATEL KALPESH SITARAM**
                                                                                                   **STATE FARM MUTUAL AUTOMOBILE INSURANCE**
                                                                                                   **COMPANY**

4 days                                                                                                                          JURY

---

**6093  D-1-GN-24-003235**   **MAGANA JUDITH**                                             **vs.  WILLIAMS LAUREN M.**

4 days                                          Set By PLAINTIFF                                                                JURY

---

**6094  D-1-FM-24-002790**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  KWARTENG AMBER CIERRA**
                                                                                                   **SHOELS QUINCY RASHAAD**
                                                                                                   **UNKNOWN FATHER**

3 days                                          Set By PETITIONER                                                              JURY

---

**6095  D-1-GN-20-003840**   **KHADEM ADEEB**                                              **vs.  BADDI FARIS**

3 days                                          Set By DEFENDANT                                                               JURY

                                                                                 Atty: JUNKIN DAVID C. (512-392-7510)

---

**6097  D-1-FM-20-006101**   **THOMAS NINA TERESA**                                        **vs.  THOMAS EARL V**

4 days                                                                                                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 08, 2025,  09:01 AM

| 6098 | D-1-GN-23-004174 | CHOI KYUNG<br>CHOI MIYOUNG | vs. | BAE MUNKYONG<br>BAE SUNHEE<br>BMK SUSHI, LLC<br>CHOI EUNJOO<br>LEE SUNGJOO<br>OH WONJIN<br>PAE HAEMAN | |
|---|---|---|---|---|---|
| | 5 days | | Set By DEFENDANT | | JURY |

| 6099 | D-1-GN-23-005168 | BALDERAS ALMA<br>BALDERAS MARTIN | vs. | EAGLE TRUCKING, LLC<br>TREJO MARTINEZ JUAN ANDRES | |
|---|---|---|---|---|---|
| | 3 days | | | | JURY |

5004  D-1-GN-17-006831      ALCORTA ARNULFO      vs.  GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF      PREF ((MANGRUM))
ALCORTA JOSE ABRAM                          THE STATE OF TEXAS
ALCORTA REYES
ALVARADO ARMANDO
BAUTISTA ADELA A
CANTU GUADALUPE
CANTU JOSE ANGEL GOMEZ
CANTU JULIAN JESUS TORRES
CANTU MARGARITA
CANTU MELISSA SOTO
CANTU OLGA
CANTU OLIVIA T
CASTILLO HORTENCIA CANTU
CORDERO CARMELA
DIAZ MARGARITA
GALVAN MARIA TORRES
GARCIA FRANCES A
GONZALES GUADALUPE S
GONZALES MARIA CHRISTINA
GONZALEZ JULIA C
GUAJARDO PEDRO T
HERNANDEZ JUANITA T
HERNANDEZ MARGARITA T
HUGONNETT RICARDO GUILLERMO
JUAREZ CLEOFAS TORRES
MARTINEZ CYNTHIA
MARTINEZ MARIO
MEDINA DORA ALICIA A
MEJIA AURORA DIANA CANTU
PENA ROSALINDA CANTU
RAMOS EDWARDO
RAMOS ELOYD D
RODRIGUEZ CARMEN
RODRIGUEZ MARIA DEL ROSARIO
SALAZAR CARLOS
THIES VELMA
TORRES BEATRIS
TORRES COSME
TORRES JAMES
TORRES JOSE ANGEL
TORRES JOSE LUIS
TORRES MARCELINA
TORRES RAUL
TORREZ ALFREDO R
TORREZ MIGUEL
VASQUEZ ISABEL C
VENABLE MARY T
VILLANUEVA IRMA SALAZAR

5 days                                                                                                  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 22, 2025,  09:01 AM

| | Atty: BRESSI NICHOLAS S. (512-416-8999) | | Atty: Mather H. Melissa (512-475-2540) | |
|---|---|---|---|---|
| 5007  D-1-GN-21-003788 | AHRENS CAROLYN | vs. | 31-W INSULATION, CO., INC | PREF ((SOIFER)) |
| | AHRENS JON | | A &amp; B POOLS LLC | |
| | APPLEWHITE CHRISTIE | | A + POOL LEAK DETECTIVES, LLC | |
| | APPLEWHITE RICHARD | | Allegiant Contractors, LLC | |
| | AQUATIC IDEAS, LLC | | AQUATIC IDEAS, LLC | |
| | ARCH CONSULTING ENGINEERS, PLLC | | AQUATIC REFLECTIONS, INC. | |
| | ASHER JOHN HART | | ARROYO' S POOLS CONSTRUCTION | |
| | ASHLEY JAMES | | ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN | |
| | ASHLEY JENNIFER | | ASHBY JILL K. | |
| | BAILLARGEON KRISTEN | | ASHBY NORMAN E. | |
| | BAILLARGEON ROBERT | | ATLANTIS POOLS PLASTERING INC | |
| | BAILLARGEON ROBERT R | | AUSTIN READY MIX, LLC | |
| | BAKER TERRANCE | | Austin Ready-Mix LLC | |
| | BALTZ JOSHUA | | AUSTINTATIOUS POOLS, INC | |
| | BATSON PAUL | | BAILEY BRENT | |
| | BEAULIEU BRYAN | | BAIRD BRADY | |
| | BEAULIEU NICOLE | | BASTROP SAND SUPPLY, LLC | |
| | BLAIR  JASON | | BOULDER POOLS, LLC | |
| | BLAIR CHERYL | | BRAD FARRIS, P.E. | |
| | BOWDOIN DUSTIN | | BRIGHTEN POOLS, LLC | |
| | BRADLEY AND NICOLE HOLDEN TRUST | | BRISCO JAMES | |
| | BRESHEARS JEREMY | | CATTLES CONSTRUCTION,INC. | |
| | BRESHEARS RIANNE | | CCP&amp;S, LTD | |
| | BRODY YULIYA | | CEMPLEX GROUP TEXAS, LLC | |
| | BROWN DRU | | CHANAS AGGREGATES, LLC | |
| | BUCHANAN NATALIE | | COLLIER MATERIALS, INC. | |
| | BUCHANAN RYAN | | CONSTRUCTION MANAGERS OF AUSTIN LLC | |
| | BYCHOWSKI MARK | | CRYSTAL CLEAR CONSTRUCTION, LTD | |
| | Cahak Brian | | dba Premier POOL &amp; SPAS AND PREMIER | |
| | Cahak Rebecca | | POOLS&amp; SPAS | |
| | CARAS MAHSHID | | DIMENSION CUSTOM POOLS, LLC | |
| | Carroll Daniel P. | | DIRECT ROOFING, INC | |
| | Carroll Morgan | | EASY MIX CONCRETE SERVICES, LLC | |
| | CARROLL MORGAN P. | | ELITE POOLS OF AUSTIN GP, INC | |
| | CARTER REGINA | | ELITE POOLS OF AUSTIN, LTD | |
| | CARTER RICHARD | | ELY EDWARD ELLIOT | |
| | CHATFIELD JONATHAN | | ELY EDWARD MITCHELL | |
| | CHATFIELD SARA | | ELY MATTHEW BRANDES | |
| | CHING ERICK | | ELY PROPERTIES, INC. | |
| | CHING RACHEL | | EPPRIGHT HOMES, LLC | |
| | CHIUMENTI JUSTIN | | Fried Gabrielle | |
| | CHO YUKYUNG | | Fried Michael | |
| | CLARK JESSICA | | FUN N SUN POOLS OF AUSTIN INC | |
| | CLASSIC NEIGHBORHOOD DEVELOPMENT LLC | | GRYCO INC. | |
| | COCHRAN ANGELA | | H&amp;H TILE AND PLASTER OF AUSTIN LTD LP | |
| | COCHRAN JAMIE | | HAMPLE POOLS &amp; SERVICE LLC | |
| | COFFEY MICHELLE | | HARVEY JAMES | |
| | COPELAND RYAN | | HAYLEX GP, LLC. | |

CRAN JONATHAN
DARGIS AMBER
DARGIS MATTHEW
DAVIS BRIAN
DAVIS LORI
DEATON BRIAN
DEJOHN TAMARA
DIGEATANO MICHAEL
DIMEO JAMES M
DIMEO TINA M
Donald LaBove
DUFFIE CONNOR
DUFFIE KAYTI
FARRIS BRAD
FIELDS ASHLEY
FIELDS SHARON
FISCHER JUSTIN
FLINT KIERSTEN
FLORES YVETTE
FONTENOT ASHLEY
FONTENOT CHRISTOPHER
FORD JOHN
FORD VICKI
FRIED GABRIELLE
FRIED MICHAEL
Fu Yulai
FUN N SUN POOLS OF AUSTIN, INC
GAITHER JARROD
GARRETT ROBERT
GREEN ADAM
GREEN LAUREN
GREGG JODI
GREGG PRESTON
GRIEGO JEANNIE
GRIEGO JON
HAMPSTEIN PHILLIP
HAMPSTEN KRISTIN
Hanks Kristin
Hanks, Jr. Elbert Wayne
HARPER JACK
HARPER PAMELA
HATLEY DEREK
HATLEY HEATHER
HAYES AMBER
HAYES JOSEPH
HEINROTH CHE
HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA

HAYLEX PARTNERS, LTD.
HEATH WILLIAM C.
HERZOG RANDY
JD HUNT CUSTOM HOMES INCORPORATED
JIMMY EVANS COMPANY, LTD
JOSH WILLIS CUSTOM HOMES, INC.
KAUFMANN BRAD
KB CUSTOM POOLS, LLC.
LEGACY DCS LLC
LEHIGH CEMENT COMPANY, LP
LYON DYNAMIC ENTERPRISES, INCORPORATED
MARTINEZ SIMON
MATT SITRA CUSTOM HOMES, INC.
MCFADYEN JOHN CODY
MCGUIRE  JUSTIN
MILLENNIUM POOLS, INC
MILLENNIUM POOLS, INC.
NALLE CUSTOM HOMES, INC
NORMAN E. ASHBY, TRUSTEE
OMEGA DRY WALL COMPANY, INC
Omega Dry Wall Company, Inc.
OMEGA FRAMING LLC
Omega Framing, L.L.C.
PACK POOLS, INC.
PCA BOOT RANCH, LLC
POND SPRINGS CUSTOM POOLS, LLC
PRECISION WATERSHAPES, INC
PRECISION WATERSHAPES, INC.
PREMIER ATX INDUSTRIES, LLC
PROVENANCE CONSTRUCTORS LLC
PROVENANCE DEVELOPMENT LLC
QUALITY CUSTOM POOLS INC
REDLINE CONCRETE, LLC
RIVERA ENGINEERING LLC
RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC
RODRIGUEZ CARLOS
RODRIGUEZ IGNACIO
ROUND ROCK POOL PROS LLC
SASSENBERG  BRANDON
SAYRE MICHAEL B.
SENDERO DEVELOPMENT, INC.
SIERRA BUILDERS, INC.
SM POOL CONSTRUCTION, LLC
SM Pools
SMART POOLS SERVICES, LLC
SOLARA CUSTOM POOLS, LLC
SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC

HUSER MATTHEW
JOHN GEORGE
JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID
PETERSON CRAIG
PETERSON CRAIG  JON
PETERSON JILL VICARS
PISCITELLI DAWN
QUINTANA JULIO
RAMEY NEELEY
RIBBLE  JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT  ELAN

TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC
THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

SAVITT  ROISIN
SCHERER GEOFFREY
SCHULTZ ERIC
SCHWARZBACH ANNA
SCHWARZBACH DAVID
SEAFLOWER, LLC
SEARLE BARRY
SHUMAKER AARON
SIGMON JAMES
SIGMON TRACI
Singh Teja
SMITH  MARK
SMITH GERRY
SMITH MICHELLE
SORRENTINO JAMIE
SORRENTINO MATTHEW
STAIGERWALD JOHN
STAIGERWALD LISA
STEIN JENNIFER
STEIN RUSSELL
STEWART CLAIRE
STEWART POETRELL
SWANGER DERRY
SWART BRYAN
SWART JEAN
TAVARES DEBBIE
TAVARES VINNY
THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
AS SUBROGEE OF STAG POOLS, LLC
THE PUBLIC CONDOMINIUM COMMUNITY INC
THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY
IRREVOCABLE
Thomson Will
TRIBUNE CASSANDRA
TRIBUNE DAVID
VAN ARSDALE CORBIN
VANDER GHEYNST JOHN
VANDER GHEYNST LESLIE
VANDERVEEN ARTHUR
VASQUEZ LUDY
WALTERS MICHELLE
WALTERS NEIL B
WEEKLEY HOMES LLC
WEITKEMPER KELLEY
WEITKEMPER PAUL
WHEELER BRAD
WHITE REX
WHITE TERRI
WILCHER GARY
WILLAMS HANNAH
WILLENS SHAINA
WILLENS ZACHARY

**WILLIAMS DAMON**
**WITTLIFF REID**
**WITTLIFF SUSAN**
**WOOD BRIAN**

1 days              REVIEW/STATUS

Atty: Perczak Margene K. (3037790077)          Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**5008 D-1-FM-24-006078**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.**   **BARROWMAN JAMES ALVA**        **PREF ((MARTINEZ JONES))**
                                                             **COLEMAN JEREMY DUANE**
                                                              **MENDOZA VALERIE ELAINE**

2 days              MERITS

---

**6001 D-1-GN-22-002116**    **TEXAS MUTUAL INSURANCE COMPANY**    **vs.**   **BOWEN CHRISTINE**
                                                              **BOWEN TIM**
                                                              **FREE BALL LLC**

5 days          Set By PLAINTIFF             JURY

---

**6002 D-1-GN-22-002176**    **M T**    **vs.**   **AUSTIN HOTEL ASSOCIATES LLC**
                                                              **DOMAIN SPORTSBAR, INC.**
                                                              **LINK RAYMOND ELVIS**
                                                              **LODGEWORKS PARTNERS, LP**
                                                              **LODGEWORKS, LP**
                                                              **MARRIOTT INTERNATIONAL, INC.**

5 days          Set By DEFENDANT         JURY

---

**6005 D-1-GN-22-002269**    **MORRISON CRYSTAL**    **vs.**   **FIGUEROA GALLO HENRY LEONIDES**
                                                              **FIGUEROA TRUCKING LLC**
                                                              **HOGAN EDWARD**
                                                              **MALONG MARCIA MOORE**

5 days          Set By DEFENDANT         JURY

---

**6006 D-1-GN-22-001258**    **VANN PAUL**    **vs.**   **NEURO INSTITUTE OF AUSTIN LP**
                                             **VANN THELMA**

4 days          Set By PLAINTIFF           JURY

---

**6011 D-1-GN-21-006122**    **ARCENEAUX TAYLOR**    **vs.**   **MCCOMISH MICHAEL**

4 days          Set By DEFENDANT         JURY

---

**6013 D-1-GN-21-000609**    **MAYES DOUGLAS**    **vs.**   **CURETON JENNY**
                                             **MAYES REGINA**                                            **PARKS BEN B**
                                                              **PARKS DJUANA J**

5 days          Set By PLAINTIFF          JURY

Atty: GAMMON WILLIAM B (512-444-4529)           Atty: Annis Thomas Joseph (214-871-8200)
                                                                 Atty: Dowis Craig Lanahan (214-871-8200)
                                                                 Atty: SHAW ETHAN L. (512-499-8900)

| 6014 D-1-GN-24-001080 | ESCOBEDO JUAN<br>ESCOBEDO RAUL<br>RODRIGUEZ FRANCISCO<br>RODRIGUEZ OLVALDO | | vs. HOWLE BENJAMIN<br>NEW ABACUS LLC | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6015 D-1-GN-24-001504 | ESTRADA ANDRADE RAMONA | | vs. CAMPBELL BRANDON | |
|---|---|---|---|---|
| 3 days | | | | JURY |

| 6016 D-1-GN-23-001561 | GORDON  BRITTANY | | vs. METCALF MARK | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6017 D-1-GN-24-000673 | GANTT WENDY | | vs. BLACKBURN, TYRONE<br>CAPITAL METROPOLITAN  TRANSPORT AUTHORITY | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6018 D-1-GN-23-007035 | COLEMAN HOLLY | | vs. ALL IN ONE HOME SOLUTIONS, LLC<br>SERRANO NELSON | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

| 6019 D-1-GN-24-002577 | FOX ANNE | | vs. BASTIEN LINDA MARIE | |
|---|---|---|---|---|
| 5 days | | Set By AS NEXT FRIEND OF | | JURY |

| 6020 D-1-GN-23-005250 | CORBY KENNETH | | vs. BLUE MOUNTAIN TRANSPORT, INC<br>FEDEX GROUND PACKAGE SYSTEM, INC<br>SANCHEZ ENRICO | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6021 D-1-GN-22-000354 | SHUTE JEFFREY | | vs. USAA GENERAL INDEMNITY COMPANY | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6022 D-1-GN-23-002028 | BAKER CAROLINE | | vs. FELAN MICHAEL CHARLES<br>QUICK TOW, LLC | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6023 D-1-GN-22-000683 | RICHARDS TROY | | vs. SUAREZ JOSE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6025 D-1-GN-18-006191 | CLIFTON NICHOLAS | vs. AUSTINTATIOUS EXPERIENCE LLC |
| | | FAYKUS CORY |

5 days                                     Set By PLAINTIFF                                                          JURY

Atty: BATRICE PAUL ALEXANDER (512-600-1000)

---

| 6026 D-1-GN-24-002262 | HAMMONDS COURTNEY | vs. AUTO CLUB INDEMNITY COMPANY |
| | | DUPNIK WILLIAM |
| | | FRAZIER COLETTE |
| | | LOANPEOPLE, LLC |

5 days                                     Set By PLAINTIFF                                                          JURY

---

| 6027 D-1-GN-23-008695 | FACUNDO MARGARITO GASPAR | vs. DE JESUS GUTIERREZ TERESA |

3 days                                     Set By PLAINTIFF                                                          JURY

---

| 6028 D-1-GN-20-000891 | HIGGINS HUNTER | vs. COKINS AMBER |
| | | DOUGH DADDY LLC |

3 days                                                                                                               JURY

Atty: Ceaser Lucia Marie (956-287-3743)                    Atty: Wike Christopher Champion (512-637-4956)
Atty: Monahan Joseph Arthur (9567298800)

---

| 6029 D-1-GN-24-004851 | MAREZ JOSE ANTONIO | vs. MV TRANSPORTATION, INC. |

3 days                                     Set By PLAINTIFF                                                          JURY

---

| 6030 D-1-GN-23-006816 | LOPEZ LILIANA | vs. CRUZ SALGUERO JOSE ROBERTO |

3 days                                     Set By PLAINTIFF                                                          JURY

---

| 6031 D-1-GN-24-003485 | CUBBERLEY MICHAEL | vs. TEXAS HEALTH AND HUMAN SERVICES COMMISSION |

4 days                                     Set By PLAINTIFF                                                          JURY

---

| 6033 D-1-GN-23-001657 | ZAMORA ADAM | vs. RUNYAN DENNIS TYLER |

3 days                                     Set By PLAINTIFF                                                          JURY

---

| 6034 D-1-GN-23-007207 | WILHELM GAIL | vs. JOHNSON JOLISA |

5 days                                     Set By PLAINTIFF                                                          JURY

---

| 6035 D-1-GN-24-000245 | CONTRERA ANTONIA | vs. CITY OF AUSTIN |

5 days                                     Set By DEFENDANT                                                          JURY

**6036  D-1-GN-23-004486**

| CARPENTER CAITLIN E. | vs. | DURAN ESPERANZA |
| MARQUEZ LORENZO A. | | GUARDARRAMA JESSICA |
| | | MARQUEZ MIREYA CRUZ |
| | | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
| | | SUAREZ PEDRO JAIMES |
| | | VIERA LEO |
| | | WINGS LLC |

8 days          Set By AS NEXT FRIEND OF                                                  JURY

---

**6037  D-1-GN-23-004729**

| DONELSON PHYLIS | vs. | AUSTIN COUNTRY CLUB |
| DONELSON ROBIN | | PGA TOUR, INC. |

4 days          Set By DEFENDANT                                                  JURY

---

**6038  D-1-GN-22-004435**

| BOCANEGRA CASTILLO FRANCISCO | vs. | CNA CONSTRUCTION, INC. |
| LUNA OLVERA JESUS | | STARLIGHT HOMES TEXAS L.L.C. |

4 days          Set By PLAINTIFF                                                  JURY

---

**6039  D-1-GN-23-007967**

| OLMOS CASTRO FERNANDO | vs. | FAUSET CHARLES |
| | | RIOS MICHAEL |

4 days          Set By PLAINTIFF                                                  JURY

---

**6040  D-1-GN-22-004475**

| MANLEY GARY | vs. | DEGEEST LEO |
| POTTORFF MICHAEL | | Van Der Geest Enterprises, Inc. |
| TENORIO SAM | | VAN DER GEEST ENTERPRISES, INCORPORATED |
| WIGHAMAN AUSTIN | | |

5 days          Set By DEFENDANT                                                  JURY

---

**6043  D-1-GN-24-008324**

| FIELDS CONSTANCE | vs. | ELEPHANT INSURANCE COMPANY |

3 days          Set By PLAINTIFF                                                  JURY

---

**6044  D-1-GN-21-002645**

| SHOTGUN SELTZER LLC | vs. | FFBC OPERATIONS LLC |

5 days          Set By COUNTER-DEFENDANT                                                  JURY

Atty: KING MARY ELLEN (512-298-1182)                    Atty: SHELTON CHARLIE (737-881-7100)

---

**6045  D-1-GN-23-004708**

| TORRES EDGAR | vs. | BRIGHTVIEW LANDSCAPE, LLC |
| | | CASAS MARTINEZ JOSE |

4 days          Set By PLAINTIFF                                                  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

**6046  D-1-GN-24-005144**     DYER KIMBERLY                               vs.  RAMIREZ JOSHUA
                                                                          ROY BINGO SUPPLIES, INC.
                                                                          ROY BINGO SUPPLIES, OF TEXAS, INC.

4 days                                          Set By PLAINTIFF                                          JURY

---

**6047  D-1-GN-19-000922**     PANGLE JACOB                               vs.  RAMIREZ CHAVARRIA HUGO

5 days                                          Set By DEFENDANT                                          JURY

Atty: Goudarzi Joel Brent (903-843-2544)                    Atty: Thomisee Donna Faith (713-222-1990)

---

**6049  D-1-GN-24-004535**     MCCARTHY KEVIN                             vs.  BETTICHE IZZEDDINE BEN
                               MCCARTHY KRISTEN                                CENTRAL TRANSPORT, LLC
                                                                          DAVIS EVAN  NATHANIEL
                                                                          GEICO COUNTY MUTUAL INSURANCE COMPANY

5 days                                          Set By PLAINTIFF                                          JURY

---

**6051  D-1-GN-22-001440**     HENEN MICHAEL                              vs.  STOAKLEY DOUGLAS
                               POLES HEBA

3 days                                          Set By AS NEXT FRIEND OF                                  JURY

---

**6054  D-1-GN-22-002069**     MONTES CASTRO MARIA ENEDINA                vs.  BUFFALO FRAMING AND TRUSS LLC
                               SEVILLA MONTES CARMEN SAMUEL                    MENFY JOSUE AJANEL DE LEON
                               SEVILLA MONTES MARIO NEPTAEL                    SKYBECK CONSTRUCTION LLC
                               SEVILLE MONTES RAMONA GUADALUPE                 ZELAYA CONSTRUCTION INC

5 days                                          Set By CROSS-DEFENDANT                                    JURY

---

**6055  D-1-GN-23-002804**     TAPIA NORMA                                vs.  AUSTIN PARKE APARTMENTS

4 days                                          Set By PLAINTIFF                                          JURY

---

**6056  D-1-GN-23-004813**     CWS RIVERSIDE SQUARE, L.P.                 vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

2 days                                          Set By PLAINTIFF                                          JURY

---

**6058  D-1-GN-24-003686**     WEBER MARK                                 vs.  MONROE GUARANTY INSURANCE COMPANY
                                                                          NICHOLS ASHLEY

1 days                                          Set By DEFENDANT                                          JURY

---

**6060  D-1-GN-23-007243**     ALLEN ROBERT  LEN                          vs.  ROJAS ANA  LUISA
                                                                          ST CHARTERS AND BUSES, INC

3 days                                          Set By PLAINTIFF                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 22, 2025,  09:01 AM

**6062  D-1-FM-24-007521**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  LEWIS JUSTIN DEATKINS**
**MARTINEZ  LEE  GEENE**
**UNKNOWN FATHER**
**UNKNOWN JONATHAN**
**VALDEZ SELENA**

3 days  Set By PETITIONER  JURY

---

**6063  D-1-FM-24-007468**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  HERNANDEZ FERNANDA  MARIA**
**MARQUEZ FRANCISCO**

3 days  Set By PETITIONER  JURY

---

**6064  D-1-FM-24-007146**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  CARWELL JUSTIN**
**JACKSON TASHA**
**WASHINGTON DAVID TYRONE**

3 days  Set By PETITIONER  JURY

---

**6065  D-1-GN-22-005367**  **VERKUYL BRITTANY**  **vs.  MIA AESTHETICS CLINIC ATX PLLC**
**MIA AESTHETICS SERVICES, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6066  D-1-GN-22-004496**  **PHILLIPS HEATHER**  **vs.  CORNELIUS HUNTER THOMAS**
**GEICO COUNTY MUTUAL INSURANCE COMPANY**

5 days  JURY

---

**6067  D-1-GN-23-000011**  **VASQUEZ PILAR GOMEZ**  **vs.  A&amp;M DEEP CLEANERS LLC**
**AVALOS MALDONADO YENESSA**
**PARADIS LLC**
**PARADIS MICHEL**
**UNITED STATES OF AMERICA**

3 days  Set By PLAINTIFF  JURY

---

**6068  D-1-GN-22-002410**  **VALADEZ DANIEL**  **vs.  BONNER CARRINGTON PROPERTY MANAGEMENT LLC**
**BONNER CARRINGTON, LLC**
**BONNER CARRINGTON, LP**
**CASPITA APARTMENTS I LP**
**MAEDC CASPITA GP LLC**
**MAPLE AVENUE  ECONOMIC DEVELOPMENT**
**CORPORATION**

5 days  Set By PLAINTIFF  JURY

**6069 D-1-GN-23-008602**	**RANSOM MAVERICK**	**vs.  ORTIZ USA, LLC**
	**SERRANO MIGUEL ANGEL**

3 days	Set By PLAINTIFF	JURY

---

**6070 D-1-AG-15-001712**	**WELCH KATIE JEAN**	**vs.  MUENCH WILLIAM J**

5 days	Set By PETITIONER	JURY

	Atty: CULP AARON MICHAEL (512-710-9763)

---

**6071 D-1-GN-20-004101**	**BELTRAN EDENILSON**	**vs.  BLUE HAT CRANE LLC**
	**J E DUNN CONSTRUCTION GROUP INC**
	**J E DUNN LOGISTICS INC**

10 days	Set By PLAINTIFF	JURY

Atty: MELENDEZ ROBERT M (512-467-0600)	Atty: Fauntleroy John Parker (713-535-5500)

---

**6073 D-1-FM-24-007636**	**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**	**vs.  BRINNER MURIEL**
	**TURNER SAMUEL**
	**WESLEY PIERCE**

3 days	Set By PETITIONER	JURY

---

**6074 D-1-GN-21-007255**	**LASSEIGNE CHRIS J**	**vs.  GALDEAN BENJAMIN**
	**GREAT BASIN INDUSTRIAL LLC**
	**JOHNSON DEXTER D**

10 days	Set By PLAINTIFF	JURY

---

**6075 D-1-FM-24-003631**	**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**	**vs.  RAMOS GARCIA JUAN J**
	**ROCHA-LARA CECILIA DEL RAYO**

3 days	Set By PETITIONER	JURY

---

**6076 D-1-GN-22-002955**	**DOEBLER ELIZABETH  KYUNG LEE**	**vs.  AMERICAN LANDMARK MANAGEMENT LLC**
	**ASTEN AT RIBELIN RANCH LP**

7 days	Set By COUNTER-DEFENDANT	JURY

---

**6077 D-1-FM-24-001205**	**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**	**vs.  BRAY REBECCA LAUREN**

3 days	Set By PETITIONER	JURY

---

**6078 D-1-GN-24-004034**	**MARTINEZ SOPHIA**	**vs.  LOVE MATTHEW**

3 days	JURY

---

**6079 D-1-GN-21-002383**	**HUTCHINSON PRICE MARLINE**	**vs.  DWIGGINS DUSTIN A**
	**ENGLETON CAIROSHELL**
	**JAGODZINSKI TESSA**
	**LUGO SADE**
	**TODD KENDRA**

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 22, 2025,  09:01 AM

| | | |
|---|---|---|
| 6 days | Set By DEFENDANT | JURY |

Atty: HEGINBOTHAM LANE (254-526-0108)  
Atty: Ross Joshua David (8178841400)  
Atty: SIMMONS STACEY J. (512-703-5020)

---

**6080  D-1-FM-24-002982**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs.  CARDENAS-LEIJA IZAAC MAURICIO**  
**GARCIA PRISCILLA**

3 days                                              Set By PETITIONER                                                JURY

---

**6081  D-1-FM-24-007362**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs.  STOVALL GABRIEL  COSTON**  
**STOVALL JESSICA  NICOLE**

3 days                                              Set By PETITIONER                                                JURY

---

**6082  D-1-FM-24-007700**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs.  BROOKS JASON**  
**MANOR HYDIEA  T**

3 days                                              Set By PETITIONER                                                JURY

---

**6083  D-1-FM-24-008189**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs.  HARRIS AUSTIN OSEAN**  
**THOMPSON DEANNA**

3 days                                              Set By PETITIONER                                                JURY

---

**6085  D-1-GN-24-003864**   **RUIZ ESMERALDA MENDOZA**   **vs.  CHIDEBELU ALEXANDRIA**

2 days                                              Set By PLAINTIFF                                                 JURY

---

**6086  D-1-GN-24-003433**   **RODRIGUEZ ARTILES RAMON**   **vs.  SMITH JASON**

2 days                                              Set By PLAINTIFF                                                 JURY

---

**6087  D-1-GN-23-003995**   **LOPEZ  ALBERTO**   **vs.  HARBUCK  JAMES MADISON**

5 days                                              Set By DEFENDANT                                                JURY

---

**6088  D-1-FM-24-002706**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**   **vs.  CANTU SARAH**  
**CASTILLO JESUS**

3 days                                              Set By PETITIONER                                                JURY

---

**6090  D-1-GN-24-004217**   **FAIZI GHAZNAWI AHMAD**   **vs.  DONIAS RAMIREZ JESUS**  
**JPI CARRIERS INC**

5 days                                              Set By PLAINTIFF                                                 JURY

| 6091 D-1-GN-23-002118 | ROGERS ARCHIE | vs. | AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY<br>FRENCH JIMMY ALEX<br>RANGER EXCAVATING, L.P. | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6092 D-1-FM-24-008770 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | BERNAL-HERNANDEZ BRAYAN ALAN<br>MENDOZA-RAMIREZ JACQUELINE | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6093 D-1-GN-24-002486 | ADAMS HALEY | vs. | BROOKS ALEXIS TAYLOR<br>CD2 HOLDINGS LLC | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6094 D-1-GN-24-000176 | Thompson  Dolores | vs. | TEXAS DISPOSAL SYSTEMS, INC<br>THOMAS CHAD EVERETT | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

| 6095 D-1-FM-24-002522 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | HEARNANDEZ MICHAEL<br>MATTHEWS SAVANNAH  RENEE<br>TOLBERT DEXTER<br>UNKNOWN FATHER | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6096 D-1-FM-24-007975 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | FATHER UNKNOWN<br>WILLIAMS JULIA CAPRICE | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6097 D-1-GN-25-000511 | EDWARDS NAOMI RUTH | vs. | SIMPKIN BRYSON | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6098 D-1-FM-24-002575 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | MURILLO MATTHEW<br>VILLEGAS DOROTHY | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6099 D-1-GN-19-001860 | TORRES JEANET | vs. | ROBINS DOUGLAS ERIC | |
|---|---|---|---|---|
| 3 days | | Set By DEFENDANT | | JURY |
| | Atty: GARCIA ALBERTO T (956-627-0455) | | Atty: BENNETT BRADFORD T (210-256-3431) | |

| 6100 D-1-GN-24-003017 | HUDSON ERIK | vs. | SHAMARD JAMES M.<br>SHAMARD KAREN | |
|---|---|---|---|---|
| 4 days | | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

**6101  D-1-GN-24-002558**  **TREVINO MEGAN**                         vs. **BROWNING GERALINE**
**YOUNG MEN'S CHRISTIAN ASSOCIATION OF CENTRAL TEXAS**

4 days                                    Set By PLAINTIFF                                    JURY

---

**6102  D-1-GN-22-001414**  **BARNES DANNET BROCK**                   vs. **COIBION KODY LEE**

4 days                                    Set By DEFENDANT                                    JURY

---

**6103  D-1-GN-24-002269**  **VILLEGAS  JOSE  ANTONIO**               vs. **BARLOW TREVION  DUANE**

3 days                                    Set By PLAINTIFF                                    JURY

---

**6104  D-1-GN-20-000879**  **THOMPSON MARY**                         vs. **ALONSO LUIS**
**M &amp; L CARRIERS INC**
**PARDON YUNIEL**

3 days                                    Set By PLAINTIFF                                    JURY

Atty: AINSWORTH PRICE (512-477-7333)                    Atty: SARGENT DAVID LYNN (214-749-6516)

---

**6105  D-1-FM-21-005848**  **ALESSIO EDUARDO**                       vs. **PISTER LETICIA**

5 days                                    Set By PETITIONER                                    JURY

---

**6107  D-1-FM-24-008700**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs. **FATHER UNKNOWN**
**GREEN YUNNIQUE ROSEANNE**

3 days                                    Set By PETITIONER                                    JURY

---

**6109  D-1-FM-24-000582**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs. **FRANKLIN SAMMIE**
**HARRIS PRINCESS GEZALE**
**HICKS SAMMIE LEE**

3 days                                    Set By PETITIONER                                    JURY

---

**6110  D-1-FM-24-008511**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs. **LOPEZ MARISSA ANNE**
**UNKNOWN FATHER**

3 days                                    Set By PETITIONER                                    JURY

---

**6111  D-1-GN-20-004061**  **CORDOVA SANCHEZ GERARDO FELIPE**        vs. **HALLDORSSON HELEN MAI-LINH**
**MATTEO MATILDE**
**PIMENTEL CARLOS**
**VENERO LAW PLLC**
**VENERO LUGO JOSE ANTONIO**
**VENERO ORIANA C**

4 days                                    Set By PLAINTIFF                                    JURY

Atty: LOZADA JUAN ANTONIO (512-296-5033)                Atty: JOHNSON MICHAEL BRIAN (512-708-8200)
                                                        Atty: LAREMONT ERIKA MARIA (512-254-5492)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 22, 2025, 09:01 AM

**6112  D-1-FM-24-002609**    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES          **vs.  CUNNINGHAM LEE ANN**
**RODRIGUEZ DIAZ JESUS FIDENCIO**

3 days                                    Set By PETITIONER                                                                          JURY

---

**6113  D-1-FM-24-009009**    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES          **vs.  ARREGUIN JACOB  EMERY**
**KUJAWA MICHELLE  CHRISTINE**

3 days                                    Set By PETITIONER                                                                          JURY

---

**6114  D-1-FM-24-007032**    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES          **vs.  KLOSS CHRISTOPHER  THOMAS**
**KLOSS KRISTIE  DENISE**

3 days                                    Set By PETITIONER                                                                          JURY

---

**6115  D-1-FM-24-003614**    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES          **vs.  CHISOLM CALVIN**
**HARPER NESHEA**
**STEWART JOSEPH**

3 days                                                                                                                              JURY

---

**6116  D-1-GN-24-001557**    **WILKINSON JOHN**                                         **vs.  MOD SUPER FAST PIZZA, LLC**

3 days                                    Set By DEFENDANT                                                                          JURY

---

**6118  D-1-GN-24-003440**    **ALVAREZ  LUIS**                                          **vs.  FITTS  MARLENA**
**FITTS SANFORD**

4 days                                    Set By PLAINTIFF                                                                          JURY

---

**6119  D-1-GN-19-003864**    **BOSS EXOTICS LLC**                                       **vs.  TEAM CAR CARE, LLC**

5 days                                    Set By PLAINTIFF                                                                          JURY

Atty: COX BENJAMIN D. (512-834-9317)                         Atty: Arias Fernando Pablo (214-987-9600)
Atty: Hardy Mark D. (214-987-9600)

---

**6120  D-1-GN-24-009638**    **BERNAL YIANA**                                           **vs.  BUCZEK RONALD**

4 days                                    Set By PLAINTIFF                                                                          JURY

---

**6121  D-1-GN-22-000393**    **ALTMAN  LISA**                                           **vs.  CHRISTINA M. SHEELY, PLLC**
**ALTMAN  SALLY**                                                **DAIGREPONT, D.O. CHRISTINA M.**
**ST DAVIDS HEALTHCARE PARTNERSHIP LP LLP**

5 days                                    Set By PLAINTIFF                                                                          JURY

---

**6122  D-1-GN-24-007670**    **JARAMILLO MERLAN JASON  MIGUEL**                         **vs.  KILLGORE JENNIFER**
**MERLAN LUCILA**

3 days                                    Set By AS NEXT FRIEND OF                                                                  JURY

**6123  D-1-FM-23-009259**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  SALINAS JUAN MANUEL**
**SANCHEZ-ESPINAL DIANA ARELY**

3 days  Set By PETITIONER  JURY

---

**6124  D-1-GN-24-000885**  **MATHUR SHUBHAM**  **vs.  HARDIN ADAM WESLEY**
**LOCKHART EXCAVATION, LLC**
**TRIPP JERRY COOPER**

10 days  Set By PLAINTIFF  JURY

---

**6125  D-1-FM-25-002647**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  GONZALES ANTOINETTE DENISE**
**WALLACE SAMUEL**

3 days  Set By PETITIONER  JURY

---

**6126  D-1-GN-22-005766**  **MCCRARY STEVEN**  **vs.  ALCEDO KAMERON**

4 days  Set By PLAINTIFF  JURY

---

**6127  D-1-GN-23-009093**  **CONTRERAS LUIS BARCENAS**  **vs.  TEXAS DISPOSAL SYSTEMS, INC**
**WARD  JERAMIAH  LEE**

7 days  Set By DEFENDANT  JURY

---

**6128  D-1-GN-24-006146**  **SUDARSAN SAMPATHKUMAR**  **vs.  AVIS CAR RENTAL AUSTIN - WALMART**
**AVIS RENT A CAR SYSTEM, LLC**

4 days  Set By PLAINTIFF  JURY

---

**6129  D-1-GN-21-001055**  **CINTAS CORPORATION NO 2**  **vs.  ROADRUNNER CHARTERS INC**

3 days  Set By PLAINTIFF  JURY

Atty: TOUMANIDIS STAMATIA (713-615-6060)  Atty: HERNANDEZ ALEX R. (361-792-3811)

---

**6130  D-1-FM-23-008592**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  FOWLER RHIANNON**
**WILSON JEKORION**

3 days  Set By PETITIONER  JURY

---

**6131  D-1-FM-24-002790**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  KWARTENG AMBER CIERRA**
**SHOELS QUINCY RASHAAD**
**UNKNOWN FATHER**

3 days  Set By PETITIONER  JURY

---

**6132  D-1-GN-24-001230**  **FORSYTHE ANDREW**  **vs.  AUSTIN BEACH CLUB, LLC**
**CARSON LAUREN**

4 days  Set By PLAINTIFF  JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 22, 2025,  09:01 AM

| 6133 | D-1-FM-24-003088 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | BONTON KENNESA AMIYA |
| | | | | BROOKS DARIUS |
| | | | | GARCIA HUNTER ELLIOT |

3 days      Set By PETITIONER      JURY

| 6134 | D-1-GN-21-007140 | NEY SIDNEY CHRISTOPHER | vs. | RAMSEY JUDI |
| | | | | RAMSEY KENNETH MARSH |

2 days      Set By PLAINTIFF      JURY

| 6135 | D-1-FM-25-000559 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | GALINDO SANDRA |
| | | | | GONZALES MALDONADO EDUARDO |

3 days      Set By PETITIONER      JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6002 D-1-GN-22-001634**    **TEXAS MUTUAL INSURANCE COMPANY**     **vs. BM BENCHMARK CONSTRUCTION LLC**

5 days     Set By PLAINTIFF     JURY

---

**6003 D-1-GN-24-001075**    **HILTON ESTELLA**     **vs. IWILL PAINTING AND REMODELING**

5 days     JURY

---

**6004 D-1-GN-24-000717**    **PADEN BETTYIE JO**
**PADEN CHARLENE LEE**     **vs. SIMMONS NATASHA ELIZABETH**

3 days     Set By PLAINTIFF     JURY

---

**6005 D-1-GN-24-001930**    **HERNANDEZ MARIA DEL PILAR**     **vs. LAMMEMAN GRACE**
**LAMMEMAN KURT**

5 days     Set By PLAINTIFF     JURY

---

**6009 D-1-GN-24-000015**    **PINERO DIOSDANY MARTIN**
**PINERO YANDIER MARTIN**     **vs. TURRUBIARTE ESTEBAN PAUL**

3 days     Set By PLAINTIFF     JURY

---

**6010 D-1-GN-20-003762**    **HELLSTERN JOYCE**     **vs. CENTRAL TEXAS COSMETIC DENTIST INC**
**GARCIA ARTURO R**

6 days     Set By DEFENDANT     JURY

Atty: SHARP LANCE D (512-407-8800)     Atty: SIMMONS STACEY J. (512-703-5020)
Atty: SHARP LAURA FRANCES BELLEGIE (512-407-8800)

---

**6011 D-1-GN-23-000306**    **ALTA MENSA, LLC**
**DUTA ANDREI**     **vs. ZEEP, INC.**

5 days     Set By DEFENDANT     JURY

---

**6012 D-1-GN-24-002325**    **YOUNG LUDIVINA**     **vs. SPENCE JERRY**
**USAA GENERAL INDEMNITY COMPANY**

3 days     Set By PLAINTIFF     JURY

---

**6013 D-1-GN-23-004771**    **CHEKIRA JASON YASSINE**     **vs. AGUILAR CLEMENTINA**

3 days     Set By DEFENDANT     JURY

---

**6014 D-1-GN-23-009007**    **DREWRY DUSTY**     **vs. ADAPTHEALTH CORPORATION**
**ADAPTHEATH LLC**
**AEROCARE HOME MEDICAL EQUIPMENT, INC.**
**AMARO CARLOS**
**EXPRESS MEDICAL SUPPLY, LTD**

4 days     JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6015  D-1-GN-24-002407**  **STOFFERAHN BRAXTON**      **vs. LEMAN JOSEPH CHRISTIAN**
**STOFFERAHN BRITTNEY**

5 days      Set By DEFENDANT      JURY

---

**6016  D-1-GN-23-008043**  **GONZALES SAMUEL**      **vs. ABA APPLIANCE SERVICE, INC**
**STEPHEN DOUGLAS  BLAKE**

5 days      Set By PLAINTIFF      JURY

---

**6017  D-1-GN-21-006237**  **ESCONDERA CONDOMINIUM OWNERS ASSOCIATION, INC.**      **vs. AJT INDUSTRIES, LLC**
**HEMPEL ANDREW**

10 days      Set By PLAINTIFF      JURY

---

**6018  D-1-GN-23-001443**  **JUROVICH MIKAELA ANN**      **vs. PETRAUSKAS LORRI**
**JUROVICH VICTORIA**

4 days      Set By PLAINTIFF      JURY

---

**6019  D-1-GN-23-008800**  **CITY OF LOCKNEY**      **vs. TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL**

3 days      Set By DEFENDANT      JURY

---

**6020  D-1-GN-18-002494**  **FREEMAN DAVID**      **vs. G CREEK INC**
**STEWART TITLE OF AUSTIN LLC**
**TIRES MADE EASY INC**
**TIRES MADE EASY LLC**

4 days      Set By PLAINTIFF      JURY

Atty: Swearingen Robert Adren (9796809993)      Atty: HARRIS ANDREW STEVAN (512-900-3012)
Atty: HAYES LAUREN ELIZABETH (512-472-5456)
Atty: MITCHELL MOLLY JEAN (512-474-9486)
Atty: WATKINS THOMAS H. (512-472-5456)
Atty: WATTS JAMESON (214-479-5456)

---

**6021  D-1-GN-23-008720**  **TEXAS ENTERPRISES, INC.**      **vs. E &amp; P ENTERPRISES, LLC**
**FAMA ENERGY RESOURCES, LLC**
**FUENTES FABIOLA**
**MARVIC PETROLEUM, INC.**
**NACIM VICTOR**
**PORTILLO LUIS MARCELLO**
**TEXAS INTERNATIONAL FUELS, LLC**
**VANCO PETROLEUM, LLC**
**VELEZ EDUARDO PABLOS**

7 days      Set By PLAINTIFF      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 06, 2025,  09:01 AM

**6022  D-1-GN-24-003831**   **WELLS ANNE**                                    **vs.  SCHMITT STACY**

4 days                                              Set By PLAINTIFF                                                                   JURY

---

**6023  D-1-GN-24-004606**   **SCELFO DOMINICK**                              **vs.  GONZALEZ IRIS**

3 days                                              Set By DEFENDANT                                                                  JURY

---

**6024  D-1-GN-21-000245**   **SELLERS ASHLEY**                               **vs.  CONNOR GROUP**

4 days                                              Set By DEFENDANT                                                                  JURY

Atty: CALLAHAN C. ASHLEY (512-817-3977)                          Atty: Morris Myra Kay (3618848808)

---

**6026  D-1-GN-24-002648**   **LANGLEY  SEBASTIAN**                           **vs.  GUZMAN SALSADO NOE GEOVANNY**
                             **ROUSSELL JACE CADE**                                 **TRIVY TRANSPORTATION, LLC**

5 days                                                                                                                                JURY

---

**6027  D-1-GN-24-004637**   **HERNDON JASMINE**                              **vs.  CATHEY  LEAH**

3 days                                              Set By PLAINTIFF                                                                   JURY

---

**6028  D-1-GN-24-005129**   **AMES  GRANT**                                  **vs.  MEARIG KENAN**

4 days                                              Set By PLAINTIFF                                                                   JURY

---

**6030  D-1-GN-21-002141**   **JONES QUAMANE**                                **vs.  ASHLEY JACK**
                                                                                   **AUSTIN INDEPENDENT SCHOOL DISTRICT**

4 days                                                                                                                                JURY

Atty: PARTIN CLAIRE E (512-956-4787)                             Atty: HOWELL JOHN CLAIBORNE (210-734-7488)

---

**6031  D-1-GN-22-000312**   **BRADY CASEY ORION**                            **vs.  MORRIS JAMIE**

3 days                                              Set By DEFENDANT                                                                  JURY

---

**6032  D-1-GN-22-005373**   **SPEEDY STOP FOOD STORES, LLC**                 **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

4 days                                              Set By PLAINTIFF                                                                   JURY

---

**6033  D-1-GN-24-005030**   **KERNELL  FAUSTINO  DERRICK**                   **vs.  BSL COLINA, LLC**
                                                                                   **LEHNE CONSTRUCTION, INC.**
                                                                                   **OWENS  NORRIS  LEE**

5 days                                              Set By PLAINTIFF                                                                   JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6035 D-1-GN-24-008179**   **COGGIN LEANNE**   vs. **ALLEN KRISTA C.**
**COGGIN SEAN**   **AUSTIN GUNITE POOLS, LLC**
**KRISTA. C ALLEN**
**PLUM AGGREGATE, INC.**

3 days   Set By PLAINTIFF   JURY

---

**6036 D-1-GN-21-004985**   **NEUROLOGICAL FITNESS EQUIPMENT AND EDUCATION  LLC**   vs. **BIOENHANCEMENT TECH LLC**
**DOUGHERTY RICHARD**

5 days   JURY

Atty: TERRAZAS KEVIN J. (512-904-0200)

---

**6037 D-1-GN-23-001479**   **HOLLOWAY MIESHA THOMAS**   vs. **DENSMAN KENDALL**

5 days   JURY

---

**6038 D-1-GN-23-004453**   **DE LEON ALFREDO VILLALOBOS**   vs. **84 EAST AVE, LLC**
**UNKNOWN DRIVER**

4 days   Set By PLAINTIFF   JURY

---

**6039 D-1-GN-24-003877**   **BECKER  SHILOH**   vs. **RUIZ GARRIDO  ERLAN  NAHUN**
**TEXAS ROOFING CO., INC.**

3 days   Set By PLAINTIFF   JURY

---

**6040 D-1-GN-23-007588**   **BALLEZA ANDRES**   vs. **CHAIN DISTRIBUTION SERVICES, LLC.**
**QUIROZ JOSE**   **SMITH CURTIS GLYNN**

3 days   Set By PLAINTIFF   JURY

---

**6042 D-1-GN-24-008163**   **SNOW  MICHAEL**   vs. **LIRA ORTIZ JORGE  A.**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

4 days   Set By PLAINTIFF   JURY

---

**6044 D-1-GN-24-002296**   **ALVAREZ STEPHANIE ALYSSA**   vs. **STAHLKE TIMOTHY  LEONARD**
4 days   JURY

---

**6046 D-1-GN-23-006073**   **IMP REPUBLIC PLACE LLC**   vs. **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days   Set By PLAINTIFF   JURY

---

**6047 D-1-GN-24-002244**   **INDRAKUSUMA  DHANNY**   vs. **BOUCHER  DAVID**
**CACTUS MOVING, LLC**
**MCCOWAN JASON**

2 days   Set By PLAINTIFF   JURY

**6048  D-1-GN-23-003739**  HALL MICHELLE | **vs.**  ASHNEM HAULING, LLC
                                         MAYZONE ROBERT D.

5 days | Set By DEFENDANT | JURY

---

**6049  D-1-FM-19-003975**  KAHLDEN KEVIN J | **vs.**  BRISCO LEAH ANN

3 days | Set By PETITIONER | JURY

Atty: EGGLESTON BRYAN ERIC (512-200-4529)

---

**6050  D-1-GN-24-006502**  OTT MATTHEW | **vs.**  GLOWKA KIMBER

3 days | Set By PLAINTIFF | JURY

---

**6051  D-1-GN-23-007146**  1620 EAST RIVERSIDE DRIVE, LLC | **vs.**  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days | Set By PLAINTIFF | JURY

---

**6052  D-1-GN-24-009034**  AVILA JOCELYN
                            CALDERA LAYLA | **vs.**  PATTERSON KYLE

3 days | Set By PLAINTIFF | JURY

---

**6054  D-1-GN-23-007431**  MEYER JONAH | **vs.**  EATON JOHN
                                         FREMIN GEORGE PHILLIP
                                         FREMIN VALERIE

3 days | Set By PLAINTIFF | JURY

---

**6055  D-1-GN-22-001236**  TURNER HADRA
                            TURNER MARCUS | **vs.**  DUFFIN CONSTRUCTION  LLC
                                         DUFFIN TERESA L

3 days | Set By PLAINTIFF | JURY

---

**6057  D-1-GN-23-008325**  APTEXAS, LLC | **vs.**  COMPASS RE TEXAS,  LLC
                                         KESSLER NICOLE
                                         LONG CHRIS

5 days | Set By PLAINTIFF | JURY

---

**6058  D-1-FM-24-007673**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | **vs.**  GAUNA NANCY MARIE
                                         RUIZ JOHN

3 days | Set By PETITIONER | JURY

---

**6059  D-1-GN-21-003428**  KINNISON JESS
                            KINNISON SARA | **vs.**  AA OBGYN PLLC
                                         ANDERSON ALLISON L
                                         AUSTIN AREA OBSTETRICS GYNECOLOGY AND FERTILITY
                                         PA
                                         ST DAVIDS HEALTHCARE PARTNERSHIP LP LLP
                                         WANG DIANA Y

| | | | |
|---|---|---|---|
| 10 days | Set By DEFENDANT | | JURY |
| | Atty: ANDERS EVAN MARK (361-575-0551) | Atty: Bell-Moss Katherine Ellen (512-970-5706) Atty: VIGILANTE-FILLEY ALEXIS M. (512-472-0288) | |

**6060  D-1-GN-23-000456**  **SHIN  HYON-HO  CHRISTOPHER**  vs.  **FERRELLGAS, LP**
**WELTON KIMBERLY**

| | | |
|---|---|---|
| 4 days | Set By PLAINTIFF | JURY |

**6061  D-1-GN-21-003538**  **HAVER KATHERINE ANNA**  vs.  **LAGO VISTA BOAT RENTALS**

| | | |
|---|---|---|
| 3 days | Set By DEFENDANT | JURY |
| Atty: Bale Jeffrey Ross (2812956000) | Atty: Lacy Jeffrey A (817-349-8409) | |

**6062  D-1-GN-24-002398**  **HEGARTY ARIANNA EVA**  vs.  **ORDONEZ LUIS**

| | | |
|---|---|---|
| 3 days | Set By PLAINTIFF | JURY |

**6065  D-1-GN-24-007806**  **PARR JOAN**  vs.  **GUY AND LARRY RESTAURANTS, LLC**
**ROARING FORK AUSTIN STONELAKE, LLC**
**ROARING FORK AUSTIN, LLC**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6066  D-1-GN-22-001246**  **SALINAS KARLOS**  vs.  **GONZALES LUIS FERNANDO**
**MARTINEZ MOVERS LLC**
**NAVARRO ELEAZAR  MARTINEZ**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6067  D-1-GN-22-005366**  **DAWKINS MIKEYIA**  vs.  **MIA AESTHETICS CLINIC ATX PLLC**
**MIA AESTHETICS SERVICES, LLC**
**NAZAROVA JAMILA**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

**6068  D-1-FM-24-007610**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **MACHADO-HERNANDEZ SHERLES**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6069  D-1-FM-24-008007**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **ELIZONDO CLARISSA**
**ORTIZ EUSEBIO**

| | | |
|---|---|---|
| 3 days | Set By PETITIONER | JURY |

**6070  D-1-GN-24-004599**  **GREGG  DAYMON**  vs.  **USAA CASUALTY INSURANCE COMPANY**

| | | |
|---|---|---|
| 3 days | | JURY |

**6071  D-1-GN-24-004825**  GAVARRETE ALVARADO MOISES  vs. SANCHEZ OLVERA VIRGINIA

2 days  Set By PLAINTIFF  JURY

---

**6072  D-1-GN-23-007990**  FREZON CARSON
FREZON JENNIFER  vs. FAHRLANDER GRANT MITCHELL

4 days  Set By PLAINTIFF  JURY

---

**6073  D-1-GN-22-004210**  ESTATE GATE, INC  vs. NEUMANN EZEKIEL

2 days  Set By PLAINTIFF  JURY

---

**6074  D-1-GN-19-005131**  COLEHOUR MARNIE  vs. BANEK TERRY LYNN
DEER RUN CHAUFFEUR SERVICES

5 days  Set By PLAINTIFF  JURY

Atty: Rasmus Sheryl Gray (713-951-1000)  Atty: CLEMONS LAMAR G (512-651-7011)
Atty: JOHNSON KENTON DEE (512-451-7800)
Atty: MCCOMB ANNEMARIE KATELYN (512-477-5291)
Atty: REYES ROSS GARRICK (214-880-8100)

---

**6075  D-1-GN-23-001895**  LITINSKY IGOR
PETRAKOUSKAYA HANNA  vs. BRAHLER ANNIE
EURO TRASH, LLC

5 days  Set By PLAINTIFF  JURY

---

**6076  D-1-GN-23-001776**  DE SOLA SEMERIA DAVID ANDRES  vs. RIVERS  LM

4 days  Set By DEFENDANT  JURY

---

**6077  D-1-GN-24-005506**  DUNCAN DESHAY  vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

4 days  JURY

---

**6078  D-1-FM-24-006524**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs. CASTRO JESSE
GARZA MIA
ROMERO SUSIE
TORRES JOSE
VASQUEZ MELINDA SUE

3 days  Set By PETITIONER  JURY

---

**6079  D-1-FM-24-007741**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs. CLENNEY DARRIN
CLENNEY WIDNALDINE

3 days  Set By PETITIONER  JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 06, 2025, 09:01 AM

**6081  D-1-GN-20-006928**

ARIAS JOSE
CAMPUZANO DURANTE RUPERTO
DAMIAN MARCOS
JARAMILLO ESPINOZA JOSE LUIS
MOLINA HERNANDEZ JENNIFER
ROMAN EDITH R
TILLER FANNY A
TOVAR GERARDO
VALVERDE MARTINEZ URSULA
VARELA GONZALEZ MARIA ANGELICA

**vs.  HERNANDEZ ULISES**
**HULL TRAVIS BRENT**

3 days                                                                                                                    JURY

Atty: Bhagia Sheroo (512-270-0531)

---

**6084  D-1-FM-24-009073**

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**vs.  FOSTER JAMES ANTHONY**
**GOMEZ BRETANNI**

3 days                          Set By PETITIONER                                                                        JURY

---

**6086  D-1-GN-24-002382**

DEL CARMEN MATA MARIA
GONZALEZ JOSE

**vs.  DEL TORO-VASQUEZ CORNELIO**

3 days                          Set By DEFENDANT                                                                         JURY

---

**6087  D-1-GN-23-001852**

DANIELS KATHLEEN

**vs.  JPC CONSTRUCTION, INC**
**WHEELER WILSON SAMUEL BRENNAN**

3 days                          Set By PLAINTIFF                                                                         JURY

---

**6089  D-1-AG-20-000145**

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**vs.  CRUZ JOANNA MARIE**
**DELOSSANTOS JOE LOUIS**

3 days                                                                                                                    JURY

---

**6090  D-1-FM-24-008586**

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**vs.  BENAVIDEZ ALISSA**
**SOLIS JONATHAN JEREMY**

3 days                          Set By PETITIONER                                                                        JURY

---

**6091  D-1-GN-24-003045**

RIVERA FRANCISCO ALEJANDRO

**vs.  DOMINGUEZ GABRIELA**
**PPG INDUSTRIES, INC.**

4 days                                                                                                                    JURY

---

**6095  D-1-GN-18-004090**

SANDERS ANDRE

**vs.  GUTIERREZ EDWARD**

3 days                                                                                                                    JURY

Atty: ALFORD JACOB RYAN (210-951-9467)

Atty: Balli Jaime (9564636311)
Atty: Davis Justin Stiel (9566878700)
Atty: WELCH ROBIN W. (210-256-3440)

| | | | | |
|---|---|---|---|---|
| **6096 D-1-GN-23-001204** | **M. S.**<br>**M. Y.**<br>**MENCHACA GARZA ALMA DELIA**<br>**MENDOZA PEREZ LUIS  MIGUEL** | | **vs.** | **C&amp;W LEASING CORPORATION**<br>**GILBERT INTERESTS, INC.**<br>**MCGROARTY JORGE** |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6098 D-1-GN-23-000220** | **HERRING JOHN ASHTON**<br>**SAUCEDA LUCERO** | | **vs.** | **2101 RIO GRANDE PROPERTY OWNER, LLC**<br>**CA VENTURES LLC**<br>**CAMPUS ACQUISITIONS MANAGEMENT, LLC**<br>**GARCIA ALFONSO**<br>**MENDOZA MARGO**<br>**OTIS ELEVATOR COMPANY** |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6099 D-1-GN-24-002754** | **CARTER MARIA** | | **vs.** | **SUN SPOT, LLC**<br>**THR, LLC**<br>**VEGA ERICK RIVERS** |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6100 D-1-GN-23-007678** | **CANDELARIO ALEXANDER**<br>**CENTRIX GROUP, LLC** | | **vs.** | **MARIADB USA INC**<br>**MUELLER  BRIDGET**<br>**PEREIRA RIBEIRO FELIPE** |
| 5 days | | Set By COUNTER-PLAINTIFF | | JURY |
| **6101 D-1-GN-24-002219** | **BURDITT NURALIAH** | | **vs.** | **SAFECO INSURANCE COMPANY OF INDIANA** |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6102 D-1-GN-23-003764** | **GENNUSA SUSAN** | | **vs.** | **GARTNER JONATHAN L**<br>**MARTIN CHRISTINA A.**<br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |
| 4 days | | Set By DEFENDANT | | JURY |
| **6103 D-1-FM-20-003098** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **CISNEROS LETICIA**<br>**GUTIERREZ ALEXANDER LEE**<br>**TREJO CATALINA SHERICE**<br>**TREJO MAXIMINO** |
| 3 days | | Set By PETITIONER | | JURY |
| **6104 D-1-FM-24-005488** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **OLVERA STEVE**<br>**TREJO CATALINA** |
| 3 days | | Set By PETITIONER | | JURY |

| 6105 | D-1-GN-24-005519 | SHADDIX FREDRICK | | vs. | 4 STONES LLC | |
|------|------------------|------------------|--|-----|------------------|--|
| | | | | | CONTRERAS DANIEL APARICIO | |
| 4 days | | | Set By DEFENDANT | | | JURY |

| 6106 | D-1-GN-23-005572 | JONES ABIGAIL | | vs. | BBG, INC | |
|------|------------------|------------------|--|-----|------------------|--|
| | | JONES DAVID E. | | | ROACH CHRISTOPHER S. | |
| | | ZHANG YING | | | | |
| 5 days | | | | | | JURY |

| 6107 | D-1-GN-24-004360 | FODOR DANIEL | | vs. | GEICO COUNTY MUTUAL INSURANCE COMPANY | |
|------|------------------|------------------|--|-----|------------------|--|
| | | | | | KANDER KYLE | |
| 4 days | | | Set By PLAINTIFF | | | JURY |

| 6108 | D-1-GN-22-005340 | AVILES HERNANDEZ LESLIE CELESTE | | vs. | AVILES ANTHONY  BRIAN | |
|------|------------------|------------------|--|-----|------------------|--|
| | | BOISVERT DESI  NICOLE | | | MLA LABS, INC. | |
| | | CHAVEZ LEMUS FREDYS | | | | |
| | | DUCHAMP JOHN | | | | |
| | | OSORIO  YOLIZMIN | | | | |
| | | ROBINSON SHAYLA  NICOLE | | | | |
| 5 days | | | Set By PLAINTIFF | | | JURY |

| 6109 | D-1-FM-24-005856 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | FRUZIA GLORIA | |
|------|------------------|------------------|--|-----|------------------|--|
| | | | | | KRUCKENBERG JAKE W | |
| | | | | | MEEKS KENDRICK CHARLES | |
| | | | | | UNKNOWN FATHER | |
| 3 days | | | Set By PETITIONER | | | JURY |

| 6111 | D-1-GN-23-004607 | 290 &amp; I30 LLC | | vs. | MOGHADASSI MOHAMMED | |
|------|------------------|------------------|--|-----|------------------|--|
| | | RAHIMI HASSAN | | | | |
| 4 days | | | Set By PLAINTIFF | | | JURY |

| 6112 | D-1-FM-25-000636 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | ESCOBAR-MACOLAS FRANCISCA | |
|------|------------------|------------------|--|-----|------------------|--|
| | | | | | PEREZ SOLIS GERBER | |
| | | | | | REYES GONZALEZ EMETERIO | |
| 3 days | | | Set By PETITIONER | | | JURY |

| 6113 | D-1-GN-23-007012 | GARY W. RAESZ CO., INC | | vs. | ROBERTS DEBRA | |
|------|------------------|------------------|--|-----|------------------|--|
| | | RAESZ GARY | | | ROBERTS ENTERPRISES ET AL, LLC | |
| | | | | | ROBERTS TIMOTHY | |
| 2 days | | | Set By PLAINTIFF | | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 06, 2025,  09:01 AM

**6114  D-1-FM-24-007880**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  ALVAREDO TORRES KARIN MARIZOL**
**HERNANDEZ ABIGAIL**
**TORRES NATIVIDAD  JESUS**

3 days                                      Set By PETITIONER                                                                                          JURY

---

**6115  D-1-FM-25-001337**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  CATALAN ROSA JULIETA**
**HERNANDEZ ROBERTO  JAVIER**

3 days                                      Set By PETITIONER                                                                                          JURY

---

**6116  D-1-FM-24-007309**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  ALLEN CALINA DURHAM**
**DURHAM MELVIN FORREST**

5 days                                      Set By PETITIONER                                                                                          JURY

| | | | |
|---|---|---|---|
| **D-1-GN-19-008531** | **FEY GLENN RAY**<br>**GERARDO MARTIN DARLEN D** | **vs. CARILLO ARMANDO** | |
| 3 days | Set By PLAINTIFF | | JURY |
| | Atty: QUILES JOSE FABIAN (682-444-4444)<br>Atty: ZUNIGA JESUS (571-292-1209) | Atty: RAMIREZ RUBEN RAMON (956-704-0000) | |

| | | | |
|---|---|---|---|
| **6001  D-1-GN-24-003007** | **NOLES AMANDA** | **vs. SHOCK RYAN** | |
| 6 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6003  D-1-GN-22-002200** | **BEAN VICTOR**<br>**WILLIS WYNDI** | **vs. LIM TOBIN** | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6005  D-1-GN-21-004908** | **BUICAN GHERGHINA**<br>**BUICAN TRAIAN**<br>**MANAVI MINAELA** | **vs. CARDIAC CLINIC**<br>**DR ERIC TIBLIER PA**<br>**ERIC TIBLIER MD** | |
| 6 days | Set By DEFENDANT | | JURY |
| | Atty: GREEN MARY ELIZABETH (832-690-7000) | | |

| | | | |
|---|---|---|---|
| **6006  D-1-GN-24-000843** | **GONZALEZ CHRISTOPHER** | **vs. WALKER ELVIS L.**<br>**WASTE CONNECTIONS US, INC** | |
| 5 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6008  D-1-GN-24-001087** | **TAIYM NORA** | **vs. CONTINENTAL AUTOMOTIVE GROUP, INC**<br>**CONTINENTAL IMPORTS, INC** | |
| 7 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6009  D-1-GN-20-007226** | **CALDERON ESTHER**<br>**CALDERON MARCOS** | **vs. AUSTIN HEART CENTRAL**<br>**FOTEH MAZIN I**<br>**PICONE MARK**<br>**ST DAVID'S HEART AND VASCULAR PLLC** | |
| 5 days | Set By DEFENDANT | | JURY |
| | Atty: MELENDEZ ALFONSO L. (915-593-2357) | Atty: Andrews Nicole G (713-452-4400)<br>Atty: BEAMAN MARK THOMAS (512-472-0288)<br>Atty: LOIACONO JOSEPH (512-474-9124)<br>Atty: MASSEY MEREDITH (512-474-9124) | |

| | | | |
|---|---|---|---|
| **6010  D-1-GN-24-001491** | **DILLON THOMAS** | **vs. BOADA YORDANIS PENA** | |
| 3 days | | | JURY |

| | | | |
|---|---|---|---|
| **6011  D-1-GN-24-001575** | **LUPTON BRADLEY** | **vs. LEDUFF KERWIN HILARY** | |
| 3 days | Set By PLAINTIFF | | JURY |

**6013  D-1-GN-24-001759**    **TOME JONATHAN COLINDRES**    **vs.  GAGNON JOHN  MICHAEL**
**GG PHI LLC**

4 days    Set By PLAINTIFF    JURY

---

**6014  D-1-GN-24-000388**    **RIVERO REBOLLAR BRYAN FELIPE**    **vs.  BRINK'S INCORPORATED**
**TORRES MALIK A**

5 days    Set By DEFENDANT    JURY

---

**6015  D-1-GN-23-002251**    **RATLIFF JENNIFER**    **vs.  CONNER HILAIRE ELIZABETH**
**ESA ENGINEERING LLC**
**GARCIA RALPH**
**HILJAY ENTERPRISES, LLC**

3 days    Set By DEFENDANT    JURY

---

**6016  D-1-GN-23-003917**    **MERRITT MORGAN**    **vs.  MOUSAVI MIR EMAD**
**RIZZUTI MICHAEL**    **TEXAS STRUCTURAL ENGINEERS, LLC**

5 days    Set By PLAINTIFF    JURY

---

**6020  D-1-GN-24-001570**    **GUYTON RIQUA**    **vs.  UNITED SERVICES AUTOMOBILE ASSOCIATION**

5 days    Set By PLAINTIFF    JURY

---

**6021  D-1-GN-23-007876**    **GUEVARA YUSNAIRA MALAVE**    **vs.  MORATA GILBERTO VARONA**
**RIOS BARBARA GUERRA**
**RIVERO HILLARIS GONZALEZ**

3 days    JURY

---

**6022  D-1-GN-24-001250**    **CASAREZ JOHNNY**    **vs.  AUSTIN CONSTRUCTORS, LLC**
**SANCHEZ HERNANDEZ GERARDO**

3 days    Set By PLAINTIFF    JURY

---

**6023  D-1-GN-23-000178**    **OLOGBAN KRISTINA**    **vs.  MURPHY MORGAN**
**WELCH EXCAVATION AND UTILITY COMPANY, INC**

4 days    Set By PLAINTIFF    JURY

---

**6024  D-1-GN-24-000817**    **SIEVERS TODD**    **vs.  NETHERLAND LINDA**
**SREENIVASAN ADITHYA**

3 days    Set By PLAINTIFF    JURY

---

**6025  D-1-GN-24-000934**    **STILES MORGAN**    **vs.  SUTTON GEREN KANE**

4 days    Set By PLAINTIFF    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

**6026  D-1-GN-24-005705**  NOURI BEHZAD                                vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

3 days                               Set By PLAINTIFF                                                              JURY

---

**6027  D-1-GN-23-007524**  LASSERRE KIMBERLEY                          vs.  ALL POINTS GROUP, L.P.

5 days                               Set By PLAINTIFF                                                              JURY

---

**6028  D-1-GN-24-007097**  PARK BRIAN                                 vs.  JIMENEZ LUCIA VELAZQUEZ
                                                                             SILVA NICOLAS

4 days                                                                                                             JURY

---

**6029  D-1-GN-23-007343**  MENON MEENA                                vs.  GOLDEN ZACKERY JOHN

3 days                               Set By PLAINTIFF                                                              JURY

---

**6030  D-1-GN-24-003518**  BROWN CYNTHIA                              vs.  MV TRANSPORTATION, INC.
                            BROWN II EARL

3 days                               Set By PLAINTIFF                                                              JURY

---

**6031  D-1-GN-21-004747**  VALDOVINOS LUIS ALBERTO                    vs.  CAMACHO DAVID
                            VARGAS DAYSI                                     MARSHALL MONICA

4 days                                                                                                             JURY

                            Atty: VENABLE TRAVIS E. (210-656-1000)

---

**6032  D-1-GN-24-003305**  SHINER HOPE KARA                           vs.  ROBBINS ANDREW SCOTT
                            SHINER KAYLA FRENCH                              WALDOCK AARON JAMES

3 days                               Set By DEFENDANT                                                              JURY

---

**6033  D-1-GN-23-009022**  LOPEZ ANA  LAURA                           vs.  SLEEPER NOAH  SEIJI

3 days                               Set By PLAINTIFF                                                              JURY

---

**6034  D-1-GN-23-001609**  KEELING TINA                               vs.  SIMS DEVEN
                                                                             WALK! ATX PET CARE, LLC

5 days                               Set By PLAINTIFF                                                              JURY

**6035  D-1-GN-22-003021**  SOBALVARRO ODEL  **vs.  CEH SPE, LLC**
URBINA  WENDY

OL ALMEDA OWNER, LLC
OL BEVERAGE HOLDINGS, LLC
OL HOUSTON, LLC
OL MANAGEMENT, LLC
OL RE HOLDINGS, LLC
OL TEXAS RESTURANTS, LLC
STASSNEY RE, LLC

5 days                    Set By PLAINTIFF                                                    JURY

---

**6036  D-1-GN-23-004720**  HERNANDEZ CHRISTIAN  **vs.  OLIVER DUSTIN J.**
MALDONADO JAVIER

3 days                    Set By DEFENDANT                                                    JURY

---

**6037  D-1-GN-24-005544**  MIRAN  HAYDER  SABAH  **vs.  CHAVEZ  ALAN  JENDSEL**

3 days                                                                                        JURY

---

**6038  D-1-GN-23-002651**  THORNTON NIKKI  **vs.  DANIELS DONALD**

HERRERA LESLIE
HUTTO CHIRO LLC

3 days                    Set By DEFENDANT                                                    JURY

---

**6039  D-1-GN-22-004701**  GUTIERREZ-PANTOJA MARCO ANTONIO  **vs.  RIVERA EDWIN**
RUIZ ALMA

RIVERA ROBERTO ARTURO
RIVERA RONEY
VELA LOPEZ YESSICA AMANDA

3 days                    Set By PLAINTIFF                                                    JURY

---

**6040  D-1-GN-24-000460**  MAXWELL RYAN  **vs.  ABED OBAIDULLAH**

LYFT, INC.

5 days                                                                                        JURY

---

**6041  D-1-GN-23-000768**  TOMASZEWSKI JOHN  **vs.  TEXAS FARMERS INSURANCE COMPANY**
TOMASZEWSKI NICOLE

4 days                    Set By DEFENDANT                                                    JURY

---

**6042  D-1-GN-24-002496**  GONZALES ERICA  **vs.  WALMART INC.**

3 days                    Set By PLAINTIFF                                                    JURY

---

**6044  D-1-GN-23-007676**  TMP AIRPORT BLVD PROJECT, LLC  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                    Set By PLAINTIFF                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

**6046 D-1-GN-24-002387**  MERCADEL LARRY                                          vs. HAAS LUKAS ALEXANDER
5 days                                  Set By PLAINTIFF                                                            JURY

---

**6048 D-1-GN-24-000329**  LALONE MICHAEL                                          vs. C. ROBINSON REALTY SERVICES, INC.
                                                                                        KIRTLAND CHARLES
                                                                                        KIRTLAND DEBORAH
5 days                                                                                                              JURY

---

**6049 D-1-GN-24-001933**  ATES NICHOLAS JASON                                     vs. OUTLAW KELLY
5 days                                  Set By DEFENDANT                                                           JURY

---

**6050 D-1-GN-23-004259**  MORENO ROSAURA BRAVO                                    vs. BARTHOLOW RENTAL CO., INC.
                                                                                        ESPINOZA WILLIAM A. GUTIERREZ
                                                                                        RAMON JESSE RENE
5 days                                  Set By DEFENDANT                                                           JURY

---

**6051 D-1-GN-24-005311**  TGA RACEWAY CROSSINGS IC LLC                            vs. TRAVIS CENTRAL APPRAISAL DISTRICT
2 days                                  Set By PLAINTIFF                                                           JURY

---

**6053 D-1-AG-15-001806**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES      vs. MARTINEZ JOSEFINA
                                                                                        RODRIGUEZ DOUGLAS
                                                                                        RUEBBLING LISA
3 days                                  Set By PETITIONER                                                         JURY

---

**6055 D-1-GN-24-008295**  LEDFORD AJARA                                           vs. TIMBERLAKE LOGAN NOEL
                                                                                        VASQUEZ MARIA GUADALUPE
3 days                                  Set By PLAINTIFF                                                           JURY

---

**6056 D-1-GN-21-002307**  THE STATE OF TEXAS                                      vs. COOPER JOHN DAVID
                                                                                        JOHNNYS BEER GARDEN
                                                                                        WEST EXCHANGE INC
7 days                                  Set By PLAINTIFF                                                           JURY
                                        Atty: SAUER KEVIN ROBERT (512-463-2173)

---

**6057 D-1-GN-22-000641**  HERNANDEZ ALBERTO                                       vs. LLANES-RODRIGUEZ GABRIEL
                                                                                        OSCAR ORDUNO INC.
4 days                                  Set By DEFENDANT                                                           JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

**6058  D-1-GN-21-003521**  PEERBHAI RAHIM  vs. DESCHAMPS DANIEL
HOUSTON COMMERCIAL BUILDINGS

7 days                                    Set By 3RD PARTY DEFENDANT                                    JURY

Atty: SORRELS RANDALL O. (713-496-1100)

---

**6059  D-1-GN-24-002081**  RODRIGUEZ HUMBERTO  vs. LEMASTER ANDREW

4 days                                    Set By PLAINTIFF                                    JURY

---

**6060  D-1-GN-21-002200**  JACKSON ANNA  vs. BELL TYRA
JACKSON BLAKE                                      NEIGHBORFAVOR INC

5 days                                    Set By PLAINTIFF                                    JURY

Atty: BATRICE PAUL ALEXANDER (512-600-1000)          Atty: MERONEY RANELLE MOORE (512-391-0197)

---

**6064  D-1-GN-24-008287**  DAVIS  TAYLOR  vs. MCKEOWN JAIDEN

2 days                                                                         JURY

---

**6065  D-1-GN-24-008568**  FONSECA ESPINOSA JESUS MANUEL  vs. LOFTON MICHAEL ROY

5 days                                    Set By PLAINTIFF                                    JURY

---

**6067  D-1-GN-21-003170**  ISIDORO ALEXIS VIELMA  vs. MICHAEL CARTER LAWFUL ADMINISTRATOR OR EXECUTOR
VIELMA LILIA                                      SHARAE D WALKER

3 days                                    Set By PLAINTIFF                                    JURY

Atty: CADENA JACOB CESAR (512-600-1000)          Atty: WILSON CATHERINE ANNE BEYER (915-443-3904)
Atty: PEREZ MCKENNA C (512-600-1000)

---

**6068  D-1-FM-24-008213**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs. CAGLE JOHN BUSCH
MANDALINCI DUAN DIDEN

3 days                                                                         JURY

---

**6069  D-1-FM-24-002982**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs. CARDENAS-LEIJA IZAAC MAURICIO
GARCIA PRISCILLA

3 days                                    Set By PETITIONER                                    JURY

---

**6070  D-1-FM-24-008189**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs. HARRIS AUSTIN OSEAN
THOMPSON DEANNA

3 days                                    Set By PETITIONER                                    JURY

---

**6071  D-1-GN-18-001659**  OAKES AARON  vs. STANCIU NICKOLAS

4 days                                    Set By DEFENDANT                                    JURY

Atty: Benton Jeffrey M. (9726611111)          Atty: MACINNES ROBERT A. (512-477-6813)
Atty: WHIGHAM GREGORY ALLAN (512-239-8680)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

| 6073 D-1-GN-23-002264 | MATTA MELISSA | | vs. CHOICE HOTELS INTERNATIONAL, INC<br>CHOICE HOTELS INTERNATIONAL, INC.<br>DOOR CAPITAL PARTNERS, LLC | |
|---|---|---|---|---|
| 3 days | | | | JURY |

| 6074 D-1-GN-24-000759 | DOYLE JACQUELINE | | vs. PARKER AT HYDE PARK, LLC | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6075 D-1-GN-24-008982 | ESPINOZA JACKELINE YAJAIRA | | vs. LEIGH JOHN WILLIAM | |
|---|---|---|---|---|
| 3 days | | Set By DEFENDANT | | JURY |

| 6076 D-1-GN-24-003274 | BARRERO MARTHA | | vs. BONNEAU JORDAN EDEL | |
|---|---|---|---|---|
| 3 days | | Set By DEFENDANT | | JURY |

| 6077 D-1-GN-23-002596 | GARCIA GILBERT | | vs. ENGELKE BENNIE<br>HOME STATE COUNTY MUTUAL INSURANCE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6078 D-1-GN-22-004561 | NJANKOU BILLY | | vs. CENTEX MATERIALS LLC<br>EAGLE MATERIALS INC<br>TORRES JEREMIAH | |
|---|---|---|---|---|
| 2 days | | | | JURY |

| 6079 D-1-GN-24-001991 | COREVEST AT COPPER RIDGE, LLC<br>KOSIGI INC.<br>MAN VE REALTY, LLC<br>MIDNITOL, FLP<br>NIRVANAZONE, LLC<br>ROYAL AUSTIN PROPERTIES, LLC<br>SP IMPEX HOLDINGS LLC | | vs. ALLEN MITCH<br>AUSTERRA STABLE GROWTH FUND, LP<br>AUSTERRA STABLE INCOME FUND, LP<br>HORNET CAPITAL, LLC<br>JENKINS JONATHAN<br>KAELEY PAUL<br>NEU COMMUNITY BASTROP LLC<br>NEU COMMUNITY CREEKSIDE LLC<br>NEU COMMUNITY LAKE TRAVIS LLC<br>NEU COMMUNITY ROBINHOOD LLC<br>NEU COMMUNITY, INC.<br>NEU DEVELOPMENT FUND LLC<br>STALLION TEXAS REAL ESTATE FUND, LLC | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6080 D-1-FM-24-008063 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. PEREZ JENNIFER ELOISA<br>VILLANUEVA QUINTON HUNTER | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

| 6082 D-1-FM-24-007975 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. FATHER UNKNOWN<br>WILLIAMS JULIA CAPRICE | |
|---|---|---|---|
| 3 days | Set By PETITIONER | | JURY |

| 6083 D-1-GN-25-000231 | MERCADO MARIA | vs. ALBERTO ETHAN MICHAEL | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

| 6084 D-1-GN-23-002987 | GARCIA ANA | vs. BURLINGTON COAT FACTORY DIRECT CORPORATION<br>BURLINGTON COAT FACTORY OF TEXAS, INC<br>BURLINGTON COAT FACTORY OF TEXAS, LP<br>BURLINGTON STORES, INC | |
|---|---|---|---|
| 4 days | Set By DEFENDANT | | JURY |

| 6086 D-1-AG-19-001780 | KOZLOWSKI CHRISTOPHER<br>KOZLOWSKI SAMANTHA | vs. GOMEZ ELEAZAR<br>PETERS ASHLEY RENEE | |
|---|---|---|---|
| 3 days | Set By PETITIONER | | JURY |

| 6087 D-1-GN-24-004859 | JURADO ELIAS | vs. ARORA ESHAAN<br>FARMER'S TEXAS COUNTY MUTUAL INS. CO. | |
|---|---|---|---|
| 2 days | Set By PLAINTIFF | | JURY |

| 6088 D-1-GN-23-008155 | GLADSTEIN AMY<br>GLADSTEIN CLIFF | vs. RIZZO BRIAN<br>RIZZO JANUARY | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

| 6089 D-1-GN-22-006147 | THE VERANDAH AT GRANDVIEW HILLS LLC<br>THE VILLAGES OF BELLA VISTA LLC | vs. HURCON, INC. | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

| 6090 D-1-GN-24-001457 | NIETO JOSE ANTONIO<br>ROSALES JESSICA<br>ROSALES JONATHON<br>ROSALES JUAN<br>SANCHEZ MARIA | vs. CUEVAS ROSENDO TY<br>JOHN DOE<br>USIC HOLDINGS, INC.<br>USIC LOCATING SERVICES, LLC<br>USIC, LLC | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

| 6091 D-1-FM-24-007607 | D G | vs. D C | |
|---|---|---|---|
| 8 days | Set By PETITIONER | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 20, 2025,  09:01 AM

**6092  D-1-GN-22-003396**  **HALL BILLY**  **vs.  TEXAS DEPARTMENT OF PUBLIC SAFETY**
**HAYNES TONY**
**HESTER CHRISTIE**
**POOL MIKKI**

5 days  Set By PLAINTIFF  JURY

---

**6093  D-1-GN-23-006990**  **NELSON SYLVIA**  **vs.  ALARCON TRIANNA**
**TREVINO SANTIAGO**  **BASSHAM PROPERTIES, INC.**
**BASSHAM TRUST**
**SONTERRA LUXURY APARTMENTS, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6094  D-1-GN-24-002680**  **RAMIREZ AGUSTIN**  **vs.  BROWN KIRSTON JERMOND**
**J.D. ABRAMS L.P.**

3 days  JURY

---

**6095  D-1-FM-24-008511**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  LOPEZ MARISSA ANNE**
**UNKNOWN FATHER**

3 days  Set By PETITIONER  JURY

---

**6097  D-1-FM-24-003876**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  HIGGINS  AMANDA**

3 days  Set By PETITIONER  JURY

---

**6098  D-1-GN-23-002778**  **COLEMAN DENNIS**  **vs.  NYLE MAXWELL GMC, LLC**
**NYLE MAXWELL OF AUSTIN, LLC**

3 days  Set By PLAINTIFF  JURY

---

**6099  D-1-GN-23-008327**  **2JH INVESTMENTS, INC.**  **vs.  KIM HYUNWOO**
**KIM JINHWAN**
**PARK HEESOON**
**YOON JEONGWON**

5 days  Set By PLAINTIFF  JURY

---

**6100  D-1-FM-24-008586**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  BENAVIDEZ ALISSA**
**SOLIS JONATHAN JEREMY**

3 days  Set By PETITIONER  JURY

---

**6101  D-1-GN-22-004528**  **LOPEZ CRUZ**  **vs.  NGONGFEUTANG JERRET**
**LYNCH ANDREW**

4 days  Set By DEFENDANT  JURY

---

**6102  D-1-GN-21-001045**  **MANDUJANO JESSICA**  **vs.  ESKEW MORGAN LYNN**

| | | | |
|---|---|---|---|
| 4 days | | Set By AS NEXT FRIEND OF | JURY |
| | | Atty: GALVANY CARLTON ALICIA MARIA (2103080004) | |

**6103  D-1-FM-24-003270**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  **HOLDER TRAVIS L**
                                                                                                         **SALAS YADIRA AZUCENA**

3 days                                                                                                JURY

---

**6104  D-1-GN-23-002171**   **GUARINO JAKE LOUIS**                                     vs.  **FREDERICK THOMAS T**
                                                                                                         **ZENO DIGITAL SOLUTIONS, LLC**

10 days                          Set By COUNTER-DEFENDANT                                             JURY

---

**6105  D-1-FM-25-000379**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  **DEVAUGHN ANIKA NORA**
                                                                                                         **SPEARS PATRICK**

3 days                           Set By PETITIONER                                                    JURY

---

**6106  D-1-GN-24-004507**   **STARKS BROWN HEAVEN SEYMMONE**                        vs.  **MAKADOK RYAN GEORGE**

5 days                           Set By PLAINTIFF                                                     JURY

---

**6107  D-1-FM-23-008325**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  **COLE SHANNON LEIGH**
                                                                                                         **FATHER UNKNOWN**

3 days                           Set By PETITIONER                                                    JURY

---

**6108  D-1-GN-22-001904**   **ORTIZ MELISSA**                                         vs.  **AAA DRYWALL, LLC.**
                                                                                                         **GUZMAN JESSE**
                                                                                                         **LEWIS CHARLIE**
                                                                                                         **RICO PEDRO**
                                                                                                         **T&amp;K DRYWALL, LLC**

4 days                           Set By AS NEXT FRIEND OF                                             JURY

---

**6109  D-1-FM-23-003457**   **ATTORNEY GENERAL**                                      vs.  **JEFFERSON BYRANAZIA RUTHISHA E.**
                                    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES        **PERRY TREYVON TYRELL**

3 days                           Set By PETITIONER                                                    JURY

---

**6110  D-1-FM-25-002647**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES     vs.  **GONZALES ANTOINETTE DENISE**
                                                                                                         **WALLACE SAMUEL**

3 days                           Set By PETITIONER                                                    JURY

---

**6111  D-1-GN-24-007896**   **LAURYSSEN CARL**                                        vs.  **VERISLAW 2, PLLC**
                                                                                                         **VERISLAW, PLLC**

3 days                                                                                                JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 20, 2025, 09:01 AM

**6112  D-1-FM-20-003098**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  CISNEROS LETICIA
GUTIERREZ ALEXANDER LEE
TREJO CATALINA SHERICE
TREJO MAXIMINO

3 days                    Set By PETITIONER                         JURY

---

**6113  D-1-FM-24-005488**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  OLVERA STEVE
TREJO CATALINA

3 days                    Set By PETITIONER                         JURY

---

**6114  D-1-GN-22-004788**   CROSS  RUTH
GONZALEZ MADISON
MOLINA  SANDRA   vs.  GONZALEZ EDDIE
RPM DINING, LLC

4 days                    Set By PLAINTIFF                          JURY

---

**6116  D-1-FM-24-005856**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  FRUZIA GLORIA
KRUCKENBERG JAKE W
MEEKS KENDRICK CHARLES
UNKNOWN FATHER

3 days                    Set By PETITIONER                         JURY

---

**6117  D-1-FM-24-000177**   ABDUL AMIR HAIDAR SABAH   vs.  HAYDER MAYSAA
1 days                                                              JURY

---

**6118  D-1-FM-24-003269**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  COKER ALYX  SKYE
PFLEUGER ANDREW FRANK

3 days                    Set By PETITIONER                         JURY

---

**6120  D-1-FM-24-006973**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  CLARK LADASCIOUS DATRONMELVIN
THOMAS EDRIANNA DA'SHAWN

3 days                    Set By PETITIONER                         JURY

---

**6121  D-1-FM-24-003088**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  BONTON KENNESA AMIYA
BROOKS DARIUS
GARCIA HUNTER ELLIOT

3 days                    Set By PETITIONER                         JURY

---

**6122  D-1-FM-25-000559**   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES   vs.  GALINDO SANDRA
GONZALES MALDONADO EDUARDO

3 days                    Set By PETITIONER                         JURY

---

**6123  D-1-FM-25-000902**   ANIS ABDUL A   vs.  RIAZ SUMAN

3 days                                                                                                    JURY

---

**6125  D-1-FM-24-005574**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  GONZALEZ REBECCA**
**KAY EZEKIEL ABRAHAM**

3 days                                                                                                    JURY

**5009  D-1-GN-24-003839**

COOK CHILDREN'S HEALTH PLAN
SUPERIOR HEALTHPLAN, INC.
TEXAS CHILDREN'S HEALTH PLAN
WELLPOINT INSURANCE COMPANY

vs.  CECILE ERWIN YOUNG EXECUTIVE COMMISSIONER OF THE     PREF
TEXAS HEALTH AND HUMAN SERVICES COMMISSION
MOLINA HEALTHCARE OF TEXAS, INC.

10 days                          Set By PLAINTIFF                                    JURY

---

**5015  D-1-GN-21-003338**

GERLACHER HANNAH
GERLACHER JESSICA

vs.  CHEER ATHLETICS BRANDS, LLC                          PREF ((MEACHUM))
CHEER ATHLETICS FRISCO LLC
CHEER ATHLETICS HOLDINGS LLC
CHEER ATHLETICS INC
CHEER ATHLETICS PLANO LLC
MCCARTNEY JASON
UNITED STATES ALL STAR FEDERATION

5 days                                                              JURY

Atty: DAO ANDREW ANH (713-655-1405)                    Atty: Huddleston Ed (817-878-6391)
Atty: TUEGEL MICHELLE SIMPSON (214-774-9121)

---

**6001  D-1-GN-22-002086**

PHAM BINH THAI

vs.  CURB PLANET, INC
JENKINS ANGELA
JENKINS JOHN MICHAEL
TEXAS A&amp;M CONCRETE -  AUSTIN LLC
THE CONLAN COMPANY

5 days                          Set By AS NEXT FRIEND OF                            JURY

---

**6002  D-1-GN-24-001587**

VALLIANI ALI SHAH

vs.  STATE FARM INSURANCE COMPANY

3 days                          Set By PLAINTIFF                                    JURY

---

**6003  D-1-GN-23-002088**

CITY OF WEST LAKE HILLS

vs.  JAFF VENTURES LLC
JAFFE DOUGLAS
REAL PROPERTY AT 1405 WILD CAT HOLLOW, WEST LAKE
HILLS, TX

3 days                                                              JURY

---

**6004  D-1-GN-24-001495**

RIORDAN PATRICK

vs.  OCAMPO LOPEZ URIEL

3 days                          Set By PLAINTIFF                                    JURY

---

**6005  D-1-GN-24-001749**

ULFSON BJOERN

vs.  DOORDASH INC
WHEAT DANIEL ZACHARY

4 days                          Set By PLAINTIFF                                    JURY

**6006  D-1-GN-24-005294**

| MCCRACKEN MADELYN<br>WHITMAN CORINA | | vs. | GARCIA ALFREDO  MORENO<br>TUCKER MICHELLE<br>VASQUEZ-RODRIGUEZ ABEL FERNAND | |
|---|---|---|---|---|
| 5 days | | | | JURY |

**6007  D-1-GN-24-003490**

| SANDERS SHARDAVIA | | vs. | HAILE SEMRET TESFAY | |
|---|---|---|---|---|
| 3 days | Set By PLAINTIFF | | | JURY |

**6008  D-1-GN-23-001425**

| HEILMAN JANET | | vs. | SANOVA DERMATOLOGY MANAGEMENT, INC<br>SANOVA DERMATOLOGY, PLLC | |
|---|---|---|---|---|
| 6 days | | | | JURY |

**6010  D-1-GN-23-007653**

| BUESO ALVARADO  JOSE<br>CORTES CRUZ  LEANDRO | | vs. | JEAN BARKWELL  BILLIE | |
|---|---|---|---|---|
| 3 days | Set By PLAINTIFF | | | JURY |

**6011  D-1-GN-23-001198**

| ODOM  JESSE | | vs. | ESCALANTE JAIME GOMEZ<br>GOMEZ LUIS ALBERTO<br>THREE BROTHERS TRUCKING OF TEXAS LLC | |
|---|---|---|---|---|
| 3 days | Set By PLAINTIFF | | | JURY |

**6012  D-1-GN-22-006667**

| REA MOLINA JUAN RICARDO | | vs. | JARRELL ROBERT DWAIN<br>LEE COUNTY PETROLEUM, INC. | |
|---|---|---|---|---|
| 5 days | Set By DEFENDANT | | | JURY |

**6013  D-1-GN-23-004237**

| JONES NIKKI | | vs. | CTM ENTERPRISES, INC<br>FIELDS TYRIQUE LASHAWN | |
|---|---|---|---|---|
| 4 days | Set By PLAINTIFF | | | JURY |

**6014  D-1-GN-23-009002**

| KEEVER CYNTHIA | | vs. | D GUERRA CONSTRUCTION LLC<br>OLVERA PERRISQUIA | |
|---|---|---|---|---|
| 7 days | Set By PLAINTIFF | | | JURY |

**6016  D-1-GN-24-003110**

| BURKETT AUSTIN | | vs. | JONES JORDAN<br>SOLARAY, LLC | |
|---|---|---|---|---|
| 4 days | | | | JURY |

**6018  D-1-GN-24-000862**

| FORTE JACQULYN | | vs. | LAURISTON KIMBERLY | |
|---|---|---|---|---|
| 3 days | Set By PLAINTIFF | | | JURY |

**6019  D-1-GN-22-006829**

| TEXAS MUTUAL INSURANCE COMPANY | | vs. | PERMABOND CONSTRUCTION, INC | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | 5 days | Set By PLAINTIFF | JURY |

---

**6022  D-1-GN-23-008841**  OGBE MEZAN  **vs.  BLOCK ALEC G.**
YOHANNES MONICA  **BLOCK GREGORY L.**
YOHANNES RAPHAEL

| | | | |
|---|---|---|---|
| | 5 days | Set By DEFENDANT | JURY |

---

**6023  D-1-GN-23-004220**  SANTOS GABRIELA  **vs.  MANGOLD TRISHA**
WUTHRICH JUSTIN

| | | | |
|---|---|---|---|
| | 4 days | Set By PLAINTIFF | JURY |

---

**6024  D-1-GN-23-009120**  COMER LARRY  **vs.  OBASI DANIEL**

| | | | |
|---|---|---|---|
| | 4 days | Set By PLAINTIFF | JURY |

---

**6025  D-1-GN-24-002624**  YOUNG MARTHA  **vs.  VAN BANH EXECUTOR FOR THE ESTATE OF HANH THI BANH**

| | | | |
|---|---|---|---|
| | 3 days | Set By PLAINTIFF | JURY |

---

**6026  D-1-GN-24-007100**  BASS TAMMY  **vs.  LIBERTY COUNTY MUTUAL INSURANCE COMPANY**

| | | | |
|---|---|---|---|
| | 3 days | Set By PLAINTIFF | JURY |

---

**6027  D-1-GN-23-003158**  ROCKPORT ENERGY SOLUTIONS, LLC  **vs.  AMERICAN BULK PIPE &amp; STEEL, LLC**
ROCKPORT OIL &amp; GAS I LLC  **ANCHOR C. SERVICES, LLC**
**CAMPION RUTH**
**CASTRO GONZALEZ JUAN JOSE**
**COSGROVE WADE**
**ENERGY SERVICE &amp; SUPPLY, LLC**
**JC INSPECTION SERVICES, LLC**
**KOLB DALE**
**MASSEY PATRICK**
**OFS INTERNATIONAL LLC**
**PM PIPE COMPANY, LLC**
**SPLENDORA PIPE SERVICES, LLC**

| | | | |
|---|---|---|---|
| | 10 days | Set By PLAINTIFF | JURY |

---

**6028  D-1-GN-24-004615**  RODRIGUEZ SYLVIA  **vs.  CITY OF AUSTIN**

| | | | |
|---|---|---|---|
| | 4 days | Set By PLAINTIFF | JURY |

---

**6029  D-1-GN-24-004589**  KHALEK DANIEL  **vs.  MAKHLOUF TIDJET**
ZAHREDDINE NICOLE  **MARTINEZ- RUIZ ALDO**
**RASIER, LLC**
**UBER TECHNOLOGIES INC**
**ZEVO CORP.**

| 5 days | Set By PLAINTIFF | | JURY |

---

**6031  D-1-GN-24-002271**  CAMPBELL EDWARD T.  CAMPBELL KIMBERLY R.  **vs.  ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

| 3 days | Set By PLAINTIFF | | JURY |

---

**6032  D-1-GN-24-000218**  PRODIGY HEALTH, LLC  **vs.  AXIA MEDICAL SOLUTIONS, LLC**
CAPITAL CITY DRUG, LLC
CONEY ANDREW
JAMES CHRISTOPHER LAMONT
MELENDEZ LUIS
MIAM CONSULTING, LLC
PATHWRIGHT ASSETS AND HOLDINGS, LLC
ROAM HOLDINGS, LLC
SANCHEZ-WALKER AMY
SB PHARMA, LLC
THE UDLAND GROUP, LLC
UDLAND BRETT
WALKER MITCHELL

| 10 days | Set By PLAINTIFF | | JURY |

---

**6033  D-1-GN-23-002562**  PARKER JAMES CORBIN  **vs.  BASNET PRASANNA**
STATE FARM MUTUAL INSURANCE COMPANY

| 3 days | Set By PLAINTIFF | | JURY |

---

**6035  D-1-GN-24-008105**  ZAZOVSKY ERIC  **vs.  LEE JEREMY**

| 4 days | Set By PLAINTIFF | | JURY |

---

**6036  D-1-GN-24-008483**  HERNANDEZ KIMBERLY  VASQUEZ ISSAC  **vs.  GEICO COUNTY MUTUAL INSURANCE COMPANY**

| 4 days | Set By PLAINTIFF | | JURY |

---

**6037  D-1-GN-23-008578**  AHMED RAHIMAH KHAN  AHMED SYED ROHAIL  **vs.  KDKB, LLC**
RISE RESIDENTIAL CREEKVIEW MANAGEMENT, LLC
RISE RESIDENTIAL CREEKVIEW SLP, LLC
RISE RESIDENTIAL MANAGEMENT, LLC
RISE RESIDENTIAL OFFICES, LP
SHFC CREEKVIEW LAND, LLC
TEXAS CREEKVIEW AUSTIN, LP

| 5 days | Set By PLAINTIFF | | JURY |

---

**6038  D-1-GN-24-008197**  FUCHS  DENNIS  **vs.  ARCHER WESTERN CONSTRUCTION, LLC**
GREAT HILLS CONSTRUCTORS
SUNDT CONSTRUCTION, INC.

| | | | |
|---|---|---|---|
| 4 days | | | JURY |

---

**6039  D-1-GN-24-003036**  **MARKS MICHAEL** **vs.  DISCOUNT TIRE COMPANY OF TEXAS, INC.**

5 days                          Set By PLAINTIFF                                                                                      JURY

---

**6040  D-1-GN-21-002157**  **TOOMEY SHAE** **vs.  STRODE AUSTIN ISAAC**

3 days                          Set By PLAINTIFF                                                                                      JURY

Atty: NAGLE STEPHEN G (512-480-0505)

---

**6041  D-1-GN-22-007370**  **TYBOR  COURTNEY** **vs.  SISNEROZ  MARIO**

5 days                                                                                                                                        JURY

---

**6042  D-1-GN-23-007917**  **RILEY MARISHA MARCHE** **vs.  MCDOWELL ALANA  NICOLE**

4 days                          Set By PLAINTIFF                                                                                      JURY

---

**6043  D-1-GN-24-001595**  **MARSHALL APARTMENTS, LLC** **vs.  2019 FOREAL GP, LLC**
**2019 FOREAL LP**
**2019 TAYLOR GP, LLC**
**2019 TAYLOR LP**
**CAMPOS  RENE**
**EUREKA HOLDINGS ACQUISITIONS GP, INC.**
**EUREKA HOLDINGS ACQUISITIONS, LP**
**EUREKA HOLDINGS, INC.**
**EUREKA MULTIFAMILY GROUP GP, INC.**
**EUREKA MULTIFAMILY GROUP LP**
**ROC INVESTMENT TRUST**

4 days                          Set By PLAINTIFF                                                                                      JURY

---

**6044  D-1-GN-23-003813**  **OCELOT GROWTH OPPORTUNITIES FUND, L.P** **vs.  OCELOT CAPITAL MANAGEMENT, LLC**
**OCELOT GROWTH OPPORTUNITIES GP, LLC**
**TOWNSEND ANDREW**

5 days                          Set By PLAINTIFF                                                                                      JURY

---

**6045  D-1-GN-24-005823**  **KAIWI EMMA** **vs.  AVIS BUDGET CAR RENTAL, LLC**
**LAW TYION**
**WRAY RICK**

3 days                          Set By PLAINTIFF                                                                                      JURY

---

**6046  D-1-GN-24-007395**  **SABO ANYA** **vs.  STATE FARM AUTOMOBILE INSURANCE COMPANY**

5 days                          Set By PLAINTIFF                                                                                      JURY

| | | | |
|---|---|---|---|
| **6047  D-1-GN-22-000849** | **MIRANDA SAUL** | **vs.  1ST CALL TOWING, LLC** | |
| | | **COLLINS JIMMIE RALPH** | |
| 3 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6048  D-1-GN-24-005607** | **DOMINGUEZ OSCAR** | **vs.  TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY** | |
| | | **ASSOCIATION** | |
| 4 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6049  D-1-GN-23-007862** | **ETHERIDGE JEFFREY  WALKER** | **vs.  FREEDOM SOLAR, LLC** | |
| 3 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6050  D-1-GN-24-001492** | **CHANG DAVID** | **vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** | |
| 5 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6051  D-1-GN-24-008171** | **BLEIER EDWARD** | **vs.  HILSCHER JANICE** | |
| 3 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6052  D-1-GN-22-007015** | **STATE FARM LLOYDS AS SUBROGEE OF PRATAP AND DEEPIKA REDDY** | **vs.  BROOKS CONSTRUCTION GROUP, LLC** | |
| | | **REDDY DEEPIKA** | |
| 10 days | Set By CROSS PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6054  D-1-GN-23-001167** | **PURIFOY ANASTHASIA** | **vs.  GARCIA JOHN CHRISTOPHER** | |
| | | **GONZALES LIVESTOCK MARKET, INC.** | |
| | | **RAMOS BRANDON** | |
| | | **RAMOS JUSTIN** | |
| | | **ROCKIN R LIVESTOCK** | |
| | | **SHELTON JOSHUA DAVID** | |
| 5 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6055  D-1-GN-24-002699** | **LUNA ROLANDO** | **vs.  UNBARLIEVABLE LLC** | |
| 5 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6056  D-1-GN-24-004499** | **DUNBAR JAYLA** | **vs.  ROY JORGENSEN ASSOCIATES, INC.** | |
| 5 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6057  D-1-GN-24-000446** | **ACEVEDO RICARDO** | **vs.  JP PORRAS TRUCKING, LLC** | |
| | | **LOPEZ ROSA ROBERTO CESAR** | |
| 3 days | Set By DEFENDANT | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 03, 2025, 09:01 AM

**6058  D-1-GN-22-005472**  TGA RACEWAY CROSSINGS IC, LLC  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT
2 days                                   Set By PLAINTIFF                                   JURY

**6059  D-1-GN-23-001042**  ATX PRO BUILDERS LLC  vs.  CSP TEXAS JOINT VENTURE LLC
                                                          DAVIS  ANTHONY
                                                          TEXAS CAPITOL LLC
5 days                                   Set By INTERVENOR DEFENDANT                        JURY

**6060  D-1-GN-23-009050**  TIMMONS STEPHANIE  vs.  ALDULAIMI SAAD
4 days                                   Set By PLAINTIFF                                   JURY

**6061  D-1-GN-24-006537**  CASTANEDA CASTRILLON FRANCELY MARIA  vs.  LOPEZ RIVERA HILDA
3 days                                                                                      JURY

**6064  D-1-GN-24-009128**  MCINTOSH TARENCE  vs.  ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
TREVINO ANDREA
4 days                                   Set By PLAINTIFF                                   JURY

**6065  D-1-GN-23-002449**  LENZO GARY  vs.  CARDIOTHORACIC AND VASCULAR SURGEONS, P.A.
LENZO GAYE                                     JOHN DOE ENTITIES 1-10
                                              JOHN DOE INDIVIDUALS NOS 1-10
                                              KERENDI FARAZ
                                              ST. DAVID S HEALTHCARE PARTNERSHIP, L.P., LLP
7 days                                   Set By PLAINTIFF                                   JURY

**6066  D-1-GN-21-006649**  TOZEE CONSTRUCTION, INC  vs.  GOOD SEED CONSULTING GROUP, INC
                                              PASER ENTERPRISES, INC
5 days                                   Set By DEFENDANT                                   JURY

**6067  D-1-GN-17-006153**  HALTERMANN BEATRIX  vs.  310 EDWARDS DRIVE INC
HALTERMANN BERNHARD                            HALTERMANN BEATRIX
                                              HALTERMANN CHRISTIAN
                                              HALTERMANN ELKE
                                              HALTERMANN MERGER SUB INC
                                              HALTERMANN REAL ESTATE LLP
                                              HALTERMANN REINHARD
                                              NEW WORLD BAKERY INC
                                              REINHARD HALTERMANN, INDEPENDENT EXECUTOR OF
                                              THE ESTATE OF ELKE HALTERMANN
5 days                                                                                      JURY

                                              Atty: Mattka David Carroll (5123916116)

| 6068 D-1-GN-24-007920 | ZACARIAS LUCIA RAMIREZ | | vs. | COOK THOMAS<br>COSTCO WHOLESALE CORPORATION | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6069 D-1-GN-23-000236 | VASQUEZ TAURINO | | vs. | 7-ELEVEN, INC<br>GHARTI GYAN BAHADAR<br>SINGH DALJIT<br>VIRSA INC | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6071 D-1-GN-23-008406 | VALDES MAYELA | | vs. | MILLER EDWARD | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6072 D-1-FM-24-003631 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | RAMOS GARCIA JUAN J<br>ROCHA-LARA CECILIA DEL RAYO | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6073 D-1-GN-24-003587 | MEDRANO ORLANDO | | vs. | THOMAS JERMAINE<br>YARBOROUGH JUSTIN  B. | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6074 D-1-GN-24-010107 | NARRA SUBRAHMANYAM<br>YALAMANCHILI VIJAYALAKSHMI | | vs. | WALTERS EUGENE  FRANK | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6075 D-1-GN-24-001679 | ALEXANDER AARON | | vs. | CAPITOL METROPOLITAN TRANSPORTATION  AUTHORITY<br>FOX MALCOLM<br>KEOLIS TRANSIT SERVICES, LLC | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6076 D-1-GN-22-001120 | DORSEY JANETTE | | vs. | MV TRANSPORTATION, INC. | |
|---|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | | JURY |

| 6077 D-1-GN-24-009952 | HURST ARRON | | vs. | JARRETT JEAN MICHELLE | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6078 D-1-GN-24-006575 | VALLECILLO RAUL CASTANEDA | | vs. | HERNANDEZ FREDY JAIMES | |
|---|---|---|---|---|---|
| 3 days | | | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 03, 2025, 09:01 AM

**6079  D-1-GN-21-000386**  MOORE WILLIAM RICHARD  vs. **CHAMPION INCOME PARTNERS LLC**
**INDEED INC**
**MEARF MENLO EQUITIES MANAGEMENT COMPANY INC**
**MEARF MENLO EQUITIES MANAGEMENT COMPANY LP**

7 days                                         Set By PLAINTIFF                                                            JURY

Atty: Gutierrez Laura Esther (2102241054)         Atty: DESHAZO SCOTT F. (512-732-2727)
                                                  Atty: Silvera Darryl J (972-715-1750)

---

**6080  D-1-GN-24-005327**  LOWE JOHN PATRICK  vs. **RHOADS JAY**

5 days                                         Set By PLAINTIFF                                                            JURY

---

**6081  D-1-GN-24-004576**  GRAVES  DANIEL  vs. **ALVITER  LUIS  CHRISTIAN**
**HUNTER INDUSTRIES, LTD.**

3 days                                                                                                                    JURY

---

**6082  D-1-GN-24-002755**  PARDO JIMMIE  vs. **CONTRERAS PAUL  DONOVAN**
**DISCOUNT FENCE ENTERPRISES USA LLC**

4 days                                                                                                                    JURY

---

**6083  D-1-GN-22-003282**  GONZALES GABRIELLA  vs. **FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**
GONZALEZ KIELA
VELEZ VANESSA

5 days                                         Set By PLAINTIFF                                                            JURY

---

**6084  D-1-GN-24-000160**  SMITH CHANELLE  vs. **A-1 CORING, INC**
**GIST SAMANTHA RAY**

5 days                                         Set By PLAINTIFF                                                            JURY

---

**6087  D-1-GN-24-003430**  HOUSE RUSSELL  vs. **BROADSTONE RCS TEXAS, LLC**
**FORD RESTAURANT GROUPS,INC.**
**K &amp; N MANAGEMENT, INC.**
**RUDY'S TEXAS BAR-B-Q, LLC**
**ST JOHN ISABELLE**

3 days                                         Set By PLAINTIFF                                                            JURY

---

**6088  D-1-GN-23-008922**  HERNANDEZ ADOLFO  vs. **RAMIREZ FRANCISCO**
**RAMIREZ REGINA KAYE**

3 days                                         Set By PLAINTIFF                                                            JURY

---

**6089  D-1-GN-23-009225**  SULZER LORI  vs. **MARTINEZ MOSES**

5 days                                         Set By PLAINTIFF                                                            JURY

**6090 D-1-GN-24-003428**  MILLER JACOB  vs. PHILLIPS ANASTASL
4 days  JURY

---

**6091 D-1-FM-24-008427**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs. ARMSTRONG SHANE PAUL
GORDON DANA ROXANNE
3 days  Set By PETITIONER  JURY

---

**6092 D-1-GN-24-003875**  PRATO KRISTY  vs. JACKSON AHAROWN
RIVER CITY PRODUCE COMPANY, INC.
3 days  Set By PLAINTIFF  JURY

---

**6093 D-1-GN-20-000459**  ARMIJO GUSTAVO  vs. CITY OF AUSTIN
5 days  JURY

Atty: SMITH DANIEL RUSSELL (512-982-1510)  Atty: BIRRING SAMEER SINGH (512-854-5985)

---

**6095 D-1-GN-23-006446**  CARTER DEBORAH  vs. BAKER MELISSA
SUTHERLAND NORMA
3 days  Set By PLAINTIFF  JURY

---

**6096 D-1-FM-24-008315**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES  vs. FATHER UNKNOWN
WHITESIDE JESSICA MICHELLE
3 days  Set By PETITIONER  JURY

---

**6097 D-1-GN-24-008518**  EASLEY REGINAL  vs. BUILDER SERVICES GROUP INC.
CUEVAS ENRIQUE
4 days  Set By PLAINTIFF  JURY

---

**6098 D-1-GN-23-002266**  AGUIRRE PHILLIP  vs. FL TRANSPORTATION, INC.
FRITO-LAY NORTH AMERICA, INC
FRITO-LAY, INC
RODRIGUEZ EDUARDO DOMINGO
ROLLING FRITO-LAY SALES, LP
5 days  Set By PLAINTIFF  JURY

---

**6099 D-1-GN-24-000963**  INMON JULIE  vs. GARZA RUBEN JAMES
3 days  Set By DEFENDANT  JURY

---

**6100 D-1-GN-24-005375**  RITZINGER DIANE D.  vs. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
4 days  JURY

| 6103 D-1-GN-22-001590 | **TOBIAS KIMBERLY** | | **vs.  VARGAS CARLOS** | |
|---|---|---|---|---|
| 2 days | | Set By DEFENDANT | | JURY |

| 6104 D-1-GN-24-009239 | **CASTILLO BUENO EMILIO** | | **vs.  GABRYSCH KATHRYN TAYLOR** | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6105 D-1-GN-24-002009 | **CARPER RUSHEL** | | **vs.  LA BLUE REBEKKAH** | |
|---|---|---|---|---|
| | | | **ORTH CAROLINE** | |
| 5 days | | Set By PLAINTIFF | | JURY |

| 6106 D-1-GN-24-007837 | **MANSOUR SOFYAN** | | **vs.  MITCHELL TYLER** | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6107 D-1-FM-24-006127 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.  SANCHEZ-ESPINAL DIANA ARELY** | |
|---|---|---|---|---|
| | | | **ZETE CHUQUIEJ ALVARO** | |
| 3 days | | Set By PETITIONER | | JURY |

| 6108 D-1-FM-23-008325 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.  COLE SHANNON LEIGH** | |
|---|---|---|---|---|
| | | | **FATHER UNKNOWN** | |
| 3 days | | Set By PETITIONER | | JURY |

| 6109 D-1-GN-23-001266 | **STEPHENS MONIQUE** | | **vs.  CAPITAL METROPOLITAN TRANSPORTATION AUTHORITY** | |
|---|---|---|---|---|
| | | | **CONTRERAS RYAN  JESSE** | |
| | | | **EACJRC, LLC** | |
| | | | **MV CONTRACT TRANSPORTATION , INC** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6111 D-1-FM-23-009259 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.  SALINAS JUAN MANUEL** | |
|---|---|---|---|---|
| | | | **SANCHEZ-ESPINAL DIANA ARELY** | |
| 3 days | | Set By PETITIONER | | JURY |

| 6112 D-1-FM-24-008769 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.  ALQURAAN SUMMER DAWN ANNE** | |
|---|---|---|---|---|
| | | | **MIDDLETON DAMIEN LEE** | |
| 3 days | | Set By PETITIONER | | JURY |

| 6113 D-1-GN-23-004902 | **CROSS EDWARD**<br>**SOSNER NAOMI** | | **vs.** | **DANTAG ENTERPRISES, LLC**<br>**GORMAC CORPORATION**<br>**HARPER AUSTIN**<br>**LUTFAK AMNON**<br>**WATSON WILLIAM R.**<br>**ZHANG RUI JANICE** | |
|---|---|---|---|---|---|
| 5 days | | Set By COUNTER-DEFENDANT | | | JURY |

| 6114 D-1-FM-25-000404 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **HECTOR DACIA MONAE**<br>**NASBY KYLE GORDON** | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6115 D-1-FM-20-003098 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **CISNEROS LETICIA**<br>**GUTIERREZ ALEXANDER LEE**<br>**TREJO CATALINA SHERICE**<br>**TREJO MAXIMINO** | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6116 D-1-FM-24-005488 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **OLVERA STEVE**<br>**TREJO CATALINA** | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6117 D-1-FM-25-000864 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **FIGUEROA MIGUEL**<br>**MARTINEZ MUJICA NEREIDA** | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6118 D-1-GN-24-007520 | **DAY JESSICA** | | **vs.** | **H-E-B, LP** | |
|---|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | | JURY |

| 6119 D-1-GN-23-004027 | **VICTORIANO CATALINO GONZALEZ** | | **vs.** | **FLUOR HEAVY CIVIL, LLC**<br>**MARTINEZ JOSE CHAVEZ**<br>**SERNA'S TRUCKING, LLC** | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6120 D-1-FM-24-003953 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.** | **ESTRADA MICHAEL PAUL**<br>**RODRIGUEZ JENNY CHRISTIEVE** | |
|---|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | | JURY |

| 6121 D-1-GN-19-002175 | **BRAINARD OWEN**<br>**BRAINARD SALLY** | | **vs.** | **CITY OF ROLLINGWOOD TEXAS** | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 03, 2025, 09:01 AM

Atty: ARNETTE AMSTUTZ PAIGE (512-495-6300)  Atty: DEITCH MICHAEL ERIC (512-474-1554)
Atty: CLARK SARA WILDER (512-495-6300)   Atty: DICKIE MARTHA S. (512-474-9486)
Atty: Hargrove Robyn Bigelow (5124956300)   Atty: SCHEICK JACOB CHARLES (512-507-4097)

---

**6122 D-1-FM-24-006524**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. CASTRO JESSE**
                               **GARZA MIA**
                               **ROMERO SUSIE**
                               **TORRES JOSE**
                               **VASQUEZ MELINDA SUE**

3 days         Set By PETITIONER              JURY

---

**6123 D-1-GN-23-006801**  **BRONAUGH TIMOTHY**  **vs. TRAVIS COUNTY**

5 days         Set By PLAINTIFF              JURY

---

**6124 D-1-GN-21-007055**  **DAGMAWI DESSALEGN**  **vs. DBI SERVICES, LLC**
                                **VASQUEZ LUIS**

3 days         Set By PLAINTIFF              JURY

---

**6125 D-1-FM-24-006973**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. CLARK LADASCIOUS DATRONMELVIN**
                                **THOMAS EDRIANNA DA'SHAWN**

3 days         Set By PETITIONER              JURY

---

**6126 D-1-GN-23-004391**  **GARCIA-VIVERO AMALIA**  **vs. RICHIE ANA ELIZABETH**
            **LOPEZ-RODRIGUEZ JOSE**

3 days         Set By PLAINTIFF              JURY

---

**6128 D-1-FM-24-005297**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. MARTINEZ OSCAR DANILO**
                                **MELGAR GEIDY**

3 days         Set By PETITIONER              JURY

---

**6129 D-1-GN-23-007144**  **PPF AMLI SIMOND AVENUE, LLC**  **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days         Set By PLAINTIFF              JURY

---

**6131 D-1-FM-24-004522**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. BARTON CHARLES**
                                **HARRIS RITA OPHELIA**

3 days         Set By PETITIONER              JURY

---

**6132 D-1-FM-24-001780**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. HARWELL AMBER**
                                **NICHOLAS JOSHUA**

3 days         Set By PETITIONER              JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 03, 2025, 09:01 AM

| 6133 | D-1-FM-24-006219 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **CASTRO JOSEPH** |
| | | | | **MINJAREZ BIANCA** |
| | 3 days | Set By PETITIONER | | JURY |

| 6134 | D-1-GN-23-001193 | **WHELESS ANTOINETTE** | **vs.** | **SECURITAS SECURITY SERVICES USA, INC** |
| | | | | **UPP JOSEPH** |
| | 3 days | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

| 6002 D-1-GN-23-004020 | **LOPEZ MELISSA** | | **vs. H-E-B, LP** | |
|---|---|---|---|---|
| | | | **KELLERMEYER BERGENSONS SERVICES, LLC** | |
| 4 days | | Set By DEFENDANT | | JURY |

| 6003 D-1-GN-22-006372 | **HART JAMES** | | **vs. MERCER CHRISTOPHER** | |
|---|---|---|---|---|
| 3 days | | Set By DEFENDANT | | JURY |

| 6004 D-1-GN-24-002582 | **FRAZIER TYRA MICHELLE** | | **vs. MARQUEZ CALISTA EMMA** | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6006 D-1-GN-22-001105 | **LOPEZ CHLOE** | | **vs. BASNET TILAK** | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6008 D-1-GN-23-005705 | **AUSTIN ACHIEVE PUBLIC SCHOOLS** | | **vs. BOOKREPORT, LLC** | |
|---|---|---|---|---|
| 5 days | | | | JURY |

| 6012 D-1-GN-24-000267 | **POSTAR MICHAEL** | | **vs. GARGOYLE MANAGEMENT INC** | |
|---|---|---|---|---|
| | | | **POSTAR DAVID** | |
| 3 days | | | | JURY |

| 6013 D-1-GN-24-005580 | **MARTINEZ RAYMOND** | | **vs. MATTA MIRIUM ANN** | |
|---|---|---|---|---|
| | **SALDANA MARIA ALTAMIRANO** | | **MATTA NADIA CATALINA** | |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6014 D-1-GN-20-006051 | **GARCIA RAPALO YONY EDGARDO** | | **vs. AZL INVEST INC** | |
|---|---|---|---|---|
| | | | **GARCIA KEVEN ISAAC** | |
| | | | **JOHN DOES 1 THROUGH 20** | |
| | | | **LAHLOU YOUSSEF** | |
| | | | **PRIORITY TITLE SETTLEMENT GROUP OF TEXAS, LLC** | |
| | | | **YLG TRUCKING INC** | |
| 5 days | | Set By DEFENDANT | | JURY |
| | Atty: JORDAN PAUL H. (512-930-9775) | | Atty: DICKSON DONALD WEBB (512-668-7826) | |

| 6015 D-1-GN-24-002011 | **CASTELLANOS LILIANA LARA** | | **vs. GARCIA GABRIEL** | |
|---|---|---|---|---|
| | | | **GREAT HILLS CONSTRUCTORS** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6017 D-1-GN-24-002979 | **SEGURA MARIA DELCARMEN** | | **vs. ALL MY SONS MOVING AND STORAGE OF AUSTIN-SOUTH, LLC** | |
|---|---|---|---|---|
| | | | **MARTINEZ VAZQUEZ CHRISTHIAN ANTONIO** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6018 D-1-GN-22-006892** | **SCOTT LOLITA** | **vs. AULER MARK** | |
| | | **AUSTIN RADIOLOGICAL ASSOCIATION** | |
| 8 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6019 D-1-GN-23-004411** | **GUNES  HAYRETTIN  GIRAY** | **vs. Lara Brian** | |
| 3 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6020 D-1-GN-24-003810** | **BOGGESS ISAAC DEANGELO** | **vs. JAIMEZ DIEGO EDUARDO** | |
| | **JONES MARCUS ANTOHNY** | | |
| 2 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6021 D-1-GN-24-005325** | **BARTOLOMEY TRACEY** | **vs. CONE MICHAEL** | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6022 D-1-GN-22-006741** | **GUY ROBERT PEREZ INDEPENDENT EXECUTOR OF THE ESTATE OF** | **vs. FOX LARRY E.** | |
| | **MELISSA ANN PEREZ** | **ZFLO TECHNOLOGIES LLC** | |
| 3 days | | | JURY |

| | | | |
|---|---|---|---|
| **6023 D-1-GN-19-005430** | **TAPIA AGUILAR JOSE** | **vs. JOE BLAND CONSTRUCTION LP** | |
| | | **THOMAS JAMES CURTIS** | |
| 5 days | Set By PLAINTIFF | | JURY |
| | Atty: Goudarzi Joel Brent (903-843-2544) | Atty: Loveless David Kyle (713-659-5100) | |

| | | | |
|---|---|---|---|
| **6024 D-1-GN-24-003972** | **HERNANDEZ MELVIN** | **vs. GARCIA RAUL ANTONIO** | |
| | | **TEXAS BIN VENTURES, LLC** | |
| 5 days | | | JURY |

| | | | |
|---|---|---|---|
| **6025 D-1-GN-24-004918** | **VALENCIA REYES NILSER** | **vs. SCOTT CHANCE** | |
| | | **UFP TRANSPORTATION, INC.** | |
| | | **UFP, AN ASSUMED OR COMMON NAME** | |
| 5 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6026 D-1-GN-24-005437** | **MUNOZ DAYEZA** | **vs. SHRECKENGAST ALLISON** | |
| 3 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6027 D-1-GN-23-009125** | **LOZA PASTOR** | **vs. INFRASTRUCTURE AND ENERGY ALTERNATIVES, INC.** | |
| | | **MARTINEZ ALBERTO ALEJANDRO** | |
| 4 days | Set By PLAINTIFF | | JURY |

| 6028 D-1-GN-24-006158 | OZUNA CHARLES | | vs. JACKSON JOSHUA LANE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6029 D-1-GN-24-001386 | HATCH SHEENA | | vs. ROCHA FIGUEROA ESTEBAN<br>THE SAFE ALLIANCE<br>THE SAFE ALLIANCE AFFORDABLE HOUSING CORPORATION<br>THE SAFE ALLIANCE FACILITIES HOLDINGS<br>URESTI HEDEN HEIDI<br>WHITTEN CHLOE ANNE | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6030 D-1-GN-21-005497 | SUAREZ JOHN | | vs. EMMERT ASHLEE | |
|---|---|---|---|---|
| 4 days | | | | JURY |
| | Atty: MELENDEZ ROBERT M (512-467-0600) | | | |

| 6033 D-1-GN-23-007956 | ROMER THOMAS | | vs. UNRUH ALBERT | |
|---|---|---|---|---|
| 3 days | | | | JURY |

| 6034 D-1-GN-24-004476 | MEDRANO XOCHILT | | vs. CORTES OCHOA OMEDIS GLORIBEL | |
|---|---|---|---|---|
| 3 days | | Set By AS NEXT FRIEND OF | | JURY |

| 6035 D-1-GN-24-006496 | CARDENAS RUDOLPH | | vs. USAA GENERAL INDEMNITY COMPANY | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6036 D-1-GN-24-000682 | GARZA LAURO ENRIQUE<br>HERRERA ALFREDO<br>IRE ELECTRICAL, LLC<br>LEE TAEKHUN<br>TD7VII INC | | vs. JESS ELECTRIC, INC<br>JESS PS&amp;E LLC<br>SOLIS JAVIER | |
|---|---|---|---|---|
| 4 days | | Set By COUNTER-DEFENDANT | | JURY |

| 6037 D-1-GN-23-004724 | GASPAR MARIANE | | vs. VANDERBURG ANN E. | |
|---|---|---|---|---|
| 4 days | | | | JURY |

| 6039 D-1-GN-24-003561 | ROBEDEE TWILA | | vs. REQUENA DAVID M.<br>TEXAS AUTOHAUL, LLC | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

| 6042 D-1-GN-22-007271 | KOHLHOFF SYLVIA | | vs. KREJIC BEN | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

| 6043 D-1-GN-22-000363 | JAMES ANITA<br>JAMES TAMECIA | | vs. ARROYO LIZBETH | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6044 D-1-GN-24-009468 | CAVALLARO ELLORA | | vs. NDAGIRO EMMANUEL | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6045 D-1-GN-24-000533 | COCHRAN WILLIAM | | vs. WOODS FUN CENTER, LLC | |
|---|---|---|---|---|
| 3 days | | Set By DEFENDANT | | JURY |

| 6046 D-1-GN-23-006808 | BAKER STEVEN<br>BAKER WENDY | | vs. BELL NICK<br>CALCOTE BERNIE<br>MARSH JESSE<br>MELDE CONSTRUCTION COMPANY, LLC | |
|---|---|---|---|---|
| 10 days | | Set By COUNTER-DEFENDANT | | JURY |

| 6047 D-1-GN-24-007671 | GORMAN ERIC | | vs. LEE GAGE WILDER<br>SA&amp;H WESTERN HOLDINGS LLC | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6048 D-1-GN-24-007346 | GRIFFIN KELLI | | vs. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6050 D-1-GN-24-003706 | HORVATH LIUDMILA<br>HORVATH PAVEL | | vs. GEICO COUNTY MUTUAL INSURANCE COMPANY<br>SARAVIA OMAR | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6051 D-1-GN-23-005139 | BARTON OAKS OFFICE CENTER, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6052 D-1-GN-24-006258 | HOOVER KIMBERLY<br>NICHOLS KOBY LEE | | vs. BLISARD JEREMY DANIEL<br>QUICK GLASS SERVICE, LP | |
|---|---|---|---|---|
| 5 days | | | | JURY |

| 6053 D-1-GN-24-008815 | BULLOCK CAROL | | vs. POOLIE LLC<br>RIDER STEVEN | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 17, 2025,  09:01 AM

**6054  D-1-GN-24-005304**  ESTRADA KATILEIDY JORGE  vs.  DAYRISE RESIDENTIAL, LLC
RODRIGUEZ CARIDAD ALVAREZ  GERMAN DAYRISE, LLC
INTERGERMAN GRACE WOODS LIMITED PARTNERSHIP
INTERGERMAN GRACE WOODS SPE I, LLC

5 days                           Set By PLAINTIFF                                JURY

---

**6055  D-1-GN-23-001121**  KELLY KENNETH  vs.  MEHRMAN GREGORY  SCOTT
THE SALVATION ARMY

4 days                           Set By PLAINTIFF                                JURY

---

**6056  D-1-GN-24-009547**  STROTHER EVELYN  vs.  SHIRZDI MASHM

3 days                           Set By PLAINTIFF                                JURY

---

**6058  D-1-GN-24-005151**  MARTINEZ GARCIA  ZEFERINO  vs.  CALIX TURCIOS  MIGUEL  ALEXANDER

3 days                           Set By PLAINTIFF                                JURY

---

**6059  D-1-GN-24-004633**  CRUZ MORALES  ULICES  vs.  JOHNSON DANIEL  EDWARD

3 days                           Set By PLAINTIFF                                JURY

---

**6060  D-1-GN-23-007235**  COSTCO TEXAS BEVERAGES, INC  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT
COSTCO TEXAS HEARING AID CORP
COSTCO WHOLESALE CORPORATION

4 days                           Set By PLAINTIFF                                JURY

---

**6062  D-1-GN-24-004871**  TEXAS DISPOSAL SYSTEMS, INC.  vs.  SLSCO, LTD.
SLS-WSP JV, LLC

5 days                           Set By PLAINTIFF                                JURY

---

**6063  D-1-GN-24-008017**  CRESPO YORDANI MENAS  vs.  BRASINGTON KEITH ALAN

3 days                           Set By DEFENDANT                               JURY

---

**6064  D-1-GN-24-001739**  HURLEY RACHEL  vs.  LINDLEY MCKENNA

5 days                           Set By PLAINTIFF                                JURY

---

**6065  D-1-GN-24-008891**  BERTRAND CRESLYN  vs.  SANTA-ANA JACK RYAN

3 days                                                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6066  D-1-GN-21-004687**          **MANCIAS JERRY**                              vs.  **HERNANDEZ LEONARDO**
                                                                                            **OASIS SERVICES LLC**

3 days                                    Set By PLAINTIFF                                                                    JURY

Atty: HERNANDEZ MIGUEL LUIS (210-656-1000)

---

**6067  D-1-GN-24-005503**          **PATTERSON WALES**                          vs.  **ALLSTATE INDEMNITY COMPANY**

3 days                                    Set By DEFENDANT                                                                  JURY

---

**6068  D-1-GN-24-009429**          **BRUMMETT ANDREW**                          vs.  **STATE FARM MUTUAL AUTOMOBILE INSURANCE**
                                                                                            **COMPANY**

5 days                                                                                                                            JURY

---

**6069  D-1-GN-24-002706**          **SANCHEZ JUAN**                              vs.  **SMITH REBEKAH TELLO**

5 days                                    Set By PLAINTIFF                                                                    JURY

---

**6070  D-1-GN-23-009252**          **HAGGARD BRENT**                            vs.  **INSURAPRISE, INC**
                                          **HUGHES CASEY**                                  **THE TODD AGENCY, INC**
                                          **LEGEND INSURANCE AGENCY, LLC**                  **TODD BRANDON**
                                          **UNIVERSAL FIDELITY LIFE INSURANCE COMPANY**

4 days                                    Set By PLAINTIFF                                                                    JURY

---

**6071  D-1-GN-24-005336**          **LIN QUN**                                  vs.  **LAURICH SUZANNE**

2 days                                    Set By PLAINTIFF                                                                    JURY

---

**6072  D-1-GN-24-003983**          **PIGGOTT HEATHER**                          vs.  **HEMBREE PAUL**

4 days                                                                                                                            JURY

---

**6073  D-1-GN-24-007553**          **BANKS FLOYD**                              vs.  **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

5 days                                                                                                                            JURY

---

**6074  D-1-GN-24-006060**          **PROVOST MADIYSN COLLETTE**                 vs.  **LANDIS JENNIFER**
                                                                                            **LANDIS JEREMY**

5 days                                    Set By PLAINTIFF                                                                    JURY

---

**6076  D-1-GN-23-000791**          **ACE AMERICAN INSURANCE COMPANY**           vs.  **BALFOUR BEATTY CONSTRUCTION, LLC**
                                          **CONTINENTAL CASUALTY COMPANY**                  **SHAMBAUGH &amp; SON, L.P. D/B/A NORTHSTAR FIRE**
                                          **ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY**  **PROTECTION COMPANY OF TEXAS**
                                          **INTERSTATE FIRE &amp; CASUALTY COMPANY**
                                          **LEXINGTON INSURANCE COMPANY**
                                          **STARR SURPLUS LINES INSURANCE COMPANY**

4 days                                    Set By PLAINTIFF                                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6077  D-1-GN-24-001840**  CARRANZA MAGDALENA  vs.  BARBA DOMITILA

4 days  Set By AS NEXT FRIEND OF  JURY

---

**6078  D-1-GN-23-009249**  GARCIA MARGARITA  vs.  AUGUSTINE BAILEY
MOJICA CHEYENNE

5 days  Set By PLAINTIFF  JURY

---

**6079  D-1-GN-24-003997**  VARGAS YESSICA ROJAS  vs.  GARVEY COLIN P.

3 days  Set By PLAINTIFF  JURY

---

**6080  D-1-GN-24-006355**  MOSIER MAYA  vs.  GEICO TEXAS COUNTY MUTUAL INSURANCE COMPANY

3 days  JURY

---

**6081  D-1-GN-24-003096**  ACUNA ANTONIO  vs.  REDPOINT COUNTY MUTUAL INSURANCE COMPANY

3 days  JURY

---

**6082  D-1-GN-23-001039**  JANE DOE  vs.  ALLEN CHARLES
EMBASSY SUITES MANAGEMENT LLC
SBCO-BREI AUSTIN OPERATING COMPANY, LLC

5 days  JURY

---

**6083  D-1-GN-23-004107**  PHILLIPS LIGA  vs.  NEZWORSKI TERESA
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

3 days  Set By DEFENDANT  JURY

---

**6084  D-1-GN-24-001766**  LANDRY DAKOTA
RAMOS SASHA  vs.  HENRY ROGER LEE

3 days  Set By PLAINTIFF  SCHEDULING ORDER

---

**6085  D-1-GN-24-008854**  STAPLETON ELLEN J.
STAPLETON STEPHEN  J.  vs.  COVERT CADILLAC WEST, INC.
GENERAL MOTORS, LLC

3 days  Set By PLAINTIFF  JURY

---

**6086  D-1-GN-24-008913**  BLAKE ANN
GOLDSTEIN RYAN  vs.  TRI-COUNTY POOLS, INC.

3 days  JURY

**6087  D-1-GN-23-008700**          **CERRO  ANGELINA  NEYS**                                              **vs.  MULIK MICHAL   STANISLAW**
                                     **FLORES ZAMBRANO JOSE  ORLANDO**

5 days                               Set By DEFENDANT                                                                      JURY

---

**6088  D-1-FM-24-008770**          **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**                 **vs.  BERNAL-HERNANDEZ BRAYAN ALAN**
                                                                                                           **MENDOZA-RAMIREZ JACQUELINE**

3 days                               Set By PETITIONER                                                                    JURY

---

**6089  D-1-GN-24-000438**          **WRIGHT VONCILLE**                                                    **vs.  PAPPAS RESTAURANTS, INC**

5 days                               Set By PLAINTIFF                                                                     JURY

---

**6090  D-1-GN-24-005496**          **KENNEDY-CROSBY EMMA**                                                **vs.  RISMILLER LYDIA REBECCA**

4 days                               Set By DEFENDANT                                                                     JURY

---

**6091  D-1-GN-24-008313**          **ALVAREZ OMAR**                                                       **vs.  ROBINSON SHANNON**
                                                                                                           **TEXAS DISPOSAL SYSTEMS, INC.**

5 days                               Set By DEFENDANT                                                                     JURY

---

**6092  D-1-GN-24-000784**          **CUEVAS MAYRA**                                                       **vs.  DOMAIN NORTHSIDE RETAIL PROPERTY OWNER GP, LLC**
                                                                                                           **DOMAIN NORTHSIDE RETAIL PROPERTY OWNER, LP**
                                                                                                           **PRIEBE SECURITY SERVICES, INC.**
                                                                                                           **SOJI SERVICES, INC.**

3 days                               Set By PLAINTIFF                                                                     JURY

---

**6093  D-1-GN-25-000331**          **EDWARDS EDDIE**                                                      **vs.  BANANA DISTRIBUTING COMPANY, LTD**
                                                                                                           **BANANA GP, LLC**
                                                                                                           **LOPEZ CONTRERAS GERARDO**

3 days                               Set By PLAINTIFF                                                                     JURY

---

**6094  D-1-GN-24-002723**          **BUTCHER CHEYNIE**                                                    **vs.  GATTON DAKOTA  STARR**
                                     **ROBITAILLE CHRISTOPHER**

4 days                                                                                                                    JURY

---

**6095  D-1-GN-23-003864**          **305 SOUTH CONGRESS LP**                                              **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days                               Set By PLAINTIFF                                                                     JURY

---

**6096  D-1-GN-24-002465**          **HOLSCHUH ELLIE**                                                     **vs.  BILLELA MARIYA**
                                                                                                           **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

5 days                               Set By DEFENDANT                                                                     JURY

**6097  D-1-GN-23-005042**   **E &amp; E PLUMBING, LLC**                                                              **vs.  DAVEY CONSTRUCTION LLC**
                                                                                                                     **NB PLUMBING LLC**

5 days                                                     Set By PLAINTIFF                                                                                  JURY

---

**6099  D-1-GN-23-007305**   **PORTER JOAN**                                                                        **vs.  BAYOU DEVIEW DUCK BLINDS AND LODGING, LLC**
                             **PORTER TYRONE**                                                                             **BOCANEGRA RICARDO**
                                                                                                                          **J.D. ABRAMS, L.P.**
                                                                                                                          **MOORE JAMES**

3 days                                                     Set By PLAINTIFF                                                                                  JURY

---

**6101  D-1-GN-24-007177**   **PERRY  STEPHANIE**                                                                    **vs.  KOONCE KENNETH**
5 days                                                                                                                                                      JURY

---

**6102  D-1-FM-24-008700**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**                                 **vs.  FATHER UNKNOWN**
                                                                                                                          **GREEN YUNNIQUE ROSEANNE**

3 days                                                     Set By PETITIONER                                                                                JURY

---

**6103  D-1-GN-24-004284**   **WIZBOWSKI JENNIFER**                                                                  **vs.  RAMOS ADALBERTO**
7 days                                                     Set By PLAINTIFF                                                                                  JURY

---

**6104  D-1-GN-23-008789**   **RAMIREZ MARY**                                                                        **vs.  AUSTIN ATTIC FANS, LLC**
                                                                                                                          **DICKERSON RUSSELL**

4 days                                                     Set By DEFENDANT                                                                                 JURY

---

**6105  D-1-GN-21-004577**   **CASTILLO CYNTHIA A**                                                                  **vs.  RECON SERVICES INC**
                                                                                                                          **ROBINSON KENNETH**

4 days                                                     Set By PLAINTIFF                                                                                  JURY

                             Atty: Bentley Dennis James (210-656-1000)

---

**6106  D-1-FM-24-009073**   **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**                                 **vs.  FOSTER JAMES ANTHONY**
                                                                                                                          **GOMEZ BRETANNI**

3 days                                                     Set By PETITIONER                                                                                JURY

---

**6107  D-1-GN-24-002832**   **GIORDANO  JAMES**                                                                     **vs.  MILLER  MELISSA**
4 days                                                     Set By PLAINTIFF                                                                                  JURY

---

**6108  D-1-GN-24-005982**   **ALLEN DARLENE**                                                                       **vs.  AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY**
                             **ALLEN MAURICE**                                                                             **HERRON  LINDA**
                                                                                                                          **PIATT MARY**

5 days                                                     Set By PLAINTIFF                                                                                  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6109  D-1-GN-20-005472**    **FOCUS CASE SUPPORT SERVICES LLC**    **vs.  LENZE JENNIFER**
**LENZE LAWYERS PLC**

5 days                                     Set By PLAINTIFF                                              JURY

Atty: Skarnulis Steven Bradley (512-477-5000)

**6110  D-1-FM-24-009009**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  ARREGUIN JACOB  EMERY**
**KUJAWA MICHELLE  CHRISTINE**

3 days                                     Set By PETITIONER                                            JURY

**6111  D-1-GN-23-001102**    **NIBLETT  CRAIG**    **vs.  REV RECREATION GROUP**
**REV Recreation Group, Inc.**

3 days                                     Set By DEFENDANT                                           JURY

**6112  D-1-FM-24-003876**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  HIGGINS  AMANDA**

3 days                                     Set By PETITIONER                                            JURY

**6113  D-1-GN-23-000933**    **HERNANDEZ ROGELIO**    **vs.  COWBOY MOTORSPORTS BEAUMONT LP**
**TORRES ESTHER**

5 days                                     Set By PLAINTIFF                                              JURY

**6114  D-1-GN-23-001658**    **HALL LEAH**    **vs.  LANDESIGN SERVICE, INC**
**SHUMAKER JAYVION**    **MANNING TOBY**
**SHUMAKER SHAWN**

3 days                                                                                                         JURY

**6115  D-1-FM-25-000443**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  GONZALEZ MARYA ALEXANDRA**
**JUAREZ PEREZ ADIEL  ALEJANDRO**
**SALDANA RODRIGUEZ RUDOLFO**

3 days                                     Set By PETITIONER                                            JURY

**6116  D-1-GN-23-001751**    **MILLER JILL**    **vs.  AUSTIN CONVENTION ENTERPRISES, INC.**
**PRATHER BRENDA**    **HILTON MANAGEMENT, LLC,**

5 days                                     Set By PLAINTIFF                                              JURY

**6117  D-1-FM-25-000611**    **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**    **vs.  GRANT KEYON  GEMAR**
**SHEDD DYNETTA**

3 days                                     Set By PETITIONER                                            JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 17, 2025,  09:01 AM

**6118  D-1-GN-23-003893**  **JARAMILLO JOANNA**  **vs.  ESPINOZA SELINA**
**JARAMILLO RIGOBERTO**  **GONZALEZ JAIMES PEDRO**
**GONZALEZ OSIEL**

4 days  Set By PLAINTIFF  JURY

---

**6119  D-1-FM-24-008769**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  ALQURAAN SUMMER DAWN ANNE**
**MIDDLETON DAMIEN LEE**

3 days  Set By PETITIONER  JURY

---

**6120  D-1-GN-24-009421**  **WALKER ANDREW**  **vs.  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**
**HERRERA JOSE ROBERTO**

3 days  Set By PLAINTIFF  JURY

---

**6121  D-1-GN-24-003650**  **SIAN KIM**  **vs.  LAROSE JEFFERSON XAVIER**
**TIFF'S TREATS GP, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6122  D-1-GN-24-008752**  **BEAN  IAN**  **vs.  JOHNSON  HAYDEN  P**
**JOHNSON  LISA  A.**
**JOHNSON  SCOTT**

5 days  Set By PLAINTIFF  JURY

---

**6123  D-1-FM-24-007040**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  MARTINEZ CARILLO RAUL**
**RAMIREZ VALERIE**

3 days  Set By PETITIONER  JURY

---

**6124  D-1-GN-24-005793**  **JOHNSTON ALTON**  **vs.  ARENOSA INVESTMENTS LTD**
**HOLZHEAUSER STEVEN**
**TURNER ULICEA CURTISA**

5 days  Set By PLAINTIFF  JURY

---

**6125  D-1-GN-23-005156**  **HERNANDEZ ERIK**  **vs.  SOLOMON CAMERON**

3 days  Set By PLAINTIFF  JURY

---

**6126  D-1-GN-24-001881**  **ABREGO JOSE**  **vs.  CARPENTER TYLER SKOT**
**STREET ANDREA B.**

5 days  Set By DEFENDANT  JURY

---

**6127  D-1-FM-23-003259**  **SERRATO  MARTIN**  **vs.  OLVERA ESMERALDA**

3 days  Set By INTERVENER  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, November 17, 2025, 09:01 AM

**6128 D-1-FM-24-003953**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs. **ESTRADA MICHAEL PAUL**
**RODRIGUEZ JENNY CHRISTIEVE**

3 days                                Set By PETITIONER                                                    JURY

---

**6129 D-1-GN-24-001805**     **MARTINEZ PABLO PORTILLO**     vs. **BROWN DISTRIBUTING COMPANY, LTD.**
**MERINO WILSON ALEXANDER FERRERA**     **YOUNG JOEL ROSS**
**PORTILLO CASTILLO KENIA LICETH**

3 days                                Set By PLAINTIFF                                                      JURY

---

**6130 D-1-GN-24-003335**     **CORNEJO  ARISSA**     vs. **CHRISTIAN EDIL TRUCKING, INC.**
**SILESHI TOMAS**

5 days                                Set By PLAINTIFF                                                      JURY

---

**6131 D-1-FM-25-000964**     **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs. **HERNANDEZ MICHELLE**
**MENDIETA-CHARRE MIGUEL ANGEL**

3 days                                Set By PETITIONER                                                    JURY

---

**6132 D-1-GN-23-004429**     **DURAN MIGUEL**     vs. **KLLM TRANSPORT SERVICES LLC**
**OLIVO EVELYN**     **WILSON LONZO DESHUN**
**VALDES ANGEL**
**VALDES CARLOS**

5 days                                Set By PLAINTIFF                                                      JURY

---

**6133 D-1-GN-23-000174**     **PULIDO IGNACIO G.**     vs. **GREATER AUSTIN BUILDERS, LLC**

4 days                                Set By PLAINTIFF                                                      JURY

---

**6134 D-1-GN-24-005395**     **MORENO ROBERT**     vs. **DCOMM INC.**
**MCGRATH ALEXANDER**

5 days                                Set By PLAINTIFF                                                      JURY

---

**6135 D-1-GN-19-007016**     **BURNS KATHRYN**     vs. **CITY OF AUSTIN**

3 days                                Set By PLAINTIFF                                                      JURY

Atty: SCHAEFER SARA ROSE (512-974-1536)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**5002  D-1-GN-21-003338**

| GERLACHER HANNAH | vs. | CHEER ATHLETICS BRANDS, LLC | PREF ((MEACHUM)) |
| --- | --- | --- | --- |
| GERLACHER JESSICA | | CHEER ATHLETICS FRISCO LLC | |
| | | CHEER ATHLETICS HOLDINGS LLC | |
| | | CHEER ATHLETICS INC | |
| | | CHEER ATHLETICS PLANO LLC | |
| | | MCCARTNEY JASON | |
| | | UNITED STATES ALL STAR FEDERATION | |

5 days                                                                                           JURY

Atty: DAO ANDREW ANH (713-655-1405)                 Atty: Huddleston Ed (817-878-6391)
Atty: TUEGEL MICHELLE SIMPSON (214-774-9121)

---

**5142  D-1-GN-21-003788**

| AHRENS CAROLYN | vs. | 31-W INSULATION, CO., INC | PREF ((SOIFER)) |
| --- | --- | --- | --- |
| AHRENS JON | | A &amp; B POOLS LLC | |
| APPLEWHITE CHRISTIE | | A + POOL LEAK DETECTIVES, LLC | |
| APPLEWHITE RICHARD | | Allegiant Contractors, LLC | |
| AQUATIC IDEAS, LLC | | AQUATIC IDEAS, LLC | |
| ARCH CONSULTING ENGINEERS, PLLC | | AQUATIC REFLECTIONS, INC. | |
| ASHER JOHN HART | | ARROYO' S POOLS CONSTRUCTION | |
| ASHLEY JAMES | | ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN | |
| ASHLEY JENNIFER | | ASHBY JILL K. | |
| BAILLARGEON KRISTEN | | ASHBY NORMAN E. | |
| BAILLARGEON ROBERT | | ATLANTIS POOLS PLASTERING INC | |
| BAILLARGEON ROBERT R | | AUSTIN READY MIX, LLC | |
| BAKER TERRANCE | | Austin Ready-Mix LLC | |
| BALTZ JOSHUA | | AUSTINTATIOUS POOLS, INC | |
| BATSON PAUL | | BAILEY BRENT | |
| BEAULIEU BRYAN | | BAIRD BRADY | |
| BEAULIEU NICOLE | | BASTROP SAND SUPPLY, LLC | |
| BLAIR  JASON | | BOULDER POOLS, LLC | |
| BLAIR CHERYL | | BRAD FARRIS, P.E. | |
| BOWDOIN DUSTIN | | BRIGHTEN POOLS, LLC | |
| BRADLEY AND NICOLE HOLDEN TRUST | | BRISCO JAMES | |
| BRESHEARS JEREMY | | CATTLES CONSTRUCTION,INC. | |
| BRESHEARS RIANNE | | CCP&amp;S, LTD | |
| BRODY YULIYA | | CEMPLEX GROUP TEXAS, LLC | |
| BROWN DRU | | CHANAS AGGREGATES, LLC | |
| BUCHANAN NATALIE | | COLLIER MATERIALS, INC. | |
| BUCHANAN RYAN | | CONSTRUCTION MANAGERS OF AUSTIN LLC | |
| BYCHOWSKI MARK | | CRYSTAL CLEAR CONSTRUCTION, LTD | |
| Cahak Brian | | dba Premier POOL &amp; SPAS AND PREMIER | |
| Cahak Rebecca | | POOLS&amp; SPAS | |
| CARAS MAHSHID | | DIMENSION CUSTOM POOLS, LLC | |
| Carroll Daniel P. | | DIRECT ROOFING, INC | |
| Carroll Morgan | | EASY MIX CONCRETE SERVICES, LLC | |
| CARROLL MORGAN P. | | ELITE POOLS OF AUSTIN GP, INC | |
| CARTER REGINA | | ELITE POOLS OF AUSTIN, LTD | |
| CARTER RICHARD | | ELY EDWARD ELLIOT | |
| CHATFIELD JONATHAN | | ELY EDWARD MITCHELL | |
| CHATFIELD SARA | | ELY MATTHEW BRANDES | |

| | |
|---|---|
| CHING ERICK | ELY PROPERTIES, INC. |
| CHING RACHEL | EPPRIGHT HOMES, LLC |
| CHIUMENTI JUSTIN | Fried Gabrielle |
| CHO YUKYUNG | Fried Michael |
| CLARK JESSICA | FUN N SUN POOLS OF AUSTIN INC |
| CLASSIC NEIGHBORHOOD DEVELOPMENT LLC | GRYCO INC. |
| COCHRAN ANGELA | H&amp;H TILE AND PLASTER OF AUSTIN LTD LP |
| COCHRAN JAMIE | HAMPLE POOLS &amp; SERVICE LLC |
| COFFEY MICHELLE | HARVEY JAMES |
| COPELAND RYAN | HAYLEX GP, LLC. |
| CRAN JONATHAN | HAYLEX PARTNERS, LTD. |
| DARGIS AMBER | HEATH WILLIAM C. |
| DARGIS MATTHEW | HERZOG RANDY |
| DAVIS BRIAN | JD HUNT CUSTOM HOMES INCORPORATED |
| DAVIS LORI | JIMMY EVANS COMPANY, LTD |
| DEATON BRIAN | JOSH WILLIS CUSTOM HOMES, INC. |
| DEJOHN TAMARA | KAUFMANN BRAD |
| DIGEATANO MICHAEL | KB CUSTOM POOLS, LLC. |
| DIMEO JAMES M | LEGACY DCS LLC |
| DIMEO TINA M | LEHIGH CEMENT COMPANY, LP |
| Donald LaBove | LYON DYNAMIC ENTERPRISES, INCORPORATED |
| DUFFIE CONNOR | MARTINEZ SIMON |
| DUFFIE KAYTI | MATT SITRA CUSTOM HOMES, INC. |
| FARRIS BRAD | MCFADYEN JOHN CODY |
| FIELDS ASHLEY | MCGUIRE  JUSTIN |
| FIELDS SHARON | MILLENNIUM POOLS, INC |
| FISCHER JUSTIN | MILLENNIUM POOLS, INC. |
| FLINT KIERSTEN | NALLE CUSTOM HOMES, INC |
| FLORES YVETTE | NORMAN E. ASHBY, TRUSTEE |
| FONTENOT ASHLEY | OMEGA DRY WALL COMPANY, INC |
| FONTENOT CHRISTOPHER | Omega Dry Wall Company, Inc. |
| FORD JOHN | OMEGA FRAMING LLC |
| FORD VICKI | Omega Framing, L.L.C. |
| FRIED GABRIELLE | PACK POOLS, INC. |
| FRIED MICHAEL | PCA BOOT RANCH, LLC |
| Fu Yulai | POND SPRINGS CUSTOM POOLS, LLC |
| FUN N SUN POOLS OF AUSTIN, INC | PRECISION WATERSHAPES, INC |
| GAITHER JARROD | PRECISION WATERSHAPES, INC. |
| GARRETT ROBERT | PREMIER ATX INDUSTRIES, LLC |
| GREEN ADAM | PROVENANCE CONSTRUCTORS LLC |
| GREEN LAUREN | PROVENANCE DEVELOPMENT LLC |
| GREGG JODI | QUALITY CUSTOM POOLS INC |
| GREGG PRESTON | REDLINE CONCRETE, LLC |
| GRIEGO JEANNIE | RIVERA ENGINEERING LLC |
| GRIEGO JON | RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC |
| HAMPSTEIN PHILLIP | RODRIGUEZ CARLOS |
| HAMPSTEN KRISTIN | RODRIGUEZ IGNACIO |
| Hanks Kristin | ROUND ROCK POOL PROS LLC |
| Hanks, Jr. Elbert Wayne | SASSENBERG  BRANDON |
| HARPER JACK | SAYRE MICHAEL B. |
| HARPER PAMELA | SENDERO DEVELOPMENT, INC. |
| HATLEY DEREK | SIERRA BUILDERS, INC. |

HATLEY HEATHER
HAYES AMBER
HAYES JOSEPH
HEINROTH CHE
HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA
HUSER MATTHEW
JOHN GEORGE
JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID

SM POOL CONSTRUCTION, LLC
SM Pools
SMART POOLS SERVICES, LLC
SOLARA CUSTOM POOLS, LLC
SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC
TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC
THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

PETERSON CRAIG
PETERSON CRAIG JON
PETERSON JILL VICARS
PISCITELLI DAWN
QUINTANA JULIO
RAMEY NEELEY
RIBBLE JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT ELAN
SAVITT ROISIN
SCHERER GEOFFREY
SCHULTZ ERIC
SCHWARZBACH ANNA
SCHWARZBACH DAVID
SEAFLOWER, LLC
SEARLE BARRY
SHUMAKER AARON
SIGMON JAMES
SIGMON TRACI
Singh Teja
SMITH MARK
SMITH GERRY
SMITH MICHELLE
SORRENTINO JAMIE
SORRENTINO MATTHEW
STAIGERWALD JOHN
STAIGERWALD LISA
STEIN JENNIFER
STEIN RUSSELL
STEWART CLAIRE
STEWART POETRELL
SWANGER DERRY
SWART BRYAN
SWART JEAN
TAVARES DEBBIE
TAVARES VINNY
THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
AS SUBROGEE OF STAG POOLS, LLC
THE PUBLIC CONDOMINIUM COMMUNITY INC
THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY
IRREVOCABLE
Thomson Will
TRIBUNE CASSANDRA
TRIBUNE DAVID
VAN ARSDALE CORBIN
VANDER GHEYNST JOHN
VANDER GHEYNST LESLIE
VANDERVEEN ARTHUR
VASQUEZ LUDY
WALTERS MICHELLE
WALTERS NEIL B

**WEEKLEY HOMES LLC**
**WEITKEMPER KELLEY**
**WEITKEMPER PAUL**
**WHEELER BRAD**
**WHITE REX**
**WHITE TERRI**
**WILCHER GARY**
**WILLAMS HANNAH**
**WILLENS SHAINA**
**WILLENS ZACHARY**
**WILLIAMS DAMON**
**WITTLIFF REID**
**WITTLIFF SUSAN**
**WOOD BRIAN**

| | | | |
|---|---|---|---|
| 1 days | | | REVIEW/STATUS |
| | Atty: Perczak Margene K. (3037790077) | | Atty: WILKINSON MEREDYTHE HEATON (512-503-4878) |

---

**6001  D-1-GN-23-009010**  **TEXAS MUTUAL INSURANCE COMPANY**  vs.  **DYNAMIC ENERGY TRANSPORT, LLC**
**DYNAMIC FREIGHT CARRIERS, INC**
**DYNAMIC FREIGHT LINES, INC**

| | | |
|---|---|---|
| 5 days | Set By PLAINTIFF | JURY |

---

**6004  D-1-GN-21-006972**  **CLARK KENNISHA**  vs.  **BENN ADRIEAN**
**WILLIAMS TATYANNA**         **CAPITOL ENDEAVORS, LTD.**
**GT SECURITY SOLUTIONS LLC**
**SWING LOUNGE LLC**
**TITAN PROTECTIVE SERVICES LLC**

| | | |
|---|---|---|
| 5 days | Set By AS NEXT FRIEND OF | JURY |

---

**6005  D-1-GN-24-003130**  **VANMETER TONYA**  vs.  **RAMIREZ ANGELA**

| | | |
|---|---|---|
| 5 days | Set By DEFENDANT | JURY |

---

**6007  D-1-GN-23-001712**  **PEREZ MARY**  vs.  **LUTCHMEE KISTEN**

| | | |
|---|---|---|
| 4 days | Set By PLAINTIFF | JURY |

---

**6009  D-1-GN-22-005709**  **VARELA RONALD**  vs.  **MESH APARTMENTS**
**RPM LIVING LLC**

| | | |
|---|---|---|
| 3 days | Set By PLAINTIFF | JURY |

---

**6010  D-1-GN-23-001996**  **LOREI MAUREEN**  vs.  **BRAZOS CONCESSIONS CO.**
**CITY OF AUSTIN**
**DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY**
**SERVICES, INC.**
**MCLIFF PARTNERS, LTD.**
**MCLIFF TEXAS GP, LLC**
**THE CITY OF AUSTIN**

| | | | | | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6012 D-1-GN-24-002421** | **MOKE MARK** | | vs. | **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | |
| 4 days | | Set By PLAINTIFF | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6013 D-1-GN-23-001478** | **TREST KENNETH** | | vs. | **ALTERMAN, INC** | |
| 5 days | | Set By DEFENDANT | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6014 D-1-GN-23-001765** | **ROBLES II  LOUIS** | | vs. | **H-E-B, LP** | |
| 3 days | | Set By PLAINTIFF | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6015 D-1-GN-24-001310** | **KAWALEK ABIGAIL** | | vs. | **SMITH ASHER** **SMITH GLENNA** | |
| 4 days | | | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6016 D-1-GN-24-002996** | **SANTOS MAYTE** **TORRES EDUARDO** | | vs. | **GOMEZ JULIO** | |
| 3 days | | Set By PLAINTIFF | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6017 D-1-GN-22-002916** | **SENORO EQUIPMENT LEASING LLC** | | vs. | **BOYLE ERICK J.** **GLASGOW GENEVIEVE A.** | |
| 3 days | | Set By PLAINTIFF | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6018 D-1-GN-24-005451** | **HAIDARI GH  MUHAMMAD** **HAIDARI GHULAM** | | vs. | **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** | |
| 4 days | | Set By PLAINTIFF | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6019 D-1-GN-23-008107** | **GUNES HAYRETTIN GIRAY** | | vs. | **LAVIGNE TIANA MICHELLE** | |
| 4 days | | Set By PLAINTIFF | | | JURY |

| | | | | | |
|---|---|---|---|---|---|
| **6020 D-1-GN-24-002572** | **ARNOLD CHARLES** | | vs. | **PEREZ DOMINGO** **RAMOS PEREZ LIZBETH JACQUELIN** | |
| 5 days | | Set By PLAINTIFF | | | JURY |

**6021  D-1-GN-24-002019**

| HYATT DIANE | **vs.** | CUSTOMIZED SERVICES ADMINISTRATORS, INC. |
|---|---|---|
| MORIARTY WILLIAM | | GENERALI GLOBAL ASSISTANCE, INC. |
| | | GENERALI GROUP |
| | | GENERALI U.S. BRANCH |
| | | HAGEN TORSTEIN |
| | | JANE DOE NOS. 1-10 |
| | | JOHN DOE CORPORATION/PARTNERSHIP/LLC NOS. 1-10 |
| | | MATTES SPENCER |
| | | VIKING CRUISES USA LTD |
| | | VIKING RIVER CRUISES, INC. |
| | | VIKING RIVER CRUISES, LLC |

5 days                              Set By PLAINTIFF                                                           JURY

---

**6022  D-1-GN-24-007156**

RUSSELL JORDAN                    **vs.**  BRACK JUDY BOUDREAUX

5 days                                                                                                         JURY

---

**6023  D-1-GN-23-001803**

ZAVALA RICHARD                    **vs.**  HEB GROCERY COMPANY LP

4 days                              Set By DEFENDANT                                                          JURY

---

**6024  D-1-GN-23-007251**

BAROS HALEY                       **vs.**  DUFFY MICHAEL PATRICK
                                          YARDDOC, LLC

3 days                              Set By PLAINTIFF                                                           JURY

---

**6025  D-1-GN-17-005372**

MARTINEZ JUAN                     **vs.**  CALHOON THOMAS
                                          CARTER ELLIOT LLC

3 days                              Set By PLAINTIFF                                                           JURY

Atty: Bickham Thomas F (713-526-4969)                    Atty: BUSTER BRIAN H (512-637-4956)
Atty: Rushing Kraig Lyle (346-293-9670)

---

**6026  D-1-GN-24-002350**

CONTRERAS ROCIO                   **vs.**  PORTIER, LLC
                                          TOLES AMINAH
                                          UBER TECHNOLOGIES, INC.

5 days                              Set By DEFENDANT                                                          JURY

---

**6027  D-1-GN-24-008902**

ALEXANDERSON LISA                 **vs.**  STATE FARM AUTOMOBILE INSURANCE COMPANY

3 days                              Set By PLAINTIFF                                                           JURY

---

**6028  D-1-GN-24-002443**

MARTINEZ RAQUEL                   **vs.**  BOSTIC LLEWELLYN DUJUAN

3 days                                                                                                         JURY

**6029  D-1-GN-24-003159**　　　**SHANKLE CATHERINE**　　　　　　　　　　　　　　　　**vs.  ACG 1359, L.P.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**IHOP RESTAURANTS, LLC**

　　　5 days　　　　　　　　　　　　　　　　Set By DEFENDANT　　　　　　　　　　　　　　　　　　　　　JURY

---

**6030  D-1-GN-24-004264**　　　**RODRIGUEZ  FRANCISCO**　　　　　　　　　　　　　　**vs.  TORRES ALBERTO FABIAN**
　　　　　　　　　　　　　　　　**RODRIGUEZ ROSA MARIA**

　　　4 days　　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　　　　JURY

---

**6031  D-1-GN-24-003735**　　　**BAEZ MELISSA**　　　　　　　　　　　　　　　　　　**vs.  JONES ZACHARY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED PARCEL SERVICE, INC.**

　　　5 days　　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　　　　JURY

---

**6032  D-1-GN-24-004361**　　　**RIVAS MARLON RODOLFO**　　　　　　　　　　　　**vs.  BLISARD JEREMY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**QUICK GLASS SERVICE, L.P. D/B/A ACE DISCOUNT GLASS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**&amp; DOOR**

　　　3 days　　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　　　　JURY

---

**6034  D-1-GN-24-005388**　　　**ALVEREZ-FUNEZ PEDRO ANTONIO**　　　　　　**vs.  DAVIS H. ELLIOT COMPANY, INC.**
　　　　　　　　　　　　　　　　**HERRERA-CAMARILLO NARCIZO**　　　　　　　　　　**HAMAD KHALED**
　　　　　　　　　　　　　　　　**MARTINEZ-LOPEZ LEONEL**
　　　　　　　　　　　　　　　　**MONTOYA-ESPARZA JOSE ALFREDO**
　　　　　　　　　　　　　　　　**VARELA EDGAR SILVA**

　　　5 days　　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　　　　JURY

---

**6035  D-1-GN-24-006100**　　　**DUPONT STEPHEN**　　　　　　　　　　　　　　　**vs.  GAONA CRISTIAN**

　　　5 days　　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　　　　JURY

---

**6036  D-1-GN-24-009240**　　　**VALDEZ IRMA**　　　　　　　　　　　　　　　　　**vs.  JOHNSON JOHN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SPRAYBERRY HALEY**

　　　4 days　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JURY

---

**6037  D-1-GN-23-002526**　　　**WALKER WILLIAM ALFRED**　　　　　　　　　　**vs.  GORDON DOUGLAS SCOTT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RPF EMERGENCY SERVICES, LLC.**

　　　4 days　　　　　　　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　　　　　JURY

---

**6038  D-1-GN-24-004090**　　　**JAN DOE 2**　　　　　　　　　　　　　　　　　　**vs.  AIZA ANDRES**
　　　　　　　　　　　　　　　　**JANE DOE 1**　　　　　　　　　　　　　　　　　　　　**BERKOWITZ BENJAMIN DAVID**

　　　10 days　　　　　　　　　　　　　　　Set By COUNTER-PLAINTIFF　　　　　　　　　　　　　　JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6039  D-1-GN-23-005052**  DJAMA MAHAMOUD  vs.  KLINE DENNIS PAUL

3 days  Set By PLAINTIFF  JURY

---

**6040  D-1-GN-24-006769**  PARKS TRENT  vs.  BANDERA UTILITY CONTRACTORS, LLC
TANKSLEY CRAIG ALLAN

5 days  JURY

---

**6041  D-1-GN-24-003730**  BRIGHAM-DOUCETTE ANGELA  vs.  BAEZ MARTIN

4 days  JURY

---

**6042  D-1-GN-23-000821**  KIRKALDY KENNETH W.  vs.  A2 RACING CORPORATION
CALVO ANTONIO
CALVO MOTORSPORTS
CALVO MOTORSPORTS CORPORATION
CALVO MOTORSPORTS, LLC

3 days  Set By PLAINTIFF  JURY

---

**6043  D-1-GN-23-007124**  BELL FUND V SOUTH LAMAR, LLC  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days  Set By PLAINTIFF  JURY

---

**6044  D-1-GN-23-007152**  CAMERON WILDWOOD, LP  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days  Set By PLAINTIFF  JURY

---

**6045  D-1-GN-24-001664**  GUERMEUR DANIEL
GUERMEUR JOANNA  vs.  LANTZ'S LAKESIDE PLUMBING, LLC
SCOTT THOMAS G.
USAA GENERAL INDEMNITY COMPANY,

5 days  Set By PLAINTIFF  JURY

---

**6046  D-1-GN-24-003581**  GOSHA  MICHAEL  vs.  USAA CASUALTY INSURANCE COMPANY

5 days  Set By DEFENDANT  JURY

---

**6047  D-1-GN-24-004876**  COVINGTON NORVELL  JAMES BLAKE  vs.  TEXAS LAWYERS' INSURANCE EXCHANGE

5 days  Set By DEFENDANT  JURY

---

**6048  D-1-GN-24-008756**  LANGE-MERITT MELANYE  vs.  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY

3 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**6049  D-1-GN-24-005363**     **LAGUNA TACO, LLC**                                vs.  **CITY OF AUSTIN**
                                                                                        **KAHN  ROBERT**

3 days                                          Set By PLAINTIFF                                                        JURY

---

**6050  D-1-GN-19-008799**     **CUATRO CONSTRUCTION LLC**                         vs.  **CUATRO CONTRACTING LLC**
                               **OLIVAREZ JAVIER**                                       **KOOL BREEZE PROPERTY INVESTMENTS LLC**
                                                                                        **PENA JOHN**

6 days                                          Set By COUNTER-PLAINTIFF                                                JURY

                               Atty: GORTHEY KEMP W. (512-699-8006)                     Atty: Montalvo Marcus (956-631-1185)

---

**6051  D-1-GN-23-007627**     **HERNANDEZ QUIROZ VERONICA LUCIA**                 vs.  **MORTHOLE GEORGE RYAN**
                               **MARTINEZ RUIZ JUAN**                                    **SCI TEXAS FUNERAL SERVICES, LLC**
                               **MARTINEZ SUGEY**

3 days                                          Set By PLAINTIFF                                                        JURY

---

**6052  D-1-GN-16-003071**     **DOE JANE**                                        vs.  **FIRST BAPTIST CHURCH COL OF AUSTIN TEXAS**
                               **DOE JOHN**                                              **MCGEE CAROLYN**
                                                                                        **MCGEE HENRY**

10 days                                         Set By PLAINTIFF                                                        JURY

                               Atty: Dugas Clay (4098131111)                            Atty: Womac Terry M (7135529595)
                                                                                        Atty: WOOD STEPHEN A. (512-708-8200)

---

**6054  D-1-GN-24-006425**     **FREEMAN BRUCE**                                   vs.  **HUMPHRIES CALISIA**
                                                                                        **HUMPHRIES JENKINS YANCY**

3 days                                          Set By PLAINTIFF                                                        JURY

---

**6055  D-1-GN-22-004588**     **GREEN  KAREN**                                    vs.  **CRUZ  FERNANDO**
                               **GREEN JOHNNIE**

7 days                                          Set By PLAINTIFF                                                        JURY

---

**6056  D-1-GN-24-010247**     **SORENSEN ETHAN THOMAS**                           vs.  **ALVARADO OSIEL**
                               **SORENSEN GLENN**                                        **TEXAS-A TRANSPORT INC**
                                                                                        **VZ TRANSPORTATION, LLC**

5 days                                          Set By PLAINTIFF                                                        JURY

---

**6057  D-1-GN-23-004550**     **GUZMAN PAYTON**                                   vs.  **FOSTER MONICA**
                                                                                        **FUSSELL ALEC**

4 days                                          Set By PLAINTIFF                                                        JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

| 6058 D-1-GN-23-002364 | HOLGUIN ALEXA M<br>HOLGUIN JACELYNE<br>MORALES LOUIS<br>SAMANO JOSE L | | vs. | GOATSCAPERS LLC<br>ROMERO CECILIA P.<br>ROMERO JENYFER<br>ROOKE DARLA D. | |
|---|---|---|---|---|---|
| 7 days | | Set By PLAINTIFF | | | JURY |

| 6059 D-1-GN-24-001646 | GUERRERO KENNETH | | vs. | ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br>PUENTE ROGELIO | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6060 D-1-GN-24-008180 | JACKSON VIVIAN | | vs. | STATE FARM MUTUAL AUTOMOBILE INSURANCE<br>COMPANY | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6061 D-1-GN-24-001807 | HERNANDEZ RENE ALCIDES | | vs. | BROWN CHRISTOPHER CARL | |
|---|---|---|---|---|---|
| 3 days | | | | | JURY |

| 6062 D-1-GN-22-001554 | STATE OF TEXAS | | vs. | MOODY LEROY | |
|---|---|---|---|---|---|
| 2 days | | Set By PLAINTIFF | | | JURY |

| 6063 D-1-GN-24-003003 | ITURBE MIRIAN JANET | | vs. | NUBRAKES | |
|---|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | | JURY |

| 6065 D-1-GN-21-006237 | ESCONDERA CONDOMINIUM OWNERS ASSOCIATION, INC. | | vs. | AJT INDUSTRIES, LLC<br>HEMPEL ANDREW | |
|---|---|---|---|---|---|
| 10 days | | Set By PLAINTIFF | | | JURY |

| 6066 D-1-GN-23-003246 | CONLEY FRED | | vs. | HEB GROCERY COMPANY, LP<br>H-E-B, LP | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6067 D-1-GN-21-007445 | GT 40 MOTORSPORTS LLC<br>JOINER DAVID PATRICK | | vs. | A PLUS FEDERAL CREDIT UNION | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6068 D-1-GN-24-004019 | GARCIA-TODD MARY | | vs. | DAN WILLIAMS COMPANY<br>GLIDDEN CHARLES EDWARD | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

**6069  D-1-GN-24-002077**　　**MORGAN CHERI LEE**　　　　　　　　　　　vs.  **DAVIS MOTORCARS OF AUSTIN, LTD**

5 days　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　JURY

---

**6070  D-1-GN-22-004038**　　**O'CONNOR SHANNON**　　　　　　　　　　　vs.  **BAYLOR SCOTT &amp; WHITE HEALTH**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SCOTT &amp; WHITE HOSPITAL-MARBLE FALLS**

4 days　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JURY

---

**6071  D-1-GN-24-006062**　　**BARRAZA DAISY**　　　　　　　　　　　　vs.  **BUNCE BRANDI LYNN**

3 days　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　JURY

---

**6072  D-1-GN-24-008236**　　**OLIVA YESSICA**　　　　　　　　　　　　vs.  **GEORGOULIS CHELSEY  T**

3 days　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JURY

---

**6073  D-1-GN-24-006064**　　**DOWD  ROBERT**　　　　　　　　　　　　vs.  **HOUK AIR CONDITIONING, INC.**
　　　　　　　　　　　　　**MCCLAIN KYLA**　　　　　　　　　　　　　　　**RUIZ MOLINA  JULIO  C.**

3 days　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JURY

---

**6074  D-1-GN-23-004552**　　**ESCARPMENT VILLAGE, LLC**　　　　　　　vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　JURY

---

**6075  D-1-GN-24-003051**　　**HARRIS LOGAN S.**　　　　　　　　　　　vs.  **EZR LIVES, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**HARRIS DANIEL M.**

2 days　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　JURY

---

**6076  D-1-GN-23-000366**　　**LOPEZ JACQUELYN**　　　　　　　　　　vs.  **CINCO E TRANSPORT, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**GLISSON JAMES**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD ESSER, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TWISTED L TRANSPORT LLC**

5 days　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　JURY

---

**6077  D-1-GN-24-008621**　　**KAJJAJ HAFIDA**　　　　　　　　　　　　vs.  **GARCIA RAYMOND ANTHONY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

4 days　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JURY

---

**6078  D-1-GN-24-008279**　　**MAYMI IVETTE**　　　　　　　　　　　　vs.  **STATEWIDE MATERIALS TRANSPORT, LTD**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TADLOCK RHONDA  FAYE**

5 days　　　　　　　　　　Set By PLAINTIFF　　　　　　　　　　　　　　　　　JURY

| 6080 D-1-GN-25-000306 | BARNETT NATALYA | | vs. CARTER JOHN MASON | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6081 D-1-GN-20-002062 | MAXWELL ADRIAN<br>MAXWELL ERICA<br>WASHINGTON DEMETRA | | vs. BENNET THOMAS JEFFERSON<br>ROMCO EQUIPMENT COMPANY LLC | |
|---|---|---|---|---|
| 10 days | | Set By AS NEXT FRIEND OF | | JURY |
| | Atty: Stogner Brant Jeffrey (713-222-7211) | | Atty: Clark Deborah G (512-241-1800)<br>Atty: MURPHY KEVIN O'NEAL (832-604-8887) | |

| 6082 D-1-GN-24-008342 | WYATT ALEXANDER | | vs. LEDOUX ALEXIS | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6083 D-1-GN-24-004094 | KIEN CHAU CHI LAN<br>YEN PHAN THI MY | | vs. JACOBSON JOHN | |
|---|---|---|---|---|
| 2 days | | Set By PLAINTIFF | | JURY |

| 6084 D-1-GN-24-003046 | BECHT KAYLA | | vs. EXTERIOR MAINTENANCE RESOURCES, INC<br>REGENCY CENTERS, L.P. | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

| 6085 D-1-GN-22-002442 | MENDOZA BRITTANEY | | vs. ENJOY TECHNOLOGY LLC<br>PORTILLO LUIS ALBERTO | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

| 6086 D-1-GN-24-009979 | BURROWS BRANDON | | vs. CASTILLO DIEGO BONFIL<br>SWOOP FRANCHISE, LLC | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| 6087 D-1-GN-23-008764 | MILLER ERIC JAMES<br>THE SPINE GROUP, PLLC | | vs. DOLGHIH ELISAVETA<br>DOLGHIH LAW GROUP, PLLC<br>LEWIS, BRISBOIS, BISGAARD &amp; SMITH, LLP | |
|---|---|---|---|---|
| 5 days | | Set By COUNTER-DEFENDANT | | JURY |

| 6088 D-1-GN-24-003920 | PARRA MYRIAM PEREZ | | vs. FCS FOX COMMERCIAL SERVICES, LLC<br>JOHN DOE<br>MILAM BENJAMIN | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**6089** D-1-GN-24-003994    **GROVES DIANA**      vs. **D&amp;S RESIDENTIAL SERVICES, INC.**
**FERNANDEZ RUTH**

4 days      JURY

---

**6090** D-1-GN-24-002143    **HELMS DENNIS**      vs. **FERGUSON ENTERPRISES LLC**
**SKIDMORE DEREK**

5 days      Set By PLAINTIFF      JURY

---

**6091** D-1-GN-24-000054    **HETRICK MARY JANE**      vs. **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**
**HETRICK TOM**

4 days      JURY

---

**6092** D-1-GN-24-003703    **WEDGEWOOD CONDOMINIUM OWNERS ASSOCIATION**      vs. **MID-CENTURY INSURANCE COMPANY**

4 days      JURY

---

**6094** D-1-GN-22-002714    **JIMENEZ AURELIANO**      vs. **HERNANDEZ JUAN RIVAS**

4 days      Set By PLAINTIFF      JURY

---

**6095** D-1-GN-22-000391    **MOHAMMAD KHUSHI**      vs. **ASLAM MOHAMMAD**
**ASLAM MOHAMMAD SHAHZAD**
**GO GREEN FOOD MART**
**SUB KABOB**

4 days      Set By DEFENDANT      JURY

---

**6096** D-1-GN-23-008183    **BOWSER CHRISTAL**      vs. **CASILLAS REYNALDO**
**MV TRANSPORTATION, INC**

4 days      Set By PLAINTIFF      JURY

---

**6097** D-1-GN-23-003455    **ROBBINS DEANNA**      vs. **JONES MADELINE MARIE**

3 days      Set By DEFENDANT      JURY

---

**6099** D-1-GN-24-001787    **RAMOS JOSEPH**      vs. **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

3 days      Set By PLAINTIFF      JURY

---

**6100** D-1-GN-23-006923    **REYES JIMENEZ THAIMI**      vs. **RUIZ SAVANNAH DENISE**
**SALVADOR ERIK**

3 days      Set By PLAINTIFF      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6101  D-1-GN-24-003040**  CINQUE RALPH

vs.  BLUE BRAIN PRODUCTIONS, LLC
ROBINSON PATRICIA

1 days                                Set By PLAINTIFF                                                                                JURY

---

**6102  D-1-GN-24-001336**  FERNANDEZ CESAR CORTEZ

vs.  LARA ARIAS JOSE ANTONIO

5 days                                                                                                                                JURY

---

**6103  D-1-GN-20-007701**  STEWART DAVID

vs.  CITY OF LAGO VISTA

4 days                                Set By PLAINTIFF                                                                                JURY

Atty: MELTON JOHN FOSTER (512-330-0017)                         Atty: SALINAS JOANNA LIPPMAN (512-476-5300)

---

**6104  D-1-FM-25-000443**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

vs.  GONZALEZ MARYA ALEXANDRA
JUAREZ PEREZ ADIEL  ALEJANDRO
SALDANA RODRIGUEZ RUDOLFO

3 days                                Set By PETITIONER                                                                              JURY

---

**6105  D-1-FM-25-000379**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

vs.  DEVAUGHN ANIKA NORA
SPEARS PATRICK

3 days                                Set By PETITIONER                                                                              JURY

---

**6106  D-1-FM-23-003457**  ATTORNEY GENERAL
TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

vs.  JEFFERSON BYRANAZIA RUTHISHA E.
PERRY TREYVON TYRELL

3 days                                Set By PETITIONER                                                                              JURY

---

**6107  D-1-GN-24-001951**  GARCIA JENIE

vs.  ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
ALLSTATE INSURANCE COMPANY
DAVIS JAMES EARL
WORLDWIDE DRIVEWAYS, LLC

5 days                                Set By PLAINTIFF                                                                                JURY

---

**6108  D-1-FM-25-000404**  TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

vs.  HECTOR DACIA MONAE
NASBY KYLE GORDON

3 days                                Set By PETITIONER                                                                              JURY

---

**6109  D-1-GN-21-004384**  GONZALES ERICA
RODRIGUEZ RICKY RAY

vs.  BRINKS INC
HAMMER JENNIFER

4 days                                Set By PLAINTIFF                                                                                JURY

Atty: LONDERGAN CHRISTINE REGINA (512-220-1800)                 Atty: Ross Jeffrey Ryan (469-698-4200)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

**6110  D-1-GN-24-001215**      **HUGHES JOHN MASON**                          vs.  **ATX DESTINY TRANSPORTATION LLC**
                                                                                    **SHELEMO ALAZAR TEKLE**
                                                                                    **WELDESENBET SOLOMON GIRMA**

3 days                                                                                                        JURY

---

**6111  D-1-FM-24-007040**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs.  **MARTINEZ CARILLO RAUL**
                                                                                                **RAMIREZ VALERIE**

3 days                                    Set By PETITIONER                                               JURY

---

**6112  D-1-GN-25-000755**      **AIMARD ALEXIS**                                vs.  **WILHELM BRODY**

4 days                                    Set By PLAINTIFF                                                JURY

---

**6113  D-1-GN-19-003198**      **SIXTH STREET PARTNERS LLC**                    vs.  **POWDER ROOM LLC**

3 days                                    Set By PLAINTIFF                                                JURY

Atty: Harley Lewis K (7139686540)                          Atty: Laitner Colin Clark (5127322650)
Atty: KILLEEN ROBERT JOSEPH (713-626-5100)

---

**6114  D-1-GN-23-003844**      **LONEGRAN ALLISON**                             vs.  **UNIVERSITY OF TEXAS AT AUSTIN**

5 days                                    Set By PLAINTIFF                                                JURY

---

**6115  D-1-GN-25-000111**      **ARELLANO LINA**                                vs.  **GARCIA  JESUS**
                                **ENRIQUEZ ELIZABETH**                                **GONZALEZ ALESSANDRO**
                                **GALAVIZ DANIEL**

4 days                                    Set By PLAINTIFF                                                JURY

---

**6118  D-1-FM-25-000716**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs.  **POWELL SARAH**

3 days                                    Set By PETITIONER                                               JURY

---

**6120  D-1-FM-24-006082**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**     vs.  **PIKE KEVIN JEFFREY**
                                                                                                **WALLS MADISON CHANNING**

3 days                                    Set By PETITIONER                                               JURY

---

**6121  D-1-FM-23-003259**      **SERRATO  MARTIN**                              vs.  **OLVERA ESMERALDA**

3 days                                    Set By INTERVENER                                              JURY

---

**6122  D-1-GN-19-004334**      **SHADY HOLLOW HOMEOWNERS ASSOCIATION INC**      vs.  **REYNOLDS AND FRANKE PC**

4 days                                    Set By DEFENDANT                                               JURY

Atty: PRINGLE BRANTLEY ROSS (512-476-4600)                 Atty: JOHNSON MICHAEL BRIAN (512-708-8200)

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

**6123  D-1-GN-25-003730**      **HARRIS BRYAN**                                              **vs.  OKPEGBUE JOE**

2 days                                                                                                                          JURY

---

**6124  D-1-FM-25-001097**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.  BRIGHT NATALIE JEAN**
                                                                                                  **CHRISTOPHER TAYLOR**

3 days                                        Set By PETITIONER                                                                JURY

---

**6125  D-1-FM-23-008592**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.  FOWLER RHIANNON**
                                                                                                  **WILSON JEKORION**

3 days                                        Set By PETITIONER                                                                JURY

---

**6126  D-1-GN-23-007082**      **PARKS CURTIS**                                              **vs.  ATKINS TRAVIS**
                                                                                                  **DUPREE DALTON**
                                                                                                  **FRICK STEPHEN**

3 days                                        Set By PLAINTIFF                                                                 JURY

---

**6127  D-1-GN-22-002207**      **LIMUEL ALAN J**                                             **vs.  CITY OF AUSTIN**

5 days                                        Set By DEFENDANT                                                                JURY

---

**6128  D-1-GN-23-002989**      **LEON MARIBEL**                                              **vs.  GRAYCO PARTNERS MANAGEMENT, LLC**
                                                                                                  **GRAYCO PARTNERS, LLC**
                                                                                                  **GRAYCO SS PHASE I 2011, LP**
                                                                                                  **SHELTON DONALD**
                                                                                                  **VELAZQUEZ JOSH**
                                                                                                  **WARNELL MICHAEL**

2 days                                        Set By PLAINTIFF                                                                 JURY

---

**6130  D-1-FM-24-005297**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.  MARTINEZ OSCAR  DANILO**
                                                                                                  **MELGAR GEIDY**

3 days                                        Set By PETITIONER                                                                JURY

---

**6131  D-1-AG-16-000810**      **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**      **vs.  KELLY SALLY**
                                                                                                  **KELLY THOMAS JAMES**
                                                                                                  **OVERSTREET JESSICA ROBIN**

3 days                                        Set By PETITIONER                                                                JURY

Atty: HIME ERIKA (405-496-9913)                              Atty: HEAGERTY MICHAEL FOARD (512-415-6644)
                                                             Atty: SALAZAR DANIELLA (713-256-3973)

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, December 08, 2025, 09:01 AM

| 6132 | D-1-FM-25-000636 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | ESCOBAR-MACOLAS FRANCISCA<br>PEREZ SOLIS GERBER<br>REYES GONZALEZ EMETERIO | |
|------|------------------|--------------------------------------------------|--------------|-----|-----------------------------------------------------------------------|------|
| | 3 days | | Set By PETITIONER | | | JURY |

| 6133 | D-1-GN-23-006822 | HELKA CHRISTIE | | vs. | B4 PIZZA LLC<br>BURNHAM MASON<br>CEDAR PARK SAN MART, LLC | |
|------|------------------|----------------|--------------|-----|---------------------------------------------------------|------|
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6134 | D-1-GN-23-007145 | PPF AMLI ALDRIDGE AVENUE, LLC | | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT | |
|------|------------------|-------------------------------|--------------|-----|-----------------------------------|------|
| | 3 days | | Set By PLAINTIFF | | | JURY |

| 6135 | D-1-GN-24-009984 | HINDS BENNY<br>HINDS BILLY<br>HINDS DANNY<br>HINDS KATHY | | vs. | HINDS ROBBY | |
|------|------------------|--------------------------------------------------------|--------------|-----|-------------|------|
| | 5 days | | Set By PLAINTIFF | | | JURY |

| 6137 | D-1-FM-24-005574 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | GONZALEZ REBECCA<br>KAY EZEKIEL ABRAHAM | |
|------|------------------|--------------------------------------------------|-----|-----|----------------------------------------|------|
| | 3 days | | | | | JURY |

| 6138 | D-1-FM-24-004522 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | | vs. | BARTON CHARLES<br>HARRIS RITA OPHELIA | |
|------|------------------|--------------------------------------------------|--------------|-----|--------------------------------------|------|
| | 3 days | | Set By PETITIONER | | | JURY |

| 6139 | D-1-GN-24-003885 | ELECTRA CONSULTING LLC<br>ELEKTRICA HOLDINGS LLC<br>GRANT JEDEDIAH | | vs. | GOFF AND METYKO LAW FIRM PLLC<br>GOFF DAMON  A<br>LAW OFFICES OF DAMON A. GOFF PPLC<br>METYKO MATHEWS | |
|------|------------------|------------------------------------------------------------------|-----|-----|--------------------------------------------------------------------------------------------------|------|
| | 5 days | | | | | JURY |

| 6140 | D-1-GN-24-004254 | DONAHUE JACQUELYN | | vs. | GEP X SOCO, LLC<br>GREP TEXAS, LLC<br>GREYSTAR MANAGEMENT SERVICES, LLC<br>GREYSTAR WORLDWIDE, LLC | |
|------|------------------|-------------------|--------------|-----|--------------------------------------------------------------------------------------------------|------|
| | 5 days | | Set By PLAINTIFF | | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, December 08, 2025,  09:01 AM

| 6141 | D-1-FM-24-001780 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **HARWELL AMBER** |
| | | | | **NICHOLAS JOSHUA** |

| 3 days | Set By PETITIONER | JURY |

| 6143 | D-1-FM-24-005969 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.** | **BLALOCK BRYAN** |
| | | | | **THOMPSON JENNIFER MARIE** |

| 3 days | Set By PETITIONER | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 12, 2026,  09:01 AM

**6001  D-1-GN-23-005919**  COLONIAL REALTY LP  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

2 days  Set By PLAINTIFF  JURY

---

**6002  D-1-GN-24-007645**  ACOSTA MIGUEL  vs.  COLLING RICHARD

4 days  JURY

---

**6003  D-1-GN-23-005231**  EXTRA SPACE PROPERTIES 107 LLC  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT
EXTRA SPACE PROPERTIES 129 LLC

2 days  Set By PLAINTIFF  JURY

---

**6004  D-1-GN-24-000778**  SILVA MARLON  vs.  HALEY JORDAN

3 days  Set By PLAINTIFF  JURY

---

**6005  D-1-GN-23-004141**  RIVER SOUTH VENTURE, LLC  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

5 days  Set By PLAINTIFF  JURY

---

**6006  D-1-GN-22-005525**  COLUMBIA LANTANA, LLC  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days  Set By PLAINTIFF  JURY

---

**6007  D-1-GN-22-005530**  IMP OAK HILL HP  vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days  Set By PLAINTIFF  JURY

---

**6008  D-1-GN-23-001186**  GENTRY JACKIE EVON  vs.  NATAL ROBERT
UNITED PROTECTIVE SERVICES, L.P.

5 days  Set By PLAINTIFF  JURY

---

**6009  D-1-GN-23-004639**  CHING JOHN ZHENG YAN  vs.  CHOICE BOTANICALS, INC
ZAPHIRIS HELEN  WHITE DRAGON BOTANICALS, LLC

5 days  Set By PLAINTIFF  JURY

---

**6010  D-1-GN-23-005663**  KIRKLIN JOHN AARON  vs.  GONZALEZ DAPHNE ANASTASIA

3 days  JURY

---

**6011  D-1-GN-21-004588**  NICHOLS BRIEJIER  vs.  HILLAN AHMED
IDELIVER USA LLC

3 days  Set By PLAINTIFF  JURY

Atty: PIERCE MARK D. (512-220-1800)

**6012 D-1-GN-24-010108**  **CATALAN RODRIGUEZ MARTHA ALICIA**  **vs. PALOMERA GISSELLE**
**CORDOVA SELENA**
**GONZALEZ ALEJANDRA**

5 days                                   Set By PLAINTIFF                                                        JURY

---

**6013 D-1-GN-23-000331**  **HERRERA JORGE**  **vs. SCOTT SARAH**
**ISLAS JOSE ANGEL**

2 days                                   Set By PLAINTIFF                                                        JURY

---

**6014 D-1-GN-24-000163**  **JONES ALLEN-MICHAEL**  **vs. DAY ANTHONY IAN**
**ROGERS KYRA**  **LOWES HOME CENTERS, LLC**

2 days                                                                                                             JURY

---

**6015 D-1-GN-16-005631**  **ENFIELD PLAZA HOMEOWNERS ASSOCIATION INC**  **vs. 1621 ENFIELD CONDOMINIUMS OWNERS ASSOCIATION**

5 days                                   Set By PLAINTIFF                                                        JURY

Atty: WILLIAMS M. MATTHEW (512-902-1554)          Atty: ANDRE KATY MERRILL (512-454-5500)
                                                  Atty: Kasling Roy Kemp (512-472-6800)
                                                  Atty: WRIGHT DAVID A. (412-457-5500)

---

**6016 D-1-FM-25-000611**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs. GRANT KEYON GEMAR**
**SHEDD DYNETTA**

3 days                                   Set By PETITIONER                                                      JURY

---

**6017 D-1-GN-25-000680**  **DENES GRAZIELA ALINE**  **vs. RODRIGUEZ VILLEGAS JESUS**
**MARTINS GOUVEIA NATHALIA GOMES**  **VILLEGAS LIZETTE MARIAN**
**NEGREIRO JOAO CANDIDO**
**PEREIRA ANA BEATRIZ**

5 days                                   Set By PLAINTIFF                                                        JURY

---

**6019 D-1-GN-22-001177**  **REYES DOMINIC**  **vs. MILLER WILLIAM**

4 days                                   Set By PLAINTIFF                                                        JURY

---

**6020 D-1-GN-24-001343**  **NECESSARY VERONICA**  **vs. S.A. LONE STAR TRUCK &amp; EQUIPMENT, INC**
**SOLSBURY HILL LLC**
**TEXAS IRRIGATION SUPPLY LLC**
**ZAMORA NATHANIEL**

5 days                                   Set By DEFENDANT                                                       JURY

---

**6021 D-1-GN-21-001455**  **WELCH GREGORY THOMAS**  **vs. CORNER WEST LLC**

2 days                                   Set By PLAINTIFF                                                        JURY

Atty: CHAPA JOSE ANGEL (214-629-0788)

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 12, 2026,  09:01 AM

**6022  D-1-FM-24-006082**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  PIKE KEVIN JEFFREY**
**WALLS MADISON CHANNING**

3 days                                          Set By PETITIONER                                                                                    JURY

---

**6023  D-1-FM-25-000864**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  FIGUEROA MIGUEL**
**MARTINEZ MUJICA NEREIDA**

3 days                                          Set By PETITIONER                                                                                    JURY

---

**6024  D-1-GN-23-001830**        **SHAHEEN ALYSSA**                                                        **vs.  HERNANDEZ NAZARETH**
**RADIANT PLUMBING SERVICE, LLC**

5 days                                                                                                                                              JURY

---

**6025  D-1-GN-20-007482**        **GALEANA JULIAN LEOBARDO**                                              **vs.  LOPEZ ROLAND**

4 days                                          Set By DEFENDANT                                                                                    JURY

Atty: DANG LOC TAN (512-973-8997)

---

**6027  D-1-AG-16-000810**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  KELLY SALLY**
**KELLY THOMAS JAMES**
**OVERSTREET JESSICA ROBIN**

3 days                                          Set By PETITIONER                                                                                    JURY

Atty: HIME ERIKA (405-496-9913)                                Atty: HEAGERTY MICHAEL FOARD (512-415-6644)
Atty: SALAZAR DANIELLA (713-256-3973)

---

**6028  D-1-GN-22-002518**        **MCKINEX DOMONICK**                                                      **vs.  1137254 ONTARIO LTD**
**PORTER HUNTER**
**THIND SINGH SUKHRAJ**

5 days                                          Set By PLAINTIFF                                                                                    JURY

---

**6029  D-1-GN-24-003375**        **RESSLING BUILDERS, INC.**                                              **vs.  HUTTO CHRIS**
**WANG LINDSAY**

7 days                                          Set By PLAINTIFF                                                                                    JURY

---

**6030  D-1-FM-25-000964**        **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**        **vs.  HERNANDEZ MICHELLE**
**MENDIETA-CHARRE MIGUEL ANGEL**

3 days                                          Set By PETITIONER                                                                                    JURY

---

**6032  D-1-GN-23-002851**        **AVA'S CONSTRUCTION, LLC**                                              **vs.  MORALES RAMON**
**PA ELECTRICAL LLC**

2 days                                          Set By PLAINTIFF                                                                                    JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, January 12, 2026, 09:01 AM

| 6033 D-1-FM-24-006219 | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | vs. | CASTRO JOSEPH<br>MINJAREZ BIANCA | |
|---|---|---|---|---|
| 3 days | | Set By PETITIONER | | JURY |

| 6034 D-1-GN-24-001984 | WOERNER CLIFFORD JOSEPH | vs. | HESS BRADY MANUEL<br>HESS RYAN  MICHAEL | |
|---|---|---|---|---|
| 5 days | | | | JURY |

| 6035 D-1-GN-22-006922 | GILBERT DONAE | vs. | AUSTIN ORAL &amp; MAXILLOFACIAL SURGERY ASSOCIATES, P.A.<br>VOORHEES FRED J | |
|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 26, 2026,  09:01 AM

| 5045 D-1-GN-24-003215 | BERNARD LEVI<br>BERNARD NADIA | | vs. | ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP | PREF |
|---|---|---|---|---|---|
| 10 days | | | | | JURY |
| | | | | | (MAUZY) |

| 6001 D-1-GN-25-000667 | BROWN COURTNEY | | vs. | KEOLIS TRANSIT SERVICES, LLC<br>POLLEY CURTIS RAY | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6002 D-1-GN-24-007197 | BARNES JAYANNA | | vs. | PEREZ  VANESSA<br>TOLEDO  JUAN  RAMON | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6003 D-1-GN-23-004721 | JMSQUARED, PBC<br>MESSICA MEDIA, INC. | | vs. | BREAK IT DOWN LLC<br>HUNGRY GIANT WASTE SYSTEMS LLC<br>MACFARLANE MELANIE<br>PAINE JEFF | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6004 D-1-GN-24-007894 | DAVIS TAMIA | | vs. | BURGOS SUAREZ ARBIN<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE<br>COMPANY<br>VASQUEZ DOMINGUEZ EVIN | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6005 D-1-GN-23-000788 | J.E. DUNN CONSTRUCTION COMPANY | | vs. | ALPHA PAINTING &amp; DECORATING COMPANY, INC.<br>APPLE, INC.<br>BRYMER COMMUNICATION SERVICES, L.L.C<br>F.L. CRANE &amp; SONS, INC.<br>HEARTLAND ACOUSTICS AND INTERIORS, INC.<br>IES COMMUNICATIONS, INC.<br>J.F. DUNCAN INDUSTRIES, INC.<br>JOHNSON CONTROLS, INC.<br>LASCO ACOUSTIC &amp; DRYWALL - AUSTIN, INC.<br>ROSENDIN ELECTRIC, INC.<br>SCG MECHANICAL, L.P. | |
|---|---|---|---|---|---|
| 12 days | | | | | JURY |
| | | | | | (EISERLOH) |

| 6006 D-1-GN-23-003302 | POWELL LAURIE | | vs. | AUSTEX DUMPSTERS, LLC<br>EMAL WILLIAM BENJAMIN | |
|---|---|---|---|---|---|
| 4 days | | | | | JURY |

**6007  D-1-GN-24-004726**    CRAW  MICHELE                                    **vs.  WHITE  TYRONE  RIVERS**

4 days                              Set By AS NEXT FRIEND OF                                                          JURY

---

**6008  D-1-GN-24-008861**    VILLARREAL LIZARDO LYDIA                        **vs.  MOREQUECHO ANGEL DANIEL**
                                                                                    **WALTER B. AGUILAR, INC.**

5 days                              Set By PLAINTIFF                                                                JURY

---

**6009  D-1-GN-24-008386**    BERNAL IVAN                                      **vs.  WHITE HUNTER ALEXANDER**
                            TALAMANTEZ NANCY

3 days                              Set By PLAINTIFF                                                                JURY

---

**6010  D-1-GN-24-008984**    HODGES FRANK                                     **vs.  KEOLIS TRANSIT AMERICA, INC.**
                                                                                    **KEOLIS TRANSIT SERVICES, LLC**

5 days                              Set By PLAINTIFF                                                                JURY

---

**6011  D-1-GN-24-009483**    CARR, IESHA                                      **vs.  HERRERA ALVARO**
                                                                                    **LEE WON Y**

4 days                              Set By PLAINTIFF                                                                JURY

---

**6012  D-1-GN-24-004764**    LOVE SHARON                                      **vs.  BECK GROUP CONSTRUCTION SERVICES, LLC**
                                                                                    **ENVIRONMENTAL ALLIES ROAD  BRIDGE INC**
                                                                                    **ENVIRONMENTAL ALLIES, INC.**
                                                                                    **ENVIRONMENTAL ALLIES,LLC.**
                                                                                    **HCBECK, LTD**

5 days                              Set By DEFENDANT                                                               JURY

---

**6013  D-1-GN-23-007855**    SDG APARTMENTS, LP                               **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days                              Set By PLAINTIFF                                                                JURY

---

**6014  D-1-GN-23-009103**    HUNT ANA                                         **vs.  AZARI HADAS**
                                                                                    **CS15 LLC**
                                                                                    **HUNT JAMES CHRISTOPHER**
                                                                                    **LTL LLC**
                                                                                    **PICAL LLC**

5 days                              Set By COUNTER-DEFENDANT                                                        JURY

---

**6015  D-1-GN-23-002168**    FIGUEROA LARA CARLOS                             **vs.  CAPITAL METROPOLITAN TRANSPORTATION AUTHORITY**
                                                                                    **MV TRANSPORTATION, INC.**

4 days                              Set By PLAINTIFF                                                                JURY

---

**6016  D-1-GN-24-001100**    LAMM SEAN                                        **vs.  DA VINCI POOLS, L.L.C.**
                            MILLS TARA                                           **DEL RE GUIDO M.**

| | | | | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

---

**6017  D-1-GN-23-006053**  **IMP Burnet LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

| | | | |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

---

**6018  D-1-GN-23-006060**  **IMP ELEVEN LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

| | | | |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

---

**6019  D-1-GN-24-006005**  **PEREZ JESSE RENE**  vs.  **JW MATERIALS MANAGEMENT, LLC**
**POMPA MICHAEL**

| | | | |
|---|---|---|---|
| 4 days | Set By DEFENDANT | | JURY |

---

**6020  D-1-GN-24-010211**  **ELLERBEE EDWARD**  vs.  **WHITE LARISSA MARIA**

| | | | |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

---

**6021  D-1-GN-24-003278**  **PERKINS CHRISTY**
**PERKINS ROBERT**  vs.  **CARDINAL GROUP ASSET MANAGEMENT, LLC**
**CARDINAL GROUP MANAGEMENT MIDWEST, LLC**
**LDG DEVELOPMENT, LLC**
**SANSOM RIDGE, LP**
**SOLIDAGO RESIDENTIAL SERVICES, LLC**

| | | | |
|---|---|---|---|
| 6 days | Set By PLAINTIFF | | JURY |

---

**6022  D-1-GN-24-009470**  **WAIER LOGAN**  vs.  **DANCING FOOL, LLC**
**GEHLKEN JOHN**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6023  D-1-GN-24-006306**  **DETELICH BROOKE**  vs.  **GEICO ADVANTAGE INSURANCE COMPANY**
**LOPEZ CASTILLO MARIA LETICIA**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE**
**COMPANY**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6024  D-1-GN-23-001267**  **LYLES TONYA**  vs.  **WHOLE FOODS MARKET IP, INC**
**WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST**
**I, INC**
**WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST,**
**LP**
**WHOLE FOODS MARKET, INC**

| | | | |
|---|---|---|---|
| 4 days | Set By PLAINTIFF | | JURY |

**6025  D-1-GN-24-005253**  **MCGINNIS ROBERT**                                    vs.  **RIBAUDO MICHAEL**

5 days                                    Set By DEFENDANT                                    JURY

---

**6026  D-1-GN-25-000068**  **JONES  MYA  DANIELLE**                              vs.  **BECK  MICAH**

3 days                                    Set By PLAINTIFF                                    JURY

---

**6027  D-1-GN-23-002608**  **SIVALINGAM KAJIBARAN**                              vs.  **418 EAST 6TH STREET LLC**
                                                                                            **418E6 3, LLC**
                                                                                            **GAYLE  ZACHARY**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6028  D-1-GN-24-006453**  **JOHNSON CHEYENNE**                                  vs.  **GALMO TUJI DAWE**
                                                                                            **NASIM TRUCKING, LLC**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6029  D-1-GN-24-000285**  **LAIRMORE ANNE**                                     vs.  **H &amp; H CONCRETE ON DEMAND AUSTIN, LLC**
                          **LAIRMORE JIM**                                            **SCALLON CUSTOM POOLS, INC.**

4 days                                    Set By PLAINTIFF                                    JURY

---

**6030  D-1-GN-22-004281**  **LOPEZ CYNTHIA**                                     vs.  **RAFAEL TELESFORO LAWN SERVICES  &amp; OUTDOOR LIVING**
                                                                                            **RODRIGUEZ SERGIO SANTOYO**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6031  D-1-GN-24-005067**  **GOMEZ GABRYELLA**                                   vs.  **KEOLIS NORTH AMERICA**
                                                                                            **KEOLIS TRANSIT AMERICA, INC.**
                                                                                            **KEOLIS TRANSIT SERVICES, LLC**
                                                                                            **SITTON JENNAMAE**
                                                                                            **SMITH DEBRA**
                                                                                            **WATERLOO PEDICAB**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6032  D-1-GN-21-005660**  **BLUEBONNET LANE CITYHOMES CONDOMINIUM ASSOCIATION**  vs.  **BLUEBONNET LANE CITYHOMES LP**
                                                                                            **GJH GENPAR LLC**
                                                                                            **GOSSETT JONES HOMES, INC**

10 days                                   Set By PLAINTIFF                                    JURY

**6033  D-1-GN-23-009095**  **GREEN  WILLIAM**  **vs.  ECHO ONE TRUCKING LLC**
**FIZE TRUCKING LLC**
**LUNA'S TRUCKING**
**RANGER EXCAVATING, L.P.**
**SANDOVAL PINEDA  CARLOS  CONSTINO**
**ZELAYA EYMY**
**ZELAYA LOANY**

7 days                               Set By PLAINTIFF                                                JURY

---

**6034  D-1-GN-22-002672**  **PLATT COLIN**  **vs.  JOHNSON LOGAN**
**PLATT OLIVIA**  **PALMER CARIS**
**WARE FELIX**
**WARE SONOMA**

4 days                               Set By AS NEXT FRIEND OF                              JURY

---

**6035  D-1-GN-24-005623**  **BLACKMON CAPITAL, LLC**  **vs.  NEWREZ, LLC**
3 days                                                                                            JURY

---

**6036  D-1-FM-24-006127**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  **vs.  SANCHEZ-ESPINAL DIANA ARELY**
**ZETE CHUQUIEJ ALVARO**

3 days                               Set By PETITIONER                                          JURY

---

**6037  D-1-GN-25-001488**  **ELLIOTT DEBORAH COLE**  **vs.  GAGLIANO CHRISTOPHER**
**HARTLEY THOMAS MARK**

2 days                               Set By PLAINTIFF                                                JURY

---

**6038  D-1-GN-20-003471**  **vs.  ROCHA JAY JAY**
3 days                               Set By DEFENDANT                                            JURY

Atty: PARMET MATTHEW SCOTT FINKEL (713-999-5228)          Atty: BENNETT BRADFORD T (210-256-3431)

---

**6039  D-1-GN-24-008328**  **REGO JENNIFER**  **vs.  LIBERTY COUNTY MUTUAL INSURANCE COMPANY**
4 days                               Set By PLAINTIFF                                                JURY

---

**6040  D-1-GN-22-006910**  **CASIDA SHIRLEY**  **vs.  DILLARD TEXAS SOUTH, LLC**
2 days                               Set By PLAINTIFF                                                JURY

---

**6042  D-1-GN-23-002876**  **CORDELL STEVE**  **vs.  GARNER AMY**
5 days                               Set By PLAINTIFF                                                JURY

| | | | |
|---|---|---|---|
| **6043  D-1-GN-24-002929** | **LIVAS CAVAZOS SANDRA** | **vs.  EE MICAH**<br>**KALTENBACH  KONRAD** | |
| 4 days | Set By DEFENDANT | | DECLARATORY JUDGMENT<br>JURY |
| **6044  D-1-GN-23-001975** | **ORMAND BOBBY** | **vs.  CF ONION CREEK ARCIS LLC**<br>**JONES DEMARCUS**<br>**STEVENS DANIEL**<br>**TEALER JULIUS** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6045  D-1-GN-24-009933** | **WALKER ROBERT** | **vs.  FEDEX FREIGHT INC.**<br>**GLENN  JEFFRY  MARTIN** | |
| 5 days | Set By DEFENDANT | | JURY |
| **6046  D-1-GN-22-003467** | **LAY AARON W.** | **vs.  PETERSEN LAWRENCE THOMAS** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6047  D-1-GN-23-001968** | **HUETHER BRYANT** | **vs.  MENDOZA FIGUEROA BANNEL ALBERTO**<br>**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6048  D-1-GN-24-008194** | **BECHTOL CONNER** | **vs.  STUART ZACHARY** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6049  D-1-GN-23-008074** | **YSAIS ZACHARY** | **vs.  GIRAL LEROY BARO**<br>**JOSEPH CARRIERS, LLC** | |
| 5 days | Set By PLAINTIFF | | JURY |
| **6050  D-1-GN-23-003878** | **ADAMS PHILLIP** | **vs.  FANCI THAT PROPERTIES LLC**<br>**GRANNIES ANGELS, INC**<br>**HUDSON ANGELA**<br>**HUDSON LOWELL**<br>**KENNEDY ALOMA** | |
| 5 days | | | JURY |
| **6051  D-1-FM-25-000716** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.  POWELL SARAH** | |
| 3 days | Set By PETITIONER | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, January 26, 2026,  09:01 AM

**6052  D-1-GN-23-008041**  **LINDSEY ELLEN**  vs.  **DIRECT COUNSELING SERVICES, LLC**
**HAYES DANIELLE**

5 days                               Set By PLAINTIFF                                                                      JURY

---

**6053  D-1-GN-23-004607**  **290 &amp; I30 LLC**  vs.  **MOGHADASSI MOHAMMED**
**RAHIMI HASSAN**

4 days                               Set By PLAINTIFF                                                                      JURY

---

**6054  D-1-FM-25-000920**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **ANDERSON DEVIN WALTER**
**PETSCHEN-RODRIGUEZ KAILIE MARIE**

3 days                               Set By PETITIONER                                                                    JURY

---

**6055  D-1-GN-23-001962**  **SEIBERT RICHARD AARON**  vs.  **BIRCK BLAYNE**
**HILL COUNTRY FENCE, INC..**

5 days                               Set By DEFENDANT                                                                   JURY

---

**6056  D-1-GN-24-004150**  **SLIVA PAMELA**  vs.  **VIDAL HUMBERTO CALA**

7 days                               Set By PLAINTIFF                                                                      JURY

---

**6057  D-1-GN-24-004784**  **BEACH  RUSSELL**  vs.  **CASTENDA  AGUSTINE  SORIA**
**R.A.B IANF**
**R.U.B IANF**

4 days                               Set By COUNTER-DEFENDANT                                                JURY

---

**6058  D-1-GN-17-003311**  **MUNOZ SANDY**  vs.  **HEB LP**
5 days                               Set By DEFENDANT                                                                   JURY

Atty: WARREN LESLIE ARIN (512-680-6861)                    Atty: MERONEY RANELLE MOORE (512-391-0197)

---

**6061  D-1-GN-24-000813**  **PATEL SUNIKUMAR**  vs.  **SCHOESSOW KARL L.**

3 days                               Set By PLAINTIFF                                                                      JURY

---

**6062  D-1-FM-25-001531**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **MONRROY-FORTIN SERGIO  HERNAN**
**URBINA REYES KENIA  SARAI**

3 days                               Set By PETITIONER                                                                    JURY

---

**6063  D-1-FM-25-001622**  **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**  vs.  **MARTINEZ LUIS**
**RENTERIA BETHANY**

3 days                               Set By PETITIONER                                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, January 26, 2026, 09:01 AM

**6064  D-1-GN-24-006094**  **POWELL ALBERT**  **vs. ELLIS CAROLINE**

5 days  JURY

---

**6065  D-1-GN-24-003765**  **GRIFFIN-EL GLENDA ANN**  **vs. HOLT PAMELA OVERTON**
**HARRIS ANTINETTE MONIK**

4 days  Set By DEFENDANT  JURY

---

**6066  D-1-GN-24-004621**  **PARKER HARRY**  **vs. GEICO COUNTY MUTUAL INSURANCE COMPANY**

4 days  Set By DEFENDANT  JURY

---

**6067  D-1-GN-23-004616**  **LYNAM SETH**  **vs. JAZSTRAB MARK**
**MOLINA VERONICA**  **ROSE PAVING, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6068  D-1-GN-25-001786**  **ADKINSON SHANNON**  **vs. GFO HOME LLC**

3 days  Set By COUNTER-DEFENDANT  JURY

---

**6069  D-1-GN-23-006846**  **RUTHVEN LAUREN FORCADE**  **vs. C HERNANDEZ TRUCKING**
**HERNANDEZ CIPRIANO**

5 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6001  D-1-GN-23-004853**  **ELLER STEVEN**

vs.  **LEIF JOHNSON FORD II, LTD.**
**LEIF JOHNSON FORD, INC.**
**MILAM DAVID**

5 days                    Set By PLAINTIFF                                    JURY

---

**6002  D-1-GN-24-002235**  **JANE DOE**

vs.  **8515 SOUTH, LP**
**APARTMENT MANAGING PROFESSIONALS, LTD**
**MONARCH BLUFFS PROPERTY OWNER, LLC**
**TERRELL QUINCY**

5 days                    Set By PLAINTIFF                                    JURY

---

**6003  D-1-GN-24-002308**  **HONEY DAVID**
**YELLEN CYNTHIA**

vs.  **KLEIN SETH**
**UNBARLIEVABLE, LLC**

5 days                    Set By PLAINTIFF                                    JURY

---

**6004  D-1-GN-24-006047**  **MENDEZ SANCHEZ NATALIA**

vs.  **ASTVATSATURIAN HANNA**

5 days                    Set By DEFENDANT                                    JURY

---

**6005  D-1-GN-22-001790**  **SPERBER HEATH**

vs.  **EDGEWATER POOLS, LLC**

5 days                    Set By PLAINTIFF                                    JURY

---

**6006  D-1-GN-24-002845**

vs.

5 days                                                                        JURY

---

**6007  D-1-GN-24-001321**  **GALEAS LOURDES**

vs.  **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC**
**BRIDGESTONE AMERICAS, INC**
**BRIDGESTONE RETAIL OPERATIONS, LLC**
**CLASSIC COLLISION**
**EAN HOLDINGS LLC**
**PROCARE AUTOMOTIVE, LLC**

14 days                   Set By DEFENDANT                                    JURY

---

**6008  D-1-GN-23-007128**  **PPF AMLI 300 NORTH LAMAR BOULEVARD, LLC**

vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                    Set By PLAINTIFF                                    JURY

---

**6011  D-1-GN-24-008507**  **BONILLA KLEIDYS**

vs.  **MILES MIRANDA HOLMLUND**

4 days                    Set By PLAINTIFF                                    JURY

---

**6012  D-1-GN-24-004554**  **ECHEGOJEN YANELIS**       **NICOLAS**

vs.  **THOMAS ANITAE**

4 days                    Set By PLAINTIFF                                    JURY

---

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 09, 2026, 09:01 AM

---

**6013 D-1-GN-24-010044**  AYEAKEH BLAISE  
NKENBEZA NANCY  vs. **FIGUEROA ALEXANDER**  
**OLAND ROBERT**  
**PHILLIPS-GARZA ALISSA R.**  
**TOETU TII ROQUE**

4 days  Set By PLAINTIFF  JURY

---

**6014 D-1-GN-24-004434**  DIAZ JESUS  vs. **DALE SUPER MERCADO INC.**  
**EL PADRINO EVENT CENTER LLC**  
**LYTTON SPRINGS INVESTMENST, LLC**

7 days  Set By PLAINTIFF  JURY

---

**6015 D-1-GN-24-004963**  ISAACS JESSICA  vs. **ECK CYNTHIA ELAINE**  
**SMITH AARON**  
**SMITH ELISSA**

3 days  Set By PLAINTIFF  JURY

---

**6016 D-1-GN-23-008571**  VERA BERTHA  vs. **CHILDERS REID**

5 days  Set By PLAINTIFF  JURY

---

**6017 D-1-GN-23-005059**  BARBER JEFFERY  
BARBER SIDNEY MICHELLE  vs. **CARROLL LYNAE MICHELLE**

5 days  Set By AS NEXT FRIEND OF  JURY

---

**6018 D-1-GN-23-000575**  WOULLARD PRINCE  vs. **4J LOGISTICS, LLC**  
**LICHTNER JOSEPH RICHARD**

4 days  Set By DEFENDANT  JURY

---

**6019 D-1-GN-23-008831**  SMITH MACK  vs. **M.A. SMITH CONTRACTING COMPANY, INC.**  
**RAGLAND TRAVIS**

5 days  Set By PLAINTIFF  JURY

---

**6020 D-1-GN-24-000917**  LINDSEY MORGAN  vs. **FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**

4 days  Set By PLAINTIFF  JURY

---

**6021 D-1-GN-19-000522**  JONES KITAMBRA  vs. **CITY OF AUSTIN AUSTIN POLICE DEPARTMENT**

4 days  Set By PLAINTIFF  JURY

Atty: ARCHER CASEY JAMES (512-220-1800)  Atty: SCHAEFER SARA ROSE (512-974-1536)  
Atty: FAUDOA BERTHA ALICIA (512-220-1800)  
Atty: Komie David A (512-338-0900)  
Atty: MATTAR JEHAAN AHMED (800-870-5521)  
Atty: MULLER OTTO YANNICK (512-973-8997)

---

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 09, 2026, 09:01 AM

**6022 D-1-GN-23-001313**   **FEINGOLD SAMANTHA**   vs.   **DCO INC.**
**MORGAN TIMOTHY**

5 days                         Set By PLAINTIFF                                                        JURY

---

**6023 D-1-GN-24-007897**   **AGUILAR CHRISTOPHER**   vs.   **RAMIREZ ALEXANDRIA**

7 days                         Set By DEFENDANT                                                      JURY

---

**6024 D-1-GN-22-000474**   **CARR LANCE**   vs.   **TESLA INC.,**

10 days                       Set By INTERVENOR DEFENDANT                              JURY

---

**6025 D-1-GN-21-002567**   **GLYNN SHAWANNA DESHAY**   vs.   **BELTRAN JENNIFER**
**HCA HEALTHCARE SERVICES OF TEXAS INC**
**SIDES KATHERINE**
**ST DAVID'S HEALTHCARE PARTNERSHIP LP LLP**
**TEAMHEALTH INC**

7 days                         Set By DEFENDANT                                                      JURY

Atty: Minns Rain Levy (512-372-3222)          Atty: Bell-Moss Katherine Ellen (512-970-5706)
Atty: Shepperd John R (713-353-2000)
Atty: VIGILANTE-FILLEY ALEXIS M. (512-472-0288)

---

**6026 D-1-GN-24-004406**   **PEREZ LAURA**   vs.   **HOME STATE COUNTY MUTUAL INSURANCE COMPANY**
**NATIONAL GENERAL INSURANCE COMPANY**
**TORRES BLANCA**
**TORRES JOSE L.**

3 days                         Set By PLAINTIFF                                                        JURY

---

**6027 D-1-GN-25-002196**   **KLINK KIRSTEN**   vs.   **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
**KLINK SHANE**

4 days                         Set By PLAINTIFF                                                        JURY

---

**6028 D-1-GN-25-002363**   **LUCKETT ARTRA**   vs.   **ASHOK ARUN**
**SATHEESH RUGMA**

3 days                         Set By PLAINTIFF                                                        JURY

---

**6029 D-1-GN-24-004106**   **PHAN CHAU**   vs.   **AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY**
**TRANG TOMMY**   **INSURANCE COMPANY**
**REYES SERAFIN**

5 days                         Set By DEFENDANT                                                      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6030  D-1-GN-24-008785**     NICHOLSON WILLIAM                           vs.  GEICO GENERAL INSURANCE COMPANY
                                                                                WILLIAMS YVONNE

4 days                          Set By PLAINTIFF                                                                    JURY

---

**6031  D-1-GN-23-003644**     AUGUR ROBERT                               vs.  SELLITTO DENNIS
                                                                                STRAND BROTHERS SERVICE EXPERTS

6 days                          Set By PLAINTIFF                                                                    JURY

---

**6032  D-1-GN-24-007622**     MORALES JUAN                               vs.  LYFT, INC.
                                                                                RUGAMBA CHRISTIAN KAGAME

3 days                                                                                                             JURY

---

**6033  D-1-GN-24-005290**     HARAYAMA TOMOHIRO                          vs.  FESSLER DALE
                               LI ZHENGKAI                                     PARSONS APRIL L.

4 days                          Set By PLAINTIFF                                                                    JURY

---

**6034  D-1-GN-24-003309**     ALDER CREEK PROPERTIES, LLC                vs.  ARRAKIS FUND, LLC
                                                                                AUSTIN TITLE COMPANY
                                                                                BANK OZK
                                                                                CAPITAL TITLE OF TEXAS, LLC
                                                                                CHICAGO TITLE OF TEXAS, LLC
                                                                                CSP TEXAS JOINT VENTURE, LLC
                                                                                ITCOA, LLC
                                                                                SECURED LAND TRANSFERS, LLC
                                                                                SUPERIOR ABSTRACT AND TITLE, LLC
                                                                                WOLFE CAPITAL INVESTMENTS, LLC CALIFORNIA
                                                                                WOLFE CAPITAL INVESTMENTS, LLC TEXAS
                                                                                WOLFE CHRISTOPHER

5 days                          Set By PLAINTIFF                                                                    JURY

---

**6035  D-1-GN-24-008601**     RIOS ROLANDO                               vs.  GREEN LAKISHA

3 days                          Set By PLAINTIFF                                                                    JURY

---

**6037  D-1-GN-24-009729**     ARBOLEDA SEGURA JERSON                     vs.  SAVONEN CODY RYAN

3 days                          Set By PLAINTIFF                                                                    JURY

---

**6038  D-1-GN-23-000020**     BERNIER HANNAH                             vs.  COPLAND BRIAN
                               BOHANNON LEXI                                   KILVENTON JOHN
                               GOVETT ABIGAIL                                  REALTY AUSTIN
                               SCHOTT SOPHIE                                   WASSERMAN MERYL
                               VOTAPEK SERENA

4 days                          Set By PLAINTIFF                                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 09, 2026,  09:01 AM

**6039  D-1-GN-25-001346**  MORALES CYNTHIA  **vs.  BRAZIL COHL RYAN**
**ENAMEL DENTISTRY PARMER PARK, PLLCS**

5 days  JURY

---

**6040  D-1-GN-25-001996**  SRIRAM SUNIL  **vs.  ESPT TRUCKING, LLC**
THOMPSON MORGAN  **PRIETO SANTANA REINIER**

5 days  JURY

---

**6041  D-1-GN-25-001792**  HAYDEN CARL  **vs.  FEHR THERESA**

5 days  JURY

---

**6042  D-1-GN-24-006043**  SMITH AIMEE  **vs.  WURST DANIEL**
**WURST KERSTIN**

3 days  Set By PLAINTIFF  JURY

---

**6043  D-1-GN-23-007256**  VASQUEZ MARIA GODOY  **vs.  GUEVARA DIEGO**
**QUALITY EMULSIONS, L.L.C.**

4 days  Set By PLAINTIFF  JURY

---

**6044  D-1-GN-25-000974**  OTIS LINDSY  **vs.  FROMBERG CONSTRUCTION, LLC**
**JOHN DOE**

4 days  Set By PLAINTIFF  JURY

---

**6045  D-1-GN-19-000144**  MATIAS CINDY  **vs.  UT SOUTHWESTERN HEALTH SYSTEMS**

7 days  Set By DEFENDANT  JURY

Atty: KELLY LANNIE TODD (737-356-7827)  Atty: ATWOOD MISSY K. (512-472-0288)
Atty: Bell-Moss Katherine Ellen (512-970-5706)
Atty: Hale Paula Kay Phillips (512-476-1094)
Atty: HARGETT ROBERT L. (512-660-5960)
Atty: HARRIS TERRI S. (512-476-1094)
Atty: Warner Matthew Jason (5124632197)

---

**6046  D-1-GN-23-004346**  QUIROZ SARAH MENDEZ  **vs.  VAVASOUR DAN**

4 days  Set By PLAINTIFF  JURY

---

**6047  D-1-GN-25-000257**  NAVARRO SAMUEL  **vs.  HANCOCK WILLIAM**

4 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 09, 2026, 09:01 AM

**6048  D-1-GN-18-002238**

**TOVAR DANIEL FRANCO**
**TOVAR MARIA ANGELES**

vs.  **ELAM JOHN**
**ELAM LARRY**

3 days                                    Set By PLAINTIFF                                    JURY

Atty: Barrera Jose Evan (361-221-1850)

Atty: BENNETT KAREN R. (409-654-6700)
Atty: SCHAEFER SARA ROSE (512-974-1536)

---

**6049  D-1-GN-24-004724**

**STEFFAN JASON**

vs.  **GUZMAN JIMENEZ DANIEL**
**JAIMES MELESIO**
**TEX STAR EXCAVATION LLC**

4 days                                    Set By PLAINTIFF                                    JURY

---

**6050  D-1-GN-25-002062**

**LONDONO RICHARD**

vs.  **MCKAY REBECCA**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6051  D-1-GN-25-000587**

**LUNA DAVID**

vs.  **SANCHEZ TERRI M.**

3 days                                    Set By PLAINTIFF                                    JURY

---

**6052  D-1-GN-19-007086**

**THE STATE OF TEXAS**

vs.  **GUNIGANTI CHILDRENS 1999 TRUST**
**GUNIGANTI FAMILY PROPERTY HOLDINGS LLC**
**PRABHAKAR R GUNIGANTI INDIVIDUALLY AND AS**
**DIRECTOR OF TRIPLE PG SAND DEVELOPMENT, LLC**
**PUSKOOR DAYAKAR**
**TRIPLE PG SAND DEVELOPMENT LLC**

5 days                                    Set By PLAINTIFF                                    JURY

Atty: MYERS CARL (512-463-2012)

Atty: STOVER JOHN D. (936-632-3130)

---

**6053  D-1-GN-23-000732**

**GREEN  GREGORY**
**GREEN KRISTEN  GAIL**

vs.  **CUTERA INC**
**VALDEZ IXCHEL**

8 days                                    Set By PLAINTIFF                                    JURY

---

**6054  D-1-GN-25-000925**

**OLSEN JEFFREY**

vs.  **AGUERO MELANIE**
**GEICO GOVERNMENT EMPLOYEES  INSURANCE COMPANY**

5 days                                    Set By PLAINTIFF                                    JURY

---

**6055  D-1-FM-25-001097**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

vs.  **BRIGHT NATALIE JEAN**
**CHRISTOPHER TAYLOR**

3 days                                    Set By PETITIONER                                    JURY

---

**6056  D-1-GN-23-002019**

**MICHAEL DEANE HOMES, INC.**

vs.  **FIFTY MISSION CAPITAL, LLC**

10 days                                                                                      JURY

| | | | | |
|---|---|---|---|---|
| **6057  D-1-GN-23-000304** | **CIOMPERLIK WYATT** | | **vs.  GARCIA-RUIZ ERWIN** | |
| 4 days | | Set By DEFENDANT | | JURY |
| **6058  D-1-GN-24-001486** | **COLEMAN ELBERT ALLEN** | | **vs.  ANDRADE CRISTIAN  MARTINES** <br> **GARCIA MARCUS V.** <br> **HAYS NURSING AND REHABILITATION CENTER** <br> **HILL COUNTRY DAIRIES, INC** <br> **THE ENSIGN GROUP INC** <br> **WILLOW SPRINGS CREEK HEALTHCARE INC** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6059  D-1-GN-23-006136** | **IMP SOUTH CONGRESS LLC** | | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6060  D-1-GN-25-001348** | **MENCHACA MARIA** | | **vs.  CATHEY DOUGLAS CHRIS** <br> **CATHEY TY ALLAN** | |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6061  D-1-GN-25-000322** | **JOE ELIZABETH KAREN** | | **vs.  REGENCY IHS OF SOUTHPARK MEADOWS** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6062  D-1-GN-22-001513** | **KUYKENDALL MICHAEL** | | **vs.  KEVIN HUFFMAN FARMS LLC** <br> **SHEEHY MAIL CONTRACTORS, INC.** <br> **SNOW TRAVIS** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6063  D-1-GN-24-005706** | **KERR KATHLYN** | | **vs.  RADUENZ BRIAN** <br> **RADUENZ TERESA** | |
| 4.5 days | | Set By COUNTER-DEFENDANT | | JURY |
| **6064  D-1-GN-24-003424** | **GLOVER SHERRY ANN** | | **vs.** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6065  D-1-GN-24-003500** | **LOPEZ PORTILLO ELVIN** | | **vs.  HERNANDEZ DAVID** <br> **WASTEWATER TRANSPORT SERVICES, LLC** | |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6066  D-1-GN-24-003382** | **IVES JOANN** | | **vs.  TEXAS DEPARTMENT OF PUBLIC SAFETY** | |
| 3 days | | Set By PLAINTIFF | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 09, 2026, 09:01 AM

6067  D-1-FM-24-005969          **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**          **vs.  BLALOCK BRYAN**
**THOMPSON JENNIFER MARIE**

3 days                                        Set By PETITIONER                                                                    JURY

| | | | | |
|---|---|---|---|---|
| **5055  D-1-GN-25-000057** | **C TEN 31 LLC** | | **vs.  COFFEE UNPLUGGED LLC** | **PREF ((MEACHUM))** |
| | | | CU DESIGNATED MANAGER 2 LLC   S | |
| | | | KARNES DUSTIN | |
| | | | TARBOX JOHN | |
| | | | TERRY JUSTIN | |
| | | | VIMONT JORDAN | |
| 5 days | | Set By PLAINTIFF | | JURY |
| | | | | (MEACHUM) |
| **6001  D-1-GN-24-005011** | **CARROLL JASON** | | **vs.  LARKIN ELIZABETH MARIE** | |
| 5 days | | Set By DEFENDANT | | JURY |
| **6002  D-1-GN-24-004376** | **ZUNIGA KITZIA VAZQUEZ** | | **vs.  DIVINE ALLIANCE, LLC** | |
| | **ZUNIGA NORMA** | | **HOELEWYN DAVID WORTH** | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6003  D-1-GN-24-005254** | **ZARCHI MEHDI** | | **vs.  SAMPATH ANAGHA** | |
| 4 days | | Set By PLAINTIFF | | JURY |
| **6004  D-1-GN-24-005594** | **CHAPMAN DANIEL** | | **vs.  614 S 1ST STREET TENANT, LLC** | |
| | | | H &amp; H TEXAS PARTNERS, LTD. | |
| | | | RPM LIVING | |
| | | | RPM LIVING, LLC | |
| | | | TEXAS WORKFORCE HOUSING FOUNDATION | |
| | | | TIMBERCREEK APARTMENTS | |
| 3 days | | Set By PLAINTIFF | | JURY |
| **6005  D-1-GN-24-007684** | **CARS AMERICA, INC.** | | **vs.  TALLEY JOLYNE** | |
| 10 days | | Set By DEFENDANT | | JURY |
| **6006  D-1-GN-25-000440** | **LY THUY** | | **vs.  LAND JOSEPH** | |
| | **PHAM HIEU** | | | |
| 2 days | | Set By PLAINTIFF | | JURY |
| **6007  D-1-GN-24-004374** | **GUYTON MICHAEL** | | **vs.  SALVADOR JESUS ALAMILLO SORIA** | |
| 4 days | | | | JURY |
| **6008  D-1-GN-24-003866** | **MITCHELL LADONNA** | | **vs.  CALIBER BODYWORKS OF TEXAS, LLC** | |
| | | | **GOULD DANIEL KADEN** | |
| 5 days | | Set By PLAINTIFF | | JURY |
| **6009  D-1-GN-22-000295** | **TOVAR VANESSA** | | **vs.  HIPPO REALTY, LLC** | |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 23, 2026, 09:01 AM

| | | | |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

**6010  D-1-GN-25-000232**  **MAYER KRISTINA**  **vs.  CITY OF AUSTIN**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

**6011  D-1-GN-24-006231**  **DESEAY, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

**6012  D-1-GN-23-002588**  **GLASSCOCK KENNETH**  **vs.  GREENBERG FRANK**
**LAVIN ROXANA**  **KWAN APRIL**
**KWAN HSIAOTZE**
**VILLA MONTANA REALTY, L.L.C.**

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

**6013  D-1-GN-21-002143**  **SANCHEZ CARLOS J**  **vs.  HANDS AND FEET CONTRACTING LLC**
**JHC FRAMING, LLC**
**OHT CONSTRUCTION LLC**

| | | | |
|---|---|---|---|
| 10 days | Set By PLAINTIFF | | JURY |

Atty: MELENDEZ ROBERT M (512-467-0600)      Atty: Baldo Nicholas S (4098355200)

**6014  D-1-GN-23-002768**  **PIERCE CLAY**  **vs.  COLBERT  STEVEN**
**HERRERA FABRICATING, INC.**
**LONGHORN CAR-TRUCK RENTAL, INC.**
**RUSH ENTERPRISES, INC.**
**SCC INDUSTRIAL, LLC**

| | | | |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

**6015  D-1-GN-21-006697**  **MATTHEW SCHOENBERG, TRUSTEE OF THE MATTHEW**  **vs.  AAA FENCE COMPANY OF AUSTIN, INC**
**SCHOENBERG LIVING TRUST**  **C STAFF CONSTRUCTION, LLC**
**CRUZ CONCRETE SERVICES, LLC**
**DAV PLASTER INC., LLC**
**DELEON JOHN**
**DOORS R US, LLC**
**IBARRA STEVEN**
**MCNEELY ELECTRIC, INC**
**PHILLIPS MAINTENANCE SERVICES, LLC**
**PHILLIPS MARK**
**QUALITY CUSTOM POOLS, INC**
**RIOS JOSE**
**SAGIV OHAD**
**SAGIVS TX INC**
**SOVA CONSTRUCTION, INC.**
**TEX-TAR WATERPROOFING, INC**
**VARELA DOUGLASS A**
**VOX INTEGRATIONS, LLC**

8 days                                                                                                                        JURY

---

**6016  D-1-GN-23-005284**  **EXTRA SPACE PROPERTIES 112 LLC**                    vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

2 days                                                Set By PLAINTIFF                                                        JURY

---

**6017  D-1-GN-23-001548**  **LEDEZMA CARILU**                                    vs.  **MAKAROV VICTOR**

3 days                                                Set By PLAINTIFF                                                        JURY

---

**6018  D-1-GN-23-000480**  **ESTORGA YOLANDA**                                   vs.

5 days                                                Set By PLAINTIFF                                                        JURY

---

**6019  D-1-GN-23-001306**  **NORCOM CATHERINE**                                  vs.  **DELPRO ENTERPRISES, LLC.**
                                                                                       **RAY SAMIR**
                                                                                       **RESIDENTIAL WARRANTY COMPANY, LLC**

4 days                                                                                                                        JURY

---

**6020  D-1-GN-23-008429**  **RUIZ CHRISTIE ANN**                                 vs.  **FORWOOD JOEANNA**

4 days                                                Set By PLAINTIFF                                                        JURY

---

**6021  D-1-GN-21-004183**  **HAMMOND JAIME**                                     vs.  **AUSTIN GASTROENTEROLOGY PLLC**
                                                                                       **HAVEMANN BENJAMIN**

5 days                                                Set By PLAINTIFF                                                        JURY

Atty: MCLEAN MARK RICHARD (512-222-5641)                          Atty: BEAMAN MARK THOMAS (512-472-0288)

---

**6022  D-1-GN-24-005016**  **PRESTON CHARLES**                                   vs.  **CUMBERLAND TRUST &amp; INVESTMENT CO.**
                                                                                       **CUMBERLAND TRUST AND INVESTMENT COMPANY**

5 days                                                Set By PLAINTIFF                                                        JURY

---

**6023  D-1-GN-24-002469**  **HILL CHANDLER**                                     vs.  **KRAMER JEANNETTE**
                            **HILL CHRISTOPHER**

3 days                                                Set By DEFENDANT                                                       JURY

---

**6024  D-1-GN-24-005515**  **JB WIER CONSTRUCTION, LLC**                         vs.  **ARS SPECIALTY CONTRACTORS, LLC**

3 days                                                Set By PLAINTIFF                                                        JURY

---

**6025  D-1-GN-23-000207**  **SEJDIU IZJA**                                       vs.  **156 METAL RECYCLING LLC**
                                                                                       **BETTY BOOKER AS THE REPRESENTATIVE OF THE ESTATE**
                                                                                       **OF LOYETT WESLEY BOOKER, JR.**

7 days                                                Set By PLAINTIFF                                                        JURY

---

**6026  D-1-GN-25-001635**  **HELMS JAMES**                                       vs.  **HILL COUNTRY HOSPITALITY MANAGEMENT, LLC**

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, February 23, 2026,  09:01 AM

| | | | | |
|---|---|---|---|---|
| | 4 days | Set By PLAINTIFF | | JURY |
| **6027  D-1-GN-24-004242** | **CARBONBETTER, LLC** | | vs. | **WALTON IMANI** |
| | | | | **WHITE WATER MIDSTREAM SERVICES CO.,LLC** |
| | 4 days | Set By PLAINTIFF | | JURY |
| **6028  D-1-GN-24-005326** | **CORTES LIZETTE KARINA** | | vs. | **CHOI VIVIEN** |
| | 5 days | Set By PLAINTIFF | | JURY |
| **6029  D-1-GN-24-004271** | **SANG CHANG RICHARD II** | | vs. | **CANYON CREEK APARTMENTS** |
| | | | | **MARTIN ADAM** |
| | | | | **MARTIN JAY** |
| | | | | **MARTIN JORDAN** |
| | | | | **NORTH BY NORTHWEST LAWNS, LLC** |
| | | | | **NORTHLAND CANYON CREEK II, LLC** |
| | | | | **NORTHLAND INVESTMENT CORPORATION** |
| | | | | **PETERS TIFFANY** |
| | 3 days | Set By PLAINTIFF | | JURY |
| **6030  D-1-GN-24-009364** | **NORIEGA JUAN JOSE** | | vs. | **COVERT BUICK, INC.** |
| | | | | **COVERT CHEVROLET, INC.** |
| | | | | **TAQUINO JOHN ALAN** |
| | 5 days | Set By PLAINTIFF | | JURY |
| **6031  D-1-GN-24-005322** | **BRADLEY FRANKLIN** | | vs. | **BETTS  JOSHUA** |
| | 3 days | Set By PLAINTIFF | | JURY |
| **6032  D-1-GN-23-008146** | **PHILLIPS APRIL** | | vs. | **FLOWERS THOMAS** |
| | | | | **FLOWERS TRUCKING INC.** |
| | 4 days | Set By PLAINTIFF | | JURY |
| **6033  D-1-GN-23-007270** | **SANCHEZ JOSE** | | vs. | **FALDUTO  ERNESTO** |
| | | | | **TEXAS ENTERPRISES, INC** |
| | 4 days | Set By DEFENDANT | | JURY |
| **6034  D-1-FM-21-000304** | **SANDERS HEATHER JO** | | vs. | **TURNER BRANDON MICHAEL** |
| | 4 days | | | JURY |

**6035  D-1-GN-23-002874**    **GUERRERO JACK**    vs.  **COLORADO MATERIALS MANAGEMENT CO., LC**
**COLORADO MATERIALS, LTD**
**IVY'S TRUCKING CORP.**
**JOSEPH CARRIERS, LLC**
**MIRANDA ISMAEL**

3 days    Set By DEFENDANT    JURY

---

**6036  D-1-GN-24-009570**    **VELASQUEZ FLORES ROBERT**    vs.  **ALLIED UNDERGROUND LLC**
**VILLA GUILLERMO RODOLFO ADRIAN**

4 days    Set By PLAINTIFF    JURY

---

**6037  D-1-GN-24-009094**    **COCHRAN RYAN**    vs.  **VERNALLIS MARK**
**GOMEZ GEORGE**
**MOLLEUR RACHEL**

2 days    Set By AS NEXT FRIEND OF    JURY

---

**6038  D-1-GN-24-000971**    **SPRIGGS LASHONDA**    vs.  **MOORE CLEAN OF BELL COUNTY, LLC**
**MOORE CLEAN, LLC**
**OLIVER SCOTT**
**WIGGINS COREY**

3 days    Set By PLAINTIFF    JURY

---

**6039  D-1-GN-24-006371**    **VALDEZ TREJO ARACELY**    vs.  **TRAN MICHELE**

3 days    Set By DEFENDANT    JURY

---

**6040  D-1-GN-23-002527**    **LEVY PREMIUM FOODSERVICE LLC**    vs.  **CIRCUIT OF THE AMERICAS LLC**
**LEVY TEXAS BEVERAGES LLC**    **LEVY HOLDINGS GP, INC.**
**LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP**
**LEVY RESTRAURANT LIMITED PARTNERSHIP**

8 days    JURY

---

**6041  D-1-GN-24-001771**    **4600 E CESAR CHAVEZ, LLC**    vs.  **TITLE RESOURCES GUARANTY COMPANY**

6 days    Set By PLAINTIFF    JURY

---

**6042  D-1-GN-24-001913**    **MOMIN SHAMIR**    vs.  **LANGFELD CHRISTINE REINECKE**

4 days    Set By DEFENDANT    JURY

---

**6043  D-1-GN-24-006906**    **ARAUJO JUSTIN**    vs.  **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

4 days    Set By PLAINTIFF    JURY

---

**6044  D-1-GN-24-005848**    **CARDIOTHORACIC AND VASCULAR SURGEONS, P.A.**    vs.  **ASCENSION SETON**

| | | | | |
|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | JURY |
| **6045 D-1-GN-23-008807** | **SMITH AI LINN** | | vs. **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** | |
| | 4 days | | Set By DEFENDANT | JURY |
| **6047 D-1-GN-24-005625** | **HFT HOLDINGS - WELLS BRANCH, LLC** | | vs. **TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | 5 days | | Set By PLAINTIFF | JURY |
| **6048 D-1-GN-24-009008** | **WEGMILLER  LINDA  REICH** | | vs. **LIBERTY COUNTY MUTUAL INSURANCE COMPANY** **MANGLOS  PHILLIP DAVID** | |
| | 4 days | | Set By PLAINTIFF | JURY |
| **6049 D-1-GN-24-000125** | **BRAVO MARIELLA** | | vs. **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | |
| | 3 days | | Set By PLAINTIFF | JURY |
| **6050 D-1-GN-24-006176** | **BERGSTROM BLAKE** | | vs. **DILLARD BRANDON** **HERMAN ABBEY** | |
| | 6 days | | Set By DEFENDANT | JURY |
| **6051 D-1-GN-23-007088** | **BROOKS KEVIN** | | vs. **PONCE DOMITILO** | |
| | 3 days | | Set By PLAINTIFF | JURY |
| **6052 D-1-GN-24-005956** | **DICKERSON AMANDA** | | vs. **STANLEY ALBERTA** **WEDRIVEU, INC.** | |
| | 3 days | | Set By PLAINTIFF | JURY |
| **6053 D-1-GN-24-003631** | **BEZNER MADELEINE** **RAMPICK KIM** **WESTBROOK HEIDI** | | vs. **ASHFORD LAKEWAY LP** **ASHFORD TRS LAKEWAY LLC** **NGUYEN NINH** | |
| | 5 days | | Set By PLAINTIFF | JURY |
| **6056 D-1-GN-23-005021** | **ML-AUSTIN-I, LLC** | | vs. **TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | 5 days | | Set By DEFENDANT | JURY |
| **6057 D-1-GN-23-006863** | **FCA ESTABLISHMENT (AUSTIN) PROPCO, LLC** | | vs. **TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | 4 days | | Set By PLAINTIFF | JURY |

| 6058 D-1-GN-24-004219 | **RAMOS HECTOR** | | **vs.  FAIVOR MICHAEL A.** | |
|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | DECLARATORY JUDGMENT |
| | | | | JURY |

| 6061 D-1-GN-24-010168 | **PACE  CAROLINE** | | **vs.  PAUL  RAPHAEL** | |
|---|---|---|---|---|
| 5 days | | | | JURY |

| 6062 D-1-GN-23-001598 | **DAY JACK** | | **vs.  GRIME TIME, LLC** | |
|---|---|---|---|---|
| | | | **MEZA CARLOS RENE** | |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6063 D-1-GN-24-005113 | **CITY OF BEE CAVE, TEXAS** | | **vs.  GARZA JAMES CLINT** | |
|---|---|---|---|---|
| | | | **KBC ADVISORS- TEXAS, LLC** | |
| | | | **KBC TX DEVELOPMENT, LLC** | |
| | | | **KBC TX INVESTMENTS, LLC** | |
| | | | **VELOCIS BEE CAVE  JF, LP,** | |
| | | | **VELOCIS BEE CAVE JV, L.P.** | |
| | | | **WS-COS DEVELOPMENT, LLC** | |
| | | | **WS-COS INVESTMENTS, LLC** | |
| 10 days | | | | JURY |

| 6065 D-1-FM-25-000920 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.  ANDERSON DEVIN WALTER** | |
|---|---|---|---|---|
| | | | **PETSCHEN-RODRIGUEZ KAILIE MARIE** | |
| 3 days | | Set By PETITIONER | | JURY |

| 6066 D-1-GN-24-002499 | **RILEY KEITH** | | **vs.  AMPM TOWING LLC** | |
|---|---|---|---|---|
| | | | **JOHK MCGEHEE LLC** | |
| | | | **VALDEZ SILVINO TRUJILLO** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6067 D-1-FM-25-001531 | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | | **vs.  MONRROY-FORTIN SERGIO  HERNAN** | |
|---|---|---|---|---|
| | | | **URBINA REYES KENIA  SARAI** | |
| 3 days | | Set By PETITIONER | | JURY |

| 6068 D-1-GN-24-005256 | **SCHWAUSCH MICHAEL** | | **vs.  GRAY ERNEST** | |
|---|---|---|---|---|
| | | | **YOUNGEARTH ARM, LLC** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6069  D-1-GN-23-004269** | **CHEE STANLEY** | **vs.  FRANCO-FLORES MARIA DEL CARMEN** | |
| | | **GUZMAN-PEREZ EFRAIN ONIEL** | |
| | | **IN CHARGE ELECTRICAL SERVICES, LLC** | |
| | | **ROBINSON SETH R** | |
| | | **SANCHEZ ELECTRIC WORK, LLC** | |
| | | **SANCHEZ LOPEZ ELMER G** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6070  D-1-FM-25-001622** | **TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES** | **vs.  MARTINEZ LUIS** | |
| | | **RENTERIA BETHANY** | |
| 3 days | | Set By PETITIONER | JURY |

| | | | |
|---|---|---|---|
| **6071  D-1-GN-24-000774** | **JENNINGS JOHN P.** | **vs.  ACCENTCARE HOMEHEALTH OF TAYLOR** | |
| | **JENNINGS-GOMEZ TRACEY** | **DESSAU HEALTHCARE, INC.** | |
| | **LOGAN BRENDA** | **VELOCITY VENTURES, LLC** | |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6072  D-1-GN-23-007416** | **EMPLOYERS INSURANCE COMPANY OF WAUSAU** | **vs.  MYCON GENERAL CONTRACTORS, INC** | |
| | | **VECTOR CONCEPTS, INC.** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6073  D-1-GN-24-008358** | **BRN WAUKESHA PROPERTIES LLC** | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 2 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6074  D-1-GN-23-005657** | **MOORE CRYSTAL** | **vs.  BARTON PHILLIP** | |
| | **MOORE STEDMAN** | **PHILBRU LLC** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6075  D-1-GN-24-000171** | **RAMIREZ BERENICE** | **vs.  ALDANA JHENIER ARIAS** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6076  D-1-GN-24-002733** | **MARICORP U.S., LLC** | **vs.  LAKE TRAVIS LODGES MARINA ASSOCIATION** | |
| 8 days | | Set By COUNTER-PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6077  D-1-GN-24-004427** | **VARGAS BENJAMIN** | **vs.  MARTINEZ-BONILLA WALTER  ORLANDO** | |
| | | **STAR 1** | |
| | | **STAR 1 UTILITIES, L.L.C.** | |
| 4 days | | Set By PLAINTIFF | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, February 23, 2026, 09:01 AM

| 6078 | D-1-GN-25-001910 | J5 MOTORS, LLC | | vs. | 143 TUMBLEWEED LLC | |
|------|------------------|----------------|--|-----|--------------------|--|
| 4 days | | | Set By COUNTER-PLAINTIFF | | | JURY |

| 6079 | D-1-GN-25-000332 | MOBILITY PRO PT, PC | | vs. | B&amp;B INC.<br>JAMESON SLAYTER<br>KIRKPATRICK DAVID | |
|------|------------------|---------------------|--|-----|------|--|
| 3 days | | | Set By PLAINTIFF | | | JURY |

| 6080 | D-1-GN-24-004372 | ALEMAN GABRIEL | | vs. | R A D TRUCKING LTD<br>RAMOS JERSON J. | |
|------|------------------|----------------|--|-----|------|--|
| 5 days | | | Set By DEFENDANT | | | JURY |

| 6081 | D-1-GN-24-008157 | ROONEY BRENDAN<br>ROONEY CHRISTY ROMANO | | vs. | AMPERSAND PM, LLC<br>ANGUELOVA BISTRA<br>BINGUELOVA FAMILY REVOCABLE TRUST<br>BINNEY JOSEPH | |
|------|------------------|------------------|--|-----|------|--|
| 5 days | | | Set By COUNTER-DEFENDANT | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, March 23, 2026,  09:01 AM

**6001  D-1-GN-23-009209**   BARRIOS MAUREEN                          vs.  AUSTIN 19 HOTEL, LLC
                                                                          MARRIOTT INTERNATIONAL, INC.
                                                                          OTTO TRINITY
                                                                          SUPREME BRIGHT DALLAS II SUBTENANT, LLC, D/B/A AC
                                                                          HOTEL AUSTIN-UNIVERSITY
                                                                          SUPREME BRIGHT DALLAS II SUBTENANT, LLC.
                                                                          WHITE LODGING SERVICES CORPORATION

       5 days                              Set By PLAINTIFF                                                        JURY

---

**6002  D-1-GN-24-009669**   DINDERMAN DEBORAH                        vs.  LY APOLLO
       4 days                              Set By PLAINTIFF                                                        JURY

---

**6003  D-1-GN-24-005513**   PAREKH NEHA                              vs.  BARTLEY SCOTT C
                                                                          STATE FARM MUTUAL AUTOMOBILE INSURANCE
                                                                          COMPANY

       5 days                              Set By PLAINTIFF                                                        JURY

---

**6004  D-1-GN-24-004031**   MENDOZA CARLOS                           vs.  LOPEZ GABRIELA ALONSO
       3 days                              Set By PLAINTIFF                                                        JURY

---

**6005  D-1-GN-24-003903**   PENA GRETER RODRIGUEZ                    vs.  AKERS CHARLES
       3 days                              Set By PLAINTIFF                                                        JURY

---

**6006  D-1-GN-25-001060**   FAN LILY                                 vs.  ALVARADO JORDYN
       4 days                              Set By PLAINTIFF                                                        JURY

---

**6007  D-1-GN-24-008559**   BUSTOS JOHN                              vs.  OLT THOMAS
       3 days                              Set By PLAINTIFF                                                        JURY

---

**6008  D-1-GN-24-002868**   AWONUGA ADEWOLE                          vs.  COVERT AUTO INC
                             TRIPPLE LOVE LLC                              FCA US LLC

       10 days                             Set By DEFENDANT                                                        JURY

---

**6009  D-1-GN-24-001091**   GREY STREET INVESTMENTS, LLC             vs.  HERSCH ROBERT S.
                                                                          MVA FUNDING, LLC

       5 days                              Set By PLAINTIFF                                                        JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, March 23, 2026, 09:01 AM

| | | | |
|---|---|---|---|
| **6010 D-1-GN-23-004759** | **LAKEWAY MOB PARTNERS, LLC**<br>**OGH DEVELOPMENT, LLC** | **vs. ADLER ALAN E.**<br>**ADLER, INC.**<br>**MASTER ENGINEERS AND DESIGNERS, INC.**<br>**ROSKELLEY SAMUEL K.** | |
| 10 days | | Set By DEFENDANT | JURY |

| | | | |
|---|---|---|---|
| **6011 D-1-GN-25-001121** | **MONDRAGON FABRICIO** | **vs. ALLIED FIRE PROTECTION, L.P.**<br>**ALLIED FIRE PROTECTION-SA, L.P.**<br>**CACERES CABRERA KEVIN** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6012 D-1-GN-25-001368** | **CAMPO ANTHONY**<br>**CAMPO BRYAN**<br>**CAMPO FABIO** | **vs. PIMENTAL ALMANZA MARTIN** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6013 D-1-GN-24-005178** | **HASHITSUME PAULINE** | **vs. CHORUS SMARTSECURE TEXAS,LLC**<br>**COY STEVEN** | |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6014 D-1-GN-24-010015** | **HINSLEY CECILIA JO** | **vs. SCHULTZ KAIA EMMA LINH** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6015 D-1-GN-24-007673** | **GASPAR-RODRIGEZ SEVERIANO** | **vs. BANEGAS MUNGUIA ELMER** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6018 D-1-GN-24-009751** | **BERNAL KARINA** | **vs. AWAN MALIK** | |
| 4 days | | | JURY |

| | | | |
|---|---|---|---|
| **6019 D-1-GN-22-003874** | **JOINER - ROGERS GLENDA LEE** | **vs. FARMERS INSURANCE EXCHANGE**<br>**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY** | |
| 4 days | | | JURY |

| | | | |
|---|---|---|---|
| **6020 D-1-GN-24-008537** | **PETTY MATTHEW** | **vs. SMART POOL SERVICES, LLC**<br>**THOMPSON DAVID ALLEN** | |
| 3 days | | Set By PLAINTIFF | JURY |

**6021  D-1-GN-23-006210**  HOLLAHAN GINA LYNN

**vs.  APAC-TEXAS INC. WHEELER COMPANIES**
**ELEMENTS MASSAGE**
**ELEMENTS THERAPEUTIC MASSAGE**
**FESPERMAN DAVID**
**FREEDOM CENTRE PROPERTIES, LLC**
**GREENLAWN CROSSING**
**GREENLAWN CROSSING CENTER**
**IRONWOOD REAL ESTATE GP, LLC**
**QUANTUM MERIT VENTURES, INC.**
**RASSIER CHRISTOPHER**
**RASSIER JOHN**
**RASSIER PROPERTIES, LLC**
**RASSIER PROPERTIES-GREENLAWN CROSSING CENTER, LLC**
**STRIPE IT UP, LLC**
**TEXAS MATERIALS CROUP, INC.**
**WHEELER COMPANIES**

5 days                    Set By CROSS PLAINTIFF                                                JURY

---

**6022  D-1-GN-25-000663**  LIN ZHONG

**vs.  BETTER TREES OF TEXAS**
**SOTX GROWERS LLC**
**UHING MARCUS**

5 days                    Set By PLAINTIFF                                                      JURY

---

**6023  D-1-GN-25-000663**  LIN ZHONG

**vs.  BETTER TREES OF TEXAS**
**SOTX GROWERS LLC**
**UHING MARCUS**

5 days                                                                                         JURY

---

**6024  D-1-GN-25-001003**  WADDEL RODRICK

**vs.  INNOVATION TRUCKING LLC**
**RODRIGUEZ BUEZO JOSE RAMON**

3 days                    Set By PLAINTIFF                                                      JURY

---

**6025  D-1-GN-24-002132**  BAUGHN BEVIN HANNAH
**BERG PARKER**

**vs.**

4 days                    Set By DEFENDANT                                                      JURY

---

**6026  D-1-GN-24-003243**  ASBURY KENNETH

**vs.  C.F. MCDONALD ELECTRIC, INC.**

3 days                    Set By PLAINTIFF                                                      JURY

---

**6027  D-1-GN-24-007669**  USON CARLY
**USON JASON**

**vs.  HSIAO MU FAN**

5 days                                                                                         JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, March 23, 2026, 09:01 AM

| | | | |
|---|---|---|---|
| **6028 D-1-GN-25-001151** | **POPP CARSON**<br>**POPP HAYDEN** | **vs. LANGE JOEL**<br>**LANGE SANDRA** | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6029 D-1-GN-24-009858** | **ARISPE ADAM** | **vs. BACKSLIDERS, LLC**<br>**LEBLANC BROOKE MARIE** | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6030 D-1-GN-22-003356** | **MCKENZIE ANGELA**<br>**MCKENZIE DEREK** | **vs. AUSTIN REGIONAL CLINIC, P.A.**<br>**BELT MELANIE**<br>**ST. DAVID'S HEALTHCARE PARTNERSHIP L.P., LLP** | |
| 10 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6031 D-1-GN-24-001324** | **REYNOSO-DE-RUIZ DELIA** | **vs. CHARLIE MORRIS ELECTRIC DIAL ONE INC**<br>**ELLSTROM MATTHEW** | |
| 4 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6032 D-1-GN-25-001847** | **HOT SHOT FINAL MILE, LLC** | **vs. J &amp; j E-LITE ENTERPRISES, LLC**<br>**JOHNSON JAMIE**<br>**NIHILO TRANSPORT, LLC** | |
| 4 days | | | JURY |

| | | | |
|---|---|---|---|
| **6033 D-1-GN-24-004116** | **LCD ACQUISITIONS, LLC**<br>**LMP OW WEST CAMPUS, LLC** | **vs. FUN 'N' SUN POOLS, INC.**<br>**ODEN HUGHES TAYLOR CONSTRUCTION, LLC** | |
| 8 days | Set By DEFENDANT | | JURY |

| | | | |
|---|---|---|---|
| **6034 D-1-GN-24-008490** | **BEDOLLA JAVIER** | **vs. CLASSIC CARGO SOLUTIONS**<br>**WALKER GARRY** | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6035 D-1-GN-24-001609** | **HIDALGO JOSE** | **vs. CASH CONSTRUCTION COMPANY**<br>**MASTEC, INC.**<br>**QUICHOCHO SOPHIA** | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6036 D-1-GN-24-009750** | **MILLER DONNA** | **vs. ALBA GILBERT**<br>**GRACY WOODS HEALTHCARE LLC**<br>**JOHN DOE** | |
| 4 days | | | JURY |

| | | | |
|---|---|---|---|
| **6037 D-1-GN-24-000831** | **NINO MONICA**<br>**VEGA HECTOR HERNANDEZ** | **vs. LAZO ELIZABETH** | |

| | | | | |
|---|---|---|---|---|
| 4 days | | Set By DEFENDANT | | JURY |

---

| **6038 D-1-GN-25-002102** | **STAUB LANDRY** | | vs. | **FERRARI CHRISTINE** |
| | | | | **FERRARI HAROLD D** |
| | | | | **FERRARI TYLER MATTHEW** |
| 5 days | | Set By PLAINTIFF | | JURY |

---

| **6039 D-1-GN-25-000976** | **STUCHELL  CASANDRA** | | vs. | **AUSTIN PLASTIC SURGEON CENTRAL, PLLC** |
| | | | | **FRANCO JOHNNY** |
| 5 days | | | | JURY |

---

| **6040 D-1-GN-24-010070** | **PORTER LORENZO** | | vs. | **BROWN KATHRYN** |
| | | | | **KEOLIS TRANSIT SERVICES, LLC** |
| 5 days | | Set By PLAINTIFF | | JURY |

---

| **6041 D-1-GN-23-000247** | **TREVINO JESUS** | | vs. | **COAST TO COAST INSURANCE SERVICES, LLC** |
| | | | | **GONZALEZ GILBERT** |
| | | | | **LARA ARREBATO MAYTE** |
| | | | | **LARA MARTIN** |
| | | | | **MORALES ANDRIO PEREZ** |
| | | | | **TIKI TRUCKING, LP** |
| 5 days | | Set By DEFENDANT | | JURY |

---

| **6042 D-1-GN-24-002935** | **ALANIZ  NICOLE** | | vs. | **GRENIER SERVICE COMPANY LLC** |
| 5 days | | Set By PLAINTIFF | | JURY |

---

| **6043 D-1-GN-25-003034** | **MARTIN LARRY** | | vs. | **FERNANDEZ KASSEDY** |
| 3 days | | Set By PLAINTIFF | | JURY |

---

| **6044 D-1-GN-24-009143** | **AYALA JOSETTE** | | vs. | **COMPASS GROUP USA, INC.** |
| | **CASTRO RAQUEL MARIE** | | | **GONZALEZ SALINAS CESAR  ALEJANDRO** |
| 3 days | | Set By PLAINTIFF | | JURY |

---

| **6045 D-1-GN-24-009163** | **CORDOVA LUIS CARLOS** | | vs. | **BISSONNET BARRY ELWOOD** |
| | | | | **PROGRESSIVE DIRECT INSURANCE COMPANY** |
| 5 days | | Set By DEFENDANT | | JURY |

---

| **6046 D-1-GN-25-000756** | **BRICENO NATALIE** | | vs. | **BERKO DAVID** |
| | | | | **LYFT, INC.** |
| 4 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, March 23, 2026, 09:01 AM

**6047  D-1-GN-22-004138**  ALI  NERMIN  MICHELLE  **vs.**  SAWVEL JAMES ALLEN
SMART CHARGE AMERICA, LLC
SMART CHARGE RESIDENTIAL INC

5 days                                     Set By DEFENDANT                                                                JURY

---

**6048  D-1-GN-22-002942**  MINOR MICHAEL  CODY  **vs.**  FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY
TRAVIS COUNTY, TEXAS

3 days                                     Set By PLAINTIFF                                                                JURY

---

**6049  D-1-GN-24-000723**  RIVERA DELINDA  **vs.**  MEDINA RENE
RIVERA ESTEBAN  MEDINA ROBERT
WATSON JASON

4 days                                                                                                                     JURY

---

**6050  D-1-GN-25-001048**  CALZADA GONZALEZ JESUS  **vs.**  SURESH OLI

3 days                                     Set By PLAINTIFF                                                                JURY

---

**6051  D-1-GN-25-001143**  AVILA BENITES BELCID CAROLINA  **vs.**  HARTON KAI ARYANNA

3 days                                     Set By PLAINTIFF                                                                JURY

---

**6052  D-1-GN-24-009337**  COMANCHE HOLDINGS, LLC  **vs.**  FROGMOUTH, INC.
RIGBY LAURA

2 days                                     Set By COUNTER-PLAINTIFF                                                        JURY

---

**6053  D-1-GN-24-001939**  RITCHIE JANIE  **vs.**  DOE JOHN
GUARDADO MARCOS
LAJUG SERGIO OTONIEL
PEREZ MENDEZ EDDY DAVID
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

4 days                                                                                                                     JURY

---

**6054  D-1-GN-21-004799**  MARTINEZ ALFREDO  **vs.**  J.D. ABRAMS L.P.
MARTINEZ LETICIA

3 days                                                                                                                     JURY

Atty: STEWART STEPHEN W. (512-326-3200)

---

**6055  D-1-GN-24-001868**  BERAS ANDRES  **vs.**  GEICO COUNTY MUTUAL INSURANCE COMPANY
MAIO DAVID MICHAEL
MAIO NICHOLAS DAVID

4 days                                     Set By DEFENDANT                                                                JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, March 23, 2026, 09:01 AM

**6056  D-1-GN-25-002012**  **RIOS RICARDO** vs. **PATRIDGE HERBERT**
**RANGER EXCAVATING, L.P.**

4 days  Set By PLAINTIFF  JURY

---

**6058  D-1-FM-18-004312**  **BEDOLLA JOHN P** vs. **BEDOLLA ANNA S**

2 days  Set By RESPONDENT  MERITS - DIVORCE

Atty: POWERS WILLIAM D. (512-610-6199)

---

**6060  D-1-GN-25-001876**  **MEJIA MEDINA LUZ** vs. **PACE REBECCA MORGAN**

5 days  Set By PLAINTIFF  JURY

---

**6061  D-1-GN-23-003876**  **SEBAHIZI MANOA** vs. **CHAPA VINCENT**
**MARTINEZ ERICK**
**MAYA GARZA TRANSPORT LLC**

2 days  Set By PLAINTIFF  JURY

---

**6062  D-1-GN-23-007123**  **BCF I LAKESHORE, LLC** vs. **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By COUNTER-DEFENDANT  JURY

---

**6063  D-1-GN-23-007150**  **NICHOLS PARK TFP, LTD.** vs. **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6064  D-1-GN-17-006515**  **BURROFF TERESA** vs. **ARNOLD TIMOTHY W**
**CHINN TIMOTHY**  **DAVIS DENNIS D**
**DESMOND DEBBIE**
**SATTVA, INC.**
**STEIB KAREN ANN**

4 days  JURY

Atty: WILLIAMS M. MATTHEW (512-902-1554)  Atty: GORTHEY KEMP W. (512-699-8006)
Atty: MITCHELL MOLLY JEAN (512-474-9486)

---

**6065  D-1-GN-24-003769**  **MURILLO-MATUTE RONI FERNANDO** vs. **MCALPIN JAMES HOMER**

3 days  Set By PLAINTIFF  JURY

---

**6066  D-1-GN-24-001425**  **PHILLIPS JASON JON** vs. **AGUILAR ALYSSA**
**CHILI'S BEVERAGE COMPANY INC.**
**CHILI'S GRILL AND BAR**

4 days  Set By AS NEXT FRIEND OF  JURY

**6067  D-1-GN-23-001893**     GREEN MONKEY DEVELOPMENT GROUP, LLC          **vs.  CHICAGO TITLE OF TEXAS, LLC**
**COHEN SHLOMI**
**HART TABITHA**
**SANABRIA INVESTMENTS, LLC**
**WILEY EVA**
**WILEY KEN**

7 days                                      Set By PLAINTIFF                                                                              JURY

---

**6068  D-1-GN-18-001690**     GUARINO JAKE AUSTIN                         **vs.  BAILEY CHUCK**
**GUARINO JAKE LOUIS**                                         **BAILEY ROBERT EARL**
**GUARINO JILL**                                              **COX RUSSELL BRYAN**
**FIELDTURF USA INC**
**RS GLOBAL INC**

5 days                                      Set By PLAINTIFF                                                                              JURY

Atty: Beck David J (713-951-3700)                        Atty: Bennett Joshua James (214550818834)
Atty: Ford Troy Ray (7139513700)                         Atty: Dubois Douglas Wayne (8179008202)
Atty: FURLOW JACQUELINE MOORE (713-951-6276)
Atty: Towner Joel Thomas (2147532723)

---

**6069  D-1-GN-24-002703**     ZAMBONI BRIAN                              **vs.  AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY**
**ZIELINSKI AMY**

3 days                                      Set By PLAINTIFF                                                                              JURY

---

**6070  D-1-GN-24-000269**     LAURICH BRADLEY                            **vs.  BLACKMON MOORING OF AUSTIN, LLC**
**GRANT RAY JEROME**

4 days                                      Set By PLAINTIFF                                                                              JURY

---

**6071  D-1-GN-24-007236**     INMAN  HUNTER                              **vs.  DOUGLAS ELLIMAN OF TEXAS, LLC**
**INMAN  MELISSA**                                           **REISOR  MICHAEL**
**VEZINA FERNANDA**

5 days                                      Set By PLAINTIFF                                                                              JURY

---

**6072  D-1-GN-24-004946**     MARTINEZ RICKY                             **vs.  GHALI DAVID**

5 days                                      Set By COUNTER-PLAINTIFF                                                                      JURY

---

**6073  D-1-GN-24-000606**     RAMIREZ LEE W.                             **vs.  ADEROUNMU SALIF ADESOLA**
**LYFT, INC**

5 days                                      Set By PLAINTIFF                                                                              JURY

---

**6074  D-1-GN-24-004051**     EATON CHARLES EDWARD                        **vs.  BERNAL TORRES LEYDY JOHANA**
**LONE STAR CONCRETE, LLC**

5 days                                      Set By PLAINTIFF                                                                              JURY

6075  D-1-GN-24-002435     **ZUNIGA BEATRIZ**                                            **vs.  HENDRICK AUTOMOTIVE GROUP**
                                                                                              **HORSLEY TREVOR L**

4 days                                      Set By PLAINTIFF                                                    JURY

| 2003  D-1-GN-20-002168 | ARISPE IRENE GONZALES | vs. | ASHNEM HAULING, L.L.C |  |
|---|---|---|---|---|
|  |  |  | CCAMPOS TRUCKING LLC |  |
|  |  |  | DAWKINS KENNETH |  |
|  |  |  | GUTIERREZ RAFAEL |  |
| 5 days |  |  |  | JURY |

Atty: CUMMINGS CHRISTOPHER SCOTT (512-505-0053)

| 5038  D-1-GN-21-003788 | AHRENS CAROLYN | vs. | 31-W INSULATION, CO., INC | PREF (SOIFER) |
|---|---|---|---|---|
|  | AHRENS JON |  | A &amp; B POOLS LLC |  |
|  | APPLEWHITE CHRISTIE |  | A + POOL LEAK DETECTIVES, LLC |  |
|  | APPLEWHITE RICHARD |  | Allegiant Contractors, LLC |  |
|  | AQUATIC IDEAS, LLC |  | AQUATIC IDEAS, LLC |  |
|  | ARCH CONSULTING ENGINEERS, PLLC |  | AQUATIC REFLECTIONS, INC. |  |
|  | ASHER JOHN HART |  | ARROYO' S POOLS CONSTRUCTION |  |
|  | ASHLEY JAMES |  | ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN |  |
|  | ASHLEY JENNIFER |  | ASHBY JILL K. |  |
|  | BAILLARGEON KRISTEN |  | ASHBY NORMAN E. |  |
|  | BAILLARGEON ROBERT |  | ATLANTIS POOLS PLASTERING INC |  |
|  | BAILLARGEON ROBERT R |  | AUSTIN READY MIX, LLC |  |
|  | BAKER TERRANCE |  | Austin Ready-Mix LLC |  |
|  | BALTZ JOSHUA |  | AUSTINTATIOUS POOLS, INC |  |
|  | BATSON PAUL |  | BAILEY BRENT |  |
|  | BEAULIEU BRYAN |  | BAIRD BRADY |  |
|  | BEAULIEU NICOLE |  | BASTROP SAND SUPPLY, LLC |  |
|  | BLAIR  JASON |  | BOULDER POOLS, LLC |  |
|  | BLAIR CHERYL |  | BRAD FARRIS, P.E. |  |
|  | BOWDOIN DUSTIN |  | BRIGHTEN POOLS, LLC |  |
|  | BRADLEY AND NICOLE HOLDEN TRUST |  | BRISCO JAMES |  |
|  | BRESHEARS JEREMY |  | CATTLES CONSTRUCTION,INC. |  |
|  | BRESHEARS RIANNE |  | CCP&amp;S, LTD |  |
|  | BRODY YULIYA |  | CEMPLEX GROUP TEXAS, LLC |  |
|  | BROWN DRU |  | CHANAS AGGREGATES, LLC |  |
|  | BUCHANAN NATALIE |  | COLLIER MATERIALS, INC. |  |
|  | BUCHANAN RYAN |  | CONSTRUCTION MANAGERS OF AUSTIN LLC |  |
|  | BYCHOWSKI MARK |  | CRYSTAL CLEAR CONSTRUCTION, LTD |  |
|  | Cahak Brian |  | dba Premier POOL &amp; SPAS AND PREMIER |  |
|  | Cahak Rebecca |  | POOLS&amp; SPAS |  |
|  | CARAS MAHSHID |  | DIMENSION CUSTOM POOLS, LLC |  |
|  | Carroll Daniel P. |  | DIRECT ROOFING, INC |  |
|  | Carroll Morgan |  | EASY MIX CONCRETE SERVICES, LLC |  |
|  | CARROLL MORGAN P. |  | ELITE POOLS OF AUSTIN GP, INC |  |
|  | CARTER REGINA |  | ELITE POOLS OF AUSTIN, LTD |  |
|  | CARTER RICHARD |  | ELY EDWARD ELLIOT |  |
|  | CHATFIELD JONATHAN |  | ELY EDWARD MITCHELL |  |
|  | CHATFIELD SARA |  | ELY MATTHEW BRANDES |  |
|  | CHING ERICK |  | ELY PROPERTIES, INC. |  |
|  | CHING RACHEL |  | EPPRIGHT HOMES, LLC |  |
|  | CHIUMENTI JUSTIN |  | Fried Gabrielle |  |
|  | CHO YUKYUNG |  | Fried Michael |  |

CLARK JESSICA

CLASSIC NEIGHBORHOOD DEVELOPMENT LLC

COCHRAN ANGELA

COCHRAN JAMIE

COFFEY MICHELLE

COPELAND RYAN

CRAN JONATHAN

DARGIS AMBER

DARGIS MATTHEW

DAVIS BRIAN

DAVIS LORI

DEATON BRIAN

DEJOHN TAMARA

DIGEATANO MICHAEL

DIMEO JAMES M

DIMEO TINA M

Donald LaBove

DUFFIE CONNOR

DUFFIE KAYTI

FARRIS BRAD

FIELDS ASHLEY

FIELDS SHARON

FISCHER JUSTIN

FLINT KIERSTEN

FLORES YVETTE

FONTENOT ASHLEY

FONTENOT CHRISTOPHER

FORD JOHN

FORD VICKI

FRIED GABRIELLE

FRIED MICHAEL

Fu Yulai

FUN N SUN POOLS OF AUSTIN, INC

GAITHER JARROD

GARRETT ROBERT

GREEN ADAM

GREEN LAUREN

GREGG JODI

GREGG PRESTON

GRIEGO JEANNIE

GRIEGO JON

HAMPSTEIN PHILLIP

HAMPSTEN KRISTIN

Hanks Kristin

Hanks, Jr. Elbert Wayne

HARPER JACK

HARPER PAMELA

HATLEY DEREK

HATLEY HEATHER

HAYES AMBER

HAYES JOSEPH

HEINROTH CHE

FUN N SUN POOLS OF AUSTIN INC

GRYCO INC.

H&amp;H TILE AND PLASTER OF AUSTIN LTD LP

HAMPLE POOLS &amp; SERVICE LLC

HARVEY JAMES

HAYLEX GP, LLC.

HAYLEX PARTNERS, LTD.

HEATH WILLIAM C.

HERZOG RANDY

JD HUNT CUSTOM HOMES INCORPORATED

JIMMY EVANS COMPANY, LTD

JOSH WILLIS CUSTOM HOMES, INC.

KAUFMANN BRAD

KB CUSTOM POOLS, LLC.

LEGACY DCS LLC

LEHIGH CEMENT COMPANY, LP

LYON DYNAMIC ENTERPRISES, INCORPORATED

MARTINEZ SIMON

MATT SITRA CUSTOM HOMES, INC.

MCFADYEN JOHN CODY

MCGUIRE  JUSTIN

MILLENNIUM POOLS, INC

MILLENNIUM POOLS, INC.

NALLE CUSTOM HOMES, INC

NORMAN E. ASHBY, TRUSTEE

OMEGA DRY WALL COMPANY, INC

Omega Dry Wall Company, Inc.

OMEGA FRAMING LLC

Omega Framing, L.L.C.

PACK POOLS, INC.

PCA BOOT RANCH, LLC

POND SPRINGS CUSTOM POOLS, LLC

PRECISION WATERSHAPES, INC

PRECISION WATERSHAPES, INC.

PREMIER ATX INDUSTRIES, LLC

PROVENANCE CONSTRUCTORS LLC

PROVENANCE DEVELOPMENT LLC

QUALITY CUSTOM POOLS INC

REDLINE CONCRETE, LLC

RIVERA ENGINEERING LLC

RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC

RODRIGUEZ CARLOS

RODRIGUEZ IGNACIO

ROUND ROCK POOL PROS LLC

SASSENBERG  BRANDON

SAYRE MICHAEL B.

SENDERO DEVELOPMENT, INC.

SIERRA BUILDERS, INC.

SM POOL CONSTRUCTION, LLC

SM Pools

SMART POOLS SERVICES, LLC

SOLARA CUSTOM POOLS, LLC

HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA
HUSER MATTHEW
JOHN GEORGE
JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID
PETERSON CRAIG
PETERSON CRAIG  JON
PETERSON JILL VICARS
PISCITELLI DAWN

SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC
TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC
THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

QUINTANA JULIO
RAMEY NEELEY
RIBBLE  JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT  ELAN
SAVITT  ROISIN
SCHERER GEOFFREY
SCHULTZ ERIC
SCHWARZBACH ANNA
SCHWARZBACH DAVID
SEAFLOWER, LLC
SEARLE BARRY
SHUMAKER AARON
SIGMON JAMES
SIGMON TRACI
Singh Teja
SMITH  MARK
SMITH GERRY
SMITH MICHELLE
SORRENTINO JAMIE
SORRENTINO MATTHEW
STAIGERWALD JOHN
STAIGERWALD LISA
STEIN JENNIFER
STEIN RUSSELL
STEWART CLAIRE
STEWART POETRELL
SWANGER DERRY
SWART BRYAN
SWART JEAN
TAVARES DEBBIE
TAVARES VINNY
THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY
AS SUBROGEE OF STAG POOLS, LLC
THE PUBLIC CONDOMINIUM COMMUNITY INC
THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY
IRREVOCABLE
Thomson Will
TRIBUNE CASSANDRA
TRIBUNE DAVID
VAN ARSDALE CORBIN
VANDER GHEYNST JOHN
VANDER GHEYNST LESLIE
VANDERVEEN ARTHUR
VASQUEZ LUDY
WALTERS MICHELLE
WALTERS NEIL B
WEEKLEY HOMES LLC
WEITKEMPER KELLEY
WEITKEMPER PAUL
WHEELER BRAD

WHITE REX
WHITE TERRI
WILCHER GARY
WILLAMS HANNAH
WILLENS SHAINA
WILLENS ZACHARY
WILLIAMS DAMON
WITTLIFF REID
WITTLIFF SUSAN
WOOD BRIAN

20 days                                                                                                    JURY

Atty: Perczak Margene K. (3037790077)                          Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**6001  D-1-GN-24-004560**     MEASE KEVIN                              vs. DEARMAN DONNA
                               REEDY MORGAN                                 GARZA ERICA C
                                                                           GIFTED NURSES LLC
                                                                           ST DAVID'S HEALTHCARE PARTNERSHIP LP,LLP
                                                                           WILDFLOWER OB/GYN, PLLC

10 days                                   Set By DEFENDANT                                                JURY

---

**6002  D-1-GN-23-008576**     WILLIAMS MEGAN                           vs. CONSUMERS COUNTY MUTUAL INSURANCE COMPANY
                                                                           SMITH PHILIPPE ROBERT

3 days                                    Set By PLAINTIFF                                                JURY

---

**6004  D-1-GN-20-001914**     DE SOLIS HERNANDEZ MA ANGELICA           vs. ASCENSION SETON
                               HERNANDEZ ALEJANDRA SOLIS                    AUSTIN GASTROENTEROLOGY PA
                               HERNANDEZ MOISES SOLIS                      AUSTIN GASTROENTEROLOGY, PA
                               RICO SERAFIN SOLIS                          AYDELOTTE JAYSON
                                                                           BRADLEY JASON A
                                                                           HERRINGTON CATHERINE
                                                                           POREDDY VIJAYRAMA

5 days                                    Set By DEFENDANT                                                JURY

Atty: PROBUS MICHAEL M. (512-480-9504)                         Atty: BEAMAN MARK THOMAS (512-472-0288)
                                                               Atty: HARGETT ROBERT L. (512-660-5960)
                                                               Atty: HARRIS TERRI S. (512-476-1094)

---

**6005  D-1-GN-24-009107**     JAQUEZ MARGARITA  RIVERA                 vs. TREVINO  JEFFREY
                                                                           WASTE MANAGEMENT OF TEXAS INC

10 days                                                                                                   JURY

---

**6006  D-1-GN-24-007425**     MELBER CARPENTER, LLC                    vs. CAREY DEMETRICE
                                                                           STATE FARM LLOYDS
                                                                           STATE FARM LLOYDS, INC.

4 days                                    Set By PLAINTIFF                                                JURY

---

**6007  D-1-GN-24-006594**     ALCANTARA PENELOPE                       vs. GARZA PEDRO
                               RICE DARIUS                                  TEXAS DISPOSAL SYSTEMS, INC.

| | | | |
|---|---|---|---|
| 5 days | | Set By DEFENDANT | JURY |

| | | | |
|---|---|---|---|
| **6008 D-1-GN-24-009135** | **BROTEN EDITH** | **vs. BRINKER INTERNATIONAL, INC.**<br>**BRINKER TEXAS, INC.**<br>**CHILI'S, INC.** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6009 D-1-GN-24-004160** | **FINANCE INSURANCE RESOURCE &amp; SERVICES TRAINING, INC.**<br>**FIRST GUARD WARRANTY CORPORATION** | **vs. FRANKLIN JARED**<br>**MAYNARD AUSTIN**<br>**MILLER DAVID**<br>**PRINCIPLE DEALER SOLUTIONS, LLC** | |
| 6 days | | Set By COUNTER-DEFENDANT | JURY |

| | | | |
|---|---|---|---|
| **6010 D-1-GN-23-007620** | **PRECISION ROOFING, INC.** | **vs. FRONTIER PLASTERING, LLC** | |
| 5 days | | Set By COUNTER-DEFENDANT | JURY |

| | | | |
|---|---|---|---|
| **6011 D-1-GN-24-009031** | **HORTNESS  ANDRE** | **vs. JONES LOGISTICS, LLC**<br>**TRIBUE  BREN** | |
| 7 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6012 D-1-GN-24-009945** | **BROCATO WALTER** | **vs. CELLA MARINA**<br>**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** | |
| 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6013 D-1-GN-24-009769** | **UGARTE DE PAZ ARMANDO** | **vs. ARNOLD OIL COMPANY OF AUSTIN, L.P.**<br>**JOHN DOE**<br>**JOINER STEPHON** | |
| 5 days | | | JURY |

| | | | |
|---|---|---|---|
| **6014 D-1-GN-24-001540** | **MCCARDLE DENNIS STEPHEN** | **vs. MONJARAS JOSE DE JESUS** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6015 D-1-GN-25-000213** | **BENDAWALD JOSEPH** | **vs. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**<br>**RAMI TRANSPORTATION, INC.**<br>**SOPO EMEILO** | |
| 3 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6016 D-1-GN-24-008247** | **ROBLEDO RAY DANIEL** | **vs. MOHAMMADI FARHAD** | |
| 3 days | | Set By DEFENDANT | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, April 06, 2026, 09:01 AM

**6017  D-1-GN-22-000368**   DRIFTWOOD COMMERCIAL LLC                                      vs.  SANDERS GEREMY L.
                                                                                                TIPS PRIMARY HOLDING LLC

7 days                                          Set By 3RD PARTY PLAINTIFF                                                                          JURY

---

**6018  D-1-GN-21-005238**   ADAMS RAMON                                                  vs.  MADER JOSHUA
                             RUKAYAT JIMON

5 days                                          Set By DEFENDANT                                                                                   JURY

Atty: Nielsen Eric David (713-524-4800)

---

**6019  D-1-GN-24-003970**   CULLETON RICHARD                                             vs.  SCHROLL SCHAEFER ANNE MARIE

3 days                                                                                                                                             JURY

---

**6020  D-1-GN-22-000884**   WINNER JAYSON                                                vs.  MILLER COLIN DIAS
                                                                                                PAO'S MANDARIN HOUSE, INC

4 days                                          Set By PLAINTIFF                                                                                    JURY

---

**6021  D-1-GN-23-000736**   FERGUSON  CATHERINE  HOLLY                                   vs.  HARVEST RENAISSANCE- AUSTIN LLC
                                                                                                RAMSAY MENDI

4 days                                                                                                                                             JURY

---

**6022  D-1-GN-25-000917**   IHNS MIKAYLA                                                 vs.  MCEACHERN ENTERPRISES, INC.
                                                                                                YOUNG LAVAR

3 days                                          Set By PLAINTIFF                                                                                    JURY

---

**6023  D-1-GN-24-004426**   PAKULA STACEY                                                vs.  MOHR HOTEL I LLC
5 days                                          Set By DEFENDANT                                                                                   JURY

---

**6024  D-1-GN-25-000071**   RAMIREZ DIANA                                                vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
5 days                                                                                                                                             JURY

---

**6025  D-1-GN-23-008159**   RAMIREZ TONYA  CRYSTAL                                       vs.  VESSA ANTHONY
                                                                                                VESSA ANTHONY LEE
                                                                                                VESSA CORY

4 days                                          Set By PLAINTIFF                                                                                    JURY

---

**6026  D-1-GN-24-008252**   CARRINGTON SHIRLEY                                           vs.  GAMBLE GARRETT  CAVIN
                             MACK COREY

3 days                                          Set By PLAINTIFF                                                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 06, 2026,  09:01 AM

**6027  D-1-GN-24-003374**    THORNTON AARON                                     vs.  REDLINE MODS, LLC
                                                                                      SPOT BE GONE LLC

5 days                              Set By PLAINTIFF                                                      JURY

---

**6028  D-1-GN-21-007135**    OLIVARES MARICELA                                  vs.  GUTIERREZ DEBRA
                                                                                      MARTINEZ RITA

3 days                              Set By PLAINTIFF                                                      JURY

---

**6029  D-1-GN-24-009489**    PETERS PATRICIA                                    vs.  H-E-B, LP

4 days                              Set By DEFENDANT                                                     JURY

---

**6030  D-1-GN-25-000535**    GIAMONA JOHN                                       vs.  FACILITY SOLUTIONS GROUP, INC.
                                                                                      SONG SEUNG JOON

5 days                                                                                                    JURY

---

**6031  D-1-GN-23-008005**    KHAN MOAZ H.                                       vs.  BOATWRIGHT TERRANCE DAWAGIEK
                                                                                      MUELLER MASTER COMMUNITY, INC
                                                                                      SUB ZERO TRANSPORTATION LIMITED LIABILITY COMPANY
                                                                                      THE MUSKIN COMPANY

5 days                              Set By PLAINTIFF                                                      JURY

---

**6032  D-1-GN-24-008564**    CURIEL DAVID                                       vs.  A+ AUSTIN GROUP SOUTH AUSTIN, LLC
                              CURIEL SHERYL JAN                                        A+ AUTO GROUP CEDAR PARK, LLC
                                                                                      A+ AUTO GROUP HOLDINGS, LLC
                                                                                      A+ AUTO GROUP MANAGEMENT, LLC
                                                                                      A+ AUTO GROUP ROUND ROCK, LLC
                                                                                      CEDAR PARK AUTOMOTIVE GROUP, INC.
                                                                                      HAWK TIMOTHY EUGENE
                                                                                      NORTH AUSTIN AUTOMOTIVE GROUP, INC.
                                                                                      ROBERTS DANIEL  M.
                                                                                      SOUTH AUSTIN AUTOMOTIVE GROUP, INC.

5 days                                                                                                    JURY

---

**6033  D-1-GN-22-006981**    VASQUEZ DANIEL                                     vs.  MCBRIDE MICHAEL BRANDON
                                                                                      TRAMPSPORTS, LLC

4 days                                                                                                    JURY

**6034  D-1-GN-24-001241**  NORTHEDGE CONDOMINIUMS HOA INC.  vs.  BENCHMARK LAND DEVELOPMENT INC.
MACMORA LTD
MACMORA PARTNERS INC
MADISON CITY HOMES LLC
WES PEOPLES HOMES - CONDOS LLC
WES PEOPLES HOMES - SF LLC
WES PEOPLES HOMES, LLC
WJP CONSTRUCTION SERVICES LLC

15 days                          Set By COUNTER-DEFENDANT                                    JURY

---

**6035  D-1-GN-25-000885**  CRAWFORD HARRISON  vs.  JONES BRYAN ELLIS

3 days                           Set By PLAINTIFF                                            JURY

---

**6036  D-1-GN-24-002250**  WILLIS KENNIS
WILLIS VIRGINIA  vs.  FASTENAL COMPANY
TRIMBLE AUBREY WILLIAM

5 days                           Set By PLAINTIFF                                            JURY

---

**6037  D-1-GN-24-010192**  WATTS DARRAL EUGENE  vs.  STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

5 days                           Set By DEFENDANT                                            JURY

---

**6039  D-1-GN-24-004557**  THURINGER ETHAN  vs.  AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY

4 days                           Set By PLAINTIFF                                            JURY

---

**6040  D-1-GN-24-000593**  GUERRA ROSALINDA  vs.  DOE  JANE
DOE  JOHN
J.C. PENNEY CORPORATION INC.
LOPEZ EVOMEE
PENNY INTERMEDIATE HOLDINGS, LLC

4 days                           Set By PLAINTIFF                                            JURY

---

**6041  D-1-GN-25-002197**  SEWARD JAMES CLIFTON  vs.  MOTHE TANYA REDDY
REDDY NITHIN CHANDRAM

5 days                           Set By PLAINTIFF                                            JURY

---

**6042  D-1-GN-24-002292**  DIAZ THOMAS  vs.  CAPITAL METROPOLITAN TRANSPORTATION AGENCY
KEOLIS TRANSIT AMERICA, INC.
KEOLIS TRANSIT SERVICES, LLC
WILLIAMS JASON

4 days                           Set By DEFENDANT                                            JURY

| 6043 | D-1-GN-25-002393 | **GONZALES TINA**<br>**GONZALEZ MIKE** | | **vs. ADAMSON AMANDA SHEA**<br>**ADAMSON BRENDA JEAN**<br>**ADAMSON DAVID MICHAEL** | |
|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | JURY |

| 6044 | D-1-GN-24-008807 | **ROBINSON MATTHEW** | | **vs. METRO FIBERNET, LLC**<br>**METRONET HOLDINGS, LLC**<br>**Q SERVICES, LLC** | |
|---|---|---|---|---|---|
| | 5 days | | Set By DEFENDANT | | JURY |

| 6045 | D-1-GN-22-003724 | **MORGAN RONALD** | | **vs. KIMPTON HOTEL AND RESTAURANT GROUP, LLC** | |
|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | JURY |

| 6046 | D-1-GN-24-003432 | **MARTIN CRYSTAL** | | **vs. FLORIEN PAUL BRIAN**<br>**WYNN HEAVEN SENT LLC** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6047 | D-1-GN-24-009397 | **SHAMALY ERICA** | | **vs. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**<br>**HARRIS CHRISTINE CAROL** | |
|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | JURY |

| 6048 | D-1-GN-24-009848 | **SERVICE AMERICAN INDEMNITY COMPANY**<br>**STATE NATIONAL INSURANCE COMPANY** | | **vs. MARQUIS STAFFING GROUP, LLC** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6049 | D-1-GN-24-003632 | **TRAN ANH TIEN** | | **vs. SOSA MARIBEL** | |
|---|---|---|---|---|---|
| | 3 days | | Set By DEFENDANT | | JURY |

| 6050 | D-1-GN-25-000297 | **GRIFFIN JADY** | | **vs. NISSAN NORTH AMERICA, INC.**<br>**TOWN NORTH NISSAN**<br>**VALVOLINE LLC** | |
|---|---|---|---|---|---|
| | 2 days | | Set By PLAINTIFF | | JURY |

| 6051 | D-1-GN-25-003357 | **GARZA DANIELLE JOAN**<br>**GARZA RICHARD** | | **vs. MEDLOCK CHRISTOPHER TODD** | |
|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | JURY |

| 6052 | D-1-GN-23-001692 | **DONG DAVID** | | **vs. 2020 CONGRESS CONDOMINIUM COMMUNITY, INC**<br>**ONEFORCE RESTORATION ATX, LLC** | |
|---|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, April 06, 2026, 09:01 AM

**6053  D-1-GN-24-002567**  **CHA SANGJOON**                                   vs.  **BENNETT ANDREW ELWAY**
                                                                                     **HATCH TRICK, INC.**
5 days                                       Set By PLAINTIFF                                               JURY

---

**6054  D-1-GN-23-003403**  **MARTINEZ ROCIO ELIZABETH**                        vs.  **CONEJO-ABOYTES JAIME GUILLERMO**
                            **SAMANO CHISTOPHER JOSE**
2 days                                       Set By PLAINTIFF                                               JURY

---

**6055  D-1-GN-24-007666**  **ADAMS GABRIEL**                                   vs.  **CHIDAMBARA RISHI**
                                                                                     **CHIDAMBARA SUNDARARAJAN**
5 days                                       Set By PLAINTIFF                                               JURY

---

**6056  D-1-GN-24-000572**  **BOLLING WILLIAM**                                 vs.  **OXFORD HOUSE, INC**
4 days                                       Set By PLAINTIFF                                               JURY

---

**6057  D-1-GN-24-004822**  **HAMILTON CALEB**                                  vs.  **MCINTYRE OLIVIA REANNE**
5 days                                       Set By DEFENDANT                                               JURY

---

**6058  D-1-GN-22-000037**  **REYES ANTONIO VELARDES**                          vs.  **TIMBERLAKE SITE SERVICES**
2 days                                       Set By DEFENDANT                                               JURY

---

**6059  D-1-GN-24-009600**  **GIAVOTELLA JENNIFER**                             vs.  **EBERT NEXT DOOR LLC**
2 days                                       Set By PLAINTIFF                                               JURY

---

**6060  D-1-GN-22-000570**  **STEWART CLAUDIA**                                 vs.  **HORVATH PETER**
4 days                                       Set By DEFENDANT                                               JURY

---

**6061  D-1-GN-22-006093**  **STAR III CANYON RESORT LLC**                      vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
1 days                                                                                                      JURY

---

**6062  D-1-GN-24-009761**  **GALAVIZ BLAS  C.**                                vs.  **LITTON TIFFANY R.**
3 days                                       Set By PLAINTIFF                                               JURY

---

**6063  D-1-GN-22-001366**  **DELANEY  KAYLA  MARIE**                           vs.  **GUTTMAN  JOHN  DAVID**
                            **THOMPSON JENNIFER**
5 days                                                                                                      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 06, 2026,  09:01 AM

**6064  D-1-GN-24-009866**  **VARGAS ROSA**  vs.  **KHMO ALEND RASHID**
**RAMIREZ LETICIA**

3 days  Set By PLAINTIFF  JURY

---

**6065  D-1-GN-19-006561**  **BOSKOFF CARA**  vs.  **WALTON BRENDA**
**BOSKOFF JESSE**  **WALTON HOMES LLC**

5 days  JURY

Atty: COOMER JASON SCOTT (512-474-1477)

---

**6067  D-1-GN-24-009083**  **DEROSE JOHN**  vs.  **BEHERA  DEV**
**FCCI INSURANCE COMPANY**
**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

3 days  Set By PLAINTIFF  JURY

| | | | |
|---|---|---|---|
| **5067  D-1-GN-23-001946** | **GREGORY JAMES**<br>**GREGORY JENNIFER**<br>**GREGORY JUSTIN** | **vs.  BGICO, LLC**<br>**GREGORY BOBBY E.**<br>**OKAPI ENVIRONMENTAL SERVICES, L.L.C.**<br>**OKAPI LEASING, LLC**<br>**TDS ENVIRONMENTAL SERVICES, L.L.C.**<br>**TDS LAND MANAGEMENT LP**<br>**TEXAS DISPOSAL SYSTEMS INC**<br>**TEXAS DISPOSAL SYSTEMS LANDFILL INC**<br>**TEXAS LANDFILL MANAGEMENT LLC**<br>**THE AUSTIN SAVANNA, LLC.**<br>**TXALLOY, INC.** | **PREF ((WONG))** |
| 10 days | | | JURY |
| **6001  D-1-GN-24-009042** | **REAL  GABRIEL** | **vs.  GONZALEZ  JOSEPH** | |
| 5 days | Set By PLAINTIFF | | JURY |
| **6002  D-1-GN-24-000628** | **ACOSTA JOHN** | **vs.  REBER CODY**<br>**RICHTER ANGELA** | |
| 5 days | Set By PLAINTIFF | | JURY |
| **6003  D-1-GN-24-006215** | **BELL CARMECIA** | **vs.  PEREZ EDUARDO SALCEDO** | |
| 4 days | Set By PLAINTIFF | | JURY |
| **6004  D-1-GN-24-003971** | **DEL BLANCO RICARDO** | **vs.  HALL KAREN**<br>**STATE FARM LLOYDS** | |
| 5 days | Set By DEFENDANT | | JURY |
| **6005  D-1-GN-24-005452** | **INDEPENDENCE WOODS, LLC** | **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 5 days | Set By PLAINTIFF | | JURY |
| **6006  D-1-GN-23-003215** | **NDAM HENRY MUCHOCK** | **vs.  DR TRUCKING LLC**<br>**GARCIA FREDDY**<br>**O'BRIEN TYLER JAMES**<br>**RODRIGUEZ DURAN ELIDA**<br>**SHARK ENTERPRISES, LLC** | |
| 5 days | Set By DEFENDANT | | JURY |
| **6007  D-1-GN-24-009518** | **MARTIN  TYLER CHARLES** | **vs.  DUNNING  BAILEY MARIE**<br>**NEIGHBORFAVOR, INC** | |
| 5 days | Set By DEFENDANT | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, April 20, 2026, 09:01 AM

**6008 D-1-GN-24-003244**   MILLER TAMETHEIUS

vs. ALMAGUER RAMIRO
TEXAS DISPOSAL SYSTEMS, INC.

5 days                          Set By DEFENDANT                                                 JURY

---

**6009 D-1-GN-23-003238**   BOWDEN DONNA
BOWDEN MARK

vs. AAJ &amp; LOGISTICS TRANSPORT, LLC
LIRA TASIS  JUAN  MANUEL

5 days                          Set By DEFENDANT                                                 JURY

---

**6010 D-1-GN-22-000700**   JACKSON ERNEST

vs. ACROTEX GYMNASTICS, INC.
DYNAMIC GYMNASTICS, LLC

3 days                          Set By PLAINTIFF                                                  JURY

---

**6011 D-1-GN-25-000800**   ALVARADO CARLOS

vs. PEREZ DEVEN

5 days                          Set By PLAINTIFF                                                  JURY

---

**6012 D-1-GN-24-008886**   CHAMBERS SIXTA I.
SANCHEZ NORMA L.

vs. JACK AND NANCY DWYER WORKFORCE DEVELOPMENT
CENTER, INC.
REGENCY IHS OF SOUTHPARK MEADOWS, LLC
REGENCY INTEGRATED HEALTH SERVICES, LLC

10 days                         Set By PLAINTIFF                                                  JURY

---

**6013 D-1-GN-23-004106**   GODWIN TY'QUASHA DENIQUA

vs. AMSTUTZ THOMAS
STEVE BROUGHER'S PLUMBING REPAIR, INC.

5 days                          Set By DEFENDANT                                                 JURY

---

**6014 D-1-GN-24-003681**   HERNANDEZ HALEY

vs. RIVERA LUIS DAVID
TK ELEVATOR CORPORATION
TK ELEVATOR MANUFACTURING, INC.

7 days                          Set By PLAINTIFF                                                  JURY

---

**6015 D-1-GN-24-010118**   KENNEDY DAN

vs. STELLAR RESTAURANTS, INC.

5 days                          Set By PLAINTIFF                                                  JURY

---

**6016 D-1-GN-23-007378**   ZUNGIA GABRIELA
ZUNIGA MAURICIO

vs. FLEXDRIVE SERVICE, LLC
HUSSEIN OMAR
LYFT, INC

4 days                          Set By AS NEXT FRIEND OF                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 20, 2026,  09:01 AM

**6017  D-1-GN-23-005132**      AMLI DOWNTOWN AUSTIN RESIDENTIAL, L.P.              vs.  TRAVIS CENTRAL APPRAISAL DISTRICT
                                AMLI DOWNTOWN AUSTIN, L.P.

3 days                                          Set By PLAINTIFF                                                              JURY

---

**6018  D-1-GN-23-006069**      IMP SOUTH LAMAR LLC                                 vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days                                          Set By PLAINTIFF                                                              JURY

---

**6019  D-1-GN-25-001276**      WALKER THOMAS                                       vs.  BERSEN LAURIE

5 days                                          Set By PLAINTIFF                                                              JURY

---

**6020  D-1-GN-24-009655**      HENTON ANTONIO                                      vs.  ALPINE GUADALUPE, LLC
                                                                                         DWF V 6&amp;G COMMERCIAL OWNER, LLC AS NOMINEE
                                                                                         FOR THE BENEFIT OF SERIES O/R OF DWF V 6&amp;G
                                                                                         SERIES OWNER, LLC
                                                                                         DWF V 6&amp;G COMMERCIAL OWNER, LLC AS
                                                                                         SUCCESSOR IN INTEREST TO DWF V 6&amp;G SERIES
                                                                                         OWNER, LLC
                                                                                         LINCOLN PROPERTY COMPANY
                                                                                         QUALITY ELEVATOR INSPECTIONS OF TEXAS LLC
                                                                                         TK ELEVATOR CORPORATION

5 days                                          Set By PLAINTIFF                                                              JURY

---

**6021  D-1-GN-25-000310**      AGUIRRE  EDNA                                       vs.  DOORDASH INC.
                                                                                         MANCEBO  REBECCA

4 days                                          Set By PLAINTIFF                                                              JURY

---

**6022  D-1-GN-23-007461**      HOWARD MICHAEL                                      vs.  BUNDICK DAVID
                                                                                         HYDRO RESOURCES HOLDINGS, INC.
                                                                                         HYDRO RESOURCES LEASING COMPANY, LLC
                                                                                         HYDRO RESOURCES, INC.
                                                                                         HYDRO RESOURCES-MID CONTINENT, INC.

5 days                                                                                                                       JURY

| | | | | |
|---|---|---|---|---|
| **6023  D-1-GN-20-006596** | **BROWN JIMMIE YUL** | | **vs. ASHMAN MARISA LYAL** | |
| | | | **BAKEMARK USA LLC** | |
| | | | **BONE JASON ALLEN** | |
| | | | **BRUMMETT PHILLIPE** | |
| | | | **PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY** | |
| 5 days | | Set By OTHER PARTIES | | JURY |

Atty: Burgess Lauren Leigh (512-472-7700)
Atty: Durbin Jennifer Gibbins (210-734-7488)
Atty: PETTINEO DAVID RICHARD (972-580-1249)
Atty: PLAUT DAVID L. (512-472-7700)
Atty: Willis Katherine Marie (210-734-7488)

| | | | | |
|---|---|---|---|---|
| **6024  D-1-GN-24-000924** | **MCLAUGHLIN SHALIZA ALI** | | **vs. DAVIS DANIEL** | |
| | | | **FOUNDATION COMMUNITIES, INC.** | |
| | | | **GOODWILL INDUSTRIES OF CENTRAL TEXAS** | |
| 5 days | | Set By DEFENDANT | | JURY |

| | | | | |
|---|---|---|---|---|
| **6025  D-1-GN-25-000892** | **MORTON ISAAC** | | **vs. GARIS TROY** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6026  D-1-GN-24-005219** | **DUNCAN JACKIE** | | **vs. APEX FOUNDATION OF AUSTIN LLC** | |
| | | | **PACESETTER HOMES, LLC** | |
| | | | **VELASQUEZ BAIRON CABALLERO** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6027  D-1-GN-24-009404** | **LABRADA ROCIO** | | **vs. PERRY'S STEAKHOUSE &amp; GRILLE** | |
| | | | **PIERRE AUGUSTE LYNEVEA** | |
| 5 days | | Set By DEFENDANT | | JURY |

| | | | | |
|---|---|---|---|---|
| **6028  D-1-GN-24-003087** | **JAMES DAVID** | | **vs. BAOKIM VO GOLDIN** | |
| | **WEST PLACE CONDOMINIUMS** | | **WEST PLACE HOMEOWNER'S ASSOCIATION, INC.** | |
| 5 days | | Set By CROSS DEFENDANT | | JURY |

| | | | | |
|---|---|---|---|---|
| **6029  D-1-GN-25-001279** | **LEJEUNE JEAN** | | **vs. FUN SPOT MANUFACTURING, LLC** | |
| | | | **LONESTAR TPLD 1, LLC** | |
| 5 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6030  D-1-GN-23-000076** | **COLONY INSURANCE COMPANY** | | **vs. ACE FIRE EQUIPMENT COMPANY INC.** | |
| | **GREAT AMERICAN INSURANCE COMPANY** | | **PYE-BARKER FIRE &amp; SAFETY, LLC** | |
| 5 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6031  D-1-GN-24-005697** | **BEESE JENNIFER** | | **vs. BIG DOG GUNITE LLC** | |
| | **ESTES BRIAN** | | **DIMENSION CUSTOM POOLS, LLC** | |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, April 20, 2026, 09:01 AM

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

**6032 D-1-GN-24-003137**  BLAISDELL HENRY SERGEY  vs.  GEORGETOWN BEHAVIORAL HEALTH INSTITUTE, LLC
BLAISDELL MELISSA
IKEKWERE JOSEPH
MUHIA NICHOLAS
PATEL MONICA LEIGH
RODOM MEDICAL CONSULTING, PA
ROSE &amp; NICK HEALTH, LLC
SIGNATURE HEALTHCARE SERVICES, LLC
SOUTHWEST PSYCHIATRIC SERVICES

| | | | |
|---|---|---|---|
| 8 days | | Set By DEFENDANT | JURY |

**6033 D-1-GN-25-000750**  HILL EMILY  vs.  USAA CASUALTY INSURANCE COMPANY

| | | | |
|---|---|---|---|
| 4 days | | Set By DEFENDANT | DECLARATORY JUDGMENT  JURY |

**6034 D-1-GN-25-000461**  YOUNG JORDAN CHRISTOPHER  vs.  FITZGERALD BILLY WILSON
GARRISON PROPERTY AND CASUALTY INSURANCE
COMPANY

| | | | |
|---|---|---|---|
| 5 days | | Set By PLAINTIFF | JURY |

**6035 D-1-GN-25-002381**  SWIST BRANDON  vs.  SHREESH YAM BAHADUR

| | | | |
|---|---|---|---|
| 5 days | | | JURY |

**6036 D-1-GN-24-005698**  SEALS WILLIE  vs.  NOACK JOHN JEFFREY

| | | | |
|---|---|---|---|
| 4 days | | Set By DEFENDANT | JURY |

**6037 D-1-GN-24-009511**  MAILHES CAI  vs.  LOPEZ ANGEL LUIS
SAMPSON MICHAEL
RAISER, LLC
UBER TECHNOLOGIES, INC.

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

**6038 D-1-GN-25-001594**  HUSSEIN IDALIA  vs.  VILLALPANDO-CARRASCO JUAN

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

**6039 D-1-GN-25-001798**  GARCIA CIANNA  vs.  AMERICAN EROSION CONTROL
GARCIA JEANNIE
PELLER BRIAN

| | | | |
|---|---|---|---|
| 4 days | | Set By PLAINTIFF | JURY |

**6040 D-1-GN-25-002359**  GORDON SHEILA  vs.  SARDUY LEON MILENA

| | | | |
|---|---|---|---|
| 5 days | | | JURY |

| 6041 D-1-GN-24-008684 | MARROQUIN RAQUEL | | vs. | MCGOWAN JAMES<br>MID-CITIES HOME MEDICAL DELIVERY SERVICE L.L.C | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6042 D-1-GN-25-002331 | GIL CONCEPCION<br>GONZALES HERNANDEZ JOSE | | vs. | CENTRAL TEXAS REFUSE, LLC<br>YBARRA LOUIS | |
|---|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | | JURY |

| 6043 D-1-GN-24-007368 | RODRIGUEZ BELFOUR RUEDA | | vs. | BATISTE MICHELLE | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6044 D-1-GN-20-007772 | HENRY CODY | | vs. | LOPEZ FRANK | |
|---|---|---|---|---|---|
| 3 days | | | | | JURY |
| | Atty: ZUNIGA JESUS (571-292-1209) | | | | |

| 6046 D-1-GN-24-000844 | CASTILLO RUBY | | vs. | AMAZON LOGISTICS, INC.<br>AMAZON.COM SERVICES, LLC<br>ENGINE LOGISTICS, LLC<br>JUAREZ ANGEL | |
|---|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | | JURY |

| 6047 D-1-GN-24-009014 | CADENA CHRISTOPHER<br>MIER BELINDA | | vs. | HAIMOWITZ MAX | |
|---|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | | JURY |

| 6048 D-1-GN-25-000192 | MELCHER LAURA | | vs. | MKM HOTEL GROUP LLC<br>MKM LODGING SERVICE LLC<br>STAYBRIDGE SUITES | |
|---|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | | JURY |

| 6049 D-1-GN-24-005394 | GOURD JASON | | vs. | LOPEZ EDUARDO SALCEDO<br>VOLCON, INC. | |
|---|---|---|---|---|---|
| 5 days | | Set By DEFENDANT | | | JURY |

| 6050 D-1-GN-23-001786 | PIXLEY LAURA | | vs. | AUTOZONE PARTS, INC.<br>CASAZZA BRETT D. | |
|---|---|---|---|---|---|
| 5 days | | | | | JURY |

| 6051 D-1-GN-23-006435 | HAWES HAL<br>HAWES KRISTAL | | vs. | AMAZON LOGISTICS, INC.<br>AMAZON.COM SERVICE, LLC<br>LOPEZ YVETTE<br>VIELMA MICHAEL | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | | JURY |

---

**6052 D-1-GN-23-002421**    **OBERG MARK**      vs. **ACADEMY, LTD**
**DIVERSIFIED MAINTENANCE SYSTEMS, LLC**

| | | | | | |
|---|---|---|---|---|---|
| | 5 days | | Set By CROSS PLAINTIFF | | JURY |

---

**6053 D-1-GN-25-001131**    **AMOS TAYLOR MATTHEW**      vs. **USAA**

| | | | | | |
|---|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | | JURY |

---

**6054 D-1-GN-21-007184**    **BERRO JOSEPH**      vs. **BERRY LUKE**
**COVID TESTING SOLUTIONS LLC**          **BLUE FLYING HORSESHOE**
**CABOT LAB LLC**
**HARRIS ROSS**
**MOLA GIOVANNI**
**MOLA NICOLA**
**MOLA VINCENZO**
**ORTA AARON**
**SUPREME MEDICAL LABORATORIES LLC**
**TEXAS STAR MED CLINIC LLC**

| | | | | | |
|---|---|---|---|---|---|
| | 10 days | | Set By PLAINTIFF | | JURY |

---

**6055 D-1-GN-24-008845**    **HERRERA CARLOS**      vs. **CASA GARCIA MEXICAN RESTAURANT & CANTINA**
**KPG COMMERCIAL, LLC**
**WINDERMERE ATX, LP**

| | | | | | |
|---|---|---|---|---|---|
| | 2 days | | Set By DEFENDANT | | JURY |

---

**6056 D-1-GN-24-002259**    **HALL ERIN**      vs. **KOLKHORST HARRISON**
**MEIGS MATTHEW**
**MEIGS SARAH**

| | | | | | |
|---|---|---|---|---|---|
| | 4 days | | | | JURY |

---

**6057 D-1-GN-24-005485**    **FLORES RHIO ANNE**      vs. **POMEROY KOREY LYNN**
**PROSERV CRANE & EQUIPMENT, INC.**

| | | | | | |
|---|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | | JURY |

---

**6058 D-1-GN-25-002598**    **CANTU CASSANDRA**      vs. **CASTELLANO LESLIE**
**RUNKLE DEREK**

| | | | | | |
|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 20, 2026,  09:01 AM

**6059  D-1-GN-22-000690**   WYATT JOE                                   vs.  **LDG MANCHACA COMMONS LP**
**RICKHAUS DESIGN LLC**
**SHFC MANCHACA LAND LLC**
**SHFCTC GP MANCHACA LLC**
**XPERT DESIGN AND CONSTRUCTION LLC**

3 days                              Set By PLAINTIFF                                                        JURY

---

**6060  D-1-GN-24-000109**   MCKESSON CORPORATION                        vs.  **COX SHANNON D.**
**SHIMKUS BRIAN J.**

4 days                              Set By PLAINTIFF                                                        JURY

---

**6061  D-1-GN-25-001302**   WEBB CASSANDRA                              vs.  **FOLEY GLORIA LIBERTAD**
**GLORIA LIBERTAD FOLEY AS TRUSTEE OF THE GLORIA**
**FOLEY LIVING TRUST**
**PINKBUBBLEAUSTIN L.L.C.**

4 days                              Set By PLAINTIFF                                                        JURY

---

**6062  D-1-GN-21-001720**   PADDY SAMMY K                               vs.  **EDWIN W. PREWITT JR**
**GREAT HILLS PINNACLE LLC**
**WINDY BROOK CONSTRUCTION COMPANY LLC**

3 days                              Set By PLAINTIFF                                                        JURY

Atty: ICENOGLE ANTHONY L (512-342-9519)                         Atty: SNELL JASON W (512-477-5291)
                                                                Atty: STANLEY CHRISTOPHER (512-930-9775)

---

**6064  D-1-GN-24-010081**   RUIZ LOPART ALEJANDRO                       vs.  **CASSIDY CONSTRUCTION, LLC**
**CAVAGNA GROUP S.P.A OMECA DIVISION**
**CAVAGNA NORTH AMERICA, INC.**
**FERRELLGAS PARTNERS, L.P.**
**FERRELLGAS, L.P.**
**KW PREFERRED HOMES,LLC KC WHETSTONE**
**ROTTS MICHAEL  B.**
**SHARP JASMINE**

7 days                              Set By PLAINTIFF                                                        JURY

---

**6065  D-1-GN-22-006133**   COOK SARAH                                  vs.  **CERVENKA BLAKE**
**TEXAS HIGHWAY WALLS INC**

8 days                              Set By PLAINTIFF                                                        JURY

---

**6066  D-1-GN-25-000172**   TIJERINA  ANTONIO                           vs.  **GEICO TEXAS COUNTY MUTUAL INSURANCE COMPANY**

4 days                              Set By PLAINTIFF                                                        JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, April 20, 2026,  09:01 AM

**6068  D-1-GN-25-000289**    **EDMAN TIMOTHY DAVID**                              **vs.  DORSETT CHARLES  ROBERT**
                                                                                            **ELLISOR NATHAN LEE**

4 days                              Set By PLAINTIFF                                                              JURY

---

**6069  D-1-GN-24-000127**    **NEVIN HUNTER**                                     **vs.  3CJS, LLC**
                                                                                            **FREZON CAMERON**
                                                                                            **FREZON JENNIFER**
                                                                                            **FREZON STEVEN**
                                                                                            **WILLOW SKY RANCH, LLC**

7 days                                                                                                            JURY

---

**6070  D-1-GN-24-009940**    **ADNOVA, LLC**                                      **vs.  APEX TRADER FUNDING, INC.**
                                       **MONTANO MARTIN**                                 **MARTIN DARRELL**
                                                                                            **SKELTON JOHN**

10 days                             Set By COUNTER-PLAINTIFF                                              JURY

---

**6071  D-1-GN-24-010231**    **CASTILLO PATRICIA**                                **vs.  CLARK KYLE REED**
                                       **HERNANDEZ MENDEZ MARIA CECILLA**          **RANGER EXVACATING, L.P.**

5 days                              Set By PLAINTIFF                                                              JURY

---

**6072  D-1-GN-24-003909**    **GST AMERICA, INC.**                                **vs.  BATISTE INSUN**
                                                                                            **MANNING REALTY GROUP, LLC**
                                                                                            **MAY MYRNA**
                                                                                            **MOORE JOSE  RAUL**
                                                                                            **MOORE LAURA GUADALUPE**
                                                                                            **UNITED REAL ESTATE AUSTIN, LLC**
                                                                                            **XINDARIS CHRISTOPHER**

7 days                              Set By PLAINTIFF                                                              JURY

---

**6073  D-1-GN-25-000786**    **BARNETT SHAWN**                                    **vs.  DUPRE INVESTMENTS, INC.**
                                                                                            **DUPRE LOGISTICS, LLC**
                                                                                            **HAZZARD SHANNON NAASSON**

3 days                              Set By PLAINTIFF                                                              JURY

---

**6074  D-1-GN-24-004369**    **SCHNIER SPENCER THOMAS**                           **vs.  AMAZON.COM SERVICES LLC**
                                                                                            **DNT CONSTRUCTION,LLC**
                                                                                            **ENGINE LOGISTICS SERVICES**
                                                                                            **ROBISON ZACHARY WAYNE**
                                                                                            **STRIPE IT UP, LLC**
                                                                                            **TURNER'S CROSSING RESIDENTIAL COMMUNITY, INC.**

3 days                              Set By PLAINTIFF                                                              JURY

**6075  D-1-GN-24-004547**    **LINSCOMB CHLOE**                                      **vs.  JACKSON  DEWITT  DENARD**

5 days                                Set By PLAINTIFF                                    JURY

---

**6076  D-1-GN-23-007511**    **THAYER DONNA**                                        **vs.  BRUECHER FOUNDATION SERVICES, INC**

3 days                                Set By PLAINTIFF                                    JURY

---

**6077  D-1-GN-24-002759**    **SATASIA MEHUL**                                       **vs.  CUSTOM TRENCH INC.**
                                                                                       **ORTIZ  JUAN**

7 days                                Set By PLAINTIFF                                    JURY

---

**6078  D-1-GN-24-008056**    **LLANES CYNTHIA**                                      **vs.  FAIRMONT HOTELS &amp; RESORTS, INC.**
                                                                                       **MANCHESTER AUSTIN HOLDING COMPANY, LLC**
                                                                                       **MANCHESTER AUSTIN JOINT VENTURE, LLC**
                                                                                       **MANCHESTER AUSTIN PARENT, LLC**
                                                                                       **MANCHESTER AUSTIN, LLC**
                                                                                       **MANCHESTER FAIRMONT AUSTIN HOLDING COMPANY, LLC**
                                                                                       **MANCHESTER FAIRMONT AUSTIN JOINT VENTURE, LLC**
                                                                                       **MANCHESTER FAIRMONT AUSTIN PARENT, LLC**
                                                                                       **MANCHESTER FAIRMONT AUSTIN, LLC**
                                                                                       **MANDARIN FLOWER CO., INC.**

3 days                                Set By PLAINTIFF                                    JURY

---

**6079  D-1-GN-24-002904**    **RUDOMEN JULIA**                                       **vs.  963 DELIVERY, LLC**
                                                                                       **AMAZON LOGISTICS, INC.**
                                                                                       **GELCO FLEET TRUST**
                                                                                       **PRIDGIN BRIAN**

5 days                                Set By INTERVENER                                  JURY

---

**6080  D-1-GN-24-002705**    **CLARK ANNE**                                          **vs.  WALDROP RICKY**
                              **HERNANDEZ BRANDON**

5 days                                Set By DEFENDANT                                   JURY

---

**6081  D-1-GN-24-000786**    **DOE JANE**                                            **vs.  AMERICAN AIRLINES, INC.**
                              **DOE JOHN**                                                **THOMPSON ESTES  CARTER**

5 days                                Set By AS NEXT FRIEND OF                            JURY

---

**6082  D-1-GN-24-002859**    **JORDAN LYDIA**                                        **vs.  CITY OF AUSTIN**

3 days                                Set By PLAINTIFF                                    JURY

| 5032  D-1-GN-21-003788 | AHRENS CAROLYN | vs. 31-W INSULATION, CO., INC | PREF (SOIFER) |
|---|---|---|---|
| | AHRENS JON | A &amp; B POOLS LLC | |
| | APPLEWHITE CHRISTIE | A + POOL LEAK DETECTIVES, LLC | |
| | APPLEWHITE RICHARD | Allegiant Contractors, LLC | |
| | AQUATIC IDEAS, LLC | AQUATIC IDEAS, LLC | |
| | ARCH CONSULTING ENGINEERS, PLLC | AQUATIC REFLECTIONS, INC. | |
| | ASHER JOHN HART | ARROYO' S POOLS CONSTRUCTION | |
| | ASHLEY JAMES | ASHBY CAPITAL INVESTMENTS, LLC 401K PLAN | |
| | ASHLEY JENNIFER | ASHBY JILL K. | |
| | BAILLARGEON KRISTEN | ASHBY NORMAN E. | |
| | BAILLARGEON ROBERT | ATLANTIS POOLS PLASTERING INC | |
| | BAILLARGEON ROBERT R | AUSTIN READY MIX, LLC | |
| | BAKER TERRANCE | Austin Ready-Mix LLC | |
| | BALTZ JOSHUA | AUSTINTATIOUS POOLS, INC | |
| | BATSON PAUL | BAILEY BRENT | |
| | BEAULIEU BRYAN | BAIRD BRADY | |
| | BEAULIEU NICOLE | BASTROP SAND SUPPLY, LLC | |
| | BLAIR  JASON | BOULDER POOLS, LLC | |
| | BLAIR CHERYL | BRAD FARRIS, P.E. | |
| | BOWDOIN DUSTIN | BRIGHTEN POOLS, LLC | |
| | BRADLEY AND NICOLE HOLDEN TRUST | BRISCO JAMES | |
| | BRESHEARS JEREMY | CATTLES CONSTRUCTION,INC. | |
| | BRESHEARS RIANNE | CCP&amp;S, LTD | |
| | BRODY YULIYA | CEMPLEX GROUP TEXAS, LLC | |
| | BROWN DRU | CHANAS AGGREGATES, LLC | |
| | BUCHANAN NATALIE | COLLIER MATERIALS, INC. | |
| | BUCHANAN RYAN | CONSTRUCTION MANAGERS OF AUSTIN LLC | |
| | BYCHOWSKI MARK | CRYSTAL CLEAR CONSTRUCTION, LTD | |
| | Cahak Brian | dba Premier POOL &amp; SPAS AND PREMIER | |
| | Cahak Rebecca | POOLS&amp; SPAS | |
| | CARAS MAHSHID | DIMENSION CUSTOM POOLS, LLC | |
| | Carroll Daniel P. | DIRECT ROOFING, INC | |
| | Carroll Morgan | EASY MIX CONCRETE SERVICES, LLC | |
| | CARROLL MORGAN P. | ELITE POOLS OF AUSTIN GP, INC | |
| | CARTER REGINA | ELITE POOLS OF AUSTIN, LTD | |
| | CARTER RICHARD | ELY EDWARD ELLIOT | |
| | CHATFIELD JONATHAN | ELY EDWARD MITCHELL | |
| | CHATFIELD SARA | ELY MATTHEW BRANDES | |
| | CHING ERICK | ELY PROPERTIES, INC. | |
| | CHING RACHEL | EPPRIGHT HOMES, LLC | |
| | CHIUMENTI JUSTIN | Fried Gabrielle | |
| | CHO YUKYUNG | Fried Michael | |
| | CLARK JESSICA | FUN N SUN POOLS OF AUSTIN INC | |
| | CLASSIC NEIGHBORHOOD DEVELOPMENT LLC | GRYCO INC. | |
| | COCHRAN ANGELA | H&amp;H TILE AND PLASTER OF AUSTIN LTD LP | |
| | COCHRAN JAMIE | HAMPLE POOLS &amp; SERVICE LLC | |
| | COFFEY MICHELLE | HARVEY JAMES | |
| | COPELAND RYAN | HAYLEX GP, LLC. | |
| | CRAN JONATHAN | HAYLEX PARTNERS, LTD. | |
| | DARGIS AMBER | HEATH WILLIAM C. | |

DARGIS MATTHEW
DAVIS BRIAN
DAVIS LORI
DEATON BRIAN
DEJOHN TAMARA
DIGEATANO MICHAEL
DIMEO JAMES M
DIMEO TINA M
Donald LaBove
DUFFIE CONNOR
DUFFIE KAYTI
FARRIS BRAD
FIELDS ASHLEY
FIELDS SHARON
FISCHER JUSTIN
FLINT KIERSTEN
FLORES YVETTE
FONTENOT ASHLEY
FONTENOT CHRISTOPHER
FORD JOHN
FORD VICKI
FRIED GABRIELLE
FRIED MICHAEL
Fu Yulai
FUN N SUN POOLS OF AUSTIN, INC
GAITHER JARROD
GARRETT ROBERT
GREEN ADAM
GREEN LAUREN
GREGG JODI
GREGG PRESTON
GRIEGO JEANNIE
GRIEGO JON
HAMPSTEIN PHILLIP
HAMPSTEN KRISTIN
Hanks Kristin
Hanks, Jr. Elbert Wayne
HARPER JACK
HARPER PAMELA
HATLEY DEREK
HATLEY HEATHER
HAYES AMBER
HAYES JOSEPH
HEINROTH CHE
HEINROTH ERIC
HELTA DYLAN
HELTON KYRA
HESTER TINA
HULLUM BRADLEY
HULLUM CANADA
HUSER MATTHEW
JOHN GEORGE

HERZOG RANDY
JD HUNT CUSTOM HOMES INCORPORATED
JIMMY EVANS COMPANY, LTD
JOSH WILLIS CUSTOM HOMES, INC.
KAUFMANN BRAD
KB CUSTOM POOLS, LLC.
LEGACY DCS LLC
LEHIGH CEMENT COMPANY, LP
LYON DYNAMIC ENTERPRISES, INCORPORATED
MARTINEZ SIMON
MATT SITRA CUSTOM HOMES, INC.
MCFADYEN JOHN CODY
MCGUIRE  JUSTIN
MILLENNIUM POOLS, INC
MILLENNIUM POOLS, INC.
NALLE CUSTOM HOMES, INC
NORMAN E. ASHBY, TRUSTEE
OMEGA DRY WALL COMPANY, INC
Omega Dry Wall Company, Inc.
OMEGA FRAMING LLC
Omega Framing, L.L.C.
PACK POOLS, INC.
PCA BOOT RANCH, LLC
POND SPRINGS CUSTOM POOLS, LLC
PRECISION WATERSHAPES, INC
PRECISION WATERSHAPES, INC.
PREMIER ATX INDUSTRIES, LLC
PROVENANCE CONSTRUCTORS LLC
PROVENANCE DEVELOPMENT LLC
QUALITY CUSTOM POOLS INC
REDLINE CONCRETE, LLC
RIVERA ENGINEERING LLC
RODRIGUEZ BIG R POOL &amp; CONSTRUCTION, LLC
RODRIGUEZ CARLOS
RODRIGUEZ IGNACIO
ROUND ROCK POOL PROS LLC
SASSENBERG  BRANDON
SAYRE MICHAEL B.
SENDERO DEVELOPMENT, INC.
SIERRA BUILDERS, INC.
SM POOL CONSTRUCTION, LLC
SM Pools
SMART POOLS SERVICES, LLC
SOLARA CUSTOM POOLS, LLC
SOUTHPAW POOLS, INC.
STAG POOLS, LLC
SUNRISE CONCRETE SERVICES, LLC
TEXAN PROPERTIES, LLC
TEXAS LEHIGH CEMENT COMPANY L.P.
TEXAS LUXURY OUTDOORS, LLC
TEXAS MATERIALS GROUP, INC.
THE FLATS ON SOUTH CONGRESS LLC

JOYCE JACQUE
JOYCE JAMES
KEENEY SAMANTHA
KEENEY SHANNON
KEY  CHRISTOPHER
KEY CORYNN
KOWALIK KRIS
KOWALIK KRISTI
LANDERS PATRICIA
LANDERS WADE
LARSON GLENN
LARSON MICHELLE
LAWLOR RICHARD
LEHRMANN DEBRA
LEHRMANN GREG
LEUNG FRANK
LITTLE MEGAN
LITTLE NATHAN
LYON DOUGLAS HAROLD
MADDEN JOHN
MADDEN MELISSA
MANNING DAVID
MANNING JANET
MARCHMAN TAYLOR
MCFERRIN CLINTON
MCGREGOR KARA
MEAD BRIAN
MEINEN COURTNEY
MEINEN JASON
MERITAGE HOMES OF TEXAS, LLC
Michael Floyd
MOORE JONATHAN
MYERS AMANDA
NALLE CUSTOM HOMES, INC.
NAM DEBBIE
OLIVER DANIELA
OLIVER GUILLERMO
OLSON  BLAKE
PEPPER ANDREW
PEPPER INGRID
PETERSON CRAIG
PETERSON CRAIG  JON
PETERSON JILL VICARS
PISCITELLI DAWN
QUINTANA JULIO
RAMEY NEELEY
RIBBLE  JOE
ROBERTS HARLAN
RUSSO CHARLIE
SAVITT  ELAN
SAVITT  ROISIN
SCHERER GEOFFREY

THE JMHH COMPANY LLC
TIME FRAMING &amp; CONSULTING, LLC
TRANSOU HOLDINGS, INC.
TRAVIS MATERIALS GROUP, LTD.
TRI COUNTY POOLS SERVICE, LP.
TRI COUNTY POOLS, INC.
UNLIMITED SPRINKLER FIRE PROTECTION, INC
URBAN CONSTRUCTORS, INC.
VOLUTE PARTNERS, LLC
WALDEN KIRK
WATERVIEW CUSTOM POOLS, LLC
WATERVIEW POOLS
WATERVIEW POOLS, INC

SCHULTZ ERIC

SCHWARZBACH ANNA

SCHWARZBACH DAVID

SEAFLOWER, LLC

SEARLE BARRY

SHUMAKER AARON

SIGMON JAMES

SIGMON TRACI

Singh Teja

SMITH  MARK

SMITH GERRY

SMITH MICHELLE

SORRENTINO JAMIE

SORRENTINO MATTHEW

STAIGERWALD JOHN

STAIGERWALD LISA

STEIN JENNIFER

STEIN RUSSELL

STEWART CLAIRE

STEWART POETRELL

SWANGER DERRY

SWART BRYAN

SWART JEAN

TAVARES DEBBIE

TAVARES VINNY

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

AS SUBROGEE OF STAG POOLS, LLC

THE PUBLIC CONDOMINIUM COMMUNITY INC

THE TRUSTEE FOR THE PUBLIC CONDOMINIUM PROPERTY

IRREVOCABLE

Thomson Will

TRIBUNE CASSANDRA

TRIBUNE DAVID

VAN ARSDALE CORBIN

VANDER GHEYNST JOHN

VANDER GHEYNST LESLIE

VANDERVEEN ARTHUR

VASQUEZ LUDY

WALTERS MICHELLE

WALTERS NEIL B

WEEKLEY HOMES LLC

WEITKEMPER KELLEY

WEITKEMPER PAUL

WHEELER BRAD

WHITE REX

WHITE TERRI

WILCHER GARY

WILLAMS HANNAH

WILLENS SHAINA

WILLENS ZACHARY

WILLIAMS DAMON

WITTLIFF REID

**WITTLIFF SUSAN**
**WOOD BRIAN**

20 days                                                                                                                    JURY

Atty: Perczak Margene K. (3037790077)                    Atty: WILKINSON MEREDYTHE HEATON (512-503-4878)

---

**6001  D-1-GN-24-005641**     **ANDERSON JOHNETTA**          vs.  **CLEAN SCAPES - DALLAS, LLC.**
                                                                    **CLEAN SCAPES ENTERPRISES, INC**
                                                                    **VASQUEZ ELUIT ARCINEGA**

5 days                                        Set By PLAINTIFF                                                              JURY

---

**6002  D-1-GN-25-000330**     **LOPEZ VELASQUEZ PEDRO**      vs.  **TAYLOR ELLIOT ISAACS**

4 days                                        Set By PLAINTIFF                                                              JURY

---

**6003  D-1-GN-25-001037**     **LANDRY JAMAL**               vs.  **HERRERA LESLIE**

3 days                                        Set By PLAINTIFF                                                              JURY

---

**6004  D-1-GN-23-007669**     **BELL FUND VI SOUTH AUSTIN, LLC**        vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
                                **BELL FUND VII SOUTHPARK MEADOWS LLC**
                                **BELL FUND VII SOUTHPARK SPRINGS LLC**

3 days                                        Set By PLAINTIFF                                                              JURY

---

**6005  D-1-GN-23-007143**     **PPF AMLI 1000 SAN MARCOS STREET, LLC**    vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                        Set By PLAINTIFF                                                              JURY

---

**6006  D-1-GN-25-000113**     **LEATHERS KEVIN  JAMES**      vs.  **WARD  TAYLOR KINSLEY**

4 days                                                                                                                      JURY

---

**6007  D-1-GN-24-008740**     **O'BRIEN LAWRENCE**           vs.  **O'BRIEN PAUL**
                                **O'BRIEN MARY**                     **O'BRIEN TIFFANIE**

4 days                                        Set By PLAINTIFF                                                              JURY

---

**6008  D-1-GN-23-001811**     **CORDOVA SELENA**             vs.  **CORTES CESAR LOPEZ**
                                **SANCHEZ LAURA**                    **LA CAMPENA TRUCKING LLC**
                                                                     **VASQUEZ ALCANTARA MERLY**

4 days                                        Set By PLAINTIFF                                                              JURY

---

**6009  D-1-GN-23-001015**     **LINDE MARIANNE**             vs.  **HEFFERNAN CYNTHIA**
                                                                     **HEFFERNAN GLENN**
                                                                     **HEFFERNAN NICHOLAS ALEXANDER**

3 days                                        Set By PLAINTIFF                                                              JURY

---

| 6010 D-1-GN-25-000702 | DARNELL RUSSELL | | vs. | ALONSO HERLY |
|---|---|---|---|---|
| | | | | KMYC THE HOUSTON LLC |
| | | | | MORALES PALMERO KENIEL |
| 5 days | | Set By DEFENDANT | | JURY |

| 6011 D-1-GN-25-002188 | RAMOS AMY | | vs. | E.A. SWEEN COMPANY |
|---|---|---|---|---|
| | | | | LUCAS KENDRICK |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6012 D-1-GN-24-007785 | RAMOS  BRYAN | | vs. | BLUEBONNET ELECTRIC COOPERATIVE, INC. |
|---|---|---|---|---|
| | | | | KIESCHNICK KYLE |
| 3 days | | Set By PLAINTIFF | | JURY |

| 6013 D-1-GN-23-002387 | KIRA SPRINGER AS REPRESENTATIVE OF THE ESTATE OF MARY MCCOY | | vs. | GRONA MARTHA SUE |
|---|---|---|---|---|
| | | | | GRONA MICHELLE |
| | | | | GRONA ROBERT |
| 4 days | | Set By DEFENDANT | | JURY |

| 6014 D-1-GN-24-008821 | HERNANDEZ HECTOR | | vs. | SIGNATURE AVIATION USA, LLC |
|---|---|---|---|---|
| | | | | SIGNATURE FLIGHT SUPPORT LLC |
| | | | | STEPHENS KATHY |
| 7 days | | Set By PLAINTIFF | | JURY |

| 6015 D-1-GN-24-009980 | TORRES NIEVES STEPHANIE | | vs. | CUNNINGHAM JOSLYN ALASIA |
|---|---|---|---|---|
| | | | | LAZ PARKING TEXAS, LLC |
| 2 days | | Set By PLAINTIFF | | JURY |

| 6016 D-1-GN-25-000399 | REESE CHRISTINE | | vs. | PEREZ ERIN JOEL |
|---|---|---|---|---|
| | | | | SATELLITE INDUSTRIES, INC. |
| 5 days | | | | JURY |

| 6017 D-1-GN-24-008410 | ZAMBRANO SANCHEZ CHARLI ANTONI | | vs. | HENSON WYATT TAYLOR |
|---|---|---|---|---|
| | | | | JIM MCNABB, INC. |
| | | | | MORRIS LAUREL |
| | | | | REED ADDISON RENE |
| 4 days | | Set By PLAINTIFF | | JURY |

| 6018 D-1-GN-25-002782 | MACDONALD SHAWN | | vs. | GAMEZ MARIO |
|---|---|---|---|---|
| | | | | RICO-GUTIERREZ MARIA |
| 4 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, May 04, 2026,  09:01 AM

**6019  D-1-GN-24-003589**     FERRIS SHARON                                      vs.  DEGROOT JUDITH
                                                                                       SNIDER ASHLEY CHERI
                                                                                       SNYDER ASHLEY

3 days                                    Set By DEFENDANT                                                              JURY

---

**6020  D-1-GN-24-002539**     K. M.                                              vs.  AVELA REAL ESTATE PARTNERS, INC.
                                                                                       MENLO MUELLER AUSTIN APARTMENTS, LLC

5 days                                    Set By PLAINTIFF                                                              JURY

---

**6021  D-1-GN-24-003151**     MENDOZA ISIDRO CASTANON                            vs.  GATEWAY US HOLDINGS, INC.
                               MENDOZA MEJIA REYNA VICTORIA                             RENTERIA JOSHUA ANDRADE
                                                                                       SANCHEZ CARLOS LOYOLA

4 days                                                                                                                  JURY

---

**6022  D-1-GN-24-004396**     BERRY CARLEIGH                                     vs.  MCCLANAHAN MAGGI
                                                                                       ROZEGNAL COLVIN JOHN

5 days                                    Set By DEFENDANT                                                              JURY

---

**6023  D-1-GN-24-000166**     HARRIS WILLIAM                                     vs.  ATX COOP TAXI
                                                                                       KHAN MANIK

5 days                                    Set By PLAINTIFF                                                              JURY

---

**6024  D-1-GN-25-001155**     MUNTINGH MARC                                      vs.  CHARLES SCHWAB &amp; CO., INC.

5 days                                    Set By PLAINTIFF                                                              JURY

---

**6025  D-1-GN-23-002747**     DIMATTEO DAVID                                     vs.  AMERICAN PRIDE MOVING COMPANY, LLC
                                                                                       FLOURNOY RYAN MICHAEL
                                                                                       LIVING PROOF CONSTRUCTION, LLC

3 days                                    Set By PLAINTIFF                                                              JURY

---

**6026  D-1-GN-23-004287**     GILLISPIE SAVANNAH                                 vs.  TEXAS OAKS PSYCHIATRIC HOSPITAL, L.P.
                                                                                       TIRADO CARLOS

5 days                                    Set By DEFENDANT                                                              JURY

---

**6027  D-1-GN-24-004231**     CHOI JINHO                                         vs.  FARMER RICKIE JOSEPH
                               KIM HYOJEONG                                            LYFT, INC.
                                                                                       VASQUEZ-BRACHO RONY ALEXANDER

5 days                                    Set By PLAINTIFF                                                              JURY

| 6028 | D-1-GN-24-008299 | MENDEZ CYNTHIA<br>MENDEZ MONICA | | vs. | O'CONNELL DANIEL | |
|---|---|---|---|---|---|---|
| | 5 days | | | | | JURY |

| 6029 | D-1-GN-24-008437 | RODRIGUEZ GUSTAVO | | vs. | MONDRAGON AVILES ANN  ROSA | |
|---|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6030 | D-1-GN-23-003134 | COSTCO WHOLESALE CORPORATION | | vs. | TRAVIS APPRAISAL REVIEW BOARD | |
|---|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6031 | D-1-GN-25-000439 | PUPO GUEVARA NADIEL<br>SALAS PORTELLES MAYLIN | | vs. | HACKFIELD JOHN  KEITH | |
|---|---|---|---|---|---|---|
| | 3 days | | Set By PLAINTIFF | | | JURY |

| 6033 | D-1-GN-23-000945 | THE SABINE MASTER CONDOMINIUM ASSOCIATION, INC. | | vs. | FIRSTSERVICE RESIDENTIAL AUSTIN, LLC<br>INTERSTATE RESTORATION LLC<br>TRUCK INSURANCE EXCHANGE | |
|---|---|---|---|---|---|---|
| | 8 days | | Set By DEFENDANT | | | JURY |

| 6034 | D-1-GN-24-008485 | LYON APRIL | | vs. | PAFAT<br>PAFAT, L.P. | |
|---|---|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | | | JURY |

| 6035 | D-1-GN-24-009829 | FOSTER ISA | | vs. | AFONJA ADESOJI<br>PROGESSIVE COUNTY MUTUAL INSURANCE COMPANY | |
|---|---|---|---|---|---|---|
| | 5 days | | | | | JURY |

| 6036 | D-1-GN-24-009399 | SHELLEY MAX | | vs. | THE CITY OF MANOR | |
|---|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | | JURY |

| 6037 | D-1-GN-17-003376 | 841 AIRPORT BLVD LTD | | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|---|---|---|
| | 5 days | | Set By DEFENDANT | | | JURY |
| | | Atty: NASSOUR JASON R. (512-904-9500) | | | Atty: SANCHEZ MARY (512-323-0797) | |

| 6038 | D-1-GN-24-005428 | LOPEZ  MAGAN | | vs. | LIBERTY COUNTY MUTUAL INSURANCE COMPANY<br>WOODSON JADE  E. | |
|---|---|---|---|---|---|---|
| | 4 days | | Set By PLAINTIFF | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, May 04, 2026,  09:01 AM

**6039  D-1-GN-24-010181**  DONALDSON JENNY  
DONALDSON MICHAEL  

vs.  PARKER SIMON  LEE

5 days  Set By PLAINTIFF  JURY

---

**6040  D-1-GN-25-001309**  SANTIAGO ANDREA  

vs.  ESTEVEZ CARDOZA ELIUT  
SERRANO LOPEZ RAQUEL ALEJANDRA

3 days  Set By PLAINTIFF  JURY

---

**6041  D-1-GN-24-009392**  FERRIS NICOLAS  

vs.  DURSO STEVE  
QUICK DANIEL WAYNE

5 days  Set By DEFENDANT  JURY

---

**6042  D-1-GN-24-001240**  ARTISTIC MINDS EARLY LEARNING ACADEMY, LLC  

vs.  DR. BEEMER, LLC  
JSDS 620 INVESTMENTS, LLC  
KNAPP KRIS  
POTX DKK, LLC  
SUVRIDDHI INVESTMENTS LLC

5 days  Set By CROSS DEFENDANT  JURY

---

**6043  D-1-GN-24-004378**  MORRISON  JAMES  

vs.  ROCKIN' DISPOSAL INC.  
WASHINGTON JOHNNY

7 days  Set By PLAINTIFF  JURY

---

**6044  D-1-GN-25-001269**  CAMACHO OLARTE RICARDO  

vs.  CASTELAN SANTANA MELISSA  
SHIRZOI ASADULLAH

5 days  Set By PLAINTIFF  JURY

---

**6045  D-1-GN-24-008371**  REYES KRYSTAL  
REYES MARIA DEL CARMEN  

vs.  DAUGHERTY ASHTON REBECCA  
PAEZ EDGAR HUMBERTO

5 days  Set By DEFENDANT  JURY

---

**6046  D-1-GN-25-001534**  NASH CURTIS  

vs.  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY  
SAUNDERS RICHARD G.

4 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, May 18, 2026,  09:01 AM

**4053  D-1-GN-18-005944**                                                    **vs.  EASY STREET CAPITAL LLC**
                                                                                    **HORNET CAPITAL LLC**
                                                                                    **THE BOWIE LAW FIRM**

  3 days                                                                                                    JURY

                Atty: Petersen Robert Young (713-904-5272)                  Atty: CHILDS KEVIN R. (512-279-0805)
                                                                            Atty: O'TOOLE BRIAN (512-476-4740)
                                                                            Atty: TAYLOR JOHN MICHAEL (512-920-1340)

---

**6001  D-1-GN-24-008499**   **WOODROW  MARIA**                              **vs.  GIRARD  JAMES**
                                                                                    **TELSA MOTOR INC**
                                                                                    **TESLA, INC**

  5 days                               Set By PLAINTIFF                                                     JURY

---

**6002  D-1-GN-23-004662**   **SERRANO MARIA CERVANTES**                     **vs.  MOORE CLEAN LLC**
                                                                                    **NICKERSON GARIS BERNARD**

  4 days                               Set By PLAINTIFF                                                     JURY

---

**6003  D-1-GN-24-004442**   **NAMBO HOMERO**                                **vs.  T7 ENTERPRISES, LLC**
                                                                                    **WEYMIER  MICHAEL SHAWN**

  4 days                               Set By PLAINTIFF                                                     JURY

---

**6004  D-1-GN-24-001019**   **S. E.**                                       **vs.  DE LAO KARIM**
                              **SERNA JOHNNY**
                              **SERNA JONATHAN**

  3 days                               Set By AS NEXT FRIEND OF                                             JURY

---

**6005  D-1-GN-24-009843**   **GARZA MATHEW**                                **vs.  BADOWSKI DREW**
                              **RIVAS DENIS**

  4 days                               Set By PLAINTIFF                                                     JURY

---

**6006  D-1-GN-23-008920**   **VAN NIEKERK CLAUDETTE**                       **vs.  MARTINEZ ZACHARY  LEON**
                                                                                    **TEXAS MATERIALS GROUP, INC.**
                                                                                    **TRP CONSTRUCTION GROUP, LLC**

  6 days                               Set By DEFENDANT                                                     JURY

---

**6007  D-1-GN-23-007673**   **MUELLER AUSTIN MULTIFAMILY III, LLC**         **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
  3 days                               Set By PLAINTIFF                                                     JURY

---

**6008  D-1-GN-23-008494**   **PRINCIPALS ASSURANCE FUND, LLC**              **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
                              **SC PARTNERS LLC**

  3 days                               Set By PLAINTIFF                                                     JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, May 18, 2026, 09:01 AM

**6009 D-1-GN-24-003105**    HILL COUNTRY WEAVERS, LLC     **vs.** BERRY KENNEDY
BETHKE KAIWEN
Knit ATX LLC

5 days     Set By PLAINTIFF     JURY

---

**6010 D-1-GN-24-004370**    MARTINEZ PEDRO     **vs.** ADAMS AKELA
AYCOCK MATTHEW
GARCIA GABRIEL
ROY JORGENSEN ASSOCIATES, INC.

5 days     JURY

---

**6011 D-1-GN-24-009235**    PARKS CHARLOTTE AMELIA     **vs.** BASKIN MICHAEL HOWARD
COASTLINE TWO, LLC

5 days     Set By PLAINTIFF     JURY

---

**6012 D-1-GN-24-009646**    DEFRANK VICTORIA
MANEATES JASMINE     **vs.** BOWEN FRANKLIN

4 days     Set By PLAINTIFF     JURY

---

**6013 D-1-GN-24-005887**    WILLIAMS JUSTIN     **vs.** WESTERN MARC WELDON

3 days     Set By PLAINTIFF     JURY

---

**6014 D-1-GN-24-004032**    OLSZEWSKI LEAH     **vs.** SOLOMON AMANDA
SOLOMON PROPERTIES TX, LLC
SOLOMON SIMON

5 days     Set By PLAINTIFF     JURY

---

**6015 D-1-GN-23-008925**    CHAVEZ CASEY
LONGORIA SUSANNA
MATTHEWS PORTIA
ZEPEDA JANET     **vs.** NISSAN MOTOR CO., LTD
NISSAN NORTH AMERICA, INC.
ROBERTSON JOSHUA
VALERIA GONZALEZ AS REPRESENTATIVE OF THE ESTATE
OF VERONICA DE LA CRUZ CORDOVA
WRIGHT ARTHUR

10 days     Set By PLAINTIFF     JURY

---

**6016 D-1-GN-24-000261**    HERNANDEZ CARMEN
ROSALES ANNIE
ROSALES PAUL
ROSALES STEPHAN     **vs.** CENTRAL TEXAS SURGICAL ASSOCIATES
HAWTHORNE ANDY

5 days     Set By DEFENDANT     JURY

**6017  D-1-GN-25-001361**  AVILES GUSTAVO RICARDO  vs.  JUAREZ ARAUJO GRICELDA
NEVAREZ NOEL
THE GLASS HOUSE INC

5 days  Set By PLAINTIFF  JURY

---

**6018  D-1-GN-24-001513**  DANIEL DAVILA FAMILY LIMITED PARTNERSHIP  vs.  DK PARTNERS PC
DAVILA DANIEL  KANGAS STEVEN
SIMMONS BRIAN

5 days  Set By PLAINTIFF  JURY

---

**6020  D-1-GN-24-004251**  SCHOPPE  MICHAEL  vs.  CAPITAL RANGER PROTECTIVE SERVICES, L.P.
RANGER PROTECTION AGENCY 2.0, LLC
WILLIAMS JAWASKII

7 days  Set By PLAINTIFF  JURY

---

**6021  D-1-GN-25-001002**  LIBERTY DAVID  vs.  AMADOR GARCIA COSME
IGA INTERNATIONAL FREIGHT LINE INC'S

5 days  Set By PLAINTIFF  JURY

---

**6022  D-1-GN-24-008361**  DECASTRO ADRIANA  vs.  SALON X CHANGE LLC
3 days  Set By PLAINTIFF  JURY

---

**6023  D-1-GN-24-005508**  ANDREEVA OLGA  vs.  ARDOLINO MORGAN
PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

3 days  Set By COUNTER-PLAINTIFF  JURY

---

**6024  D-1-GN-25-000275**  GRAY JAMES  vs.  H-E-B, LP
5 days  Set By PLAINTIFF  JURY

---

**6025  D-1-GN-23-004931**  MELENDEZ RUBEN  vs.  DE LA CRUZ NELSON CASTILLO
TRANSFER TRUCKS CORP

3 days  Set By PLAINTIFF  JURY

---

**6026  D-1-GN-24-002424**  CHAVEZ JESUS  vs.  DIAZ EDMUNDO ORONIA
GARCIA COSTRUCTION ATX, LLC

4 days  Set By DEFENDANT  JURY

---

**6027  D-1-GN-23-008537**  FAKS  ROBERTO  KOUSSA  vs.  LANPHER MEGGAN
MOLINA  ENMANUEL  TORRES

4 days  Set By PLAINTIFF  JURY

---

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, May 18, 2026,  09:01 AM

**6028  D-1-GN-24-006301**   SHAW JASMINE

vs.  HARRISON - PEARSON ASSOC., INC.
LAKE CENTER LIMITED PARTNERSHIP
MASCO ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP

MOTY YEKUTIEL, INC.
WILLIAMSON  JAY
ZHAO JIAN CORPORATION

4 days                          Set By DEFENDANT                                                JURY

---

**6029  D-1-GN-25-003021**   PIPER SANDRA  JOY                        vs.  SUAREZ RODRIGUEZ OSVALDO

3 days                          Set By PLAINTIFF                                                 JURY

---

**6030  D-1-GN-24-003360**   BENITEZ JACIEL                          vs.  NELSON TONY

5 days                          Set By DEFENDANT                                                JURY

---

**6031  D-1-GN-24-009378**   ZELINSKY  CHRISTOPHER  LEE               vs.  ADVANCE STORES COMPANY,INC.
EIDENSCHINK CLIFFORD PAUL

3 days                          Set By PLAINTIFF                                                 JURY

---

**6032  D-1-GN-24-009018**   WAGNER JARETT
WAGNER RACHELLE                         vs.  CRAVEN PHILLIP
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

5 days                          Set By PLAINTIFF                                                 JURY

---

**6033  D-1-GN-25-001056**   MILLER BRYAN R
MILLER EBTISAM S                        vs.  FRNKA MICHAEL D
OWP ENTERPRISES INC

3 days                          Set By PLAINTIFF                                                 JURY

---

**6035  D-1-GN-25-001815**   PADILLA ANTHONY                         vs.  BSTX 2607 W. BRAKER LANE, LLC
CAPITAL PARKING AT-X, LLC
CENTRAL PARKING ENFORCEMENT, LLC
EXTRA SPACE STORAGE, INC.
HERNANDEZ ZAPATA ROILAN
LIFE STORAGE HOLDINGS, INC.
LIFE STORAGE LP
LIFE STORAGE MANAGEMENT, LLC
LIFE STORAGE SOLUTIONS, LLC

5 days                          Set By COUNTER-DEFENDANT                                        JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, May 18, 2026,  09:01 AM

**6036  D-1-GN-20-005064**

JOHANNESMEYER JENNIFER
JOHANNESMEYER JOHN

vs.  CHAPARRAL DISTRIBUTING
GELCO FLEET TRUST
JAMES EDWARD AND COMPANIES INC
JONES JORDAN
RED BULL

3 days                                                                                                                                 JURY

Atty: PUTMAN STAN M. (512-326-3200)                              Atty: VANN ALLISON WARNER (512-856-6351)

---

**6037  D-1-GN-24-003410**

HAYDEN DIANA                                                                        vs.  LOWE JOSHUA

3 days                                         Set By COUNTER-PLAINTIFF                                        JURY

---

**6038  D-1-GN-25-002697**

THOMPSON MEGAN                                                                vs.  EARLEY MICHELLE

5 days                                         Set By PLAINTIFF                                                       JURY

---

**6039  D-1-GN-25-002387**

DIAZ ESME
MAYFIELD KRISTOPHER

vs.  ALVARADO RENE
GO DOORSTEP, LLC

5 days                                                                                                                                 JURY

---

**6040  D-1-GN-22-006563**

MORTON JASON
MORTON KATHLEEN

vs.  POLLOK PHILIP DANIEL

4 days                                         Set By DEFENDANT                                                     JURY

---

**6041  D-1-GN-23-003285**

INGRAHAM BRENDON
INGRAHAM DAVID

vs.  AMERICAN AIRLINES, INC
BAE SYSTEMS RESOLUTION INC
INGRAHAM DAVID
INGRAHAM MICHAEL
MENZIES AVIATION TEXAS, INC.
MENZIES AVIATION USA, INC.

10 days                                                                                                                              JURY

---

**6042  D-1-GN-25-001660**

VANOS DAKOTA                                                                       vs.  HALL BRENDA ORONA

2 days                                                                                                                                 JURY

---

**6043  D-1-GN-21-005785**

ALMANAC 13 LLC                                                                   vs.  ACCUREX LLC
AYS ENGINEERING, LLC

7 days                                         Set By PLAINTIFF                                                       JURY

---

**6044  D-1-GN-25-003824**

SPARKS LISA
SPARKS SCOTT

vs.  BAO XIAO
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

4 days                                         Set By PLAINTIFF                                                       JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, May 18, 2026, 09:01 AM

**6045 D-1-GN-22-002001**  **BURDETT  MARCUS** **vs.  ERICKSON TYLER  DAVID**
**WILLIAMS JAQUICE**

3 days                                   Set By DEFENDANT                                                                JURY

---

**6046 D-1-GN-24-004941**  **COLVIN  SHANNTELL** **vs.  ALDRIGE  GRACIE  ANN**

5 days                                   Set By DEFENDANT                                                                JURY

---

**6047 D-1-GN-25-000375**  **HONIG DANIEL** **vs.  BAKER BRAYDEN MATTHEW**
**EMPLOYERS MUTUAL CASUALTY COMPANY**

3 days                                   Set By PLAINTIFF                                                                JURY

---

**6048 D-1-GN-24-004711**  **JAY EMILY  DANYELLE** **vs.  GALEGA WALTER  GAHBILA**
**LYFT, INC.**
**REYNA  ARACELI SUSTAITA**

4 days                                   Set By PLAINTIFF                                                                JURY

---

**6049 D-1-GN-25-000839**  **GRANT  ANDREA** **vs.  RHODES TIFFANY**

3 days                                   Set By PLAINTIFF                                                                JURY

---

**6050 D-1-GN-19-005130**  **HARRIS VICTOR L** **vs.  CAPITAL METROPOLITAN TRANSPORTATION AUTHORITY**
**RATP DEV AMERICA**
**SZKARADEK JESSE**

5 days                                   Set By PLAINTIFF                                                                JURY

Atty: WARREN LESLIE ARIN (512-680-6861)

---

**6051 D-1-GN-24-003615**  **ALLEN CHARLES** **vs.  KONG YUAN**

3 days                                   Set By PLAINTIFF                                                                JURY

---

**6052 D-1-GN-23-001686**  **SANDOVAL SANDRA IVETTE RIVERA** **vs.  BATAMULIZA FRANCINE**

4 days                                   Set By DEFENDANT                                                                JURY

---

**6054 D-1-GN-22-006566**  **FIELDS JOSHUA** **vs.  BURNSIDE'S TAVERN**
**GUSTAFSON PETER**

4 days                                   Set By PLAINTIFF                                                                JURY

---

**6055 D-1-GN-24-005411**  **CALONICA RONALD DUANE** **vs.  DRAGON ESP, LLC**
**EGD TRANSPORT LLC**
**ESTRADA BAYGRON RAUL**

4 days                                   Set By PLAINTIFF                                                                JURY

6056  D-1-GN-25-001070       **ALVARADO LINDA**                                      vs.  **RANDOLPH CORDELL EMANUEL**
                             **PACK GREGORY DANIEL**                                      **TPS PARKING AUSTIN, LLC**

5 days                                      Set By PLAINTIFF                                                      JURY

**6001  D-1-GN-24-009187**  **JOHNSON KARL**  **vs.  GEBREHIWET TESFOM**

4 days  Set By PLAINTIFF  JURY

---

**6002  D-1-GN-23-007477**  **BROTTER JESSE**  **vs.  GUEULE DE BOIS, LLC**
**RESOUND, LLC**

5 days  Set By PLAINTIFF  JURY

---

**6003  D-1-GN-24-001376**  **VALDEZ JULIANNA**  **vs.  CONSUMERS COUNTY MUTUAL INSURANCE COMPANY**
**FREEDOM CHARTERS &amp; TOURS, LLC**
**MENDOZA HUGO RAMIREZ**

5 days  Set By PLAINTIFF  JURY

---

**6004  D-1-GN-23-007149**  **AUSTIN 1106, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6005  D-1-GN-23-007148**  **McCORMICK JAMES**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6006  D-1-GN-24-001034**  **SMITH ROBERT**  **vs.  WAL-MART STORES TEXAS, LLC**

3 days  Set By DEFENDANT  JURY

---

**6007  D-1-GN-25-000864**  **GATES BRIAN**  **vs.  JOHN MARIAM**

4 days  Set By PLAINTIFF  JURY

---

**6008  D-1-GN-23-004158**  **LAWSON LARRY**
**LAWSON NANCY**  **vs.  ENVISION CONSTRUCTION SERVICES, LLC**
**HERRING DANA**
**HERRING WILLIAM**

4 days  Set By PLAINTIFF  JURY

---

**6009  D-1-GN-25-002615**  **BRAMLETT CASEY**
**BRAMLETT DOROTHY**
**BRAMLETT STEPHEN**
**BRAMLETT SUSAN DENISE**
**SUSAN DENISE BRAMLETT EXECUTOR OF THE ESTATE OF MICHAEL**
**GAYLE BRAMLETT**  **vs.  BURNETT MARK G.**

5 days  Set By DEFENDANT  JURY

---

**6010  D-1-GN-24-009158**  **MATA STEPHANIE**  **vs.  LOPEZ EDUARDO**

3 days  Set By PLAINTIFF  JURY

**6011 D-1-GN-23-008614**     **DOE JANE**                                          vs.  **H. E. BUTT STORE PROPERTY COMPANY NO. ONE**
                                                                                         **H-E-B, LP**
                                                                                         **W&amp;J WELLNESS FOOT SPA INC.**
                                                                                         **WU LONFEI**
                                                                                         **ZHANG TENG**

5 days                                                                                                                        JURY

---

**6012 D-1-GN-24-005009**     **MIKHAYLIK VERA**                                    vs.  **BILBO TRANSPORTS, INC.**
                                                                                         **DPR CONSTRUCTION, INC.**
                                                                                         **GRAY DONALD**
                                                                                         **GRAY TRUCKING, INC.**

5 days                                       Set By PLAINTIFF                                                                 JURY

---

**6013 D-1-GN-25-001260**     **BREIR SAID**                                        vs.  **HINES POOL AND SPA, INC.**
                                                                                         **HINES POOL AND SPA, LP**
                                                                                         **OGLE KYLE  SCOTT**

3 days                                       Set By DEFENDANT                                                                 JURY

---

**6014 D-1-GN-25-001968**     **SHANKLE CATHERINE**                                 vs.  **BOX KAILEY LAYNE**
                              **VIDALES OLGA**

5 days                                       Set By DEFENDANT                                                                 JURY

---

**6015 D-1-GN-25-002596**     **LEE  GLENN**                                        vs.  **MORTON  ALYSSA**

3 days                                       Set By PLAINTIFF                                                                 JURY

---

**6016 D-1-GN-22-001593**     **YENER EREN EMRE**                                   vs.  **DALE ROBERT STEENROD**

3 days                                       Set By DEFENDANT                                                                 JURY

---

**6017 D-1-GN-25-000139**     **TREVINO ALEX**                                      vs.  **BALCONES RECYCLING INC.**
                                                                                         **MARES JOSE NATIVIDAD**

3 days                                       Set By PLAINTIFF                                                                 JURY

---

**6018 D-1-GN-24-007801**     **PANTOJA-PEREZ JOE ANTHONY**                         vs.  **C R R TRANSPORTATION, LLC,**
                                                                                         **FLORES JUAN C.**
                                                                                         **STATEWIDE MATERIALS TRANSPORT, LTD.**

5 days                                       Set By PLAINTIFF                                                                 JURY

---

**6019 D-1-GN-24-008928**     **HERNANDEZ YVONNE**                                  vs.  **DOMAIN HOTEL OPERATING COMPANY, LLC**
                                                                                         **WHITE LODGING SERVICES CORPORATION**

5 days                                       Set By PLAINTIFF                                                                 JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, June 01, 2026,  09:01 AM

**6020  D-1-GN-21-000904**     BEIM STEVEN ALEXANDER                           **vs.**  PRYOR CUSTOM HOMES LP
                                                                              PRYOR EDMUND R
                                                                              RPCH MANAGEMENT LLC

5 days                              Set By PLAINTIFF                                                          JURY

Atty: SNELL JASON W (512-477-5291)

**6021  D-1-GN-24-005852**     SANCHEZ FREDDY                                  **vs.**  CERTIFIED TREE CARE AUSTIN, LLC
                                                                              CERTIFIED TREE CARE FORT WORTH, LLC
                                                                              CERTIFIED TREE CARE HOUSTON, LLC
                                                                              CERTIFIED TREE CARE SAN ANTONIO, LLC
                                                                              CERTIFIED TREE CARE, LLC
                                                                              CERTIFIED TREE GROUP, LLC

4 days                              Set By PLAINTIFF                                                          JURY

**6022  D-1-GN-25-000300**     LIBURD JEAN                                     **vs.**  BARRIENTOS  MARIA
4 days                                                                                                        JURY

**6023  D-1-GN-25-000239**     MUDD RYAN  JAMES                                **vs.**  GRAVES  GINA  ASHLEY
3 days                              Set By PLAINTIFF                                                          JURY

**6024  D-1-GN-24-005132**     MAYS  JASMINE                                   **vs.**  ROMO SILVESTER CHRISTOPHER
                               MAYS STOGLIN RAE  DORCAS                                 USAA GENERAL INDEMNITY COMPANY
4 days                                                                                                        JURY

**6025  D-1-GN-25-002790**     ESTRADA DANIELA                                 **vs.**  HIGGS DEVAN
4 days                              Set By PLAINTIFF                                                          JURY

**6026  D-1-GN-25-002321**     SMITH CORNELIUS RAY                             **vs.**  RICE MATTHEW  SCOTT
                                                                              TEXAS DISPOSALS SYSTEMS, INC.
5 days                              Set By PLAINTIFF                                                          JURY

**6027  D-1-GN-24-002516**     DAWOD GEBRIEL                                   **vs.**  MIKOSH NATHANIEL
4 days                              Set By PLAINTIFF                                                          JURY

**6028  D-1-GN-25-000321**     ANDRE JULIEN ROMAIN PATRICK                     **vs.**  APEX TRADER FUNDING, INC.
                                                                              MARTIN DARRELL
                                                                              SKELTON JOHN
10 days                             Set By COUNTER-PLAINTIFF                                                  JURY

**6029  D-1-GN-25-002756**     QUINONEZ ANNA                                   **vs.**  AUSTIN INDEPENDENT SCHOOL DISTRICT
5 days                              Set By PLAINTIFF                                                          JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, June 01, 2026,  09:01 AM

**6030  D-1-GN-24-003464**       HUERTAS ROLANDO                                    vs.  MCGUIRE TRANSPORTATION, INC.
                                                                                        MORRIS ISAACS STANLEY

5 days                                    Set By PLAINTIFF                                                                JURY

---

**6031  D-1-GN-25-001319**       FERNANDEZ ALIENA                                   vs.  AUSTIN INDEPENDENT SCHOOL DISTRICT
                               LABANINO NOELIO                                           WALDROP STEPHEN LEE
                               QUIALA KAIDER
                               ZAYAS QUIALA NOLBERTO

4 days                                    Set By PLAINTIFF                                                                JURY

---

**6032  D-1-GN-25-002557**       CARRINGTON EDWARD                                  vs.  KOPLIN BENJAMIN
                                                                                        KOPLIN GUIIA

3 days                                    Set By PLAINTIFF                                                                JURY

---

**6033  D-1-GN-24-008480**       FARLEY LEILANI M                                   vs.  CARVANA, LLC
                                                                                        NNN REIT LP

4 days                                    Set By PLAINTIFF                                                                JURY

---

**6034  D-1-GN-25-003340**       CHOU SEEPONG                                       vs.  ADAMS ELISABETH
                               COOLVAMOS, LLC                                            MARTINEZ LUIS
                               JPCV SERIES, A SERIES OF JETPACK VENTURES, LLC          TORTUGA VENTURES, A SERIES OF SHIPLAP INVESTMENTS,
                                                                                        LLC

5 days                                    Set By PLAINTIFF                                                                JURY

---

**6035  D-1-GN-25-000730**       DIAZ GUILLERMINA                                   vs.  STATEWIDE BUILDING MAINTENANCE, LLC.
                                                                                        WALGREEN CO.

4 days                                    Set By DEFENDANT                                                               JURY

---

**6036  D-1-GN-23-009081**       SVEA RACING, LLC                                   vs.  SVEA TRANSPORTATION, LLC

5 days                                    Set By PLAINTIFF                                                                JURY

**3027  D-1-GN-25-000961**

| | | |
|---|---|---|
| CROCE MICHAEL | vs. | B AND D CONTRACTORS, INC |
| DELGADO TANYA | | BAKER DRYWALL AUSTIN, LTD |
| NOVA BRITTNEY | | BAKER DRYWALL DALLAS, LTD |
| | | BAKER DRYWALL FORT WORTH, LTD |
| | | BAKER DRYWALL HOUSTON, LTD |
| | | BAKER DRYWALL INVESTMENTS, LLC |
| | | BAKER DRYWALL MANAGEMENT, LTD |
| | | BAKER DRYWALL, LTD |
| | | BAKER RYWALL PARTNERSIP LLP |
| | | BAKER TRIANGLE PREFAB, LTD |
| | | BORDNER CLINT |
| | | GEDR AT UNION ON 24TH LLC |
| | | GEDR AT UNION ON SAN ANTONIO, LLC |
| | | GREP TEXAS LLC |
| | | GREYSTAR DEVELOPMENT AND CONSTRUCTION, LP |
| | | GREYSTAR DEVELOPMENT CENTRAL LLC |
| | | GREYSTAR DEVELOPMENT GROUP, LP |
| | | GREYSTAR DEVELOPMENT LLC |
| | | GREYSTAR GP II, LLC |
| | | GREYSTAR INVESTMENT GROUP, LLC |
| | | GREYSTAR MANAGEMENT SERVICES, LLC |
| | | GREYSTAR REAL ESTATE PARTNERS GP LLC |
| | | GREYSTAR REAL ESTATE PARTNERS, LLC |
| | | GREYSTAR STUDENT HOUSING GROWTH AND INCOME FUND OP, LP |
| | | GREYSTAR WORLDWIDE, LLC |
| | | HAEGLIN WEHMEYER CONSTRUCTION, LTD |
| | | KELLEY DREW |
| | | LANDMARK CONSTRUCTION |
| | | SFI COMPLIANCE, INC. |
| | | TRIANGLE PLASTERING MANAGEMENT, LLC |
| | | TRIANGLE PLASTERING, LTD |
| | | UNITED FORMING, INC |

PREF ((SHEPPERD))

5 days                                                                                             JURY

(SHEPPERD)

---

**6001  D-1-GN-25-000673**

| | | |
|---|---|---|
| DIAS ASHLEY | vs. | MARONEY MADELEINE |
| | | USA POOP SCOOP, LLC |

3 days                          Set By PLAINTIFF                                                JURY

---

**6002  D-1-GN-22-005531**

| | | |
|---|---|---|
| IMP REPUBLIC PLACE LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |

3 days                          Set By PLAINTIFF                                                JURY

---

**6003  D-1-GN-22-005533**

| | | |
|---|---|---|
| IMP SOUTH LAMAR, LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |

3 days                          Set By PLAINTIFF                                                JURY

---

**6004  D-1-GN-24-005799**

| | | |
|---|---|---|
| BELL FUND V FOUR POINTS, LLC | vs. | TRAVIS CENTRAL APPRAISAL DISTRICT |

| | | | | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

**6005  D-1-GN-24-001721**  R SYSTEMS NA, INC.  **vs.  DELL TECHNOLOGIES, INC.**

| | | | | |
|---|---|---|---|---|
| 10 days | | | | JURY |

**6006  D-1-GN-24-007649**  HERNANDEZ JOSE  MISAAC  **vs.  RAMIREZ COELLO DAVID**
**SOCO RIDES, LLC**

| | | | | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

**6007  D-1-GN-23-001691**  THOMPSON BRADLEY  **vs.  AMERICAN VAPE COMPANY, LLC**
THOMPSON KAREN       BREEZY TREES BOTANICAL, INC.
THOMPSON KERRY       CREATE A CIG LIMTED LIABILITY COMPANY
EMMONS GEORGE
EMPOWERED CREATIONS, LLC
GGC, LLC
HAMRICK GEORGE T.
INTERNET PRODUCT SOLUTIONS, LLC
MMK HOLDINGS, L.P.
NATURALLY DISTRO, LLC
PURE LIFE BOTANICAL, LLC

| | | | | |
|---|---|---|---|---|
| 10 days | | Set By AS NEXT FRIEND OF | | JURY |

**6008  D-1-GN-25-002584**  JOHNSON TAMARA  **vs.  DODSON CARTER**

| | | | | |
|---|---|---|---|---|
| 3 days | | Set By PLAINTIFF | | JURY |

**6009  D-1-GN-25-002163**  2018 1500-1501 EAST AUSTIN, LP  **vs.  CITY OF AUSTIN, TEXAS**

| | | | | |
|---|---|---|---|---|
| 5 days | | Set By PLAINTIFF | | JURY |

**6010  D-1-GN-24-005957**  LEWIS  TRACY  **vs.  GIPSON  WILLIE  JOE**

| | | | | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

**6011  D-1-GN-24-000764**  MORALES ADAN  **vs.  AMAZON LOGISTICS, INC.**
AMAZON.COM LLC
AMAZON.COM SERVICES, LLC
KATHIRIYA SUMIT
TRINITY TRANSPORTATION SOLUTIONS, INC.

| | | | | |
|---|---|---|---|---|
| 4 days | | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6012 D-1-GN-24-003329** | **WILLIAMS JEFFERY** | **vs.** | **FRANKS ANDREW** |
| | | | **GOTHARD KELTON** |
| | | | **LEYVA SIMON** |
| | | | **RDM, INC** |
| | | | **SANDERS TYRONE W** |
| | | | **TRES HABANEROS/ARBOR WALK, LTD.** |
| 4 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6013 D-1-GN-25-000781** | **CORRIGAN MICHAEL JOSEPH** | **vs.** | **CENTRAL TEXAS REFUSE, LLC** |
| | | | **HAYES CRISTIAN DEVON** |
| | | | **RUSH TRUCK CENTERS OF TEXAS, L.P.** |
| | | | **Rush Truck Centers of Texas, LP dba Rush Crane &amp;** |
| | | | **Refuse Systems** |
| 5 days | | | JURY |

| | | | |
|---|---|---|---|
| **6014 D-1-GN-24-003054** | **OVP AUSTIN, LLC** | **vs.** | **ALINE GENPARTNER II, LLC** |
| | **WAGNER  SEBASTIEN** | | **ALINE, LTD** |
| | | | **BEL AIR AS** |
| | | | **OAK VALLEY PARTNERS, LLC** |
| | | | **WATER OAK ESTATE, LLC** |
| 5 days | | | JURY |

| | | | |
|---|---|---|---|
| **6015 D-1-GN-25-000446** | **DENYER CHARLES** | **vs.** | **OATES ELI** |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6016 D-1-GN-23-009029** | **WILLIAMSON MARSHALL** | **vs.** | **BRANA YODIMIR YERA** |
| | | | **MK1 CONSTRUCTION SERVICES L.L.C.** |
| 4 days | | | JURY |

| | | | |
|---|---|---|---|
| **6017 D-1-GN-25-000654** | **MIDBOE CAROL** | **vs.** | **NICLAIR LYNNE** |
| | | | **ROUGHTON STEPHANIE** |
| 3 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6018 D-1-GN-25-002468** | **DJC LAW, PLLC** | **vs.** | **GACOVINO STEVEN** |
| | **DJC Law, PLLC f/k/a DC Law, PLLC** | | **GACOVINO, LAKE AND ASSOCIATES, PC** |
| | **FOCUS Case Support Services, LLC** | | |
| 5 days | Set By PLAINTIFF | | JURY |

| | | | |
|---|---|---|---|
| **6019 D-1-GN-25-000036** | **PINALES IRMA  ADELA** | **vs.** | **GUTTI &amp; ORTIZ TRUCKING, LLC** |
| | | | **ORTIZ GILBERT VIGIL** |
| 5 days | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, June 22, 2026,  09:01 AM

---

**6020  D-1-GN-25-001192**  **QUIALA KAIDER**  vs.  **TOWNSLEY ALECZANDER**
**ROJAS YULIOR**
**TORRES GEOVANNI**

3 days  Set By PLAINTIFF  JURY

---

**6021  D-1-GN-24-009993**  **FRANKLIN ALENA**  vs.  **AMERISHIELD GROUP, LLC**
**GUAJARDO TESHINA**  **NRP INVESTMENTS LLC**
**NRP MANAGEMENT LLC**

5 days  Set By AS NEXT FRIEND OF  JURY

---

**6022  D-1-GN-25-001418**  **LIM GLORIA**  vs.  **AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY**

5 days  JURY

---

**6023  D-1-GN-22-000591**  **ORTEGA MARIA PARDO**  vs.  **REGENCY IHS OF WEST OAKS LLC**
**PARDO MARCOS**

7 days  Set By DEFENDANT  JURY

---

**6024  D-1-GN-25-001770**  **RODRIGUEZ ENRIQUE**  vs.  **DASH MART, LLC.**
**DOOR DASH ESSENTIALS, LLC**
**DOOR DASH, INC.**

5 days  Set By PLAINTIFF  JURY

---

**6025  D-1-GN-21-000020**  **WARAMIT PRANEE**  vs.  **COMANCHE XPRESS LLC**
**RYANS MICHAEL EDWARD**

5 days  JURY

Atty: FAUDOA BERTHA ALICIA (512-220-1800)  Atty: ZOPOLSKY JOSEPH D. (972-419-8300)

---

**6026  D-1-GN-24-000570**  **FISCHER SHELLIE**  vs.  **DELEON SYLVIA**
**FLAGG JOHN**  **FLAGG PATRICIA  LYNN**
**THE STANDARD FIRE INSURANCE COMPANY**
**USAA GENERAL INDEMNITY COMPANY**

5 days  Set By PLAINTIFF  JURY

---

**6028  D-1-GN-25-004181**  **GONZALES MARY ANN**  vs.  **ANZURES MIGUEL**
**HAUL-BROOKE, INC.**

5 days  Set By PLAINTIFF  JURY

---

**6029  D-1-GN-25-000434**  **FRICK-PILGRIM MADISON L.**  vs.  **BAPTISTE BRIAN M.**

5 days  Set By PLAINTIFF  JURY

---

**6030  D-1-GN-25-004049**  **D'AMBROSIO NICOLE**  vs.  **GLASS WAREHOUSE, LLC**
**NARDELLA MICHAEL**  **WAYFAIR, LLC**

5 days                                                                                                    JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, July 06, 2026, 09:01 AM

**6001 D-1-GN-24-008958**    **KI SOHYUN**      **vs. KWON TAE JIN**

4 days      Set By PLAINTIFF      JURY

---

**6002 D-1-GN-25-001327**    **PATE BARBARA**      **vs. GRAYSON LAURA VELA**

3 days      Set By PLAINTIFF      JURY

---

**6003 D-1-GN-24-004010**    **NOKKING, INC.**      **vs. THERABODY, INC.**

4 days      JURY

---

**6004 D-1-GN-25-001108**    **ELLISON FRANK**      **vs. PADILLA ROSENDO**
**PORTIER, LLC**
**UBER TECHNOLOGIES, INC**

5 days      JURY

---

**6005 D-1-GN-24-001985**    **QUINTANILLA ERNESTINA**      **vs. HEB GROCERY COMPANY LP**

4 days      Set By DEFENDANT      JURY

---

**6006 D-1-GN-24-002512**    **FIGUEROA PHILLIP**      **vs. DOMINGUEZ-MOORE CAROLINA**
**GARCIA GABRIEL DIAZ**
**GOMEZ EDWARD OJEDA**
**PENA-HUAPILLA GERARDO**
**SILVA ADAM RENDON**
**VICKERS STEPHANIE ANN**

5 days      Set By DEFENDANT      JURY

---

**6007 D-1-GN-24-003639**    **BUTTROSS DAVID A**      **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days      Set By PLAINTIFF      JURY

---

**6008 D-1-GN-24-005979**    **OMNINET CHASE PARK, LLC**      **vs. TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days      Set By PLAINTIFF      JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, July 20, 2026,  09:01 AM

**6001  D-1-GN-24-004916**  GOTTESMAN DAVID                                                vs.  VAUGHN  TWYLA

3 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6002  D-1-GN-24-005316**  CAMERON WILDWOOD, LP                                     vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6003  D-1-GN-24-005408**  IMP BURNET, LLC                                              vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6004  D-1-GN-24-005579**  MUELLER AUSTIN MULTIFAMILY III, LLC           vs.  TRAVIS CENTRAL APPRAISAL DISTRICT

3 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6005  D-1-GN-24-009524**  RAND PHILLIS                                                 vs.  JOHN DOE
                                                                                                       LABORDA IVAN ALDANA
                                                                                                       RGCA TRUCKING LLC

3 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6006  D-1-GN-23-008070**  MORALES JESSICA                                          vs.  FLORES BRIAN

2 days                                            Set By DEFENDANT                                                                                   JURY

---

**6007  D-1-GN-25-000146**  DAVIS TIFFANY MICHELLE                               vs.  GREEN DOORS

5 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6008  D-1-GN-25-001220**  BRAXTON CHRISTOPHER                                  vs.  H-E-B, L.P.

5 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6009  D-1-GN-25-000600**  HAWTHORN ANDREW                                      vs.  BACKSTROM PHILIP VON
                                                                                                       CANAAN INTERCONTINENTAL, LLC
                                                                                                       KW ATX BROKER, LLC
                                                                                                       VILLARREAL MARIA

5 days                                            Set By PLAINTIFF                                                                                      JURY

---

**6010  D-1-GN-21-007252**  LONG JACK                                                     vs.  AUSTIN REGIONAL CLINIC PA
                                   LONG KELLY                                                         AUSTIN UROGYNECOLOGY PLLC
                                                                                                       SHASHOUA GEORGE
                                                                                                       VAZ SHARON A

5 days                                            Set By DEFENDANT                                                                                   JURY

---

**6011  D-1-GN-24-002930**  HASENBERG HUNTER M.                                  vs.  HULME HUDSON
                                   SCHENEMAN JEANNE M.
                                   SCHENEMAN STEVEN M.

| | | | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6012  D-1-GN-17-003382**

| TEXAS DISPOSAL SYSTEMS LANDFILL INC<br>TLM LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |
| Atty: Michel Lorri (512-477-0200) | | Atty: BAXTER SHARON COFFEE (512-323-3200)<br>Atty: GOETTSCHE NICHOLAS EDWARD (806-683-4433)<br>Atty: MCCARTY STEPHEN TYLER (512-323-3200)<br>Atty: TEPPER MATTHEW (512-323-3200) | |

---

**6013  D-1-GN-24-003525**

| DE LA CRUZ FELIPE | | vs. CLARK WILSON BUILDER GC, LLC<br>CLARK WILSON BUILDER, INC.<br>CLARK WILSON BUILDER, LLC<br>DON JUAN SERRANO MIGUEL ANGEL<br>DR. STUCCO, LLC<br>LOCAL AT DS GP, LLC<br>LOCAL AT DS LP<br>OMEGA MAGNUM CONSTRUCTION, LLC<br>SFI COMPLIANCE, INC.<br>WILSON CAPITAL GP I, LLC | |
|---|---|---|---|
| 5 days | Set By 3RD PARTY PLAINTIFF | | JURY |

---

**6014  D-1-GN-24-008732**

| MUNEZERO AIMABLE | | vs. WOKHLU SUSHMA | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6015  D-1-GN-24-000745**

| ZAVALETA-MUNOZ JEYME | | vs. GONZALEZ HERNANDEZ MORGAN<br>RUBBISH INC., LLC | |
|---|---|---|---|
| 5 days | Set By PLAINTIFF | | JURY |

---

**6016  D-1-GN-25-002762**

| CALLAWAY MELODY | | vs. SHELTON TREVOR AIDAN | |
|---|---|---|---|
| 4 days | | | JURY |

---

**6017  D-1-GN-23-006723**

| GUADARRAMA GUILLERMO<br>MARCUM SAMMANTHIA | | vs. HERNDON FOREST | |
|---|---|---|---|
| 3 days | Set By PLAINTIFF | | JURY |

---

**6018  D-1-GN-24-010176**

| BARRON NICOLAS<br>GUEVARA MARIA | | vs. J. F. FONTAINE &amp; ASSOCIATES,INC'S<br>RICE INSPECTION<br>WHITNEY UNDERGROUND UTILITIES INC | |
|---|---|---|---|
| 15 days | Set By DEFENDANT | | JURY |

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, July 20, 2026, 09:01 AM

| 6019 | D-1-GN-25-004716 | DAVIS LEA MICHELLE | | vs. | SAYEGH CHRISTINE NATALIE | |
|------|------------------|--------------------|--|-----|--------------------------|--|
| | 3 days | | Set By PLAINTIFF | | | JURY |

| 6020 | D-1-GN-25-002189 | MALIK ZAUREZ<br>TAJDAR SAJIDA | | vs. | PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY<br>SALAU SULE | |
|------|------------------|-------------------------------|--|-----|-----------------------------------------------------------|--|
| | 4 days | | Set By AS NEXT FRIEND OF | | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 03, 2026, 09:01 AM

**6001 D-1-GN-24-008801**   DEUTSCH JORDAN                                    vs. EVANS VINSON
5 days                                          Set By PLAINTIFF                                                                JURY

**6002 D-1-GN-24-005921**   1620 EAST RIVERSIDE DRIVE, LLC                    vs. TRAVIS CENTRAL APPRAISAL DISTRICT
3 days                                          Set By PLAINTIFF                                                                JURY

**6003 D-1-GN-24-005819**   740 WEST ELM, LLC                                 vs. TRAVIS CENTRAL APPRAISAL DISTRICT
3 days                                          Set By PLAINTIFF                                                                JURY

**6004 D-1-GN-24-005839**   BUFFALO EQUITIES, LLC                             vs. TRAVIS CENTRAL APPRAISAL DISTRICT
3 days                                          Set By PLAINTIFF                                                                JURY

**6005 D-1-GN-25-000089**   AHART ERIK C.                                     vs. LEIF JOHNSON FORD TRUCK CITY
                                                                                  POPE SARAH
1 days                                          Set By DEFENDANT                                                               JURY

**6006 D-1-GN-25-000986**   GARCIA ROBINSON                                   vs. LENNAR HOMES OF TEXAS LAND AND CONSTRUCTION,
                                                                                  LTD
                                                                                  MONREAL FRAMING CORPORATION
5 days                                          Set By DEFENDANT                                                               JURY

**6007 D-1-GN-24-010244**   BONNER HEATHER                                    vs. VTX ENERGY OPERATING, LLC
                            BONNER KEVIN
5 days                                          Set By PLAINTIFF                                                                JURY

**6008 D-1-GN-24-009803**   HORNE TARA                                        vs. SANCHEZ-HERNANDEZ JOSE ALFREDO
3 days                                          Set By AS NEXT FRIEND OF                                                       JURY

**6009 D-1-GN-25-002515**   VETTERS GILBERT                                   vs. ONE BARTON PLACE CONDOMINIUMS OWNERS'
                                                                                  ASSOCIATION, INC.
                                                                                  PREFERRED ASSOCIATION MANAGEMENT COMPANY
4 days                                          Set By DEFENDANT                                                               JURY

**6010 D-1-GN-24-002615**   MAAHS ALLISON                                     vs. FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY
3 days                                          Set By PLAINTIFF                                                                JURY

**6011 D-1-GN-24-000450**   MORGAN ALLISUN                                    vs. RETHABER JESSICA
3 days                                          Set By AS NEXT FRIEND OF                                                       JURY

**6012 D-1-GN-24-008418**   NEWMAN CHARLES                                    vs. GRAND OPENINGS OF AUSTIN, INC.

## CIVIL SETTINGS FOR DISTRICT COURT ON Monday, August 03, 2026, 09:01 AM

| | | | | |
|---|---|---|---|---|
| | 5 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6013 D-1-GN-25-000749** | **EARL KRISTEN** | **vs. TEXAS HOT RIDES, LLC.** | |
| 4 days | | Set By PLAINTIFF | JURY |

| | | | |
|---|---|---|---|
| **6014 D-1-GN-24-010176** | **BARRON NICOLAS**<br>**GUEVARA MARIA** | **vs. J. F. FONTAINE &amp; ASSOCIATES,INC'S**<br>**RICE INSPECTION**<br>**WHITNEY UNDERGROUND UTILITIES INC** | |
| 15 days | | | JURY |

| | | | | |
|---|---|---|---|---|
| 6001 D-1-GN-24-002234 | RICHARDSON KEVA | | vs. C3 PRESENTS, LLC<br>FAHNTOOSH ENTERPRISES, LLC<br>THE CITY OF AUSTIN | |
| 3 days | | Set By PLAINTIFF | | JURY |
| 6002 D-1-GN-24-009485 | HALL LATARA | | vs. OLIPHANT ROBERT<br>TEXAS DISPOSAL SYSTEMS, INC.<br>TXALLOY INC | |
| 5 days | | Set By DEFENDANT | | JURY |
| 6003 D-1-GN-24-005802 | BCF I LAKESHORE, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
| 3 days | | Set By PLAINTIFF | | JURY |
| 6004 D-1-GN-24-005566 | PPF AMLI COVERED BRIDGE DRIVE, LLC | | vs. TRAVIS CENTRAL APPRAISAL DISTRICT | |
| 3 days | | Set By PLAINTIFF | | JURY |
| 6005 D-1-GN-23-007424 | PRASAI ROJI | | vs. BICKEL KAILEY<br>MCCONNELL HEATHER | |
| 3 days | | Set By PLAINTIFF | | JURY |
| 6006 D-1-GN-24-005282 | MOSLEY CAROLYN | | vs. FAR DANIEL HAGHIGHAT | |
| 4 days | | Set By PLAINTIFF | | JURY |
| 6007 D-1-GN-24-002057 | LAMAR JACQUELINE PATRICIA | | vs. GEORGE CAROL ANN | |
| 3 days | | Set By PLAINTIFF | | JURY |
| 6008 D-1-GN-25-001054 | CHEVEZ RIGOBERTO | | vs. DELEON CARLOS<br>PLATINUM EQUIPMENT HAULERS L.L.C. | |
| 5 days | | | | JURY |
| 6009 D-1-GN-25-003416 | MORALES ALDAPE HECTOR | | vs. CHARANZA EMILY<br>PENA MALIK | |
| 5 days | | Set By PLAINTIFF | | JURY |
| 6010 D-1-GN-25-002329 | DUBE MATTHEW | | vs. KOA CARRIER LLC<br>URBINO CRUZ JUNIOR<br>YUC TRUCKING LLC | |
| 4 days | | Set By PLAINTIFF | | JURY |

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, September 14, 2026, 09:01 AM

**6001  D-1-GN-24-005803**  **BELL FUND V SOUTH LAMAR, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6002  D-1-GN-24-005559**  **IMP YAUPON, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6003  D-1-GN-24-005582**  **PPF AMLI 1000 SAN MARCOS STREET, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6004  D-1-GN-25-002649**  **PHILLIPS WESLEY**  vs.  **AUSTIN INDEPENDENT SCHOOL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6005  D-1-GN-21-004365**  **SEMICON BUSINESS PARK LTD**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**

5 days  Set By PLAINTIFF  JURY

Atty: Michel Lorri (512-477-0200)  Atty: MCCARTY STEPHEN TYLER (512-323-3200)

---

**6006  D-1-GN-25-003244**  **ARORA ALYSSA**  vs.  **CODY POOLS, INC.**
**ARORA MAYANK**

3 days  Set By PLAINTIFF  JURY

---

**6007  D-1-GN-25-003673**  **ESKEW HAROLD**  vs.  **TAYLOR KEVIN**
**UBER TECHNOLOGIES, INC.**

5 days  Set By DEFENDANT  JURY

---

**6008  D-1-GN-25-002618**  **CONTI JOHN CHARLES**  vs.  **HERNANDEZ-CASILLAS ERNESTINA**
**SANCHEZ PRECIOUS**

5 days  Set By PLAINTIFF  JURY

---

**6009  D-1-GN-25-002754**  **GARCIA JORGE**  vs.  **LEVINE WENDY**

3 days  Set By PLAINTIFF  JURY

---

**6010  D-1-GN-24-009897**  **LEMLEY JEFFREY**  vs.  **FIELDS JONATHAN**
**MV TRANSPORTATION, INC.**

4 days  Set By PLAINTIFF  JURY

**5013  D-1-GN-24-000604**  HS 2900 MLK VENTURE, LLC  **vs.  HARRIS JUSTIN  TABOR**  PREF ((GUERRA GAMBLE))
KELLEY GARY R.
TRIBBLE &amp; STEPHENS CONSTRUCTORS RESIDENTIAL IV, LTD
TRIBBLE &amp; STEPHENS CONSTRUCTORS, LTD
TS MARTIN HOLDINGS, LLC
VAN MARTIN JEFFERY

15 days  JURY

---

**6001  D-1-GN-24-005808**  BELL FUND VI SOUTH AUSTIN, LLC  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
BELL FUND VII SOUTHPARK MEADOWS, LLC
BELL FUND VII SOUTHPARK SPRINGS, LLC

3 days  Set By PLAINTIFF  JURY

---

**6002  D-1-GN-24-005568**  MUELLER ALDRICH NE L2B3, L.P.  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6003  D-1-GN-24-005922**  TMP AIRPORT BLVD PROJECT, LLC  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days  Set By PLAINTIFF  JURY

---

**6004  D-1-GN-24-009433**  NOLASCO HERMENEGILDO  **vs.  973 MATERIALS, LLC**
B 6 INVESTMENTS LLC
HFP OPPORTUNITY ZONE FUND, LLC
RANGER EXCAVATING, L.P.

5 days  Set By DEFENDANT  JURY

---

**6005  D-1-GN-24-007370**  OSUNA SELENA  **vs.  GARCIA JOSE EDUARDO**

4 days  Set By AS NEXT FRIEND OF  JURY

---

**6006  D-1-GN-24-003101**  SKOK JAKOB  **vs.  AHMED ABDELAAL YASIM MOHAMED**

3 days  Set By AS NEXT FRIEND OF  JURY

---

**6007  D-1-GN-25-000686**  CANTU LYDIA  **vs.  BEST COLOR BEST SERVICE LLC**
TREVINO JOSE  FIGUEROA AMAYA DENIS

5 days  Set By PLAINTIFF  JURY

---

**6008  D-1-GN-25-000686**  CANTU LYDIA  **vs.  BEST COLOR BEST SERVICE LLC**
TREVINO JOSE  FIGUEROA AMAYA DENIS

5 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, September 28, 2026,  09:01 AM

**6009  D-1-GN-25-002989**

**HOLMES FALCON**
**HOLMES SAPPHIREA**
**MATOS JENNIFER**

vs.  **PATINO JORGE ARRIOLA**

4 days | Set By AS NEXT FRIEND OF | JURY

---

**6010  D-1-GN-24-001854**

**GASCHOT BERTRAND**
**GASCHOT ELISABETH**
**MCNEIL INES**

vs.  **1400 SO CO HOPDODDY, LLC**
**DOMINGUEZ CRYSTAL**
**HOPDODDY BURGER BAR, INC.**
**THOM'S MARKET, LLC**

5 days | Set By PLAINTIFF | JURY

---

**6011  D-1-GN-24-008724**

**MACEDO AXEL RUIZ**

vs.  **GUTIERREZ GABRIEL**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

5 days | Set By PLAINTIFF | JURY

---

**6012  D-1-GN-23-002803**

**CEBALLOS BARBARA**
**FIERRO GILDA AIDE**
**MOLINA ELSI**
**MOLINA FIERRO JASMINE**
**VASQUEZ MICHAEL**

vs.  **COLORADO MATERIALS, LTD**
**FIERRO GILDA AIDE**
**PATIN CONSTRUCTION LLC**
**STATEWIDE MATERIALS TRANSPORT, LTD**
**STONE TRANSPORTATION, L.L.C.**

4 days | Set By OTHER PARTIES | JURY

**6001  D-1-GN-22-004721**  **AG HILLTOP EAST RIVERSIDE 1300 PROPERTY OWNER, LP**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By COUNTER-DEFENDANT  JURY

**6002  D-1-GN-23-004612**  **HILLTOP BRISTOL HEIGHTS PROPERTY OWNER, LP**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6003  D-1-GN-22-004586**  **AG-HILLTOP EAST RIVERSIDE 1301 PROPERTY OWNER, LP**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By COUNTER-PLAINTIFF  JURY

**6004  D-1-GN-23-004611**  **AG HILLTOP EAST  RIVERSIDE 1300 PROP OWNER LP**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
**AG HILLTOP EAST RIVERSIDE 1301 PROP OWNER, LP**
3 days  Set By PLAINTIFF  JURY

**6005  D-1-GN-24-005571**  **IMP SOUTH CONGRESS, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6006  D-1-GN-24-005577**  **IMP SOUTH LAMAR, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6007  D-1-GN-24-005561**  **5020 MANOR RD., LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6008  D-1-GN-24-005562**  **BARTON OAKS OFFICE CENTER, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6009  D-1-GN-24-005563**  **PPF AMLI 300 NORTH LAMAR BOULEVARD, LLC**  vs.  **TRAVIS CENTRAL APPRAISAL DISTRICT**
3 days  Set By PLAINTIFF  JURY

**6010  D-1-GN-24-000656**  **BAYER CASSANDRA**  vs.  **222 EAST 6TH, LLC**
**DORCHESTER INVESTMENTS, LLC**
**PAUL NATIN**
**PAUL PEARL**
**RECESS ARCADE BAR, LLC**
**WORLD CLASS CAPITAL GROUP, LLC**
3 days  Set By PLAINTIFF  JURY

**6011  D-1-GN-25-002485**  **HALLAK FAYROUZ**  vs.  **GOVERNMENT EMPLOYEES INSURANCE COMPANY**
2 days  Set By PLAINTIFF  JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON Monday, October 26, 2026, 09:01 AM

**6001  D-1-GN-25-001095**  **ERVIN DAVID**  **vs.  PARSONS HAYDEN**

3 days                                             Set By PLAINTIFF                                                             JURY

---

**6002  D-1-GN-25-000711**  **WHETSTONE MATTHEW**  **vs.  CENTRAL TEXAS REFUSE, LLC**
**PEREZ EDGAR**

4 days                                             Set By PLAINTIFF                                                             JURY

---

**6003  D-1-GN-24-005406**  **IMP ELEVEN, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                             Set By PLAINTIFF                                                             JURY

---

**6004  D-1-GN-24-005407**  **THE MONARCH BY WINDSOR, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                             Set By PLAINTIFF                                                             JURY

---

**6005  D-1-GN-24-005557**  **TOWN LAKE ASSOCIATES, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                             Set By PLAINTIFF                                                             JURY

---

**6006  D-1-GN-24-005569**  **IMP REPUBLIC PLACE, LLC**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                             Set By PLAINTIFF                                                             JURY

---

**6007  D-1-GN-24-005558**  **WINDSOR RIDGE AUSTIN, LP**  **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                             Set By PLAINTIFF                                                             JURY

---

**6008  D-1-GN-23-002394**  **WHITENER ENTERPRISES, INC**  **vs.  GLENN HEGAR TEXAS COMPTROLLER OF PUBLIC**
**ACCOUNTS**
**KEN PAXTON ATTORNEY GENERAL OF TEXAS**

5 days                                                                                                                          JURY

---

**6009  D-1-GN-25-000333**  **ESPINOZA EDWARD**  **vs.  BABINEAUX CAMARIA**
**SOLIDCORE INTERNATIONAL, INC.**

3 days                                             Set By PLAINTIFF                                                             JURY

---

**6010  D-1-GN-25-000293**  **LIAO KAREN**  **vs.  CORONA ANTONIO AUGUSTIN**
**MORA  JOSE**

3 days                                             Set By PLAINTIFF                                                             JURY

# CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, October 26, 2026,  09:01 AM

**6011  D-1-GN-24-007636**        **MELTON SAMAIYA**                                    **vs.  BH MANAGEMENT SERVICES, LLC**
                                                                                              **DOMAIN NORTHSIDE RESIDENTIAL PROPERTY OWNER, LP**
                                                                                              **NORTHWOOD RETAIL, LLC**
                                                                                              **THE STANDARD AT DOMAIN NORTHSIDE APARTMENTS**

  5 days                                Set By PLAINTIFF                                                                         JURY

---

**6012  D-1-GN-24-007626**        **AROSTEGUI PATRICIA FABELO**                          **vs.  AL ZUHAIRI HUSAM**
                                  **LABANINO ADRIANA RODRIGUEZ**                                **FMA LLC**
                                  **RODRIGUEZ ABREU CARLOS**

  5 days                                Set By DEFENDANT                                                                         JURY

---

**6013  D-1-GN-25-000765**        **JONES TREVIUS D.**                                  **vs.  H-E-B, LP**

  5 days                                Set By DEFENDANT                                                                         JURY

---

**6014  D-1-GN-25-000145**        **SIFUENTES JOHANA**                                  **vs.  PARKS 1420, LLC**
                                                                                              **PARKS COFFEE ENTERPRISES, INC.**
                                                                                              **PARKS HOLDINGS TEXAS, INC.**
                                                                                              **PARKS ROASTERY, INC.**
                                                                                              **ZEPEDA ABRAHAM**

  5 days                                Set By AS NEXT FRIEND OF                                                                 JURY

| | | | | |
|---|---|---|---|---|
| **6001 D-1-GN-23-001785** | **PAYNE DONNELL** | | **vs. MICHELADAS** | |
| | | | **OLSCRHTI BEV DOS, LLC** | |
| | | | **RIVERA HERRERA BRYAN GUADALUPE** | |
| | | | **W&amp;C INVESTMENTS, LLC** | |
| 4 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6002 D-1-GN-23-006849** | **RIOS THERESA ALEJANDRA** | | **vs. MONTAGE LOGISTICS, LLC** | |
| | | | **PLAIR DESMOND ROYCE** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6003 D-1-GN-22-004194** | **VISTA LOHMAN'S CROSSING, LTD.** | | **vs. TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 4 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6004 D-1-GN-21-005030** | **HAROLD STREET** | | **vs. TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | **PLAZAS LHP LLC** | | | |
| | **RUSKIN VENTURES I LLC** | | | |
| | **VISTA PARK CENTRAL LTD** | | | |
| 4 days | | Set By PLAINTIFF | | JURY |
| | Atty: GALINDO CHARLES LEA (512-296-2115) | | | |

| | | | | |
|---|---|---|---|---|
| **6005 D-1-GN-20-007093** | **HAROLD STREET** | | **vs. TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| | **PLAZAS LHP LLC** | | | |
| | **RUSKIN VENTURES I LLC** | | | |
| | **VISTA PARK CENTRAL LTD** | | | |
| 4 days | | Set By PLAINTIFF | | JURY |
| | Atty: GALINDO CHARLES LEA (512-296-2115) | | Atty: SANCHEZ MARY (512-323-0797) | |

| | | | | |
|---|---|---|---|---|
| **6006 D-1-GN-21-005031** | **VISTA LOHMANS CROSSING LTD** | | **vs. TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 4 days | | Set By PLAINTIFF | | JURY |
| | Atty: GALINDO CHARLES LEA (512-296-2115) | | | |

| | | | | |
|---|---|---|---|---|
| **6007 D-1-GN-24-009636** | **MARTINEZ ANA** | | **vs. BROOKS COURTNEY** | |
| | | | **USAA GENERAL INDEMNITY COMPANY** | |
| 3 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6008 D-1-GN-23-004228** | **TERRY ENTERPRISES, LLC** | | **vs. TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 5 days | | Set By PLAINTIFF | | JURY |

| | | | | |
|---|---|---|---|---|
| **6009 D-1-GN-24-005805** | **BELL FUND VII SOUTH SHORE DISTRICT, LP** | | **vs. TRAVIS CENTRAL APPRAISAL DISTRICT** | |
| 3 days | | Set By PLAINTIFF | | JURY |

**6010  D-1-GN-24-005330**   **NICHOLS PARK TFP, LTD.**                          **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                              Set By PLAINTIFF                                              JURY

---

**6011  D-1-GN-24-005400**   **PRINCIPALS ASSURANCE FUND, LLC**                 **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
                             **SC PARTNERS, LLC**

3 days                                              Set By PLAINTIFF                                              JURY

---

**6012  D-1-GN-24-005402**   **MCCORMICK JAMES L**                              **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                              Set By PLAINTIFF                                              JURY

---

**6013  D-1-GN-24-005403**   **PROMESA APARTMENTS, LTD.**                       **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                              Set By PLAINTIFF                                              JURY

---

**6014  D-1-GN-24-006444**   **SHIELDS YNGIUEZ THOMAS FOX**                     **vs.  SALEM LEASING CORPORATION**
                                                                                **UNKNOWN DRIVER**

5 days                                              Set By PLAINTIFF                                              JURY

---

**6015  D-1-GN-25-002004**   **PIVARAL DE ZAPATA KARINA**                       **vs.  CRH AMERICAS INC.**
                             **SANCHEZ MARIA LUISA**                                  **JP MORGAN CHASE BANK, NATIONAL ASSOCIATION**
                                                                                     **MENDOZA VILLARREAL LEONARDO**
                                                                                     **OLDCASTLE MATERIALS TEXAS, INC.**
                                                                                     **TEXAS MATERIALS GROUP PRODUCTION ASSETS**
                                                                                     **COMPANY, LLC**
                                                                                     **TEXAS MATERIALS GROUP, INC.**

4 days                                                                                                             JURY

---

**6016  D-1-GN-24-008357**   **2209 SF DEVELOPMENT LLC**                        **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

2 days                                              Set By PLAINTIFF                                              JURY

---

**6017  D-1-GN-23-008899**   **SANDERS ISLEY**                                  **vs.  MCCLANAHAN KIP RICHARD**

4 days                                              Set By PLAINTIFF                                              JURY

## CIVIL SETTINGS FOR DISTRICT COURT ON  Monday, November 30, 2026,  09:01 AM

**6001  D-1-GN-24-005564**      **PPF AMLI SIMOND AVENUE, LLC**                              **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                    Set By PLAINTIFF                                                                              JURY

**6002  D-1-GN-24-005567**      **AMLI DOWNTOWN AUSTIN RESIDENTIAL, L.P.**              **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**
                              **AMLI DOWNTOWN AUSTIN, LP**

3 days                                    Set By PLAINTIFF                                                                              JURY

**6003  D-1-GN-24-005583**      **AMLI RESIDENTIAL PROPERTIES, L.P.**                      **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                    Set By PLAINTIFF                                                                              JURY

**6004  D-1-GN-24-005920**      **PPF AMLI ALDRIDGE AVENUE, LLC**                            **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                    Set By PLAINTIFF                                                                              JURY

**6005  D-1-GN-24-005923**      **TMP VINEYARD PROJECT, LLC**                                **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                                    Set By PLAINTIFF                                                                              JURY

**6001  D-1-GN-24-008653**    **PANTALEON LUIS RODRIGUEZ**    **vs.  SIMONET BILLYGRAM**
                                                              **SIMONET FINANCIAL GROUP, LLC**

5 days                              Set By DEFENDANT                                                JURY

---

**6002  D-1-GN-24-005905**    **AUSTIN 1106, LLC**    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                              Set By PLAINTIFF                                                JURY

---

**6003  D-1-GN-24-005927**    **PFLUGERVILLE PROPERTY OWNER, LLC**    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                              Set By PLAINTIFF                                                JURY

---

**6004  D-1-GN-24-005810**    **HOWARD APARTMENTS, LLC**    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                              Set By PLAINTIFF                                                JURY

---

**6005  D-1-GN-24-005812**    **BABAY TOWNE OAKS APARTMENTS, LTD.**    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                              Set By PLAINTIFF                                                JURY

---

**6006  D-1-GN-24-005816**    **615 WONSLEY, LTD.**    **vs.  TRAVIS CENTRAL APPRAISAL DISTRICT**

3 days                              Set By PLAINTIFF                                                JURY

---

**6007  D-1-GN-25-005000**    **MEDITERRANEAN FOOD AND CATERING SERVICES, LLC**    **vs.  MUSLEH ISLAM A.**

3 days                              Set By PLAINTIFF                                                JURY

---

**6008  D-1-GN-24-008604**    **HASHEMI MATTHEW**    **vs.  AVILAR FRANK**
                                                     **LOVE YOUR PLANTS, INC.**

5 days                              Set By PLAINTIFF                                                JURY

4/24/2025 3:35 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-17-006831
Ana Lopez

**D-1-GN-17-006831**

| | | |
|---|---|---|
| **ARNULFO P. ALCORTA, et al.** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | |
| | § | **OF TRAVIS COUNTY, TEXAS** |
| **GLENN ALLEN HEGAR, JR.,** | § | |
| **TEXAS COMPTROLLER** | § | |
| **OF PUBLIC ACCOUNTS,** | § | |
| | § | |
| *Defendant.* | § | **53RD JUDICIAL DISTRICT** |

## DEFENDANT'S NOTICE OF CHANGE OF ATTORNEY IN CHARGE

Defendant Glenn Allen Hegar, Jr., Texas Comptroller of Public Accounts, files this notice pursuant to Rule 8 of the Texas Rules of Civil Procedure.

Assistant Attorney General ("AAG") Jennifer Cook, whose signature and bar number appear below, is replacing AAG Alyssa Bixby-Lawson as counsel and attorney-in-charge for Defendant in this matter. AAG Jennifer Cook is to receive all communications for Defendant from the Court and other parties. Notice of this designation has been provided to all parties, as required by Texas Rule of Civil Procedure 21a.

Additionally, AAG Alyssa Bixby-Lawson is no longer counsel on this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

*Alcorta v. Hegar*
*Defendant's Notice of Change of Attorney in Charge*                                  Page 1 of 2

ATTACHMENT 3

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

*/s/ Jennifer Cook*
JENNIFER COOK
Attorney-in-Charge
Assistant Attorney General
State Bar No. 00789233
Tel: (512) 475-2540
Jennifer.Cook@oag.texas.gov

General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Fax: (512) 320-0667

*Counsel for Glenn Allen Hegar, Jr.,*
*Texas Comptroller of Public Accounts*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, the foregoing was efiled and served on the following parties of record via EFileTexas.gov.

Nicholas S. Bressi                           Via eFileTexas
Law Office of Nicholas Bressi
704 West 9th Street
Austin, Texas 78701
Nick@Bressilaw.com

*Counsel for Plaintiffs*

*/s/ Jennifer Cook*
JENNIFER COOK
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 100059874
Filing Code Description: Notice
Filing Description: DEFENDANT'S NOTICE OF CHANGE OF ATTORNEY IN CHARGE
Status as of 4/25/2025 3:35 PM CST

Associated Case Party: ARNULFO ALCORTA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicholas Bressi | 2959485 | nick@bressilaw.com | 4/24/2025 3:35:01 PM | SENT |
| Tracia Lee | 24013021 | tlee@tleelaw.com | 4/24/2025 3:35:01 PM | SENT |
| nick bressi | | nsb4x4@gmail.com | 4/24/2025 3:35:01 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jon Smith | | jon@jonmichaelsmith.com | 4/24/2025 3:35:01 PM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| Murl Miller | | Murl.Miller@cpa.texas.gov | 4/24/2025 3:35:01 PM | SENT |

Associated Case Party: GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 4/24/2025 3:35:01 PM | SENT |
| H. Melissa Mather | | melissa.mather@oag.texas.gov | 4/24/2025 3:35:01 PM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104160960
Filing Code Description: Motion
Filing Description: 20250808_motion to reset oral argument
Status as of 8/8/2025 3:27 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/8/2025 3:13:14 PM | SENT |
| Jennifer Cook | | jennifer.cook@oag.texas.gov | 8/8/2025 3:13:14 PM | SENT |

Associated Case Party: 8317 Cross Park, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kemp Kasling | | kkasling@kaslinglaw.com | 8/8/2025 3:13:14 PM | SENT |